UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PARKERVISION, INC., a Florida corporation,

    Plaintiff,

v.

QUALCOMM INCORPORATED, a Delaware corporation,

    Defendant.

CASE NO.: 3:11-cv-00719-J-37JBT

**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE,
AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, Defendant Qualcomm Incorporated, by and through its undersigned attorneys, moves this Court for an order allowing Keith R. Hummel, David Greenwald, Peter A. Emmi, and Joseph E. Lasher to appear in this Court as co-counsel on behalf of Qualcomm Incorporated in the above-styled lawsuit.  In support of this motion, Qualcomm Incorporated says:

    1.    Keith R. Hummel, David Greenwald, Peter A. Emmi, and Joseph E. Lasher and their law firm, Cravath, Swaine & Moore LLP, have been retained to represent Qualcomm Incorporated as co-counsel in all proceedings conducted in this cause.

2.	Mr. Hummel is a member in good standing and admitted to practice before all the courts of the State of New York, as well as the United States District Courts for the Southern and Eastern Districts of New York, and the United States Courts of Appeals for the Second and Federal Circuits.

3.	Mr. Greenwald is a member in good standing and admitted to practice before all the courts of the State of New York, as well as the United States District Courts for the Southern and Eastern Districts of New York, the United States Courts of Appeals for the Second, Fourth, and Federal Circuits, and the Supreme Court of the United States.

4.	Mr. Emmi is a member in good standing and admitted to practice before all the courts of the States of New York and Connecticut, as well as the United States District Courts for the Southern and Eastern Districts of New York.

5.	Mr. Lasher is a member in good standing and admitted to practice before all the courts of the State of New York, as well as the United States District Court for the Southern District of New York.

6.	Mr. Hummel, Mr. Greenwald, Mr. Emmi, and Mr. Lasher are familiar with, and will be governed by, the Local Rules, United States District Court, Middle District of Florida, including Rule 2.04 thereof.  Mr. Hummel, Mr. Greenwald, Mr. Emmi, and Mr. Lasher are familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

7. Mr. Hummel, Mr. Greenwald, Mr. Emmi, and Mr. Lasher designate John A. DeVault, III and the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A., 101 East Adams Street, Jacksonville, Florida 32202, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys.

8. Through his signature affixed below, John A. DeVault, III of the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A. hereby consents to such designation.

9. Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, John A. DeVault, III certifies that Mr. Hummel, Mr. Greenwald, Mr. Emmi, and Mr. Lasher have complied with the fee and e-mail registration requirements of Rule 2.01(d), Local Rules, United States District Court, Middle District of Florida.

WHEREFORE, Defendant Qualcomm Incorporated respectfully requests this Court to enter an order admitting Keith R. Hummel, David Greenwald, Peter A. Emmi, and Joseph E. Lasher to practice before this Court pro hac vice.

### RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for the Plaintiff and is authorized to represent that the Plaintiff does not oppose the entry of an order granting this motion.

## **MEMORANDUM OF LAW**

Qualcomm Incorporated's motion for admission pro hac vice should be granted pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida.

>Respectfully submitted,
>
>BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
>    Professional Association
>
>
>By:   s/John A. DeVault, III
>         John A. DeVault, III
>         Florida Bar No. 103979
>         E-mail: jad@bedellfirm.com
>         The Bedell Building
>         101 East Adams Street
>         Jacksonville, Florida 32202
>         Telephone:    (904) 353-0211
>         Facsimile:      (904) 353-9307
>
>Counsel for Defendant Qualcomm Incorporated

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of August, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Stephen D. Busey
>busey@smithhulsey.com
>
>James A. Boling
>boling@smithhulsey.com
>
>Ava K. Doppelt
>adoppelt@addmg.com
>
>Brian R. Gilchrist
>bgilchrist@addmg.com

>s/John A. DeVault, III
>John A. DeVault, III
>Florida Bar No. 103979
>E-mail: jad@bedellfirm.com
>The Bedell Building
>101 East Adams Street
>Jacksonville, Florida 32202
>Telephone: (904) 353-0211
>Facsimile: (904) 353-9307
>Attorney for Defendant