UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PARKERVISION, INC., a Florida corporation,

    Plaintiff,

v.

QUALCOMM INCORPORATED, a Delaware corporation,

    Defendant.

CASE NO.: 3:11-cv-00719-J-37JBT

**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE,
AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, Defendant Qualcomm Incorporated, by and through its undersigned attorneys, moves this Court for an order allowing Christopher A. Hughes to appear in this Court as co-counsel on behalf of Qualcomm Incorporated in the above-styled lawsuit. In support of this motion, Qualcomm Incorporated says:

1.    Christopher A. Hughes and his law firm, Cadwalader, Wickersham & Taft LLP, have been retained to represent Qualcomm Incorporated as co-counsel in all proceedings conducted in this cause.

2.    Mr. Hughes is a member in good standing and admitted to practice before all the courts of the State of New York, as well as the United States District Courts for

the Southern and Eastern Districts of New York, the United States Courts of Appeals for the Second and Federal Circuits, and the Supreme Court of the United States.

3. Mr. Hughes is familiar with, and will be governed by, the Local Rules, United States District Court, Middle District of Florida, including Rule 2.04 thereof. Mr. Hughes is familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

4. Mr. Hughes designates John A. DeVault, III and the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A., 101 East Adams Street, Jacksonville, Florida 32202, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys.

5. Through his signature affixed below, John A. DeVault, III of the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A. hereby consents to such designation.

6. Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, John A. DeVault, III certifies that Mr. Hughes has complied with the fee and e-mail registration requirements of Rule 2.01(d), Local Rules, United States District Court, Middle District of Florida.

WHEREFORE, Defendant Qualcomm Incorporated respectfully requests this Court to enter an order admitting Christopher A. Hughes to practice before this Court pro hac vice.

## RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for the Plaintiff and is authorized to represent that the Plaintiff does not oppose the entry of an order granting this motion.

## MEMORANDUM OF LAW

Qualcomm Incorporated's motion for admission pro hac vice should be granted pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida.

Respectfully submitted,

BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
   Professional Association

By:   s/John A. DeVault, III
    John A. DeVault, III
    Florida Bar No. 103979
    E-mail: jad@bedellfirm.com
    The Bedell Building
    101 East Adams Street
    Jacksonville, Florida 32202
    Telephone: (904) 353-0211
    Facsimile: (904) 353-9307

Counsel for Defendant Qualcomm Incorporated

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of August, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Stephen D. Busey
>busey@smithhulsey.com
>
>James A. Boling
>boling@smithhulsey.com
>
>Ava K. Doppelt
>adoppelt@addmg.com
>
>Brian R. Gilchrist
>bgilchrist@addmg.com

>s/John A. DeVault, III
>John A. DeVault, III
>Florida Bar No. 103979
>E-mail: jad@bedellfirm.com
>The Bedell Building
>101 East Adams Street
>Jacksonville, Florida 32202
>Telephone:  (904) 353-0211
>Facsimile:   (904) 353-9307
>Attorney for Defendant