**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>**

| | |
|---|---|
| PARKERVISION, INC., a Florida corporation, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:11-cv-00719-RBD-JBT |
| QUALCOMM INCORPORATED, a Delaware corporation, ) ) | |
| Defendant. ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on August 9, 2011, a copy of (i) Amended Standing Order (ECF No. 2) and (ii) Notice of Important Information About Your Case (ECF No. 3) was furnished by mail to QUALCOMM Incorporated, c/o Corporation Service Company, Registered Agent, 1201 Hays Street, Tallahassee, FL 32301-2525.

                                                    SMITH HULSEY & BUSEY

                                                    By:  */s/ James A. Bolling*
                                                            Stephen D. Busey
                                                            James A. Bolling

                                                      Florida Bar Number 117790
                                                      Florida Bar Number 901253
                                                      225 Water Street, Ste. 1800
                                                      Jacksonville, FL 32202
                                                      (904) 359-7700
                                                      (904) 353-7708 (facsimile)
                                                      busey@smithhulsey.com
                                                      jbolling@smithhulsey.com

and

ALLEN, DYER, DOPPELT
  MILBRATH & GILCHRIST, P.A.
Ava K. Doppelt, Esq.
FL Bar No. 393738
adoppelt@addmg.com
Brian R. Gilchrist, Esq.
FL Bar No. 774065
bgilchrist@addmg.com
255 South Orange Avenue, Suite 1401
Orlando, FL  32801
(407) 841-2330
(407) 841-2343 (facsimile)

Attorneys for ParkerVision, Inc.

765289