IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| PARKERVISION, INC.,<br><br>        *Plaintiff*,<br><br>        v.<br><br>QUALCOMM INCORPORATED,<br><br>        *Defendant*. | Civil Action No. 3:11-cv-719-J-37-JBT |

## Certificate of Compliance with Order to Show Cause

KEITH R. HUMMEL certifies as follows:

    Pursuant to the Order of this Court entered September 12, 2011, I have registered my email address, khummel@cravath.com, with the Clerk of Court and I will maintain said email address during the pendency of my pro hac vice admission.

    I certify that the foregoing is true and correct under penalty of perjury.

    Executed on September 13, 2011.

                                                      s/Keith R. Hummel
                                                      Keith R. Hummel
                                                      (Admitted Pro Hac Vice)
                                                      CRAVATH, SWAINE & MOORE LLP
                                                      Worldwide Plaza
                                                      825 Eighth Avenue
                                                      New York, NY 10019
                                                      Tel. (212) 474-1000
                                                      Fax (212) 474-3700

                                                      *Attorney for Defendant*
                                                      *Qualcomm Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the following:

    Stephen D. Busey (busey@smithhulsey.com)
    James A. Bolling (jbolling@smithhulsey.com)
    SMITH, HULSEY & BUSEY
    255 Water Street
    Suite 1800
    P.O. Box 53315
    Jacksonville, FL 32202

    Ava K. Doppelt (adoppelt@addmg.com)
    Brian R. Gilchrist (bgilchrist@addmg.com)
    ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A.
    255 South Orange Avenue
    Suite 1401
    P.O. Box 3791
    Orlando, FL 32801

    *Attorneys for ParkerVision, Inc.*

    s/Keith R. Hummel
    Keith R. Hummel
    (Admitted Pro Hac Vice)
    CRAVATH, SWAINE & MOORE LLP
    Worldwide Plaza
    825 Eighth Avenue
    New York, NY 10019
    Tel. (212) 474-1000
    Fax (212) 474-3700

    *Attorney for Defendant*
    *Qualcomm Incorporated*