# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

PARKERVISION, INC.,

      *Plaintiff*,

  v.

QUALCOMM INCORPORATED,

      *Defendant*.

Civil Action No. 3:11-cv-719-J-37-JBT

## Certificate of Compliance with Order to Show Cause

DAVID GREENWALD certifies as follows:

    Pursuant to the Order of this Court entered September 12, 2011, I have registered my email address, dgreenwald@cravath.com, with the Clerk of Court and I will maintain said email address during the pendency of my pro hac vice admission.

    I certify that the foregoing is true and correct under penalty of perjury.

    Executed on September 13, 2011.

                                      s/David Greenwald
                                      David Greenwald
                                      (Admitted Pro Hac Vice)
                                      CRAVATH, SWAINE & MOORE LLP
                                      Worldwide Plaza
                                      825 Eighth Avenue
                                      New York, NY 10019
                                      Tel. (212) 474-1000
                                      Fax (212) 474-3700

                                      *Attorney for Defendant*
                                      *Qualcomm Incorporated*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the following:

>Stephen D. Busey (busey@smithhulsey.com)
>James A. Bolling (jbolling@smithhulsey.com)
>SMITH, HULSEY & BUSEY
>255 Water Street
>Suite 1800
>P.O. Box 53315
>Jacksonville, FL 32202
>
>Ava K. Doppelt (adoppelt@addmg.com)
>Brian R. Gilchrist (bgilchrist@addmg.com)
>ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A.
>255 South Orange Avenue
>Suite 1401
>P.O. Box 3791
>Orlando, FL 32801
>
>*Attorneys for ParkerVision, Inc.*

>s/David Greenwald
>David Greenwald
>(Admitted Pro Hac Vice)
>CRAVATH, SWAINE & MOORE LLP
>Worldwide Plaza
>825 Eighth Avenue
>New York, NY 10019
>Tel. (212) 474-1000
>Fax (212) 474-3700
>
>*Attorney for Defendant*
>*Qualcomm Incorporated*