UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PARKERVISION, INC., a Florida corporation,

    Plaintiff,

v.

QUALCOMM INCORPORATED, a Delaware corporation,

    Defendant.

CASE NO.: 3:11-cv-00719-J-37JBT

**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE,
AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, Defendant Qualcomm Incorporated, by and through its undersigned attorneys, moves this Court for an order allowing John T. Moehringer and Robert M. Pollaro to appear in this Court as co-counsel on behalf of Qualcomm Incorporated in the above-styled lawsuit. In support of this motion, Qualcomm Incorporated says:

1.    John T. Moehringer and Robert M. Pollaro and their law firm, Cadwalader, Wickersham & Taft LLP, have been retained to represent Qualcomm Incorporated as co-counsel in all proceedings conducted in this cause.

2.    Mr. Moehringer is a member in good standing and admitted to practice before all the courts of the State of New York, as well as the United States District Courts for the Southern and Eastern Districts of New York.

3. Mr. Pollaro is a member in good standing and admitted to practice before all the courts of the State of New York, as well as the United States District Courts for the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Federal Circuit.

4. Mr. Moehringer and Mr. Pollaro are familiar with, and will be governed by, the Local Rules, United States District Court, Middle District of Florida, including Rule 2.04 thereof. Mr. Moehringer and Mr. Pollaro are familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

5. Mr. Moehringer and Mr. Pollaro designate John A. DeVault, III and the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A., 101 East Adams Street, Jacksonville, Florida 32202, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys.

6. Through his signature affixed below, John A. DeVault, III of the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A. hereby consents to such designation.

7. Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, John A. DeVault, III certifies that Mr. Moehringer and Mr. Pollaro have complied with the fee and e-mail registration requirements of Rule 2.01(d), Local Rules, United States District Court, Middle District of Florida.

WHEREFORE, Defendant Qualcomm Incorporated respectfully requests this Court to enter an order admitting John T. Moehringer and Robert M. Pollaro to practice before this Court pro hac vice.

### RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for the Plaintiff and is authorized to represent that the Plaintiff does not oppose the entry of an order granting this motion.

### MEMORANDUM OF LAW

Qualcomm Incorporated's motion for admission pro hac vice should be granted pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida.

Respectfully submitted,

BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
Professional Association

By:   s/John A. DeVault, III
      John A. DeVault, III
      Florida Bar No. 103979
      E-mail: jad@bedellfirm.com
      The Bedell Building
      101 East Adams Street
      Jacksonville, Florida 32202
      Telephone:   (904) 353-0211
      Facsimile:    (904) 353-9307

-and-

CRAVATH, SWAINE & MOORE, LLP
    Keith R. Hummel (Trial Counsel)
    (admitted pro hac vice)
    khummel@cravath.com
    David Greenwald (admitted pro hac vice)
    dgreenwald@cravath.com
    Peter A. Emmi (admitted pro hac vice)
    pemmi@cravath.com
    Joseph E. Lasher (admitted pro hac vice)
    jlasher@cravath.com
    Worldwide Plaza
    825 Eighth Avenue
    New York, New York  10019
    Telephone:    (212) 474-1000
    Facsimile:    (212) 474-3700

    -and-

CADWALADER, WICKERSHAM & TAFT LLP
    Christopher A. Hughes (admitted pro hac vice)
    Christopher.hughes@cwt.com
    1 World Financial Center
    New York, New York 10281
    Telephone:    (212) 504-6000
    Facsimile:    (212) 504-6666

Counsel for Defendant Qualcomm Incorporated

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 16th day of September, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

        Stephen D. Busey
        busey@smithhulsey.com

        James A. Boling
        boling@smithhulsey.com

        Ava K. Doppelt
        adoppelt@addmg.com

        Brian R. Gilchrist
        bgilchrist@addmg.com

        s/John A. DeVault, III
        John A. DeVault, III
        Florida Bar No. 103979
        E-mail: jad@bedellfirm.com
        The Bedell Building
        101 East Adams Street
        Jacksonville, Florida 32202
        Telephone: (904) 353-0211
        Facsimile:  (904) 353-9307
        Attorney for Defendant