IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| PARKERVISION, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> QUALCOMM INCORPORATED, <br><br> *Defendant*. | Civil Action No. 3:11-cv-719-J-37-JBT |

**Qualcomm's Corporate Disclosure Statement**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Qualcomm Incorporated ("Qualcomm") makes the following disclosure:

Defendant Qualcomm is a public corporation headquartered in San Diego, California. Qualcomm has no parent company and no publicly-traded company owns 10% or more of its stock.

**DATED** this 16th day of September, 2011.

        BEDELL, DITTMAR, DEVAULT, PILLANS & COXE
           Professional Association

  By:    s/ John A. DeVault, III
        John A. DeVault, III
        Florida Bar No. 103979
        jad@bedellfirm.com
        Courtney K. Grimm
        cgrimm@bedellfirm.com
        Florida Bar No. 953740
        The Bedell Building
        101 East Adams Street
        Jacksonville, Florida 32202
        Telephone:  (904) 353-0211
        Facsimile:  (904) 353-9307

           -and-

    CRAVATH, SWAINE & MOORE LLP
        Keith R. Hummel (admitted pro hac vice) (Trial Counsel)
        khummel@cravath.com
        David Greenwald (admitted pro hac vice)
        dgreenwald@cravath.com
        Worldwide Plaza
        825 Eighth Avenue
        New York, New York  10019
        Telephone:  (212) 474-1000
        Facsimile:  (212) 474-3700

           -and-

    CADWALADER, WICKERSHAM & TAFT LLP
        Christopher A. Hughes (admitted pro hac vice)
        Christopher.Hughes @cwt.com
        1 World Financial Center
        New York, New York 10281
        Telephone:  (212) 504-6000
        Facsimile:  (212) 504-6666

*Counsel for Defendant Qualcomm Incorporated*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of September, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Stephen D. Busey
>busey@smithhulsey.com
>
>James A. Bolling
>jbolling@smithhulsey.com
>
>Ava K. Doppelt
>adoppelt@addmg.com
>
>Brian R. Gilchrist
>bgilchrist@addmg.com

>>s/John A. DeVault, III
>>John A. DeVault, III
>>Florida Bar No. 103979
>>E-mail: jad@bedellfirm.com
>>The Bedell Building
>>101 East Adams Street
>>Jacksonville, Florida 32202
>>Telephone:  (904) 353-0211
>>Facsimile:   (904) 353-9307
>>Attorney for Defendant