UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PARKERVISION, INC., a Florida
corporation,

    Plaintiff,

vs.                                                CASE NO.: 3:11-cv-00719-J-37JBT

QUALCOMM INCORPORATED, a
Delaware corporation,

    Defendant.
_____/

QUALCOMM INCORPORATED, a
Delaware corporation,

    Counterclaim Plaintiff,

vs.

PARKERVISION, INC., a Florida
Corporation and STERNE KESSLER
GOLDSTEIN & FOX,

    Counterclaim Defendants.
_____/

**DEFENDANT/COUNTERCLAIM PLAINTIFF QUALCOMM'S
DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b), Defendant/Counterclaim Plaintiff Qualcomm Incorporated ("Qualcomm") demands trial by jury on all issues so triable as to the Counterclaims and Affirmative Defenses.

DATED this  29th  day of September, 2011.

BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
Professional Association

By: s/John A. DeVault, III
    John A. DeVault, III
    Florida Bar No. 103979
    jad@bedellfirm.com
    Courtney K. Grimm
    Florida Bar No. 953740
    cgrimm@bedellfirm.com
    The Bedell Building
    101 East Adams Street
    Jacksonville, Florida 32202
    Telephone:   (904) 353-0211
    Facsimile:   (904) 353-9307

    -and-

CRAVATH, SWAINE & MOORE, LLP
    Keith R. Hummel (admitted pro hac vice)
    khummel@cravath.com
    David Greenwald (admitted pro hac vice)
    dgreenwald@cravath.com
    Peter A. Emmi (admitted pro hac vice)
    pemmi@cravath.com
    Joseph E. Lasher (admitted pro hac vice)
    jlasher@cravath.com
    Worldwide Plaza
    825 Eighth Avenue
    New York, New York  10019
    Telephone:   (212) 474-1000
    Facsimile:   (212) 474-3700

    -and-

CADWALADER, WICKERSHAM & TAFT LLP
    Christopher A. Hughes (admitted pro hac vice)
    Christopher.hughes@cwt.com
    1 World Financial Center
    New York, New York 10281
    Telephone:   (212) 504-6000
    Facsimile:   (212) 504-6666

Counsel for Defendant Qualcomm Incorporated

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this  29th  day of September, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

        Stephen D. Busey
        busey@smithhulsey.com

        James A. Boling
        boling@smithhulsey.com

        Ava K. Doppelt
        adoppelt@addmg.com

        Brian R. Gilchrist
        bgilchrist@addmg.com

and by U.S. Mail this  29th  day of September, 2011 to:

        Jorge A. Goldstein
        Sterne Kessler Goldstein & Fox
        1100 New York Avenue, Suite 600
        Washington, D.C.  20005

                s/John A.DeVault, III_____
                John A. DeVault, III
                Florida Bar No. 103979
                E-mail: jad@bedellfirm.com
                The Bedell Building
                101 East Adams Street
                Jacksonville, Florida 32202
                Telephone:  (904) 353-0211
                Facsimile:   (904) 353-9307
                Attorney for Defendant