# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

PARKERVISION, INC., )
    Plaintiff, )
v. )  Case No. 3:11-cv-719-RBD-JBT
)
QUALCOMM INCORPORATED, )
    Defendant. )
)

## JOINT MOTION TO EXTEND TIME
## TO CONDUCT THE CASE MANAGEMENT CONFERENCE

Plaintiff, ParkerVision, Inc., and defendant, Qualcomm Incorporated, move pursuant to Rule 6(b)(1)(A), Fed.R.Civ.P., to extend the deadline for conducting the case management conference until 60 days after Counterclaim Defendant Sterne, Kessler, Goldstein & Fox ("Sterne Kessler") enters an appearance in this action, but in any event no later than December 15, 2011, and in support say:

1.    The current deadline for conducting the case management conference is October 10, 2011.  The Court's July 27, 2011 order (ECF 3) requires that the parties conduct a case management conference no later than 60 days after service or appearance of any defendant.  On August 10, 2011, Qualcomm appeared in the action (ECF 5).

2.    On September 16, 2011, Qualcomm served its answer (ECF 18), which included counterclaims against ParkerVision and Sterne Kessler.  On

September 26, 2011, Qualcomm caused Sterne Kessler to be served with process. Sterne Kessler therefore should appear in the case no later than October 17, 2011. If this consent motion is granted, the case management conference would be conducted no later than December 15, 2011 (60 days after appearance).

     3.    The parties believe it would be more efficient and effective to include Sterne Kessler in the case management conference. Moreover, this is a complex patent case. The relevant period spans over ten years. The parties therefore require more time to prepare the case management report.

WHEREFORE, the parties move to extend the deadline for conducting the case management conference until 60 days after Sterne Kessler appears in the action, but in any event no later than December 15, 2011.

SMITH HULSEY & BUSEY

By: */s/ James A. Bolling*
      Stephen D. Busey
      James A. Bolling

Florida Bar Number 901253
225 Water Street, Ste. 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 353-7708 (facsimile)
jbolling@smithhulsey.com

    and

ALLEN, DYER, DOPPELT, ET AL.
Ava K. Doppelt, Esq.
Brian R. Gilchrist, Esq.
255 South Orange Avenue
Suite 1401
Orlando, Florida 32801
(407) 841-2330
(407) 841-2343 (facsimile)

Attorneys for ParkerVision, Inc.

BEDELL, DITTMAR, DEVAULT,
  PILLANS & COXE, P.A.

By: */s/ John A. DeVault, III*
      John A. DeVault, III
      Courtney K. Grimm

Florida Bar No. 103979
Florida Bar No. 953740
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
(904) 353-0211
(904) 252-9307 (facsimile)

    and

CRAVATH, SWAINE & MOORE LLP
Keith R. Hummel *(pro hac vice)* (Trial Counsel)
khummel@cravath.com
David Greenwald *(pro hac vice)*
dgreenwald@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000
(212) 474-3700 (facsimile)

    and

CADWALADER, WICKERSHAM & TAFT LLP
Christopher A. Hughes *(pro hac vice)*
Christopher.Hughes@cwt.com
1 World Financial Center
New York, New York 10281
(212) 504-6000
(212) 504-6666

Attorneys for Qualcomm Incorporated