UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

PARKERVISION, INC.,　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　Case No. 3:11-cv-719-RBD-JBT
　　　　　　　　　　　　　　　　　　　　)
QUALCOMM INCORPORATED,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)

**CONSENT MOTION TO EXTEND DEADLINE FOR PARKERVISION
TO RESPOND TO QUALCOMM'S DEFENSES AND COUNTERCLAIMS**

　　　　Plaintiff, ParkerVision, Inc., moves pursuant to Rule 6(b)(1)(A), Fed.R.Civ.P., to extend the deadline for responding to the affirmative defenses and counterclaims by defendant, Qualcomm Incorporated, until October 24, 2011, and in support says:

　　　　1.　　The current deadline for responding to Qualcomm's affirmative defenses and counterclaims (ECF 18) is October 7, 2011. Qualcomm served the defenses and counterclaims on September 16, 2011. Rules 12(a)(1)(B) and (f)(2) require that responses be served within 21 days of service of the defenses and counterclaim.

　　　　2.　　Qualcomm served seven affirmative defenses. Qualcomm's counterclaims are 33 pages long. ParkerVision's attorneys are addressing the

sufficiency of the defenses and counterclaims, but cannot prepare responses by October 7, due to scheduling conflicts.

## Local Rule 3.01(g) Certification

ParkerVision's attorneys certify that they have conferred in good faith with Qualcomm's attorneys, who consent to the relief requested in this motion.

SMITH HULSEY & BUSEY

By: */s/ James A. Bolling*
    Stephen D. Busey
    James A. Bolling

Florida Bar Number 117790
Florida Bar Number 901253
225 Water Street, Ste. 1800
Jacksonville, FL 32202
(904) 359-7700
(904) 353-7708 (facsimile)
busey@smithhulsey.com
jbolling@smithhulsey.com

    and

ALLEN, DYER, DOPPELT
  MILBRATH & GILCHRIST, P.A.
Ava K. Doppelt, Esq.
FL Bar No. 393738
adoppelt@addmg.com
Brian R. Gilchrist, Esq.
FL Bar No. 774065
bgilchrist@addmg.com
255 South Orange Avenue, Suite 1401
Orlando, FL  32801
(407) 841-2330
(407) 841-2343 (facsimile)

Attorneys for ParkerVision, Inc.

2

Certificate of Service

I certify that on September 30, 2011, I electronically filed a copy of the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing to the following:  John A. DeVault, III, Esq. and Courtney K. Grimm, Esq., Bedell, Dittmar, DeVault, Pillans & Coxe, The Bedell Building, 101 East Adams Street, Jacksonville, Florida 32202; Keith R. Hummel, Esq., David Greenwald, Esq., Peter A. Emmi, Esq. and Joseph E. Lasher, Esq., Cravath, Swaine & Moore, LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019; and Christopher A. Hughes, Esq., Cadwalader, Wickersham & Taft LLP, 1 World Financial Center, New York, New York 10281.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant:  Jorge A. Goldstein, Esq., Sterne Kessler Goldstein & Fox, 1100 New York Avenue, Suite 600, Washington, DC 20005.

*/s/ James A. Bolling*
Attorney

771166.1