UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**PARKERVISION, INC.,**

    Plaintiff,

v.                                       **Case No.: 3:11-cv-719-J-37JBT**

**QUALCOMM INCORPORATED,**

    Defendant.

_____/

**O R D E R**

This case is before the Court _sua sponte_. On September 12, 2011, this Court entered an Order (Doc.11) directing the counsel to show cause why their _pro hac vice status_ should not be revoked and they be removed as attorneys in this case. On September 13 2011, Mr. Hummel and Mr. Greenwald filed a Certificate of Compliance (Doc 14 and 15) certifying to this Court in writing that they have registered an e-mail address and will maintain said e-mail address. Therefore, it is

**ORDERED** that this Court's Order to Show Cause (Doc. 11) is hereby discharged

**DONE AND ENTERED** at Jacksonville, Florida, this 12th day of October, 2011.

_____
ROY B. DALTON JR.
United States District Judge

Copies to: Counsel of Record