**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**PARKERVISION, INC.,**

        Plaintiff,           Case No.: 3:11-cv-719-RBD-JBT

v.

**QUALCOMM INCORPORATED,**

        Defendant.

_____/

### NOTICE OF APPEARANCE OF JEFFREY S. BOYLES
### AS ADDITIONAL COUNSEL FOR PLAINTIFF

COMES NOW Jeffrey S. Boyles, of the law firm of Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A., and hereby gives notice of his appearance as additional counsel on behalf of Plaintiff ParkerVision, Inc. and requests that copies of all pleadings, notices, orders and other papers in this cause be henceforth provided to the undersigned as additional counsel for the Plaintiff.

Dated:  October 14, 2011.

        */s/Jeffrey S. Boyles*
        Jeffrey S. Boyles
        Florida Bar #722308
        jboyles@addmg.com
        Ava K. Doppelt, Esq.
        Florida Bar No. 393738
        adoppelt@addmg.com
        Allen, Dyer, Doppelt,
          Milbrath & Gilchrist, P.A.
        255 South Orange Avenue, #1401
        Orlando, FL  32802-3791
        Telephone: (407) 841-2330
        Facsimile:  (407) 841-2343

        **Attorneys for ParkerVision, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court utilizing the CM/ECF system this 14th day of October, 2011 and which will electronically transmit an electronic copy to:

Joseph E. Lasher, Esq.
jlasher@cravath.com
Keith R. Hummel, Esq.
khummel@cravath.com
David R. Greenwald, Esq.
dgreenwald@cravath.com
Peter A. Emmi, Esq.
pemmi@cravath.com
Cravath, Swaine & Moore, LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Christopher A. Hughes, Esq.
Christopher.Hughes@cwt.com
John T. Moehringer, Esq.
john.moehringer@cwt.com
Robert M. Pollaro, Esq.
robert.pollaro@cwt.com
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281

John DeVault, Esq.
jad@bedellfirm.com
Bedell, Dittmar, DeVault,
 Pillans & Coxe, P.A.
The Bedell Building
101 East Adams Street
Jacksonville, FL 32202

*/s/ Jeffrey S. Boyles*
Jeffrey S. Boyles