UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PARKERVISION, INC.,
a Florida corporation,

        Plaintiff,

v.

QUALCOM INCORPORATED,
a Delaware corporation,

        Defendant.
_____/

Case No.: 3:11-cv-719-J-37-JBT

QUALCOMM INCORPORATED,

        Counterclaim Plaintiff,

v.

PARKERVISION, INC. and
STERNE, KESSLER, GOLDSTEIN & FOX PLLC,

        Counterclaim Defendants.
_____/

## NOTICE OF APPEARANCE

Please take notice that David M. Wells and Katherine H. Underwood, attorneys with the law firm of Gunster, Yoakley & Stewart, P.A., are entering their appearance as counsel for Counterclaim Defendant Sterne, Kessler, Goldstein & Fox PLLC.

Service of all pleadings and other filings should be made on Counterclaim Defendant Sterne, Kessler, Goldstein & Fox PLLC's counsel at the address listed below.

|  |  |
|---|---|
| Dated: October 14, 2011 | /s/ David M. Wells<br>David M. Wells<br>Florida Bar No. 0309291<br>Katherine H. Underwood<br>Florida Bar No. 0058995<br>GUNSTER, YOAKLEY & STEWART, P.A.<br>Attorneys for Counterclaim Defendant<br> Sterne, Kessler, Goldstein & Fox PLLC<br>One Enterprise Center<br>225 Water Street, Suite 1750<br>Jacksonville, Florida 32202<br>Telephone:   904.350.7170<br>Facsimile:    904.350.5965<br>Email:          dwells@gunster.com<br>Email:          kunderwood@gunster.com |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of October, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John A. DeVault, III
jad@bedellfirm.com

Stephen D. Busey
busey@smithhulsey.com

James A. Bolling
jbolling@smithhulsey.com

Ava K. Doppelt
adoppelt@addmg.com

Brian R. Gilchrist
bgilchrist@addmg.com

/s/ David M. Wells
---
David M. Wells
Florida Bar No. 0309291
Katherine H. Underwood
Florida Bar No. 0058995
GUNSTER, YOAKLEY & STEWART, P.A.
Attorneys for Counterclaim Defendant
Sterne, Kessler, Goldstein & Fox PLLC
One Enterprise Center
225 Water Street, Suite 1750
Jacksonville, Florida 32202
Telephone:    904.350.7170
Facsimile:    904.350.5965
Email: dwells@gunster.com
Email: kunderwood@gunster.com

JAX_ACTIVE 3122853.1