# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

PARKERVISION, INC.,
a Florida corporation,

           Plaintiff,                    Case No.: 3:11-cv-719-J-37-JBT

v.

QUALCOM INCORPORATED,
a Delaware corporation,

           Defendant.
_____/

QUALCOMM INCORPORATED,

           Counterclaim Plaintiff,

v.

PARKERVISION, INC. and
STERNE, KESSLER, GOLDSTEIN & FOX PLLC,

           Counterclaim Defendants.
_____/

## COUNTERCLAIM DEFENDANT STERNE, KESSLER, GOLDSTEIN & FOX PLLC'S MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), Counterclaim Defendant Sterne, Kessler, Goldstein & Fox PLLC ("SKGF"), by and through its undersigned counsel, moves this Court for an order extending the time within which it may respond to or move against Counterclaim Plaintiff Qualcomm Incorporated's ("Qualcomm") Counterclaim through November 7, 2011. By moving for this extension of time SKGF does not

concede that it is subject to personal jurisdiction.  In support of this motion, Counterclaim Defendant SKGF states:

1. Counterclaim Plaintiff's Counterclaim was served on SKGF on September 26, 2011.  Under the Federal Rules of Civil Procedure, SKGF's response to Counter Plaintiff's Complaint is currently due to be filed on Monday, October 17, 2011.

2. The undersigned was retained on October 13, 2011 to serve as counsel for SKGF and requires the additional time to understand this patent action and in preparing a response.

3. No party will be prejudiced by the brief extension requested, and Counterclaim Plaintiff's counsel has consented to the extension.

WHEREFORE, Counterclaim Defendant respectfully requests this Court to enter an order extending the time for its response through November 7, 2011.

## RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), United States District Court, Middle District of Florida, the undersigned has conferred with counsel for Counterclaim Plaintiff who has no objection to the requested extension.

## MEMORANDUM OF LAW IN SUPPORT

As good cause has been shown for the extension of time requested herein, the time for SKGF to file its response to Counterclaim Plaintiff's Complaint should be extended through November 7, 2011. See Fed.R.Civ.P. 6(b).

Dated: October 14, 2011

David M. Wells
Florida Bar No. 0309291
Katherine H. Underwood
Florida Bar No. 0058995
GUNSTER, YOAKLEY & STEWART, P.A.
Attorneys for Counterclaim Defendant
 Sterne, Kessler, Goldstein & Fox PLLC
One Enterprise Center
225 Water Street, Suite 1750
Jacksonville, Florida 32202
Telephone:    904.350.7170
Facsimile:    904.350.5965
Email:        dwells@gunster.com
Email:        kunderwood@gunster.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of October, 2011, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic

filing to the following:

John A. DeVault. III
jad@bedellfirm.com

Stephen D. Busey
busey@smithhulsey.com

James A. Bolling
jbolling@smithhulsey.com

Ava K. Doppelt
adoppelt@addmg.com

Brian R. Gilchrist
bgilchrist@addmg.com

-3-

David M. Wells
Florida Bar No. 0309291
Katherine H. Underwood
Florida Bar No. 0058995
GUNSTER, YOAKLEY &
STEWART, P.A.
Attorneys for Counterclaim
Defendant
Sterne, Kessler, Goldstein & Fox
PLLC
One Enterprise Center
225 Water Street, Suite 1750
Jacksonville, Florida 32202
Telephone:     904.350.7170
Facsimile:     904.350.5965
Email: dwells@gunster.com
Email:  kunderwood@gunster.com

JAX_ACTIVE 3122851.1

-4-