UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PARKERVISION, INC.,
a Florida corporation,

        Plaintiff,

v.

QUALCOM INCORPORATED,
a Delaware corporation,

        Defendant.
_____/

Case No.: 3:11-cv-719-J-37-JBT

QUALCOMM INCORPORATED,

        Counterclaim Plaintiff,

v.

PARKERVISION, INC. and
STERNE, KESSLER, GOLDSTEIN & FOX PLLC,

        Counterclaim Defendants.
_____/

## NOTICE OF APPEARANCE

Please take notice that David R. Atkinson, attorney with the law firm of Gunster, Yoakley & Stewart, P.A., is entering his appearance as additional counsel for Counterclaim Defendant Sterne, Kessler, Goldstein & Fox PLLC.

Service of all pleadings and other filings should be made on Counterclaim Defendant Sterne, Kessler, Goldstein & Fox PLLC's counsel at the address listed below.

Dated: November 7, 2011

*[signature]*

David M. Wells – Trial Counsel
Florida Bar No. 0309291
David R. Atkinson
Florida Bar No. 0767239
Katherine H. Underwood
Florida Bar No. 0058995
GUNSTER, YOAKLEY & STEWART, P.A.
*Attorneys for Counterclaim Defendant*
*Sterne, Kessler, Goldstein & Fox PLLC*
One Enterprise Center
225 Water Street, Suite 1750
Jacksonville, Florida 32202
Telephone:   904.350.7170
Facsimile:   904.350.5965
Email:       dwells@gunster.com
Email:       datkinson@gunster.com
Email:       kunderwood@gunster.com

### CERTIFICATE OF SERVICE (Documents filed via CM/ECF)

I hereby certify that on the 7th day of November, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

### ELECTRONIC MAIL SERVICE LIST
### CASE NO.: 3:11-CV-719-J-37-JBT

*Counsel for Defendant, Counterclaim Plaintiff Qualcomm Incorporated*

John A. DeVault, III
jad@bedellfirm.com
Courtney Kneece Grimm

cgrimm@bedellfirm.com
Bedell, Dittman, DeVault, Pillans & Coxe, P.A.
The Bedell Building
101 East Adams Street
Jacksonville, FL 32202
Phone: 904-353-0211
Facsimile: 904-353-9307
FLABAR#103979

Keith R. Hummel
khummel@cravath.com
David Greenwald
dgreenwald@cravath.com
Joseph Everett Lasher
jlasher@cravath.com
Peter A. Emmi
pemmi@cravath.com
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
Phone: 212-474-1000
Fax: 212-474-3700

Christopher A. Hughes
Christopher.Hughes@cwt.com
John Moehringer
John.moehringer@cwt.com
Robert Pollaro
Robert.pollaro@cwt.com
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Phone:212-504-6000
Fax: 212-504-6666

***Counsel for Plaintiff, Counterclaim Defendant, ParkerVision***
Ava K. Doppelt
adoppelt@addmg.com
Brian R. Gilchrist
bgilchrist@addmg.com
Jeffrey Scott Boyles
jboyles@addmg.com
Allen, Dyer, Doppelt, Milbrath & GilChrist, PA

255 S Orange Ave – Ste 1401
PO BOX 3791
Orlando, FL 32801
Phone: 407-841-2330
Fax: 407-841-2343

Stephen D. Busey
busey@smithhulsey.com
James Arthur Bolling
jbolling@smithhulsey.com
Smith, Hulsey & Busey
225 Water St – Ste 1800
PO BOX 53315
Jacksonville, FL 32202-3315
Phone: 904-359-7700
Fax: 904-359-7708

_/s/_

David M. Wells

JAX_ACTIVE 3128077.1