THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PARKERVISION, INC.,<br><br>          *Plaintiff*,<br><br>    v.<br><br>QUALCOMM INCORPORATED,<br><br>          *Defendant*.<br><br>QUALCOMM INCORPORATED,<br><br>          *Counterclaim Plaintiff*,<br><br>    v.<br><br>PARKERVISION, INC., and<br>STERNE KESSLER GOLDSTEIN FOX<br><br>          *Counterclaim Defendants*. | Civil Action No. 3:11-cv-719-J-37-JBT |

**[PROPOSED] ORDER**

      WHEREAS Defendant, Counterclaim Plaintiff Qualcomm Incorporated ("Qualcomm") has moved for a preliminary injunction pursuant to Fed. R. Civ. P. 65 and Local Rule 4.06;

      WHEREAS upon consideration of the motion, the accompanying declarations and all exhibits thereto, the Court holds that the requirements for the entry of a preliminary injunction are satisfied and that Qualcomm's motion should be granted;

      IT IS HEREBY ORDERED that Qualcomm's motion for a preliminary injunction is granted pending a trial on the merits; and it is further

ORDERED that Counterclaim Defendant Sterne, Kessler, Goldstein & Fox LLP is enjoined from providing legal advice and services to Plaintiff, Counterclaim Defendant ParkerVision, Inc. in connection with this action.

Dated: _____

_____
Roy B. Dalton, Jr., U.S.D.J.