# THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| PARKERVISION, INC.,<br><br>   *Plaintiff*,<br><br>  v.<br><br>QUALCOMM INCORPORATED,<br><br>   *Defendant*.<br><br>QUALCOMM INCORPORATED,<br><br>   *Counterclaim Plaintiff*,<br><br>  v.<br><br>PARKERVISION, INC., and<br>STERNE KESSLER GOLDSTEIN FOX<br><br>   *Counterclaim Defendants*. | Civil Action No. 3:11-cv-719-J-37-JBT |

## QUALCOMM'S REQUEST FOR ORAL ARGUMENT
## IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

   Pursuant to Local Rule 3.01(j), Defendant, Counterclaim Plaintiff Qualcomm Incorporated respectfully requests oral argument to address the issues contained in its contemporaneously filed Motion for Preliminary Injunction. Qualcomm estimates that two hours will be required for such oral argument.

November 10, 2011

                      CRAVATH, SWAINE & MOORE LLP

        By:    s/ Keith R. Hummel
              Keith R. Hummel (admitted pro hac vice) (Trial Counsel)
              khummel@cravath.com
              David Greenwald (admitted pro hac vice)
              dgreenwald@cravath.com
              Worldwide Plaza
              825 Eighth Avenue
              New York, New York  10019
              Telephone:  (212) 474-1000
              Facsimile:  (212) 474-3700

                      -and-

BEDELL, DITTMAR, DEVAULT, PILLANS & COXE, P.A.
       John A. DeVault, III
       Florida Bar No. 103979
       jad@bedellfirm.com
       Courtney K. Grimm
       cgrimm@bedellfirm.com
       Florida Bar No. 953740
       The Bedell Building
       101 East Adams Street
       Jacksonville, Florida 32202
       Telephone:  (904) 353-0211
       Facsimile:  (904) 353-9307

                   -and-

CADWALADER, WICKERSHAM & TAFT LLP
        Christopher A. Hughes (admitted pro hac vice)
        Christopher.Hughes @cwt.com
        1 World Financial Center
        New York, New York 10281
        Telephone:  (212) 504-6000
        Facsimile:  (212) 504-6666

*Counsel for Defendant, Counterclaim Plaintiff Qualcomm Incorporated*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 10th day of November, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> Stephen D. Busey
> busey@smithhulsey.com
>
> James A. Bolling
> jbolling@smithhulsey.com
>
> Ava K. Doppelt
> adoppelt@addmg.com
>
> Brian R. Gilchrist
> bgilchrist@addmg.com
>
> Jeffrey S. Boyles
> jboyles@addmg.com
>
> David R. Atkinson
> datkinson@gunster.com
>
> David M. Wells
> dwells@gunster.com
>
> Katherine H. Underwood
> KUnderwood@gunster.com

                s/ Keith R. Hummel
                Keith R. Hummel (admitted pro hac vice)
                khummel@cravath.com
                Worldwide Plaza
                825 Eighth Avenue
                New York, New York  10019
                Telephone:  (212) 474-1000
                Facsimile:  (212) 474-3700
                *Attorney for Defendant,*
                *Counterclaim Plaintiff*