**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PARKERVISION, INC.,

    Plaintiff,

v.

QUALCOMM INCORPORATED,

    Defendant.

QUALCOMM INCORPORATED,

    Counterclaim Plaintiff,

v.

PARKERVISION, INC., and STERNE,
KESSLER, GOLDSTEIN & FOX PLLC,

    Counterclaim Defendants.

Case No. 3:11-cv-791-J-37JBT

**ORDER**

This cause is before the Court on Qualcomm's Motion for a Preliminary Injunction (Doc. No. 38), filed November 10, 2011.  Upon consideration of the Motion and the supporting declarations, the Court finds it appropriate to set the Motion for hearing.  It is hereby **ORDERED** as follows:

    1.    Counterclaim Defendants, ParkerVision, Inc. and Sterne, Kessler, Goldstein & Fox PLLC, shall have until and including November 30, 2011, to file and serve their responses in opposition to the Motion.

    2.    Counterclaim Plaintiff Qualcomm Incorporated shall have until and including December 7, 2011, to file and serve its reply in support of the Motion, which shall not exceed 10 pages.

3. This cause will be heard by the Honorable Roy B. Dalton, Jr., United States District Judge, on Wednesday, December 14, 2011, at 3:00 p.m., in Courtroom 12C of Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202. No oral testimony will be permitted at the hearing. The hearing is set for one hour. Counterclaim Plaintiff Qualcomm Incorporated will be allotted 30 minutes for oral argument. Counterclaim Defendants, ParkerVision, Inc. and Sterne, Kessler, Goldstein & Fox PLLC, will be allotted the remaining 30 minutes for oral argument. Counsel shall appear in person.

4. The parties are advised that photo identification is required to enter the courthouse, and cell phones, blackberries, and laptop computers are prohibited in the building. The Court hereby authorizes the parties to bring such electronic devices into the building, if desired. Such devices shall be kept in "vibrate" or "silent" mode, and may be used only outside the courtroom. All cell phones and like devices shall be turned off while in the courtroom. The parties shall present a copy this Order to the Court Security Officers when entering the courthouse on the date of the hearing.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, on November 14, 2011.

ROY B. DALTON JR.
United States District Judge

Copies:

counsel of record

Case 3:11-cv-00719-RBD-JBT   Document 43   Filed 11/15/11   Page 3 of 3 PageID 378