UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PARKER VISION, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 3:11-cv-719-J-37-JBT |
| ) | |
| QUALCOMM INCORPORATED, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |
| QUALCOMM INCORPORATED, ) | |
| ) | |
| Counterclaim Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| PARKER VISION, INC. and STERNE ) | |
| KESSLER GOLDSTEIN FOX, ) | |
| ) | |
| Counterclaim Defendants. ) | |
| _____ / | |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Court's November 8, 2011 Order (Doc. No. 37), Defendant Qualcomm Incorporated ("Qualcomm") makes the following Interested Persons and Corporate Disclosure Statement:

1.  The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

**Defendant Qualcomm is a public corporation headquartered in San Diego, California. Qualcomm has no parent company and no publicly-traded company owns 10% or more of its stock.**

**Defendant's counsel in this matter are Keith R. Hummel, David Greenwald, Peter A. Emmi, and Joseph E. Lasher and their law firm, Cravath, Swaine & Moore LLP; Christopher A. Hughes, John Moehringer, and Robert Pollaro and their law firm, Cadwalader, Wickersham & Taft LLP; and John A. DeVault, III, and Courtney K. Grimm and their law firm Bedell, Dittmar, DeVault, Pillans and Coxe, P.A.**

2.  The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None known.**

3.  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None known.**

4.  The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**None known.**

5.      Undersigned counsel for Qualcomm certifies that he is unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

**DATED** this  16th  day of November, 2011.

Respectfully submitted,

>BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
>Professional Association
>
>By:   s/John A. DeVault, III
>      John A. DeVault, III
>      Florida Bar No. 103979
>      jad@bedellfirm.com
>      Courtney K. Grimm
>      Florida Bar No. 953740
>      cgrimm@bedellfirm.com
>      The Bedell Building
>      101 East Adams Street
>      Jacksonville, Florida 32202
>      Telephone:   (904) 353-0211
>      Facsimile:   (904) 353-9307
>
>              -and-
>
>CRAVATH, SWAINE & MOORE, LLP
>      Keith R. Hummel (admitted pro hac vice)
>      khummel@cravath.com
>      David Greenwald (admitted pro hac vice)
>      dgreenwald@cravath.com
>      Peter A. Emmi (admitted pro hac vice)
>      pemmi@cravath.com
>      Joseph E. Lasher (admitted pro hac vice)
>      jlasher@cravath.com
>      Worldwide Plaza
>      825 Eighth Avenue
>      New York, New York  10019
>      Telephone:   (212) 474-1000
>      Facsimile:   (212) 474-3700
>
>              -and-

>CADWALADER, WICKERSHAM & TAFT LLP
>Christopher A. Hughes (admitted pro hac vice)
>Christopher.hughes@cwt.com
>John Moehringer (admitted pro hac vice)
>john.moehringer@cwt.com
>Robert Pollaro (admitted pro hac vice)
>robert.pollaro@cwt.com
>1 World Financial Center
>New York, New York 10281
>Telephone: (212) 504-6000
>Facsimile: (212) 504-6666

Counsel for Defendant Qualcomm Incorporated

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of November, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all registered users.

>s/John A. DeVault, III
>John A. DeVault, III
>Florida Bar No. 103979
>E-mail: jad@bedellfirm.com
>The Bedell Building
>101 East Adams Street
>Jacksonville, Florida 32202
>Telephone: (904) 353-0211
>Facsimile: (904) 353-9307
>Attorney for Defendant