IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:11-CV-719-J-37-JBT

PARKERVISION, INC.,

    Plaintiff.

v.

QUALCOMM INCORPORATED,

    Defendant.
_____/

QUALCOMM INCORPORATED,

    Counterclaim Plaintiff,

v.

PARKERVISION, INC, AND
STERNE, KESSLER, GOLDSTEIN & FOX PLLC,

    Counterclaim Defendants.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Counterclaim Defendant, Sterne, Kessler, Goldstein & Fox PLLC ("SKGF") hereby discloses the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

| **Interested Party** | **Interest in Action** |
|---|---|
| Sterne, Kessler, Goldstein & Fox PLLC | Counterclaim Defendant |
| Gunster, Yoakley & Stewart, P.A.<br>  David M. Wells, Esq.<br>  David R. Atkinson, Esq.<br>  Katherine H. Underwood, Esq. | Counsel for SKGF |
| Qualcomm Incorporated ("Qualcomm") | Defendant/Counterclaim Plaintiff |
| Bedell, Dittmar, DeVault, Pillans & Coxe, P.A.<br>  John A. DeVault, Esq.<br>  Courtney K. Grimm, Esq. | Counsel for Qualcomm |
| Cravath, Swaine & Moore LLP<br>  Keith R. Hummell, Esq.<br>  David Greenwald, Esq.<br>  Joseph E. Lasher, Esq.<br>  Peter A. Emmi, Esq. | Counsel for Qualcomm |
| Cadwalader, Wickersham & Taft LLP<br>  Christopher A. Hughes, Esq.<br>  John Moehringer, Esq.<br>  Robert Pollaro, Esq. | Counsel for Qualcomm |
| ParkerVision, Inc. ("ParkerVision") | Plaintiff/Counterclaim Defendant |
| Smith, Hulsey & Busey<br>  Stephen D. Busey, Esq.<br>  James A. Bolling, Esq. | Counsel for ParkerVision |
| Allen, Dyer, Doppelt, Milbrath & Gilchrist, PA<br>  Ava K. Doppelt, Esq.<br>  Brian R. Gilchrist, Esq.<br>  Jeffrey S. Boyles, Esq. | Counsel for ParkerVision |

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: None

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff/Counterclaim Defendant ParkerVision initiated this action against Defendant/Counterclaim Plaintiff Qualcomm seeking injunctive relief and damages for purported civil wrongful acts. In response, Defendant/Counterclaim Plaintiff Qualcomm filed an answer and counterclaim alleging, among other things, that it is the victim of civil wrongful acts purportedly committed by Counterclaim Defendants SKGF and ParkerVision and that Counterclaim Defendants are liable for damages stemming from those alleged acts. SKGF denies that any of its actions in connection with this litigation were civilly or criminally wrongful and, thus, denies that it is liable for any damages.

SKGF hereby certifies that, except as disclosed above, it is unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date:  November 18, 2011.

By: s/ Katherine Underwood
David M. Wells – Trial Counsel
Florida Bar #309291
David R. Atkinson
Florida Bar #767239
Katherine H. Underwood
Florida Bar #0058995
*Counsel for Sterne, Kessler, Goldstein & Fox PLLC*
GUNSTER, YOAKLEY & STEWART, P.A.
225 Water Street, Suite 1750
Jacksonville, FL  32202
Telephone:  904-354-7980
Facsimile:  904-354-2170

dwells@gunster.com
datkinson@gunster.com
kunderwood@gunster.com

### CERTIFICATE OF SERVICE (Documents filed via CM/ECF)

I hereby certify that on the 18th day of November, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

### ELECTRONIC MAIL SERVICE LIST
### CASE NO.: 3:11-CV-719-J-37-JBT

*Counsel for Defendant, Counterclaim Plaintiff Qualcomm Incorporated*

John A. DeVault, III
jad@bedellfirm.com
Courtney Kneece Grimm
cgrimm@bedellfirm.com
Bedell, Dittmar, DeVault, Pillans & Coxe, P.A.
The Bedell Building
101 East Adams Street
Jacksonville, FL 32202
Phone: 904-353-0211
Facsimile: 904-353-9307
FLABAR#103979

Keith R. Hummel
khummel@cravath.com
David Greenwald
dgreenwald@cravath.com
Joseph Everett Lasher
jlasher@cravath.com
Peter A. Emmi
pemmi@cravath.com
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue

New York, New York 10019-7475
Phone: 212-474-1000
Fax: 212-474-3700

Christopher A. Hughes
Christopher.Hughes@cwt.com
John Moehringer
John.moehringer@cwt.com
Robert Pollaro
Robert.pollaro@cwt.com
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Phone: 212-504-6000
Fax: 212-504-6666

*Counsel for Plaintiff, Counterclaim Defendant, ParkerVision*
Ava K. Doppelt
adoppelt@addmg.com
Brian R. Gilchrist
bgilchrist@addmg.com
Jeffrey Scott Boyles
jboyles@addmg.com
Allen, Dyer, Doppelt, Milbrath & Gilchrist, PA
255 S Orange Ave, Suite 1401
P.O. Box 3791
Orlando, FL 32801
Phone: 407-841-2330
Fax: 407-841-2343

Stephen D. Busey
busey@smithhulsey.com
James Arthur Bolling
jbolling@smithhulsey.com
Smith, Hulsey & Busey
225 Water Street, Suite 1800
P.O. Box 53315
Jacksonville, FL 32202-3315
Phone: 904-359-7700
Fax: 904-359-7708

            s/ Katherine Underwood
            Katherine Underwood