# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# <u>JACKSONVILLE DIVISION</u>

PARKERVISION, INC.,

    Plaintiff,

v.                                      Case No. 3:11-cv-719-RBD-JBT

QUALCOMM INCORPORATED,

    Defendant.

## PARKERVISION'S CERTIFICATE OF INTERESTED
## <u>PERSONS AND CORPORATE DISCLOSURE STATEMENT</u>

Plaintiff, ParkerVision, Inc., pursuant to Rule 7.1, Federal Rules of Civil Procedure, and the November 8, 2011 order (ECF 37), discloses the following:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

        (a)    ParkerVision, Inc.

        (b)    Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A. (counsel for ParkerVision)

        (c)    Ava K. Doppelt (counsel for ParkerVision)

        (d)    Brian R. Gilchrist (counsel for ParkerVision)

        (e)    Smith Hulsey & Busey (counsel for ParkerVision)

        (f)    Stephen D. Busey (counsel for ParkerVision)

(g) James A. Bolling (counsel for ParkerVision)

(h) McKool Smith P.C. (counsel for ParkerVision)

(i) Douglas Cawley (counsel for ParkerVision)

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases: None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution: ParkerVision, Inc.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

SMITH HULSEY & BUSEY

By: /s/ James A. Bolling
      Stephen D. Busey
      James A. Bolling

Florida Bar Number 901253
225 Water Street, Ste. 1800
Jacksonville, FL 32202
(904) 359-7700
(904) 353-7708 (facsimile)
busey@smithhulsey.com
jbolling@smithhulsey.com

and

ALLEN, DYER, ET AL.,
Ava K. Doppelt, Esq.
FL Bar No. 393738
adoppelt@addmg.com
Brian R. Gilchrist, Esq.
FL Bar No. 774065
bgilchrist@addmg.com
255 South Orange Avenue, Suite 1401
Orlando, FL  32801
(407) 841-2330
(407) 841-2343 (facsimile)

Attorneys for ParkerVision, Inc.

Certificate of Service

I certify that on November 18, 2011, I electronically filed a copy of the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing to the following: John A. DeVault, III, Esq. and Courtney K. Grimm, Esq., Bedell, Dittmar, DeVault, Pillans & Coxe, The Bedell Building, 101 East Adams Street, Jacksonville, Florida 32202; Keith R. Hummel, Esq., David Greenwald, Esq., Peter A. Emmi, Esq. and Joseph E. Lasher, Esq., Cravath, Swaine & Moore, LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019; Christopher A. Hughes, Esq., Cadwalader, Wickersham & Taft LLP, 1 World Financial Center, New York, New York 10281; David M. Wells, Esq., Gunster, Yoakley & Stewart, P.A., 225 Water Street, Suite 1750, Jacksonville, Florida 32202-5185; and David R. Atkinson, Esq., Gunster, Yoakley & Stewart, P.A., 777 South Flagler Drive, Suite 500 East, West Palm Beach, Florida 33401-6194. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant: None.

>   /s/ James A. Bolling
>   Attorney

775948.1