**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| PARKERVISION, INC.,                     ) | |
|                   Plaintiff,                              ) | |
| v.                                                              ) | Case No. 3:11-cv-719-RBD-JBT |
|                                                                  ) | |
| QUALCOMM INCORPORATED,       ) | |
|                   Defendant.                           ) | |

**T. GORDON WHITE'S CONSENT MOTION TO APPEAR**
**PRO HAC VICE AND DESIGNATION AND CONSENT TO ACT**

T. Gordon White of the law firm of McKool Smith P.C. moves pursuant to Local Rule 2.02 to appear pro hac vice in this action on behalf of plaintiff, ParkerVision, Inc., and in support says and certifies:

1. I am a member in good standing of the Texas Bar, and the bars of the U.S. District Courts for the Northern and Eastern Districts of Texas and the U.S. Court of Appeals for the Federal Circuit.

2. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

3. To my knowledge there are no disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States.

4. Within the twelve month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

5. I designate Stephen D. Busey and James A. Bolling of the law firm of Smith Hulsey & Busey, upon whom all notices and papers in this case may be served, and who have entered their notice of appearance in this action and agree to be responsible for the progress of this case including the trial in default of the undersigned.

6. I certify that I will comply with both the fee and e-mail registration requirements of Rule 2.01(d).

Local Rule 3.01(g) Certification

Counsel for ParkerVision have conferred with counsel for Qualcomm Incorporated, who consent to the relief sought in this motion.

McKOOL SMITH P.C.
T. Gordon White
300 West 6th Street, Suite 1700
Austin, TX  78701
Telephone:  (512) 692-8700
Facsimile:  (512) 692-8744
Email:  gwhite@mckoolsmith.com

and

SMITH HULSEY & BUSEY

By: s/ James A. Bolling
    Stephen D. Busey
    James A. Bolling

Florida Bar Number 117790
Florida Bar Number 901253
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jbolling@smithhulsey.com

Attorneys for ParkerVision, Inc.

Certificate of Service

I certify that on November 21, 2011, I electronically filed a copy of the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing to the following: John A. DeVault, III, Esq. and Courtney K. Grimm, Esq., Bedell, Dittmar, DeVault, Pillans & Coxe, The Bedell Building, 101 East Adams Street, Jacksonville, Florida 32202; Keith R. Hummel, Esq., David Greenwald, Esq., Peter A. Emmi, Esq. and Joseph E. Lasher, Esq., Cravath, Swaine & Moore, LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019; Christopher A. Hughes, Esq., Cadwalader, Wickersham & Taft LLP, 1 World Financial Center, New York, New York 10281; David M. Wells, Esq., Gunster, Yoakley & Stewart, P.A., 225 Water Street, Suite 1750, Jacksonville, Florida 32202-5185; and David R. Atkinson, Esq., Gunster, Yoakley & Stewart, P.A., 777 South Flagler Drive, Suite 500 East, West Palm Beach, Florida 33401-6194. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant: None.

*/s/ James A. Bolling*
Attorney

777431