UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PARKERVISION, INC., a Florida corporation,

    Plaintiff,

vs.    Case No. 3:11-cv-719-J-37JBT

QUALCOMM INCORPORATED, et al.,

    Defendants.
_____/

## ORDER OF RECUSAL

The undersigned hereby recuses himself from further proceedings in this action.

**DONE AND ORDERED** at Jacksonville, Florida on November 21, 2011.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies furnished to:

Counsel of Record