UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PARKERVISION, INC.,
a Florida corporation,

    Plaintiff,

v.                             Case No.: 3:11-cv-719-J-37-JBT

QUALCOMM INCORPORATED,
a Delaware corporation,

    Defendant.
_____

QUALCOMM INCORPORATED,

    Counterclaim Plaintiff,

v.

PARKERVISION, INC. and STERNE
KESSLER GOLDSTEIN FOX,

    Counterclaim Defendants.
_____

**CONSENT MOTION TO EXTEND DEADLINE FOR QUALCOMM TO
RESPOND TO PARKERVISION AND STERNE KESSLER'S
MOTIONS ADDRESSED TO THE ANSWER AND COUNTERCLAIMS**

Defendant Counterclaim Plaintiff, Qualcomm Inc. ("Qualcomm"), moves pursuant to Rule 6(b)(1)(A) Fed.R.Civ.P., to extend the deadline for responding to the Counterclaim Defendants' motions to dismiss, to strike, for more definite statement, and to abate Qualcomm's answer and

counterclaims, and/or to file an amended answer and counterclaims, until December 2, 2011, and in support says:

1.  The current deadline for filing an amended answer and counterclaims is November 28, 2011, Rule 15(a)(1)(B), Fed.R.Civ.P., and for filing an opposition to the motions is November 25, 2011, Local Rule 3.01(b).

2.  Qualcomm has requested the brief extension due to scheduling conflicts and the upcoming Thanksgiving Holiday.

Local Rule 3.01(g) Certification

The undersigned attorney for Qualcomm certifies that he has conferred in good faith with Parkervision and Sterne Kessler's attorneys, who consent to the relief requested in this motion.

>   BEDELL, DITTMAR, DeVAULT, PILLANS
>       & COXE, P.A.
>
>
>   By: /s/ John A. DeVault, III
>       John A. DeVault, III
>       jad@bedellfirm.com
>       Florida Bar No. 103979
>       The Bedell Building
>       101 East Adams Street
>       Jacksonville, Florida 32202
>       Telephone:    (904) 353-0211
>       Facsimile:    (904) 353-9307

-and-

CRAVATH, SWAINE & MOORE, LLP

    Keith R. Hummel
    (admitted pro hac vice)
    khummel@cravath.com
    David Greenwald
    (admitted pro hac vice)
    dgreenwald@cravath.com
    Peter A. Emmi
    (admitted pro hac vice)
    pemmi@cravath.com
    Joseph E. Lasher
    (admitted pro hac vice)
    jlasher@cravath.com
    Worldwide Plaza
    825 Eighth Avenue
    New York, New York  10019
    Telephone:       (212) 474-1000
    Facsimile:       (212) 474-3700

       -and-

CADWALADER, WICKERSHAM & TAFT LLP
    Christopher A. Hughes
    (admitted pro hac vice)
    Christopher.hughes@cwt.com
    John Moehringer
    (admitted pro hac vice)
    john.moehringer@cwt.com
    Robert Pollaro
    (admitted pro hac vice)
    robert.pollaro@cwt.com
    1 World Financial Center
    New York, New York 10281
    Telephone:      (212) 504-6000
    Facsimile:      (212) 504-6666

Counsel for Defendant Qualcomm Incorporated

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 21st day of November, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all registered users.

                                          s/John A. DeVault, III
                                      John A. DeVault, III
                                      Florida Bar No. 103979
                                      Bedell, Dittmar, DeVault,
                                      Pillans & Coxe, P.A.
                                      The Bedell Building
                                      101 E. Adams Street
                                      Jacksonville, Florida 32202
                                      Telephone: (904) 353-0211
                                      Facsimile: (904) 353-9307
                                      E-Mail: jad@bedellfirm.com