UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PARKERVISION, INC.,
a Florida corporation,

    Plaintiff,

v.                                Case No.: 3:11-cv-719-J-37TEM

QUALCOMM INCORPORATED,
a Delaware corporation,

    Defendant.
_____

QUALCOMM INCORPORATED,

    Counterclaim Plaintiff,

v.

PARKERVISION, INC. and STERNE
KESSLER GOLDSTEIN FOX,

    Counterclaim Defendants.
_____

**DEFENDANT COUNTERCLAIM PLAINTIFF QUALCOMM'S
SUGGESTION OF MOOTNESS AND ALTERNATIVE CONSENT
<u>MOTION TO EXTEND TIME FOR RESPONSE TO MOTIONS</u>**

Defendant/Counterclaim Plaintiff Qualcomm, Incorporated ("Qualcomm") simultaneously herewith filed an Amended Answer, Affirmative Defenses and Counterclaim pursuant to Rule 15(a)(1)(B), Federal Rules of Civil Procedure, and in accordance with the Court's Order granting Qualcomm's Motion to Extend Deadline to Respond

(Doc. No. 54). Qualcomm asserts that its Amended Answer, Affirmative Defenses and Counterclaim renders moot Plaintiff ParkerVision Inc.'s Motion and Memorandum to Strike Certain of Qualcomm's Affirmative Defenses (Doc. No. 35) and Motion and Memorandum to Dismiss Qualcomm's Counterclaims (Doc. No. 36) as well as Counterclaim Defendant Sterne Kessler Goldstein Fox's Motion to Dismiss Qualcomm's Counterclaims, Motion for More Definite Statement, or in the Alternative Motion to Abate Qualcomm's Counterclaims and Incorporated Memorandum of Law (Doc. No. 34). See Tri-State Consumer Ins. Co. v. LexisNexis Risk Solutions, Inc., No. 1:11-cv-1313-TCB, 2011 WL 5438959 (N.D. Ga. Nov. 10, 2011) (motion to dismiss filed before filing of amended complaint is moot).

However, should ParkerVision or Sterne Kessler give notice that any of their motions as stated should stand over as to Qualcomm's Amended Answer, Affirmative Defenses and Counterclaim, Qualcomm moves the Court for an order extending the time for Qualcomm to respond to such pending motion, to 14 days from the date of filing of any such notice.

**Local Rule 3.01(g) Certification**

The undersigned attorney for Qualcomm certifies that he has conferred in good faith with ParkerVision and Sterne Kessler's attorneys, who consent to the alternative motion for extension requested in this motion.

        BEDELL, DITTMAR, DeVAULT, PILLANS
          & COXE, P.A.

By: s/ John A. DeVault, III
     John A. DeVault, III
     jad@bedellfirm.com
     Florida Bar No. 103979
     Courtney K. Grimm
     cgrimm@bedellfirm.com
     Florida Bar No. 953740
     The Bedell Building
     101 East Adams Street
     Jacksonville, Florida 32202
     Telephone:    (904) 353-0211
     Facsimile:    (904) 353-9307

-and-

    CRAVATH, SWAINE & MOORE, LLP
        Keith R. Hummel
        (admitted pro hac vice)
        khummel@cravath.com
        David Greenwald
        (admitted pro hac vice)
        dgreenwald@cravath.com
        Peter A. Emmi
        (admitted pro hac vice)
        pemmi@cravath.com
        Joseph E. Lasher
        (admitted pro hac vice)
        jlasher@cravath.com
        Worldwide Plaza
        825 Eighth Avenue
        New York, New York  10019
        Telephone:     (212) 474-1000
        Facsimile:     (212) 474-3700

            -and-

    CADWALADER, WICKERSHAM & TAFT LLP
        Christopher A. Hughes
        (admitted pro hac vice)
        Christopher.hughes@cwt.com
        John Moehringer
        (admitted pro hac vice)
        john.moehringer@cwt.com
        Robert Pollaro
        (admitted pro hac vice)
        robert.pollaro@cwt.com
        1 World Financial Center
        New York, New York 10281
        Telephone:     (212) 504-6000
        Facsimile:     (212) 504-6666

    Counsel for Defendant Qualcomm
    Incorporated

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 2nd day of December, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all registered users.

                                       s/John A. DeVault, III  
                                  John A. DeVault, III  
                                  Florida Bar No. 103979  
                                  Bedell, Dittmar, DeVault,  
                                  Pillans & Coxe, P.A.  
                                  The Bedell Building  
                                  101 E. Adams Street  
                                  Jacksonville, Florida 32202  
                                  Telephone:  (904) 353-0211  
                                  Facsimile:  (904) 353-9307  
                                  E-Mail:  jad@bedellfirm.com