# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**PARKER VISION, iNC.**           **CASE NO. 3:11-cv-719-J-37TEM**
v.
**QUALCOMM INC.**

**Counsel for Plaintiff:**           **Counsel for Defendants:**

Stephen Busey                        John DeVault
Douglas Cawley                       Keith Hummer
                                     David Greenwald
                                     Joseph Lasher


David Wells        )       representing Sterne Kessler
David Atkinson     )

**HONORABLE ROY B. DALTON, JR., UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Virginia Flick
Court Reporter: Scott Gamertsfelder

## CLERK'S MINUTES

PROCEEDINGS OF:    Motion for Preliminary Injunction

Argument Heard.  Matter taken under advisement,

Parties to work on agreement as how to proceed.  To notify Court as to status.

Case Management report due 12/30/11

**DATE: 12/14/2011**      **TIME:  2:58 p.m. - 4:42 a.m.**      **TOTAL: 1/46**