IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:11-CV-719-J-37-TEM

PARKERVISION, INC.,

       Plaintiff.

v.

QUALCOMM INCORPORATED,

       Defendant.

_____/

QUALCOMM INCORPORATED,

       Counterclaim Plaintiff,

v.

PARKERVISION, INC, AND
STERNE, KESSLER, GOLDSTEIN & FOX PLLC,

       Counterclaim Defendants.

_____/

**COUNTERCLAIM-DEFENDANT, STERNE, KESSLER, GOLDSTEIN & FOX PLLC'S
AGREED MOTION FOR AN EXTENSION OF TIME FOR THE PARTIES
TO SERVE INITIAL DISCLOSURES**

Counterclaim-Defendant, Sterne, Kessler, Goldstein & Fox PLLC ("SKGF"), by and

through its undersigned counsel, hereby files this Agreed Motion for an Extension of Time For

the Parties to Serve Initial Disclosures (the "Motion"), pursuant to Fed. R. Civ. P. 6(b) and Local

Rule 3.01, and states as follows in support:

       1.      In the Joint Case Management Report filed on December 30, 2011 [D.E. 69] (the

"JCMR"), the parties agreed to serve initial disclosures, pursuant to Rule 26(a)(1), on all other

parties to this action on or before January 13, 2011.   At the time of filing this Motion, the Court has not entered an order on the JCMR.

2.     Because SKGF requires additional time to fully prepare its initial disclosures – disclosures that relate to events and documents dating back to the mid-1990's and cover sensitive and, at times, confidential client information – counsel for SKGF contacted counsel for Defendant/Counterclaim-Plaintiff, Qualcomm Incorporated ("Qualcomm"), and counsel for Plaintiff/Counterclaim-Defendant, ParkerVision, Inc. ("ParkerVision"), on January 12, 2012 to request the parties' agreement that the deadline to serve initial disclosures be postponed until the following Friday, January 20, 2012.

3.     Counsel for Qualcomm and counsel for ParkerVision consented to SKGF's requested postponement.

4.     Accordingly, SKGF requests an additional seven (7) days, up to and including January 20, 2012, for the parties to serve their respective disclosures.

5.     Good cause exists to grant this Motion as the relief requested will permit the parties to sufficiently investigate the matters and materials required to be disclosed pursuant to Rule 26(a)(1).  The requested extension is not expected to interfere with any of the other agreed dates included in the parties' JCMR.

WHEREFORE, Counterclaim-Defendant, Sterne, Kessler, Goldstein & Fox PLLC, moves this Court to enter an order on the parties' Joint Case Management Report to comport with the relief requested in paragraph 4 above.

Respectfully submitted this 13th day of January, 2012.

By:    /s/ Katherine H. Underwood _____
       David M. Wells – Trial Counsel
       Florida Bar #309291
       David R. Atkinson
       Florida Bar #767239
       Katherine H. Underwood
       Florida Bar #0058995
       *Counsel for Sterne, Kessler, Goldstein & Fox PLLC*
       GUNSTER, YOAKLEY & STEWART, P.A.
       225 Water Street, Suite 1750
       Jacksonville, FL  32202
       Telephone:  904-354-1980
       Facsimile:  904-354-2170
       dwells@gunster.com
       datkinson@gunster.com
       kunderwood@gunster.com

## CERTIFICATE OF SERVICE (Documents filed via CM/ECF)

I hereby certify that on the 13th day of January, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

 /s/ Katherine H. Underwood_____
Katherine H. Underwood

**ELECTRONIC MAIL SERVICE LIST**
**CASE NO.: 3:11-cv-719-J-37-TEM**

***Counsel for Defendant, Counterclaim Plaintiff Qualcomm Incorporated***

John A. DeVault, III
jad@bedellfirm.com
Courtney Kneece Grimm
cgrimm@bedellfirm.com
Bedell, Dittman, DeVault, Pillans & Coxe, P.A.
The Bedell Building
101 East Adams Street
Jacksonville, FL  32202
Phone:  904-353-0211
Facsimile:  904-353-9307
FLABAR#103979

Keith R. Hummel
khummel@cravath.com
David Greenwald
dgreenwald@cravath.com
Joseph Everett Lasher
jlasher@cravath.com
Peter A. Emmi
pemmi@cravath.com
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019-7475
Phone:  212-474-1000
Fax:  212-474-3700

Christopher A. Hughes
Christopher.Hughes@cwt.com
John Moehringer
John.moehringer@cwt.com
Robert Pollaro
Robert.pollaro@cwt.com
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Phone:212-504-6000
Fax:  212-504-6666

***Counsel for Plaintiff, Counterclaim Defendant, ParkerVision***

Ava K. Doppelt
adoppelt@addmg.com

Brian R. Gilchrist
bgilchrist@addmg.com
Jeffrey Scott Boyles
jboyles@addmg.com
Allen, Dyer, Doppelt, Milbrath & Gilchrist, PA
255 S Orange Ave – Ste 1401
PO BOX 3791
Orlando, FL  32801
Phone:  407-841-2330
Fax:  407-841-2343

Stephen D. Busey
busey@smithhulsey.com
James Arthur Bolling
jbolling@smithhulsey.com
Smith, Hulsey & Busey
225 Water St – Ste 1800
PO BOX 53315
Jacksonville, FL  32202-3315
Phone:  904-359-7700
Fax:  904-359-7708

T. Gordon White
gwhite@mckoolsmith.com
McKool Smith P.C.
300 West 6th Street, Suite 1700
Austin, TX 78701
Phone:  512-692-8700

J. Austin Curry
acurry@mckoolsmith.com
Douglas Cawley
dcawley@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court
Suite 1500
Dallas, TX 75201
Phone:  214-978-4000
Fax: 214-978-4044