**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PARKERVISION, INC.,

    Plaintiff,

v.

QUALCOMM INCORPORATED,

    Defendant.

QUALCOMM INCORPORATED,

    Counterclaim Plaintiff,

v.

PARKERVISION, INC., and STERNE,
KESSLER, GOLDSTEIN & FOX PLLC,

    Counterclaim Defendants.

Case No. 3:11-cv-719-J-37TEM

**ORDER**

This matter is before the Court on Qualcomm's Motion for Preliminary Injunction (Doc. No. 38), filed November 10, 2011. A hearing was held on the Motion on December 14, 2011. (*See* Doc. No. 67.) At the hearing, the Court suggested that the parties engage in a collaborative process to resolve the issues raised in the Motion, and provided the parties with an opportunity to resolve such issues prior to ruling on the Motion. (*Id.* 47:17 to 53:7.) As of the date of this Order, the parties have not applied to the Court for alternative relief or advised the Court they have reached an impasse. Nor has Qualcomm withdrawn its Motion.

While the Court recognizes the parties may require some time to resolve these

issues,[1] the Court is also obligated to actively manage the cases before it.  Therefore, on or before January 31, 2012, Qualcomm shall advise the Court of the status of the parties' discussions or withdraw its Motion, as applicable.

**IT IS SO ORDERED**.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, on January 19, 2012.

ROY B. DALTON JR.
United States District Judge

Copies:

counsel of record

---

[1] If the parties believe it would be helpful, the Magistrate Judge is available to mediate any disputes that may exist regarding the establishment of a protective order (or similar relief) which would ameliorate the harms for which Qualcomm seeks redress in its Motion.