**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PARKERVISION, INC.,

    Plaintiff,

v.

QUALCOMM INCORPORATED,

    Defendant.

QUALCOMM INCORPORATED,

    Counterclaim Plaintiff,

v.

PARKERVISION, INC., and STERNE, KESSLER, GOLDSTEIN & FOX PLLC,

    Counterclaim Defendants.

Case No. 3:11-cv-719-J-37TEM

**ORDER**

This cause is before the Court on Qualcomm's Motion for Preliminary Injunction (Doc. No. 38), filed November 10, 2011.

A hearing was held on the Motion on December 14, 2011. (*See* Doc. No. 67.) At the hearing, the Court suggested that the parties try to resolve the issues raised in the Motion, and provided the parties with an opportunity to resolve such issues prior to ruling on the Motion. (*Id.* 47:17 to 53:7.) The parties now inform the Court that they have agreed to a protective order that addresses the issues raised in Qualcomm's Motion. (Doc. No. 77.) The parties ask the Court to issue a stipulated protective order. (*Id.*)

In view of the submissions of the parties, and upon due consideration, it is

**ORDERED**:

1. The Stipulated Protective Order at Docket No. 77-1 is hereby **ADOPTED** as the opinion of the Court.

2. Qualcomm's Motion for Preliminary Injunction (Doc. No. 38) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, on February 2, 2012.

ROY B. DALTON JR.
United States District Judge

Copies:

counsel of record

2