UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PARKERVISION, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>    Defendant.<br><br>QUALCOMM INCORPORATED,<br><br>    Counterclaim Plaintiff,<br>v.<br><br>PARKERVISION, INC., AND<br>STERNE, KESSLER, GOLDSTEIN &<br>FOX PLLC,<br><br>    Counterclaim Defendants. | CASE NO.: 3:11-cv-00719-J-37TEM |

**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE,
AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, Defendant Qualcomm Incorporated, by and through its undersigned attorneys, moves this Court for an order allowing Steven A. Moore and Richard W. Thill to appear in this Court as co-counsel on behalf of Qualcomm Incorporated in the above-styled lawsuit. In support of this motion, Qualcomm Incorporated says:

1.  Steven A. Moore and Richard W. Thill and their law firm, Goodwin Procter LLP, have been retained to represent Qualcomm Incorporated as co-counsel in all proceedings conducted in this cause.

2.  Mr. Moore is a member in good standing and admitted to practice before all the courts of the State of California, as well as the United States District Courts for the Eastern, Southern, and Northern Districts of California.

3.  Mr. Thill is a member in good standing and admitted to practice before all the courts of the State of California, as well as the United States District Courts for the Northern and Southern Districts of California, the United States Court of Appeals for the Ninth Circuit, and the Supreme Court of the United States.

4.  Mr. Moore and Mr. Thill are familiar with, and will be governed by, the Local Rules, United States District Court, Middle District of Florida, including Rule 2.04 thereof. Mr. Moore and Mr. Thill are familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

5.  Mr. Moore and Mr. Thill designate John A. DeVault, III and the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A., 101 East Adams Street, Jacksonville, Florida 32202, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys.

6.  Through his signature affixed below, John A. DeVault, III of the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A. hereby consents to such designation.

7. Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, John A. DeVault, III certifies that Mr. Moore and Mr. Thill have complied with the fee and e-mail registration requirements of Rule 2.01(d), Local Rules, United States District Court, Middle District of Florida.

WHEREFORE, Defendant Qualcomm Incorporated respectfully requests this Court to enter an order admitting Steven A. Moore and Richard W. Thill to practice before this Court pro hac vice.

### RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for the Plaintiff/Counterclaim Defendant ParkerVision, Inc. and Counterclaim Defendant Sterne, Kessler, Goldstein & Fox PLLC and is authorized to represent that they do not oppose the entry of an order granting this motion.

### MEMORANDUM OF LAW

Qualcomm Incorporated's motion for admission pro hac vice should be granted pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida.

Respectfully submitted,

BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
    Professional Association

By:   s/John A. DeVault, III
    John A. DeVault, III
    Florida Bar No. 103979
    E-mail: jad@bedellfirm.com
    Courtney K. Grimm
    E-mail: cgrimm@bedellfirm.com
    Florida Bar No. 953740
    The Bedell Building
    101 East Adams Street
    Jacksonville, Florida 32202
    Telephone:   (904) 353-0211
    Facsimile:   (904) 353-9307

    -and-

CRAVATH, SWAINE & MOORE, LLP
    Keith R. Hummel (Trial Counsel)
    (admitted pro hac vice)
    E-mail: khummel@cravath.com
    David Greenwald (admitted pro hac vice)
    E-mail: dgreenwald@cravath.com
    Worldwide Plaza
    825 Eighth Avenue
    New York, New York 10019
    Telephone:   (212) 474-1000
    Facsimile:   (212) 474-3700

    -and-

CADWALADER, WICKERSHAM & TAFT LLP
    Christopher A. Hughes (admitted pro hac vice)
    E-mail: Christopher.hughes@cwt.com
    1 World Financial Center
    New York, New York 10281
    Telephone:   (212) 504-6000
    Facsimile:   (212) 504-6666

Counsel for Defendant/Counterclaim Plaintiff
Qualcomm Incorporated

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of February, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

    s/John A. DeVault, III
    John A. DeVault, III
    Florida Bar No. 103979
    E-mail: jad@bedellfirm.com
    The Bedell Building
    101 East Adams Street
    Jacksonville, Florida 32202
    Telephone:  (904) 353-0211
    Facsimile:   (904) 353-9307
    Attorney for Defendant/Counterclaim Plaintiff