IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:11-CV-719-J-37-TEM

PARKERVISION, INC.,

    Plaintiff,

v.

QUALCOMM INCORPORATED,

    Defendant.
_____/

QUALCOMM INCORPORATED,

    Counterclaim Plaintiff,

v.

PARKERVISION, INC, AND
STERNE, KESSLER, GOLDSTEIN & FOX PLLC,

    Counterclaim Defendants.
_____/

## COUNTERCLAIM-DEFENDANT, STERNE, KESSLER, GOLDSTEIN & FOX PLLC'S AGREED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO QUALCOMM INCORPORATED'S ANSWER TO PARKERVISION'S FIRST AMENDED COMPLAINT AND QUALCOMM'S COUNTERCLAIM AND DEMAND FOR JURY TRIAL

Counterclaim-Defendant, Sterne, Kessler, Goldstein & Fox PLLC ("SKGF"), by and through its undersigned counsel, hereby files this Agreed Motion for an Enlargement of Time to Respond to Qualcomm Incorporated's ("Qualcomm") Answer to ParkerVision's First Amended Complaint and Qualcomm's Counterclaim and Demand for Jury Trial (the "Motion"), pursuant to Fed. R. Civ. P. 6(b) and Local Rule 3.01, and states as follows in support:

1. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, counterclaim-defendant, Sterne, Kessler, Goldstein & Fox PLLC's ("SKGF") response to Qualcomm's Answer to ParkerVision's First Amended Complaint and Qualcomm's Counterclaim and Demand for Jury Trial [D.E. 91] ("Counterclaim") is due to be filed and served on or before Monday, April 2, 2012.

2. On Tuesday, March 27, 2012, undersigned counsel for SKGF contacted counsel for Qualcomm, requesting an additional four (4) days to respond to the Counterclaim due to undersigned counsel's illness.

3. Qualcomm's counsel responded to counsel for SKGF's request via e-mail on Wednesday, March 28, 2012, agreeing to the requested extension.

4. Accordingly, SKGF requests an additional four (4) days, up to and including April 6, 2012, for SKGF to file and serve its response to the Counterclaim.

5. Good cause exists to grant this Motion as the relief requested will permit the parties to sufficiently investigate the allegations raised in the Counterclaim so that SKGF may file an appropriate and reasoned response. As stated above, Qualcomm has no objection to the granting of the extension.

WHEREFORE, Counterclaim-Defendant, Sterne, Kessler, Goldstein & Fox PLLC, moves this Court to enter an order granting the Motion for an extension of time for SKGF to respond to the Counterclaim as requested in paragraph 4 above.

Respectfully submitted this 29th day of March, 2012.

By: /s/ David R. Atkinson
David M. Wells – Trial Counsel
Florida Bar #309291
David R. Atkinson
Florida Bar #767239
Katherine H. Underwood
Florida Bar #0058995
*Counsel for Sterne, Kessler, Goldstein & Fox PLLC*
GUNSTER, YOAKLEY & STEWART, P.A.
225 Water Street, Suite 1750
Jacksonville, FL 32202
Telephone: 904-354-1980
Facsimile: 904-354-2170
dwells@gunster.com
datkinson@gunster.com
kunderwood@gunster.com

## CERTIFICATE OF SERVICE (Documents filed via CM/ECF)

I hereby certify that on the 29th day of March, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/ s/ David R. Atkinson
David R. Atkinson

## ELECTRONIC MAIL SERVICE LIST
### CASE NO.: 3:11-cv-719-J-37-TEM

*Counsel for Defendant, Counterclaim Plaintiff Qualcomm Incorporated*

John A. DeVault, III
jad@bedellfirm.com
Courtney Kneece Grimm
cgrimm@bedellfirm.com
Bedell, Dittman, DeVault, Pillans & Coxe, P.A.
The Bedell Building

3

101 East Adams Street
Jacksonville, FL 32202
Phone: 904-353-0211
Facsimile: 904-353-9307
FLABAR#103979

Keith R. Hummel
khummel@cravath.com
David Greenwald
dgreenwald@cravath.com
Joseph Everett Lasher
jlasher@cravath.com
Peter A. Emmi
pemmi@cravath.com
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
Phone: 212-474-1000
Fax: 212-474-3700

Christopher A. Hughes
Christopher.Hughes@cwt.com
John Moehringer
John.moehringer@cwt.com
Robert Pollaro
Robert.pollaro@cwt.com
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Phone:212-504-6000
Fax: 212-504-6666

*__Counsel for Plaintiff, Counterclaim Defendant, ParkerVision__*
Ava K. Doppelt
adoppelt@addmg.com
Brian R. Gilchrist
bgilchrist@addmg.com
Jeffrey Scott Boyles
jboyles@addmg.com
Allen, Dyer, Doppelt, Milbrath & Gilchrist, PA
255 S Orange Ave – Ste 1401
PO BOX 3791
Orlando, FL 32801
Phone: 407-841-2330
Fax: 407-841-2343

5

Stephen D. Busey
busey@smithhulsey.com
James Arthur Bolling
jbolling@smithhulsey.com
Smith, Hulsey & Busey
225 Water St – Ste 1800
PO BOX 53315
Jacksonville, FL 32202-3315
Phone: 904-359-7700
Fax: 904-359-7708

T. Gordon White
gwhite@mckoolsmith.com
McKool Smith P.C.
300 West 6th Street, Suite 1700
Austin, TX 78701
Phone: 512-692-8700

J. Austin Curry
acurry@mckoolsmith.com
Douglas Cawley
dcawley@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court
Suite 1500
Dallas, TX 75201
Phone: 214-978-4000
Fax: 214-978-4044

5