**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PARKERVISION, INC.,

    Plaintiff,

v.

QUALCOMM INCORPORATED,

    Defendant.

QUALCOMM INCORPORATED,

    Counterclaim Plaintiff,

v.

PARKERVISION, INC., AND STERNE, KESSLER, GOLDSTEIN, & FOX PLLC,

    Counterclaim Defendants.

Case No. 3:11-cv-719-J-37TEM

**PLAINTIFF PARKERVISION, INC.'S
RESPONSE TO QUALCOMM'S MOTION TO COMPEL**

Plaintiff ParkerVision, Inc. ("ParkerVision") files this response in opposition to Qualcomm Inc.'s ("Qualcomm") Motion to Compel (Dkt. No. 95). For the reasons stated in SKGF's opposition brief (Dkt. No. 101), ParkerVision joins SKGF in opposing Qualcomm's motion to compel. Both ParkerVision and SKGF have filed motions to dismiss Qualcomm's various ones of Qualcomm's dubious counterclaims. And as the Supreme Court noted in *Iqbal*—the authoritative case governing motions to dismiss—"Rule 8 marks a notable and generous departure from the hypertechnical, code-pleading regime of a prior era, but it does not unlock the doors of discovery for a plaintiff armed with nothing more than conclusions." *Ashcroft v. Iqbal*, 556 U.S. 662, 678-679 (U.S. 2009).

ParkerVision also joins SKGF in urging the Court either to bifurcate Qualcomm's counterclaims that are unrelated to patent infringement or, at the very least, to resolve the consent issue as a threshold, legal issue prior to any further proceedings on those issues. ParkerVision agrees with SKGF that Qualcomm has asserted these counterclaims as a tactical response in this litigation to deflect attention and resources away from the substantive issues in this case. Even if the Court finds that these claims should not be outright dismissed, it makes little sense to allow these suspect counterclaims to be comingled with the core issues in this case.

-1-

April 16, 2012                                   Respectfully submitted,

**McKOOL SMITH, P.C.**
*/s/ Douglas A. Cawley*
Douglas A. Cawley, Lead Attorney
Texas State Bar No. 04035500
E-mail: dcawley@mckoolsmith.com
John Austin Curry
Texas State Bar No. 24059636
E-mail: acurry@mckoolsmith.com
McKool Smith P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

T. Gordon White
Texas State Bar No. 21333000
gwhite@mckoolsmith.com
McKool Smith P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

**SMITH HULSEY & BUSEY**

*/s/ James A. Bolling*
Stephen D. Busey
James A. Bolling
Florida Bar Number 117790
Florida Bar Number 901253
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jbolling@smithhulsey.com

*ATTORNEYS FOR PLAINTIFF
PARKERVISION, INC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, April 16, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

       /s/ Austin Curry
       John Austin Curry

McKool 441890v1