UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PARKERVISION, INC., a Florida corporation,

    Plaintiff,

v.

QUALCOMM INCORPORATED, a Delaware corporation,

    Defendant.

CASE NO.: 3:11-cv-00719-J-37TEM

**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE,
AND WRITTEN DESIGNATION AND CONSENT TO ACT**

    Pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, Defendant Qualcomm Incorporated, by and through its undersigned attorneys, moves this Court for an order allowing James E. Canning to appear in this Court as co-counsel on behalf of Qualcomm Incorporated in the above-styled lawsuit. In support of this motion, Qualcomm Incorporated says:

    1.    James E. Canning and his law firm, Cravath, Swaine & Moore LLP, have been retained to represent Qualcomm Incorporated as co-counsel in all proceedings conducted in this cause.

    2.    Mr. Canning is a member in good standing and admitted to practice before all the courts of the State of New York, as well as the United States District Courts for the Southern and Eastern Districts of New York.

3. Mr. Canning is familiar with, and will be governed by, the Local Rules, United States District Court, Middle District of Florida, including Rule 2.04 thereof. Mr. Canning is familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

4. Mr. Canning designates John A. DeVault, III and the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A., 101 East Adams Street, Jacksonville, Florida 32202, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys.

5. Through his signature affixed below, John A. DeVault, III of the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A. hereby consents to such designation.

6. Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, John A. DeVault, III certifies that Mr. Canning has complied with the fee and e-mail registration requirements of Rule 2.01(d), Local Rules, United States District Court, Middle District of Florida.

WHEREFORE, Defendant Qualcomm Incorporated respectfully requests this Court to enter an order admitting James E. Canning to practice before this Court pro hac vice.

## RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for the Plaintiff/Counterclaim Defendant ParkerVision, Inc. and Counterclaim Defendant Sterne, Kessler, Goldstein & Fox PLLC and is authorized to represent that they do not oppose the entry of an order granting this motion.

## MEMORANDUM OF LAW

Qualcomm Incorporated's motion for admission pro hac vice should be granted pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida.

    Respectfully submitted,

    BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
    Professional Association

    By:   s/John A. DeVault, III
        John A. DeVault, III
        Florida Bar No. 103979
        E-mail: jad@bedellfirm.com
        The Bedell Building
        101 East Adams Street
        Jacksonville, Florida 32202
        Telephone:   (904) 353-0211
        Facsimile:   (904) 353-9307

    -and-

CRAVATH, SWAINE & MOORE, LLP
Keith R. Hummel (Trial Counsel)
(admitted pro hac vice)
E-mail: khummel@cravath.com
David Greenwald (admitted pro hac vice)
E-mail: dgreenwald@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019
Telephone:    (212) 474-1000
Facsimile:    (212) 474-3700

-and-

CADWALADER, WICKERSHAM & TAFT LLP
Christopher A. Hughes (admitted pro hac vice)
E-mail: Christopher.hughes@cwt.com
1 World Financial Center
New York, New York 10281
Telephone:    (212) 504-6000
Facsimile:    (212) 504-6666

Counsel for Defendant/Counterclaim Plaintiff
Qualcomm Incorporated

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of May, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants:

s/John A. DeVault, III
John A. DeVault, III
Florida Bar No. 103979
E-mail: jad@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone:  (904) 353-0211
Facsimile:   (904) 353-9307
Attorney for Defendant