**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PARKERVISION, INC.,

    Plaintiff,

v.

QUALCOMM INCORPORATED,

    Defendant.

QUALCOMM INCORPORATED,

    Counterclaim Plaintiff,

v.

PARKERVISION, INC., and STERNE, KESSLER, GOLDSTEIN & FOX PLLC,

    Counterclaim Defendants.

Case No. 3:11-cv-719-J-37TEM

**AMENDED CASE MANAGEMENT AND SCHEDULING ORDER**

This case is before the Court *sua sponte*. Due to the demands of the Court's schedule, it finds it necessary to reschedule the claims construction hearing currently set for August 10, 2012. Additionally, recent calls to the court indicate that not all of the deadlines may be clear to the parties. Therefore, the Court hereby enters this amended case management and scheduling order.

| DEADLINE OR EVENT | DATE |
|---|---|
| Parties' Deadline for Filing a Joint Claim Construction Statement | May 29, 2012 |
| Parties' Deadline for Filing Opening Claim Construction Briefs, Which may Include Supporting Expert Declarations | July 13, 2012 |
| Parties' Deadline for Filing Rebuttal Claim Construction Briefs, Which may Include Supporting Expert Declarations | July 27, 2012 |

| DEADLINE OR EVENT | DATE |
|---|---|
| Parties' Deadline for Filing a Joint Claim Construction Pre-Hearing Statement | July 30, 2012 |
| Claim Construction Hearing | August 6, 2012 at 10:00 a.m. |
| Plaintiff's Deadline for Serving Amended Infringement Contentions | October 5, 2012 |
| Defendant's Deadline for Serving Amended Invalidity Contentions | October 26, 2012 |
| Fact Discovery Deadline | November 30, 2012 |
| Parties' Deadline for Disclosure of Initial Expert Reports on Issues for Which the Disclosing Party Bears the Burden of Proof | January 4, 2013 |
| Parties' Deadline for Disclosure of Rebuttal Expert Reports | February 1, 2013 |
| Expert Discovery Deadline | February 28, 2013 |
| Parties' Deadline for Filing Dispositive Motions | March 22, 2013 |
| Parties' Deadline for Filing *Daubert* Motions | May 6, 2013 |
| Parties' Deadline for Meeting in Person to Prepare Joint Final Pretrial Statement | June 10, 2013 |
| Parties' Deadline for Filing a Joint Final Pretrial Statement, Which Shall Include:<br>a Single Set of Jointly Proposed Jury Instructions and Verdict Form (also sent to Chamber's email in Microsoft Word format), Voir Dire Questions, Witnesses Lists, and Exhibit Lists with Objections (on the Approved Form) | June 19, 2013 |
| Parties' Deadline for Filing All Other Motions, Including Motions *in Limine*<br>(MULTIPLE MOTIONS *IN LIMINE* ARE NOT FAVORED. ALL REQUESTS TO LIMIT EVIDENCE SHALL THEREFORE BE INCLUDED IN A SINGLE MOTION NOT TO EXCEED 25 PAGES WITHOUT LEAVE OF COURT. RESPONSES ARE LIMITED TO 20 PAGES WITHOUT LEAVE OF COURT.) | June 26, 2013 |

| **DEADLINE OR EVENT** | **DATE** |
|---|---|
| Final Pretrial Conference | July 15, 2013 at 10:00 a.m. |
| Trial Term Begins | August 5, 2013 at 9:00 a.m. |
| Estimated Length of Trial | 10 to 20 days |
| Jury/Non-Jury | Jury |
| Mediation    Deadline:  Mediator: | March 8, 2013 Jay M. Cohen |

All other terms and conditions of the Case Management and Scheduling Order (Doc 84) entered February 13, 2012 remain in effect.

**DONE** and **ORDERED** in Orlando, Florida, on May 10, 2012.

ROY B. DALTON, JR.
United States District Judge

Copies to:    All Counsel of Record

3