# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

PARKERVISION, INC.,

    Plaintiff,

v.

QUALCOMM INCORPORATED,

    Defendant.

QUALCOMM INCORPORATED,

    Counterclaim Plaintiff,

v.

PARKERVISION, INC., AND STERNE, KESSLER, GOLDSTEIN, & FOX PLLC,

    Counterclaim Defendants.

Case No. 3:11-cv-719-J-37TEM

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Court's Case Management Report (Dkt. No. 84), Plaintiff ParkerVision, Inc. ("ParkerVision") and Defendant Qualcomm Incorporated ("Qualcomm") hereby file this Joint Claim Construction Statement.

After several meet and confer telephone conferences, the parties were able to come to an agreement on constructions for the terms identified in Exhibit A. The parties, however, were unable to reach an agreement on the meaning of the disputed claim terms or phrases as specified in Exhibit B, which sets forth ParkerVision's and Qualcomm's competing, proposed constructions.

In light of the high level of technical complexity presented by the claim construction issues in this case, the parties jointly propose that the Court consider receiving a non-adversarial tutorial on the technology of the patents-in-suit prior to the claim construction hearing currently scheduled for August 6, 2012.  The Court has already ordered that each side will have two hours on August 6 to present its claim construction arguments.  The parties respectfully request that the Court allot an additional 90 minutes during which the parties will present a tutorial through the live testimony of an expert witness, with each party given an equal amount of time of 45 minutes. The parties have agreed not to cross-examine each other's expert.  The parties will also make the expert witnesses available to answer any questions the Court may have.

Qualcomm also respectfully suggests that the Court consider appointing a technical advisor to assist the Court with respect to the technical aspects of the case.  If the Court decides to appoint such a technical advisor, Qualcomm suggests that the Court consider appointing Gale R. Peterson, from Cox Smith to fulfill this role.  Qualcomm understands that Mr. Peterson has acted as a technical advisor in a variety of other patent cases.[1]  ParkerVision does not agree that a technical advisor is appropriate, and ParkerVision objects to Mr. Peterson serving in that capacity.  Should the Court consider appointing a technical advisor, ParkerVision respectfully requests the Court order the parties to meet and confer to agree on a technical advisor that is agreeable to both parties.

---

[1] *See* http://www.coxsmith.com/People/GaleRPeterson

-2-

| | |
|---|---|
| May 29, 2012 | Respectfully submitted, |

                                                  **McKOOL SMITH, P.C.**
*/s/ Douglas A. Cawley*
Douglas A. Cawley, Lead Attorney
Texas State Bar No. 04035500
E-mail: dcawley@mckoolsmith.com
John Austin Curry
Texas State Bar No. 24059636
E-mail: acurry@mckoolsmith.com
McKool Smith P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

T. Gordon White
Texas State Bar No. 21333000
gwhite@mckoolsmith.com
McKool Smith P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

**SMITH HULSEY & BUSEY**

/*s/ James A. Bolling*
Stephen D. Busey
James A. Bolling
Florida Bar Number 117790
Florida Bar Number 901253
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jbolling@smithhulsey.com

*ATTORNEYS FOR PLAINTIFF
PARKERVISION, INC.*

-3-

CRAVATH, SWAINE & MOORE LLP

By:
Keith R. Hummel (admitted pro hac vice)
(Trial Counsel)
khummel@cravath.com
David Greenwald (admitted pro hac vice)
dgreenwald@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

    -and-

BEDELL, DITTMAR, DEVAULT,
PILLANS & COXE, P.A.
John A. DeVault, III
Florida Bar No. 103979
jad@bedellfirm.com
Courtney K. Grimm
Florida Bar No. 953740
cgrimm@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone:  (904) 353-0211
Facsimile:  (904) 353-9307

    -and-

CADWALADER, WICKERSHAM &
TAFT LLP
Christopher A. Hughes (admitted pro hac vice)
christopher.hughes@cwt.com
1 World Financial Center
New York, New York 10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666

    -and-

                                        GOODWIN PROCTER, LLP  
Steven A. Moore (admitted pro hac vice)  
samoore@goodwinprocter.com  
Richard W. Thill (admitted pro hac vice)  
rthill@goodwinprocter.com  
4365 Executive Drive, Suite 3000  
San Diego, CA 92121  
Telephone:  (858) 202-2700  
Facsimile:  (858) 457-1255  

*Counsel for Defendant Qualcomm Incorporated*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, May 29, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                           */s/ Austin Curry*

                                           John Austin Curry

McKool 446950v1
[[NYLIT:2605051v2:4260w: 05/29/2012--11:49 p]]