**Exhibit A**

|   | Claim Term | Agreed Construction | Claims |
|---|---|---|---|
| 1. | "carrier signal" | "an electromagnetic wave that is capable of carrying information via modulation" | **'551** – Claims 1, 2, 3, 8, 9, 12, 16, 20, 23, 24, 25, 26, 31, 32, 39, 41, 50, 54, 55, 57, 92, 93, 108, 113, 126, 135, 149, 150, 161, 192, 193, 195, 196, 198, 202, 203; <br><br> **'518** – Claims 1, 2, 3, 12, 17, 24, 27, 82; <br><br> **'342** – Claim 23; <br><br> **'845** – Claims 1, 3, 4, 5, 6, 7, 8, 9, 12; <br><br> **'371** – Claims 1, 2, 22, 23, 25, 31. |
| 2. | "aliasing rate" | "sampling rate that is less than or equal to twice the frequency of the carrier signal" | **'551** – Claims 1, 2, 3, 8, 9, 12, 16, 20, 23, 24, 25, 26, 31, 32, 39, 41, 50, 54, 55, 57, 92, 93, 108, 113, 126, 135, 149, 150, 161, 192, 193, 195, 196, 198, 202, 203; <br><br> **'518** – Claims 1, 2, 3, 12, 17, 24, 27, 82; <br><br> **'371** – Claims 1, 2, 22, 23, 25, 31. |
| 3. | "aperture periods" | "the durations of time over which energy is transferred from the carrier signal" | **'551** – Claims 113, 202, 203; <br><br> **'518** – Claims 1, 2, 3, 12, 17, 24, 27, 77, 81, 82, 90, 91. |
| 4. | "electrically coupling" | "indirectly or directly connecting such that an electric signal can flow between the coupled points" | **'342** – Claims 18, 19, 20, 21, 22 23. |
| 5. | "modulated carrier signal" | "a carrier signal that is modulated by a baseband signal" | **'551** - Claim 55 |
| 6. | "baseband signal" | "any generic information signal desired for transmission and/or reception" | **' 551** - Claims 57, 193 |

**Exhibit A**

|  | **Claim Term** | **Agreed Construction** | **Claims** |
|---|---|---|---|
| 7. | "DC offset voltage" | "a DC voltage level that is added to a signal of interest by related circuitry" | '**734** - Claims 6, 14 |