**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PARKERVISION, INC.,

    Plaintiff,

v.

QUALCOMM INCORPORATED,

    Defendant.

QUALCOMM INCORPORATED,

    Counterclaim Plaintiff,

v.

PARKERVISION, INC., and STERNE,
KESSLER, GOLDSTEIN & FOX PLLC,

    Counterclaim Defendants.

Case No. 3:11-cv-719-J-37TEM

## ORDER

This cause is before the Court on the parties' Joint Claim Construction Statement (Doc. No. 110), filed May 30, 2012.

Among other things, the parties propose the Court receive a non-adversarial tutorial on the technology of the patents-in-suit prior to the claim construction hearing currently scheduled for August 6, 2012.  The parties propose presenting the tutorial through the live testimony of expert witnesses (presumably one per side), with each party given an equal amount of time of forty-five minutes.  The parties do not intend to cross examine the opposing party's expert during this tutorial, but will make the expert witnesses available to answer questions from the Court.

Additionally, Qualcomm proposes the Court appoint a technical advisor to assist the

Court with respect to understanding the technology involved in this case. ParkerVision does not agree that a technical advisor is appropriate in this case, and it objects the specific advisor identified by Qualcomm.

Upon consideration, the Court is inclined to grant the parties' joint application to present a non-adversarial tutorial. The tutorial will be of greater benefit to the Court, however, if it were held prior to the date of the claim construction hearing. Therefore, the Court will set a hearing for the tutorial on July 24, 2012, at 9:30 a.m., in courtroom 4A of the United States Courthouse, 401 West Central Boulevard, Orlando, Florida 32801. ParkerVision and Qualcomm shall have ninety minutes, equally divided, to present their tutorials.

The Court is not inclined to appoint a technical advisor at this time. Nevertheless, the parties shall be prepared to discuss the appointment of such an advisor at the tutorial hearing. The parties should be prepared to identify advisor(s) available to assist the Court; the scope of any such advisor's role; and any issue related to the appointment of a technical advisor of which the Court should be advised.

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, on June 6, 2012.

ROY B. DALTON, JR.
United States District Judge

Copies:

counsel of record