# Exhibit A

# Robert M. Fox

**TITLE**: Associate Professor and Associate Chairman

| | |
|---|---|
| **OFFICE**: | **HOME**: |
| University of Florida | |
| Dept. of Electrical & Computer Engineering | 6502 N.W. 20th Place |
| 537 Engineering Bldg. #33 | Gainesville, FL 32605 |
| Gainesville, Florida 32611-6130 | Phone: (352) 372-1831 |
| Phone: (352) 392-2543 | |
| Fax:    (352) 392-8381 | |
| E-mail:  fox@tec.ufl.edu | |

**PERSONAL:**

Appearance: Height: 6' 1"  Weight: 220 lbs.
Citizenship:  USA
Family:      Married (Rosemary)
             2 sons (John, b. 5/8/84, Tom, b. 9/10/88)

**FIELD OF SPECIALIZATION:**

Electronic circuits; design-oriented analysis of analog integrated circuits.

**EDUCATION**

| | | | |
|---|---|---|---|
| University of Notre Dame | B.S. | 1972 | Physics |
| Auburn University | M.S. | 1981 | Electrical Engineering |
| Auburn University | Ph.D. | 1986 | Electrical Engineering |

**AWARDS:**

1984  Harris Corporation Fellowship
1985  Harris Corporation Fellowship
1995  Florida Teaching Improvement Program Award
1996  HKN Teacher Appreciation Award
2005  SRC Inventor Recognition Award
2005-06 UF EDGE (Electronic Delivery of Graduate Engineering) Outstanding Faculty Award

**ORGANIZATIONS:**

Phi Kappa Phi
Eta Kappa Nu
IEEE (Senior Member)
Electron Devices Society
Circuits and Systems Society
Solid-State Circuits Society

**PROFESSIONAL EXPERIENCE:**

<u>2003 -</u> : University of Florida, Associate Professor and Associate Department Chair of Electrical and Computer Engineering. The Associate Department Chair is responsible for academic affairs.

<u>1992 - 2003</u>: University of Florida, Associate Professor of Electrical Engineering. Studying electronic circuit design and its relationship to semiconductor device behavior. Design-oriented analysis of analog integrated circuits, nonlinear circuit theory, thermal effects modeling for semiconductors, total-dose radiation effects for nuclear power applications, noise modeling.

<u>1986-1992</u>: University of Florida, Assistant Professor of Electrical Engineering. Research included application of novel bipolar transistor models in analog circuit design, circuit design and noise characterization for silicon-on-insulator technologies, development of a CMOS X-ray imager and development of a VLSI-based neural sensor.

<u>1979-1986</u>: Teaching/Research Assistant, Electrical Engineering Department, Auburn University.

<u>1976-1979</u>: Recording Engineer, Prestige Productions, Birmingham, Alabama

**IEEE Committee Service:**

*IEEE Bipolar/BiCMOS  Circuits and Technology Meeting (BCTM):*
Analog/Digital/Mixed-Signal Technical Subcommittee: member 2000 - 2005, chairman 2002-2004
Device Physics Technical Subcommittee: member 1997-1999
Executive Committee Member 2001 - 2005
2002 Short-Course Chairman

*IEEE Journal of Solid-State Circuits:*
Guest Editor, Special Issue on the IEEE Bipolar/BiCMOS Circuits and Technology Meeting (BCTM), September 2003.

*IEEE Circuits and Systems Society:*
Analog Signal Processing Technical Committee: Chairman, 2001-2002; member since 1998.
2003 Analog Signal Processing Technical Committee Track Chair for the Intl. Symposium on Circuit and Systems (ISCAS 2003).


**RESEARCH CONTRACTS:**

"Modeling of Advanced Bipolar Technologies," Semiconductor Research Corporation, with two other investigators, (Principal Investigator: J. G. Fossum), funding: over $2.9M, 1986 - 1995.

"Advanced Integrated Circuit Concepts Utilizing Silicon-On-Insulator Substrate," Florida High Technology and Industry Council, with four other investigators, (Principal Investigator: D. E. Burk), funding: $400,000, 1987 - 1989.

"Advanced Radiographic Techniques Using a Solid-State Electronic Imager," General Imaging Corporation, R. M. Fox, Principal Investigator, funding: $150,000, 1989-1993.

"Design for Manufacturability and Yield," Intel Corporation, with co-PIs W. R. Eisenstadt and K. Rambo, funding: $400,000, 1991-1995.

"A Remote Telepresence Robotic System for Inspection and Maintenance of Nuclear Power Plants," U. S. Dept. of Energy, with several other UF collaborators, funding: $29,790 in EE Department in 1992-1993.

"Measurement, Modeling and Mitigation of Radiation Effects on Electronics for Robotics," Sandia National Labs, with J. Tulenko, (Co-PI) funding: ~$140K in ECE Department 1993-1996.

"Modeling of Self-Heating in SOI SPICE," (Co-PI), IBM Corp. 1995-1996, $100,000.

"Design-Oriented Analysis and Practical Applications of Log-Domain Filtering," National Science Foundation, $210,00, 1998-2000.

"Design and Analysis of Log Domain Filters," Harris Corp., $50,000, 1998 - 1999.

"DC Test of HF Transistor Model Parameters," (Co-PI) Intersil Corp., $30,000, 1999 - 2000.

"Design of Bandpass Delta-Sigma Analog-Digital Converters for IF Digitization," Ashvattha Semiconductor, $35,133 for 2000-2001.

"Design of 18-GHz Q-Enhanced Filter," IBM Partnership Award, $20,000 for 2001.

"Design of Analog Baseband Circuitry for 5 GHz Wireless LAN Receiver IC," Intersil/Conexant, $160,000 2000-2004.

"Embedded Test for Mixed-Signal /RF Integrated Circuits," Semiconductor Reseach Corporation, (Co-PI), $120,00 per year for three years, 2001-2003.

"Hydrogen Research for Spaceport and Space-Based Applications: Analog Control and Interface Circuits for Hydrogen Sensor," NASA. One of several researchers.

"Interface Circuits for MEMS-Based Microphone Using Force Feedback," NSF. Co-PI with T. Nishida.

"Built-In Self-Test for High-Speed I/O," Semiconductor Reseach Corporation, (Co-PI), $150,000, 2004-2006.

"Integrated Micronode Research" DARPA Microsystems Technology Office, (Co-PI) $300,000, 2008.

"Texas Instruments/University of Florida Strategic Alliance for Analog/Mixed-Signal Design," over $500,000, 1998 to present.

**CONSULTING:**

General Imaging Corporation, X-ray imaging sensor development, 1988 to 1990.

Ibis Corp., Self-heating model for circuit simulation, 1995.

Intellon Corp., Analog integrated circuit design, 1997.

Pennie & Edmonds, Attys at Law, Patent consultation, 2001-2002

**PATENTS AND INVENTION DISCLOSURES:**

[1] W. R. Eisenstadt, R. M. Fox, J. S. Yoon, T. Zhang, "Power Detector of Embedded IC Test Circuits," U.S. Patent No. 7,925,229, issued April 12, 2011.

[2] W. R. Eisenstadt, J. Ahn and R. M. Fox, "Distributed/RF Microwave Peak/Power Detector," U.S. Patent No. 7,839,137, issued Nov. 23, 2010.

[3] W. R. Eisenstadt, K. Jung, R. M. Fox, "Broadband Active Balun," U.S. Patent No. 7,737,789, issued June 15, 2010.

[4] W. R. Eisenstadt, X. Zhou and R. M. Fox , "CMOS High Resolution Time-to-Digital Converter Based on Vernier LC Oscillator," UF Invention Disclosure #11891, May 2005.

[5] W. R. Eisenstadt, X. Zhou and R. M. Fox, "CMOS Data Pattern Generator with Programmable Jitter Injection Based on Vernier Delay Line Circuit," UF Invention Disclosure #11893, May 2005.

[6] W. R. Eisenstadt, J. Ahn and R. M. Fox, "Distributed/RF Microwave Peak/Power Detector," UF Invention Disclosure #11762, January 6, 2005. Filed for worldwide rights via a Patent Cooperation Treaty (PCT) Application on July 19, 2005.

[7] W. R. Eisenstadt, T. Zhang, J.S. Yoon and R. M. Fox, "System, Device, and Methods for Embedded S-Parameter Measurement," UF Invention Disclosure #11834 combined with UF Invention disclosure #11848. Filed for worldwide rights via a Patent Cooperation Treaty (PCT) Application on July 26, 2005.

[8] W. R. Eisenstadt, T. Zhang and R. M. Fox, "A Compact S-Parameter Measuring Device for RF/Microwave Test, UF Invention Disclosure #11848, April 6, 2005.

[9] W. R. Eisenstadt, R. M. Fox, J.S. Yoon and T. Zhang, "Embedded IC Test Circuits and Methods," U.S. Patent 7,379,716 from combined UF. #11649 and UF #11669 combined, March 24, 2005, U.S. Patent Application No. 11/088,993.

[10] T. Zhang, W. R. Eisenstadt, and R. M. Fox, "A Robust RF Peak Detector and Pseudo RMS Detector for Embedded Test," University of Florida, Invention Disclosure, UF # 11649, July 27, 2004.

[11] T. Zhang, W. R. Eisenstadt, and R. Fox, "On-chip RF Power Detector," University of Florida and SRC Contract 952.001 UF Invention Disclosure #11359, October 13, 2003. Not filed, SRC and UF invention rights waved to inventors.

[12] W. R. Eisenstadt, K. Jung, and R. Fox, "Higher Order Harmonic Cancellation Amplifier Using a Phase Shifter," University of Florida Invention Disclosure, UF #11323, August 2003. Abandoned.

[13] R. Chawla, W.R. Eisenstadt, R. M. Fox, D. Hemmemway, J. Johnston, and C. McCarty, "Semiconductor Test System And Associated Methods For Wafer Level Acceptance Testing," University of Florida Invention Disclosure UF#-10541 and Intersil Americas, Inc., Patent Application No. 60/282,011, Filed for US Patent April 6, 2002, revised June 2003, Application abandoned by UF.

[14] J. D. Cox, W. R. Eisenstadt, and R. M. Fox, "X-ray Imaging System and Solid State Detector Therefor," Issued as U.S. Patent No. 5,440,130 on Aug. 8, 1995.

[15] J. D. Cox, W. R. Eisenstadt, and R. M. Fox, "X-ray Imaging System and Solid State Detector Therefor," Issued as U.S. Patent No. 5,220,170 on June 15, 1993.

**PUBLICATIONS:**

**BOOK CHAPTERS:**

[1] R. M. Fox, "Trade-Offs in the Design of Continuous-Time Filters," in *Trade-Offs in Analogue Design*, C. Toumazou and G. Moschytz, Eds. Kluwer Academic Publishers, 2002, pp. 341-353.

[2] R. M. Fox, "Electrical Models," article in the McGraw-Hill Encyclopedia of Science and Technology, 7th Ed., McGraw-Hill, New York, 1992, 2 pages.

[3] R. M. Fox, "Transistor Models," article in the McGraw-Hill Encyclopedia of Science and Technology, 7th Ed., McGraw-Hill, New York, 1992, 2 pages.

**REFEREED JOURNALS:**

[1] A. S. Tucker, R. M. Fox, R. J. Sadleir, "Biocompatible, High Precision, Wideband, Improved Howland Current Source With Lead-Lag Compensation," accepted, *IEEE Trans. On Biomedical Circuits and Systems*, Digital Object Identifier: 10.1109/TBCAS.2012.2199114 .

[2] H. Sun, K. Jia, X. Liu, G. Yan, Y.-W. Hsu, R M. Fox, H. Xie, "A CMOS-MEMS gyroscope interface circuit design with high gain and low temperature dependence," accepted, *IEEE Sensors*, 2011.

[3] K. Jung, W. R. Eisenstadt, R. M. Fox, A. W. Ogden, and J.-Su. Yoon, "Broadband active balun using combined cascode-cascade configuration," *IEEE Microwave Theory and Techniques*, vol. 56, August 2008, pp. 1790-1796.

[4] K. Jung, R. L. Campbell, L. A. Hayden, W. R. Eisenstadt, and R. M. Fox, "Evaluation of measurement uncertainties caused by common- and cross-modes in differential measurements using baluns," *IEEE Microwave Theory and Techniques*, vol. 56, June 2008, pp. 1485-1492.

[5] K. Jung, L. A. Hayden, O. D. Crisalle, W. R. Eisenstadt, R. M. Fox, P. Navratil, R. L. Campbell, C. McCuen, and M. Lewis "A new characterization and calibration method for 3 dB-coupled on-wafer measurements," *IEEE Microwave Theory and Techniques*, vol. 56, May 2008, pp. 1193-1200.

[6] K. Jung, R. L. Campbell, P. Navratil, M. F. Andrews, C. McCuen, W. R. Eisenstadt, and R. M. Fox, "Marchand balun embedded probe," *IEEE Microwave Theory and Techniques*, vol. 56, May 2008, pp. 1207-1214.

[7] D. Martin, J. Liu, K. Kadrivel, R. Fox, M. Shelplak, and T. Nishida, "A micromachined dual-backplate capacitive microphone for aeroacoustic measurements" *IEEE/ASME Journal of Microelectromechanical Systems*. vol. 16, December 2007, pp. 1289 – 1302.

[8] J. E. Brewer, L. Gao, A. Sugavanam, J.-J. Lin, Y. Su, C. Cao, Y.-P. Ding, A. Verma, X. Yang, Z. Li, H. Wu, M.-H. Hwang, S.-H. Hwang, J. Lin, R. Bashrullah, R.M. Fox, D. Taubenheim, P. Gorday, F. Martin, K.K. O, "RF subsystems implemented in mainstream CMOS - Overcoming special concerns affecting performance and cost," *IEEE Circuits and Devices Magazine*, vol. 22, no. 6, Nov.-Dec. 2006, pp. 39-46.

[9] O. Jeon, R. M. Fox, and B. A. Myers, "Analog AGC circuitry for a CMOS WLAN receiver," *IEEE J. Solid State Circuits*. vol. 41, October 2006, pp. 2291 - 2300.

[10] T. Zhang, W. R. Eisenstadt, and R. M. Fox, "20 GHz bipolar RF RMS power detectors," *IEEE J. Solid State Circuits*, vol. 41, Sept. 2006, pp. 2188 - 2192.

[11] I. St. John and R. M. Fox, "Leakage current effects in metal-connected floating-gate circuits," *IEEE Trans. on Circuits and Systems II.* Vol. 53, July 2006, pp. 577 – 579.

[12] K. Jung, W. R. Eisenstadt, and R. M. Fox, "SPICE-based mixed-mode S-parameter calculations for four-port and three-port circuits," *IEEE Trans. on Computer-Aided Design*, vol. 25, May 2006, pp. 909-913.

[13] I. Seo and R. M. Fox, "Comparison of quasi-/pseudo-floating gate techniques and low-voltage applications," *J. Analog Integrated Circuits and Signal Processing*. Volume 47 Issue 2, February 2006, pp. 183 – 192.

[14] Q. Yin, W. R. Eisenstadt, R. M. Fox, and T. Zhang, "A translinear-based RF RMS detector for embedded test," *IEEE Trans. on Instr. And Meas., Special Issue on Testing VLSI Circuits*, Oct. 2005, pp. 1708-1714.

[15] R. M. Fox, H. J. Ko, and W. R. Eisenstadt, "Differential log-domain filters with high-gain common-mode feedback," *IEEE Trans. on Circuits and Systems, Part I*, vol. 51, February 2004, pp. 254-263.

[16] R. M. Fox, "Introduction to the 2002 Bipolar/BiCMOS Circuits and Technology Meeting" *IEEE J. Solid State Circuits,* vol. 38, Sept. 2003, pp. 1545 – 1546.

[17] R. M. Fox, I. Seo, H. Yeo, and O. Jeon, "Leveraged current-mirror op amp," *J. Analog Integrated Circuits and Signal Processing*, vol. 35, April 2003, pp. 25-32.

[18] D. J. Walkey, T. J. Smy, R. G. Dickson, J. S. Brodsky, D. T. Zweidinger, R. M. Fox, "Equivalent circuit modeling of static substrate thermal coupling using VCVS representation," *IEEE J. Solid State Circuits*, vol. 37, Sept. 2002, pp. 1198-1206.

[19] R. M. Fox, R. Chawla, W. R. Eisenstadt, D. Hemmenway, J. Johnston, "Circuit for monitoring high-frequency performance of BJTs using DC measurements"*, IEEE J. Solid State Circuits*, vol. 37, Sept. 2002, pp. 1207-1210.

[20] R. M. Fox, H. J. Ko, and W. R. Eisenstadt, "Dynamic currents requirements in single-ended log-domain filters," *J. Analog Integrated Circuits and Signal Processing*, July 1, 2001, pp. 73-81.

[21] J. S. Brodsky, R. M. Fox, and D. T. Zweidinger, "A physics-based dynamic thermal impedance model for vertical bipolar transistors on SOI substrates," *IEEE Trans. Electron Devices*, vol. 46, December 1999, pp. 2333-2339.

[22] R. M. Fox and M. Nagarajan, "Multiple operating points in a CMOS log-domain filter," *IEEE Trans. on Circuits and Systems, Part II*, vol. 46, June 1999, pp. 705-710.

[23] E. Ferrer and R. M. Fox, "Limit-cycle oscillations in a log-domain-based filter," *IEEE Trans. on Circuits and Systems, Part II*, vol. 46, June 1999, pp. 832-836.

[24] R. M. Fox, "Design-oriented analysis of log-domain circuits," *IEEE Trans. on Circuits and Systems, Part II,* vol. 45, July 1998, pp. 918-922.

[25] J. S. Brodsky, R. M. Fox, S. Veeraraghavan and D. Zweidinger, "Physics-based dynamic self-heating model for SOI MOSFETs," *IEEE Trans. Electron Devices*, vol. 44, June 1997, pp. 957-964.

[26] D. T. Zweidinger, R. M. Fox, T. Jung, and S.-G. Lee, "Thermal impedance extraction for bipolar transistors," *IEEE Trans. Electron Devices*, vol. 43, February 1996, pp. 342-346.

[27] J. S. Tulenko, S. Toshkov, D. Ekdahl, R. M. Fox, and F. R. Sias, Jr., "Development of a radiation hardened robotic system," *Intelligent Automation and Soft Computing: Trends in Research, Development, and Applications*, Vol. 1, M. Jamshidi, *et al.*, Eds. Albuquerque, NM: TSI Press, 1994, pp. 373-376.

[28] S. K. Mandel, R. K. Singh, J. S. Tulenko, and R. M. Fox, "Concurrent high frequency AC annealing of MOS devices in nuclear environments," *Trans. Am. Nucl. Society*, vol. 69, Nov. 1993, pp. 489-491.

[29] D. T. Zweidinger, S.-G. Lee, and R. M. Fox, "Compact modeling of BJT self-heating in SPICE," *IEEE Trans. on Computer-Aided Design,* vol. 12, Sept. 1993, pp. 1368-1375.

[30] R. M. Fox, S.-G. Lee, and D. T. Zweidinger, "The effects of BJT self-heating on circuit behavior," *IEEE J. Solid State Circuits*, vol. 28, June 1993, pp. 678-685.

[31] R. M. Fox, "Comments on circuit models for MOSFET thermal noise," *IEEE J. Solid State Circuits*, vol. 28, Feb. 1993, pp. 184-185.

[32] S.-G. Lee, R. M. Fox, "Effects of carrier-velocity saturation on high-current BJT output resistance," *IEEE Trans. Electron Devices*, vol. 39, March 1992, pp. 629-633.

[33] R. M. Fox and S.-G. Lee, "Scalable small-signal model for BJT self-heating," *IEEE Electron Device Letters*, vol. 12, December, 1991, pp. 649-651.

[34] R. M. Fox and S.-G. Lee, "Thermal parameter extraction for bipolar circuit modeling," *Electr. Letters*, vol. 27, September 12, 1991, pp. 1719-1720.

[35] R. M. Fox, C. M. Stillo, and D. J. Ferris, "Criteria for low-noise switched-capacitor circuit design," *Electr. Lett.*, vol. 27, June 20, 1991, pp. 1203-1205.

[36] R. M. Fox, S. G. Lee, "Extension of the open-circuit time constant method to allow for trans capacitances," *IEEE Trans. on Circuits and Systems*, vol. 37, September 1990, pp. 1167-1171.

[37] S. J Heileman, W. R. Eisenstadt, R. M. Fox, R. S. Wagner, N. Bordes, J. M. Bradley, "CMOS VLSI single-event transient characterization," *IEEE Trans. Nucl. Sci.*, vol. 36, December 1989, pp. 2287-2291.

[38] H.-S. Chen, S. S. Li, R. M. Fox, W. A. Krull, "Increased breakdown voltage in silicon-on-insulator diodes," *IEEE Trans. Electron Devices*, vol. ED-36, March, 1989, pp. 488-492.

[39] R. M. Fox, R. C. Jaeger, "MOSFET behavior and circuit considerations for analog applications at 77K," *IEEE Trans. Electron Devices*, vol. ED-34, January, 1987, pp. 114-123.

[40] R. C. Jaeger, K. Daneshvar, R. M. Fox, W. C. Dillard, "Direct measurement of the available voltage gain of bipolar and field-effect transistors", *IEEE Electron Device Letters*, May 1985, pp. 219-221.

[41] R. C. Jaeger, R. M. Fox, S. E. Diehl, "Analytic expressions for the critical charge in CMOS static RAM cells", *IEEE Trans. Nucl. Sci.*, vol. NS-30, Dec. 1983, pp. 4616-4619.

**REFEREED CONFERENCE PROCEEDINGS:**

[1] S. Harb, R. M. Fox, W. R. Eisenstadt, "A sub-1 V CMOS voltage reference generator", *IEEE Intl. Symp. on Circuits and Systems*, Rio de Janeiro, May 2011, pp. 901 – 904.

[2] K. O., Kenneth; Yu, S.; Cao, C.; Lin, J.-J.; Ding, Y.-P.; Li, Z.-B.; Hwang, M.-H.; Hwang, S.-H.; Gao, L.; Sugavanam, A.; Verma, A.; Yang, X.; Shim, D.; Seok, E.-Y.; Arenas, D.; Bashirullah, R.; Lin, J.; Fox, R.; Tanner, D.; Brewer, J. E.; Taubenheim, D.; Machen, S.; Gorday, P.; Martin, F.; "Progress toward a single chip radio in CMOS." *IEEE Circuits and Systems Workshop: Systems on Chip*, Dallas, TX. October 19-20, 2008, pp. 1 - 7.

[3] Y. Ding, Y. Su, C. Cao, J.-J. Lin, T. Wu, M. Hwang, R. Fox, J. Brewer, K. O, "RF transceiver and wireless calibration of on-chip frequency reference for a true single chip radio" *2008 Symposium on VLSI Circuits*, Honolulu, Hawaii, June 18-20, 2008. pp. 166-117.

[4] J. Ahn, S. Puligundla, R Bashirullah, R. M. Fox, and W. R. Eisenstadt, "In-situ characterization of high-speed I/O chip-package systems," *IEEE Electrical Performance of Electronic Packaging, EPEP 2007,* Atlanta, Georgia, October 29-31, 2007, pp. 311 - 314.

[5] X. Wang, W. R. Eisenstadt and R. M. Fox, "Embedded jittter measurement of high-speed I/O signals," *IEEE Intl. Symp. on Circuits and Systems*, New Orleans, LA, May 27 – 30, 2007, pp. 153 - 156.

[6] J. Yoon, W. R. Eisenstadt and R. M. Fox, "Integrated BiCMOS 10 GHz S-Parameter module," *2006 IEEE Bipolar Circuits and Technology Meeting.* Maastrict, Netherlands, October 2006, pp. 1 - 4.

[7] S. Choi, W. R. Eisenstadt and R. M. Fox, Embedded Signal Generator Using Shift Registers With FIR Filtering,"*International Mixed-Signal Test Workshop (IMSTW'06),* Edinburgh, Scotland, UK, June 21-23, 2006, pp. 220 - 235.

[8] M. He, W. R. Eisenstadt and R. M. Fox, "Broadband embedded substrate noise measurement for RF/microwave ICs," 5th *Workshop on Test of Wireless Circuits and Systems,* Berkeley, CA, April 30, 2006, 3 pp.

[9] T. Zhang, W. R. Eisenstadt and R. M. Fox, "20 GHz bipolar RF RMS power detectors," *2005 IEEE Bipolar Circuits and Technology Meeting.* Santa Barbara, CA, October 10-11, 2005, pp. 204-207.

[10] S. Puligundla, R. M. Fox and W. R. Eisenstadt, "An accurate high-dynamic range 1.8V RF CMOS signal strength detector,"WTW2005, 4th Workshop on Test of Wireless Circuits and Systems, Cannes, France, June 29-30, 2005.

[11] D. T. Martin, K. Kadirvel, J. Liu, R. M. Fox, M. Sheplak, and T. Nishida, "Surface and bulk micromachined dual back-plate condenser microphone," *Technical Digest, 18th IEEE Intl. Conf. on MEMS,* Miami Beach, FL, January 30 - February 3, 2005.

[12] W. R. Eisenstadt, R. M. Fox, Q. Yin, J-S. Yoon, and T. Zhang, "On-chip microwave test circuits for production IC measurements,"64th ARFTG Microwave Measurement Conference, Digital Communication System Metrics, Orlando, FL, November 30 – December 3, 2004, 4 pages.

[13] T. Zhang, W. R. Eisenstadt and R. M. Fox, "Embedded self-test for a 5 GHz LNA," 1st IEEE International GHz/Gbps Test Workshop (GTW' 04), Charlotte, NC, USA, 28-29 October 2004, 7 pages.

[14] R. M. Fox and W. R. Eisenstadt, "RF/Microwave embedded test circuits and Measurements," 3rd Workshop on Test of Wireless Circuits and Systems Fort Worth, TX, June 6, 2004.

[15] I. Seo and R. M. Fox, "Comparison of quasi-/pseudo-floating gate techniques," *IEEE Intl. Symp. on Circuits and Systems*, Vancouver, Canada, May 23-26, 2004.

[16] Q. Yin, W. R. Eisenstadt and R. M. Fox, "A translinear-based RF RMS destector for embedded test," *IEEE Intl. Symp. on Circuits and Systems*, Vancouver, Canada, May 23-26, 2004.

[17] T. Zhang, W. R. Eisenstadt and R. M. Fox, "A novel 5 GHz RF power detector," *IEEE Intl. Symp. on Circuits and Systems*, Vancouver, Canada, May 23-26, 2004.

[18] R. M. Fox and W. R. Eisenstadt, "RF/microwave embedded test circuits and measurements," accepted for the 3rd Workshop on Test of Wireless Circuits and Systems, Fort Worth, TX, June 6, 2004.

[19] W. R. Eisenstadt, R. M. Fox, S. Choi, M. He, Q. Yin, Y. S. Yoon, and T. Zhang, "On-chip RF measurement circuits," *VLSI Test Symposium 2004*, Session 6C.1, April 27, 2004.

[20] H. J. Ko and R. M. Fox, Comparison of currents in differential log-domain filters with common-mode feedback," *IEEE Intl. Symp. on Circuits and Systems Proc.*, Bangkok, Thailand, May 26-28, 2003, vol. 1, pp. 549-552.

[21] I. Seo and R. M. Fox, "Low-power switched-capacitor filters using charge transfer integrators," *IEEE Intl. Symp. on Circuits and Systems Proc.*, Bangkok, Thailand, May 26-28, 2003, vol. 1, pp. 609-612.

[22] S. Choi, W. Eisenstadt, R. M. Fox, "Design of programmable embedded IF source for design self-test," *IEEE Intl. Symp. on Circuits and Systems Proc.*, Bangkok, Thailand, May 26-28, 2003, vol. V, pp. 241-244.

[23] R. M. Fox, I. Seo, H. Yeo, and O. Jeon, "Leveraged current-mirror op amp" *IEEE Intl. Symp. on Circuits and Systems Proc.*, Scotsdale, AZ, May 7-10, 2002, vol 5, pp. 41-44.

[24] D. L. Walkey, T. J. Smy, R. G. Dickson, J. S. Brodsky, R. M. Fox, and D. T. Zweidinger, "A VCVS-based equivalent circuit model for static substrate thermal coupling," *2001 IEEE Bipolar Circuits and Technology Meeting,* Minneapolis, MN, Sept. 30 - Oct. 2, 2001, pp. 102 - 105.

[25] R. M. Fox, R. Chawla, W. R. Eisenstadt, D. Hemmenway, J. Johnston, "Circuit for Monitoring High-Frequency Performance of BJTs using DC Measurements" *2001 IEEE Bipolar Circuits and Technology Meeting.* Minneapolis, MN, Sept. 30 - Oct. 2, 2001, pp. 139 - 142.

[26] R. M. Fox, H. J. Ko, and W. R. Eisenstadt, "High-gain common-mode feedback circuits for differential log-domain filters," *IEEE Intl. Symp. on Circuits and Systems Proc.*, Sydney, Australia, May 7-10, 2001. pp. 560-563.

[27] R. M. Fox, "Enhancing dynamic range in differential log-domain filters based on the two-filters approach," *IEEE Intl. Symp. on Circuits and Systems Proc.*, Geneva, Switzerland, May 29 - June 1, 2000, paper #1163.

[28]  T.-Y. Lee, R. M. Fox, K. Green and T. Vrotsos, "Modeling and parameter extraction of BJT substrate resistance," *1999 IEEE Bipolar Ckts. and Tech. Mtg.*, September 26 - 28, 1999, pp. 101 - 104.

[29]  R. M. Fox, Y. Ro, W. R. Eisenstadt, K. Karnik, and F. Yuan, "Common-mode circuits for differential log-domain filters," *1999 Midwest Symposium on Circuits and Systems*, August, 1999, pp. WA1.8.6.1-4.

[30]  R. M. Fox, H. J. Ko, and W. R. Eisenstadt, "Dynamic currents in log-domain filters," *1999 Midwest Symposium on Circuits and Systems*, August, 1999, pp. WA1.7.3.1-4.

[31]  R. M. Fox and M. Nagarajan, "Multiple operating points in CMOS log-domain filters," *IEEE Intl. Symp. on Circuits and Systems Proc., '99*, Orlando, May 30 - June 2, 1999, pp. 83.5.1-4.

[32]  Y. Ro, W. R. Eisenstadt and R. M. Fox, "New 1.4 volt transconductor with superior power supply rejection," *IEEE Intl. Symp. on Circuits and Systems Proc., '99*, Orlando, May 30 - June 2, 1999, pp. 69.2.1-4.

[33]  R. M. Fox, "A general operating-point instability test based on feedback analysis," *IEEE Intl. Symp. on Circuits and Systems Proc., '98*, June, 1998, pp. TPA12-1.

[34]  R. M. Fox, and E. Ferrer, "Analysis of limit-cycle oscillations in a log-domain filter," *IEEE Intl. Symp. on Circuits and Systems Proc., '98*, June, 1998, pp. WPA12-6.

[35]  R. M. Fox, M. Nagarajan, and J. Harris, "Practical design of single-ended log-domain filters," in *IEEE Intl. Symp. on Circuits and Systems Proc., '97*, June 1997, pp. 341-344.

[36]  J. S. Tulenko, R. Dalton, G. Youk, H. Liu, H. Zhou, and R. M. Fox, "A program for the economical radiation hardening of robots," *Proc., Robotics and Remote Systems Div., Am. Nucl. Soc. Mtg*, Paper #1-315, 1996.

[37]  D. T. Zweidinger, J. S. Brodsky, and R. M. Fox, "A physical thermal resistance model for vertical BJTs on SOI," *IEEE International SOI Conf.*, Oct. 3 - 5, 1995, pp. 84 -85.

[38]  T. Y. Lee and R. M. Fox, "Extraction of thermal resistance for fully-depleted SOI MOSFETs," *IEEE International SOI Conf.*, Oct. 3 - 5, 1995, pp. 78 - 79.

[39]  D. T. Zweidinger, R. M. Fox, S.-G. Lee, and T. Jung, "Extraction of thermal parameters for bipolar circuit simulation," *1995 IEEE Bipolar Ckts. and Tech. Mtg.*, October 2 - 3, 1995, pp. 78 - 81.

[40]  R. M. Fox, "Design-oriented analysis of DC operating-point stability," *IEEE Intl. Symp. on Circuits and Systems Proc.*, May 1, 1995, pp. 109-112.

[41]  R. M. Fox, R. T. Rausch, and T. Y. Lee, "Prediction of radiation-induced component failure for nuclear robotics using measurements of precursor phenomena," *1995 Florida Conference on Recent Advances in Robotics*, Orlando FL, April 26 - 27, 1995, pp. 94-99.

[42]  J. S. Tulenko, S. Toshkov, D. Ekdahl, R. M. Fox, and F. R. Sias, Jr., "Development of a radiation hardened robotic system," *Proc., International Symposium on Robotics and Manufacturing '94*, Maui, Hawaii, August 15 - 17, 1994, pp. 103 - 106.

[43]  S. K. Mandel, R. K. Singh, J. S. Tulenko, and R. M. Fox, "Concurrent high frequency AC annealing of MOS devices in nuclear environments," *Remote System Technology Division Proc.*, American Nuclear Society, Nov. 1993, pp. 35-40.

[44] J. S. Brodsky and R. M. Fox, "Multiple-pole models for self-heating in BJTs," *TECHCON '93*, Sept. 28-30, 1993 p. 509.

[45] R. M. Fox and J. S. Brodsky, "Effects of self-heating-induced negative output conductance in SOI circuits," *IEEE International SOI Conf.*, Oct. 5 - 7, 1993, pp. 152-153.

[46] J. S. Brodsky, D. T. Zweidinger, R. M. Fox, "Physics-based multiple-pole models for BJT self-heating," *IEEE Bipolar Ckts. and Tech. Mtg.*, October, 1993, pp. 249-252.

[47] F. R. Sias and R. M. Fox, "Selecting radiation-resistant semiconductors for robots and tele-operated systems," *Remote System Technology Division Proc.*, American Nuclear Society, Nov. 1992, pp. 536-537.

[48] D. T. Zweidinger, S.-G. Lee, R. M. Fox, "Compact modeling of BJT self-heating in circuit simulation," *NUPAD IV Tech. Digest*, May 31 - June 1, 1992, pp. 219-224.

[49] R. M. Fox and S.-G. Lee, "Predictive modeling of thermal effects in BJTs," *Proc. 1991 IEEE Bipolar Ckts. and Tech. Mtg.*, September 1991, pp. 89-92.

[50] W. R. Eisenstadt, S. S. Potluri, K. J. Rambo, R. M. Fox, "Yield analysis for a large-area analog x-ray sensor array," *Proc. 1991 IEEE UGIM Symp.*, June 1991, pp. 149-152.

[51] D. S. Langford, K. J. Rambo, R. M. Fox, T. Bach, C. Paneda, "Development of a poly-gate NMOS process for research and teaching purposes," *Proc. 1991 IEEE UGIM Symp.,* June 1991, pp. 48-53.

[52] C. M. Stillo, R. M. Fox, D. S. Langford, D. J. Ferris, "Electrical characterization of MOSIS-fabricated circuit elements," *Proc. 1991 IEEE UGIM Symposium*, June 1991, pp. 103-106.

[53] K. J. Rambo, R. M. Fox, W. R. Eisenstadt, D. S. Langford, J. Principle, and R. Palovcik, "VLSI silicon-based prosthesis for *in vitro* measurement of neural activity," *Proc. 1991 IEEE Custom IC Conf.*, May, 1991, pp. 27.7.1-27.7.4.

[54] W. R. Eisenstadt, R. M. Fox, M. E. Law, S. Abbas," A coordinated approach to teaching digital and analog VLSI and IC fabrication and packaging," *Proc. Microelectronic System Education Conf. and Expo.*, San Jose, CA, July 29-31, 1990, pp. 105-111.

[55] R. P. King, R. M. Fox, W. R. Eisenstadt, D. J. Ferris, A. M. Jacobs, J. C. Cox, "CMOS analog IC x-ray image sensor array," *Proc. 1990 Florida Microelectr. Conf.*, Melbourne, FL, May 10-11, 1990, pp. 139-142.

[56] D.-S. Jeon, D. E. Burk, R. M. Fox, "Advanced device and circuit concepts utilizing silicon-on-insulator substrates," *Proc. 1989 Florida Microelectronics Conf.*, Boca Raton, FL, May 10-11, 1989, pp. 67-70.

[57] R. M. Fox, S. G. Lee, "Low frequency noise in SIMOX MOSFET's," *Proc IEEE SOS/SOI Technology Workshop*, St. Simon's Island, GA, October 3-5, 1988, p. 36.

[58] R. M. Fox, D. E. Burk, D. S. Jeon, S. G. Lee, "Electrical characterization of SIMOX MOSFET's," *Proc. IEEE SOS/SOI Technology Workshop*, Durango, CO, October 6-8, 1987, p. 43.

[59] R. M. Fox, D. E. Burk, D. S. Jeon, S. G. Lee, "Electrical characterization of SIMOX MOSFET's," *Proc. Workshop on Process-Related Electrically Active Defects in Semiconductor-Insulator Systems*, Research Triangle Park, NC, September 1-2, 1987, pp. 53-55

[60] R. M. Fox, R. C. Jaeger, "MOS models and amplifier design for low temperature operation," *1986 IEEE Intl. Symp. on Circuits and Systems Proc.*, May 1986, pp. 1154-1156.

[61] R. M. Fox, R. C. Jaeger, "Analysis and design of CMOS analog circuits for operation at liquid nitrogen temperature", *Proc. 1985 IEEE UGIM Symp.*, June 1985, pp. 117-121.

[62] R. C. Jaeger, R. M. Fox, "Phase-plane analysis of the upset characteristics of CMOS RAM cells", *Proc. 1985 IEEE UGIM Symp.*, June 1985, pp. 183-187.

[63] P. L. Heedley, R. M. Fox, R. C. Jaeger, "Design and performance of analog MOS circuits for low temperature operation", *IEEE Intl. Symp. on Circuits and Systems Proc. '84.*, May 1984, pp. 1219-1222.

**REFEREED POSTER PRESENTATIONS:**

[1] J. S. Brodsky and R. M. Fox, "Thermal impedance modeling for circuit simulation using TIPP," *TECHCON '96*, Phoenix, Arizona, Sept. 12 - 14, 1996.

[2] D. T. Zweidinger and R. M. Fox, "Bipolar transistor model parameter extraction accounting for self-heating," *TECHCON '96*, Phoenix, Arizona, Sept. 12 - 14, 1996.

[3] D. T. Zweidinger and R. M. Fox, "Physics-based transient modeling of BJT self-heating in SPICE," *TECHCON '93*, Sept. 28-30, 1993, p. 508.

[4] J. S. Brodsky and R. M. Fox, "Multiple-pole models for self-heating in BJTs," *TECHCON '93*, Sept. 28-30, 1993, pp. 343-345.

[5] S.-G. Lee, R. M. Fox, "Study of BJT output conductance mechanisms with MMSPICE verification," poster paper, *TECHCON '90*, San Jose, CA, October 16-18, 1990.

[6] S. J. Heileman, W. R. Eisenstadt, R. M. Fox, J. E. Miller, R. S. Wagner, poster paper, "CMOS SRAM single-event transient characterization," 1990 Florida Microelectronics Conf., Melbourne FL, May 10-11, 1990.

**NON-REFEREED PUBLICATIONS:**

[1] R. M. Fox and T. Y. Lee, "Use of precursors to predict radiation-induced failure of electronic components for nuclear robotics," in *Research on Robotics by Principle Investigators of the Robotics Technology Development Program*, SAND94-0844, R. Harrigan, Ed., Albuquerque, NM: Sandia National Labs, March 1995, pp. 61-70.

[2] J. S. Brodsky and R. M. Fox, "TIPP: Thermal impedance preprocessor: Users' Reference," VLSI TCAD Group Technical Report, April 1994, 18 pages.

[3] D. T. Zweidinger and R. M. Fox, "Thermal modeling of bipolar transistors in SPICE with multi-pole model of thermal response: A guide to code modifications," VLSI TCAD Group Technical Report, April 1994, 24 pages.

[4] D. T. Zweidinger and R. M. Fox, "Thermal modeling of bipolar transistors using an internal thermal node in SPICE 2G.6: A guide to code modifications," VLSI TCAD Group Technical Report, December 1992.

[5]  D. T. Zweidinger, S.-G. Lee, R. M. Fox, "Thermal modeling of bipolar transistors in SPICE 2G.6: A guide to code modifications," VLSI TCAD Group Technical Report, September 1992.

**INVITED PANELIST:**

[1]  "The role of statistics in bipolar and BiCMOS circuit design," *IEEE Bipolar Circuits and Technology Meeting*, Minneapolis, MN, October, 1993.

**THESES SUPERVISED:**

[1]  J. Ahn, "In-situ characterization of high speed I/O chip-package systems," Ph.D thesis, 2007.
[2]  K. Jung, "Broadband balun embedded measurement for differential circuit" Ph.D thesis, 2007.
[3]  K. Kadrivel, "Interface circuits for capacitive transducers with applicationn to a MEMS capacitive microphone," Ph.D thesis, 2007.
[4]  M. He, "Measurements of substrate noise," Ph.D thesis, 2006.
[5]  O. Jeon, "Analog baseband processor for a CMOS 5-GHz WLAN receiver ", Ph.D thesis, 2005.
[6]  I. Seo, "Low-voltage low-power analog circuit techniques using floating-gate MOS transistors," Ph.D thesis, 2004.
[7]  H. J. Ko, "Design and analysis of high-dynamic-range log-domain filters," Ph.D thesis, December 2002.
[8]  K. Karnik, "Design of low-pass Butterworth transconductance-C and log-domain filters," M.S. thesis, 2000.
[9]  E. Ferrer, "Highly accurate fully differential log-domain filters," M.S. thesis, 1999.
[10]  K. Schindler, "Distortion and nonlinearity analysis of log-domain circuits," M.S. thesis, 1998.
[11]  F. Alam, "Analysis of self-heating effects on scaled SOI MOSFET devices and circuits," M.S. thesis, 1998.
[12]  J. S. Brodsky, "Physics-based thermal impedance models for the simulation of self-heating in semiconductor devices and circuits," Ph.D. thesis, May 1997.
[13]  D. T. Zweidinger, "Modeling of transistor self-heating for circuit simulation," Ph.D. thesis, April 1997.
[14]  T. Y. Lee, "Model enhancement and parameter extraction for the MMSPICE/QBBJT model," Ph.D. thesis, November 1996.
[15]  F. L. Martin, "Design and analysis of an integrated circuit-based multi-loop frequency synthesizer," Ph.D. thesis, August 1992.
[16]  S.-G. Lee, "Predictive modeling of high-current output resistance and thermal effects in bipolar junction transistors," Ph.D. thesis, August 1992.
[17]  S. G. Campbell, "The operation and modeling of ratio-independent algorithmic analog-to-digital conversion," M. S. thesis, December 1991.

[18]  C. M. Stillo, "Development of a large-scale X-ray imager for nondestructive testing," M. S. thesis, December 1991.

[19]  D. J. Ferris, "An analog imaging sensor for medical and industrial applications," M. S. thesis, December 1990.

[20]  J. C. Smith, "A CMOS X-ray array for traditional imaging applications," M. S. thesis, December 1989.

[21]  S. J. Heileman, "CMOS single-event transient characterization and the simulated effect of static RAM cell upset," M. S. thesis, August 1989.

[22]  G. E. Riddle, "Implementation of a SLICE model of a high-speed photoconductive element transmission line measurement system fabricated on an SOI substrate," M. S. thesis, May 1989.

[23]  S.-G. Lee, "Experimental investigation of the noise behavior of SIMOX MOSFETs," M.S. thesis, May 1989.