# Exhibit B

LIST OF REFERENCES CONSULTED

The Patents-in-Suit

U.S. Patent No. 6,061,551 (the "'551 Patent")

U.S. Patent No. 6,266,518 (the "'518 Patent")

U.S. Patent No. 6,370,371 (the "'371 Patent")

U.S. Patent No. 6,963,734 (the "'734 Patent")

U.S. Patent No. 7,496,342 (the "'342 Patent")

U.S. Patent No. 7,724,845 (the "'845 Patent")

Other Patents

U.S. Patent No. 5,903,827

U.S. Patent No. 6,687,493 (the "'493 Patent")

Patent File Histories

Prosecution History of '551 Patent

Prosecution History of '518 Patent

Prosecution History of '371 Patent

Prosecution History of '734 Patent

Prosecution History of '342 Patent

Prosecution History of '845 Patent

Prosecution History of '493 Patent

Prosecution History of European Patent No. 1,125,359

Prosecution History of International Application No. PCT/US99/24299

Prosecution History (certified translations of excerpts) of Japanese Patent Application No. 2000-577762.

Other References

direct2data white paper, http://web.archive.org/web/20050513092601/http://www.parkervision.com/pdfs/d2d_condensed_white_paper_0504.pdf (last visited July 12, 2012)