**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PARKERVISION, INC.,

    Plaintiff,

v.

QUALCOMM INCORPORATED,

    Defendant.

QUALCOMM INCORPORATED,

    Counterclaim Plaintiff,

v.

PARKERVISION, INC., AND STERNE, KESSLER, GOLDSTEIN, & FOX PLLC,

    Counterclaim Defendants.

Case No. 3:11-cv-719-J-37TEM

**JOINT MOTION FOR LEAVE TO
BRING COMPUTER EQUIPMENT INTO THE COURTHOUSE
FOR TUTORIAL AND *MARKMAN* HEARING**

Plaintiff ParkerVision, Inc. ("ParkerVision") and Defendant Qualcomm Incorporated ("Qualcomm"), by and through their undersigned counsel, move this Court pursuant to Local Rule 4.11(b), United States District Court, Middle District of Florida, for leave to permit the parties to bring, as specified below, certain computer equipment and accessories and electronic devices, into Courtroom 4A in the United States District Courthouse, 401 West Central Coulevard, Orlando, Florida for a tutorial regarding technology issues and a *Markman* hearing scheduled in this case. ParkerVision and Qualcomm further move this Court pursuant to the Middle District of Florida's Standing Order Regarding Conditions Applicable to Using Internet,

dated July 28, 2011, for permission to access the Court's wireless internet connection. In support, the parties state as follows:

1. The Court has scheduled a tutorial regarding technology issues for Tuesday, July 24, 2012 at 9:30 a.m. (Doc. No. 111) and a *Markman* hearing for Monday, August 6, 2012 at 9:30 a.m. (Doc. No. 108) to be held in Courtroom 4A of the United States Courthouse before The Honorable Roy B. Dalton, Jr.

2. ParkerVision and Qualcomm intend to make visual presentations to the Court during the course of the tutorial and hearing and require use of their computers and electronic equipment to facilitate the presentation. Specifically, ParkerVision will need approximately 5 laptop computers along with accessories, such as mouses, power cords, cables, and display adapters. Qualcomm will need approximately 5 laptop computers along with accessories, such as mouses, power cords, cables, and display adapters. Further, a projector, screen, video splitter and accompanying cables will be needed. Lastly, electronic devices such as cell phones/blackberries will be needed.

3. The following counsel, paralegals, and IT personnel request use of the electronic equipment:

ParkerVision:
James Bolling
Josh Budwin
Leah Buratti
Kevin Burgess
Steve Busey
Doug Cawley
Austin Curry
Devin Feher
Kevin Hess
Chris Martin

Qualcomm:
Keith Hummel
Peter Emmi
James Bailey
Chris Hughes
John Moehringer
Steven Moore
Richard Thill
John DeVault
Courtney Grimm
Robert Fox
Cort Chase

4. ParkerVision and Qualcomm are scheduled to set up the equipment in Courtroom 4A on Monday, July 23, 2012 at 4:00 pm.

5. Use of the Court's wireless internet connection will facilitate counsel and IT personnel's work on this case while in the courtroom. ParkerVision and Qualcomm are familiar with and will abide by the Court's terms of use regarding its wireless internet connection.

## MEMORANDUM

For the convenience of the Court and the parties, ParkerVision and Qualcomm should be granted leave to bring computer equipment and electronic devices into the Courtroom in the United States District Courthouse, Orlando, Florida, for the July 24, 2012 tutorial and the August 6, 2012 *Markman* hearing, and to access the Court's wireless internet connection.

**WHEREFORE,** Plaintiff ParkerVision and Defendant Qualcomm request that the Court permit such computer equipment and electronics to be brought into the courthouse by the identified individuals for the tutorial on Tuesday, July 24, 2012, with set up on Monday, July 23, 2012, and for the *Markman* hearing on Monday, August 6, 2012, and permit the parties to access the Court's wireless internet connection.

| | |
|---|---|
| Dated:  7/19/2012 | Respectfully submitted, |
| **McKOOL SMITH, P.C.** | **BEDELL, DITTMAR, DEVAULT, PILLANS & COXE, P.A.** |
| s/  Douglas A. Cawley | s/Courtney K. Grimm |
| Douglas A. Cawley, Lead Attorney | John A. DeVault, III |
| Texas State Bar No. 04035500 | Florida Bar No. 103979 |
| E-mail: dcawley@mckoolsmith.com | E-mail: jad@bedellfirm.com |
| John Austin Curry | Courtney K. Grimm |
| Texas State Bar No. 24059636 | Florida Bar No. 953740 |
| E-mail: acurry@mckoolsmith.com | E-mail: cgrimm@bedellfirm.com |
| McKool Smith P.C. | The Bedell Building |
| 300 Crescent Court, Suite 1500 | 101 East Adams Street |
| Dallas, Texas 75201 | Jacksonville, Florida 32202 |
| Telephone: (214) 978-4000 | Telephone:    (904) 353-0211 |
| Telecopier: (214) 978-4044 | Facsimile:     (904) 353-9307 |
| | |
| T. Gordon White | -and- |
| Texas State Bar No. 21333000 | |
| gwhite@mckoolsmith.com | CRAVATH, SWAINE & MOORE, LLP |
| McKool Smith P.C. | Keith R. Hummel (Trial Counsel) |
| 300 West Sixth Street, Suite 1700 | (admitted pro hac vice) |
| Austin, Texas 78701 | E-mail: khummel@cravath.com |
| Telephone: (512) 692-8700 | David Greenwald (admitted pro hac vice) |
| Telecopier: (512) 692-8744 | E-mail: dgreenwald@cravath.com |
| | Worldwide Plaza |
| SMITH HULSEY & BUSEY | 825 Eighth Avenue |
| | New York, New York  10019 |
| /*s/ James A. Bolling* | Telephone:    (212) 474-1000 |
| Stephen D. Busey | Facsimile:     (212) 474-3700 |
| James A. Bolling | |
| Florida Bar Number 117790 | -and- |
| Florida Bar Number 901253 | |
| 225 Water Street, Suite 1800 | CADWALADER, WICKERSHAM & TAFT LLP |
| Jacksonville, Florida  32202 | Christopher A. Hughes (admitted pro hac vice) |
| (904) 359-7700 | E-mail: Christopher.hughes@cwt.com |
| (904) 359-7708 (facsimile) | 1 World Financial Center |
| jbolling@smithhulsey.com | New York, New York 10281 |
| | Telephone:    (212) 504-6000 |
| Counsel for Plaintiff ParkerVision, Inc. | Facsimile:     (212) 504-6666 |
| | |
| | Counsel for Defendant Qualcomm Incorporated |

4

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this day, July 19, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                        s/Courtney K. Grimm
                                        Courtney K. Grimm
                                        Florida Bar No. 953740
                                        E-mail: cgrimm@bedellfirm.com
                                        The Bedell Building
                                        101 East Adams Street
                                        Jacksonville, Florida 32202
                                        Telephone:  (904) 353-0211
                                        Facsimile:   (904) 353-9307
                                        Attorney for Defendant