UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PARKERVISION, INC., a Florida corporation,

    Plaintiff,

v.

QUALCOMM INCORPORATED, a Delaware corporation,

    Defendant.

CASE NO.: 3:11-cv-00719-J-37JBT

**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE,
AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, Defendant Qualcomm Incorporated, by and through its undersigned attorneys, moves this Court for an order allowing James T. Bailey to appear in this Court as co-counsel on behalf of Qualcomm Incorporated in the above-styled lawsuit. In support of this motion, Qualcomm Incorporated says:

1. James T. Bailey and his law firm, Cadwalader, Wickersham & Taft LLP, have been retained to represent Qualcomm Incorporated as co-counsel in all proceedings conducted in this cause.

2. Mr. Bailey is a member in good standing and admitted to practice before all the courts of the State of New York, as well as the United States District Court for the Southern District of New York.

3. Mr. Bailey is familiar with, and will be governed by, the Local Rules, United States District Court, Middle District of Florida, including Rule 2.04 thereof. Mr. Bailey is familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

4. Mr. Bailey designates John A. DeVault, III and the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A., 101 East Adams Street, Jacksonville, Florida 32202, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys.

5. Through his signature affixed below, John A. DeVault, III of the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A. hereby consents to such designation.

6. Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, John A. DeVault, III certifies that Mr. Bailey has complied with the fee and e-mail registration requirements of Rule 2.01(d), Local Rules, United States District Court, Middle District of Florida.

WHEREFORE, Defendant Qualcomm Incorporated respectfully requests this Court to enter an order admitting James T. Bailey to practice before this Court pro hac vice.

## RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for the Plaintiff and is authorized to represent that the Plaintiff does not oppose the entry of an order granting this motion.

## MEMORANDUM OF LAW

Qualcomm Incorporated's motion for admission pro hac vice should be granted pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida.

Respectfully submitted,

BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
Professional Association

By:   s/John A. DeVault, III
     John A. DeVault, III
     Florida Bar No. 103979
     E-mail: jad@bedellfirm.com
     The Bedell Building
     101 East Adams Street
     Jacksonville, Florida 32202
     Telephone:  (904) 353-0211
     Facsimile:  (904) 353-9307

-and-

        CRAVATH, SWAINE & MOORE, LLP
            Keith R. Hummel (Trial Counsel)
            (admitted pro hac vice)
            E-mail: khummel@cravath.com
            David Greenwald (admitted pro hac vice)
            E-mail: dgreenwald@cravath.com
            Peter A. Emmi (admitted pro hac vice)
            E-mail: pemmi@cravath.com
            Joseph E. Lasher (admitted pro hac vice)
            E-mail: jlasher@cravath.com
            Worldwide Plaza
            825 Eighth Avenue
            New York, New York  10019
            Telephone:     (212) 474-1000
            Facsimile:     (212) 474-3700

            -and-

        CADWALADER, WICKERSHAM & TAFT LLP
            Christopher A. Hughes (admitted pro hac vice)
            E-mail: Christopher.hughes@cwt.com
            1 World Financial Center
            New York, New York 10281
            Telephone:     (212) 504-6000
            Facsimile:     (212) 504-6666

Counsel for Defendant Qualcomm Incorporated

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, July 19, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                              s/John A. DeVault, III
                                                              John A. DeVault, III
Florida Bar No. 103979
E-mail: jad@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307
Attorney for Defendant