**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PARKERVISION, INC.,

       Plaintiff,

vs.

QUALCOMM INCOPORATED,

       Defendant.

_____

Case No. 3:11-cv-719-J-37TEM

QUALCOMM INCORPORATED,

       Counterclaim Plaintiff,

vs.

PARKERVISION, INC.; and STERNE,
KESSLER, GOLDSTEIN & FOX PLLC,

       Counterclaim Defendants.

_____

**ORDER**

This cause is before the Court on a Joint Motion for Leave to Bring Computer Equipment Into The Courthouse for Tutorial and Markman Hearing (Doc. No. 127), filed July 19, 2012.  The parties seek leave to bring various types of audio-visual equipment, 10 laptop computers, and an unstated number of cellular phones, smart phones or similar devices for use at a non-adversarial hearing on July 24, 2012, and the claim construction hearing on August 6, 2012.  The parties also seek leave to access the internet via the available courtroom WiFi connection.

Upon consideration, the Court finds that the Motion is due to be granted in part and denied in part.  To the extent the Motion is granted, the Court grants leave as set

forth below. The Motion is denied in all other respects.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Plaintiff ParkerVision, Inc. and Defendant Qualcomm Incorporated may each bring 2 laptop computers and 2 cellular telephones (or similar devices) into the federal courthouse on July 24, 2012. All such authorized electronic devices shall be kept in "vibrate" or "silent" mode. Cellular telephones are not permitted in the courtroom. Cellular telephones may be used only in the witness rooms adjacent to the courtroom or in the lawyer lounge. In addition, the parties are authorized to bring into the courthouse any power supply, cable, or connector needed to operate the authorized electronic devices.

2. Persons authorized to bring such devices into the courthouse are set forth in the footnote below.[1] Such persons shall present a copy of this Order to security personnel each time that person enters the courthouse with an authorized electronic device. Courthouse security personal may, at their discretion, require all persons authorized herein to present picture identification at any time. The authorized electronic devices are subject to inspection at any time by courthouse security personnel.

---

[1] The following individuals may bring into the courthouse the authorized electronic devices:

| ParkerVision, Inc.: | Qualcomm Incorporated: |
|---|---|
| James Bolling | Keith Hummel |
| Josh Budwin | Peter Emmi |
| Leah Buratti | James Bailey |
| Kevin Burgess | Chris Hughes |
| Steve Busey | John Moehringer |
| Doug Cawley | Steven Moore |
| Austin Curry | Richard Thill |
| Devin Feher | John DeVault |
| Kevin Hess | Courtney Grimm |
| Chris Martin | Robert Fox |
| | Cort Chase |

3.      Plaintiff ParkerVision, Inc. and Defendant Qualcomm Incorporated may use the authorized electronic devices to access the internet via the courtroom WiFi connection provided that all such use complies with the requirements of the July 28, 2011 Order of the Chief Judge.

4.      The courtroom contains a selection of audio-visual equipment for presentations.  The parties shall meet with the Courtroom Deputy, Virginia Flick, prior to July 24, 2012, regarding the use and availability of such equipment.  All persons operating audio-visual presentation equipment shall familiarize themselves with the equipment available in the courtroom and shall insure such equipment operates in conjunction with the authorized electronic devices.

5.      A jury trial is scheduled to commence in the courtroom following the parties' presentation in this case.  All equipment and materials shall be removed from the courtroom prior to 12:30 p.m.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, on July 20, 2012.

ROY B. DALTON JR.
United States District Judge

Copies:

counsel of record