THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PARKERVISION, INC.,<br><br>   *Plaintiff,*<br><br>  v.<br><br>QUALCOMM INCORPORATED,<br><br>   *Defendant.* | Case No. 3:11-cv-719-J-37-TEM |
| QUALCOMM INCORPORATED,<br><br>   *Counterclaim Plaintiff,*<br><br>  v.<br><br>PARKERVISION, INC., and<br>STERNE KESSLER GOLDSTEIN FOX PLLC<br><br>   *Counterclaim*<br>   *Defendants.* | |

**DECLARATION OF ROBERT M. FOX, Ph.D., IN RESPONSE TO
PARKERVISION'S OPENING BRIEF ON CLAIM CONSTRUCTION**

I.      BACKGROUND

1.      I have been retained as an expert by Qualcomm Incorporated ("Qualcomm") in the above-captioned action. I previously submitted a declaration in connection with Qualcomm's Opening Claim Construction Brief, filed July 13, 2012.

2.      I have been asked to provide my opinion about certain of the constructions proposed in ParkerVision, Inc.'s Opening Claim Construction Brief, filed July 13, 2012.

3.      I reserve the right to supplement the opinions expressed in this report in light of any additional fact discovery, opinions by ParkerVision's experts, and/or trial testimony. I also reserve the right to provide opinions and testimony in response to ParkerVision's expert and fact witnesses.

II.     RESPONSE TO PARKERVISION'S CLAIM CONSTRUCTIONS

A.      <u>Transferring Energy</u>

| Term | Qualcomm | ParkerVision |
|---|---|---|
| "transferring non-negligible amounts of energy from the carrier signal" | "moving sufficient energy from the carrier signal into storage to cause substantial distortion of the carrier signal" | "transferring energy (i.e., voltage and current over time) in amounts that are distinguishable from noise" |

4.      I have reviewed ParkerVision's arguments in support of its construction for the "transferring . . . energy" terms and have formed the following opinions in response.

5.      ParkerVision makes no attempt to construe the phrase "transferring . . . energy," but instead merely repeats the claim language in its proposed construction. This is problematic because the term "transferring energy" is not a term of art and, in fact, is what ParkerVision claims to be a novel aspect of its invention.

6. ParkerVision's construction cannot be correct because it defines "energy" as "voltage and current over time." This definition is wrong. A person of ordinary skill in the art would understand that electric energy, with appropriate assumptions, is equal to the integral with respect to time of the product of voltage and current:

$$\int (V * I) dt$$

This is different than ParkerVision's proposed construction of "voltage and current over time." In other words, ParkerVision's proposed definition of "energy" is inconsistent with the understanding of a person of ordinary skill in the art. I also note that the Patents-in-Suit do not equate "energy" to "voltage and current over time." In my view, ParkerVision's definition of "energy" has no basis in either the Patents or the art.

7. ParkerVision's proposed construction of this term as "transferring energy . . . in amounts that are distinguishable from noise" is also defective because it is vague and confusing. For example, it makes no sense to a person of ordinary skill in the art to compare an "amount" of transferred energy with an amount of "noise" in order to determine if the former is "distinguishable" from the latter. Noise may arrive with the RF carrier signal at the cell phone antenna and/or may arise due to the physical components and/or their placement within the circuit. In order to achieve a functional receiver design, noise arriving with the RF carrier signal must be reduced to an acceptable level or eliminated. Correspondingly, noise that may arise due to the physical components and/or their placement within the circuit must be eliminated through effective design of amplifiers, filters and the placement and sizes of other components

within the circuit. The reduction of noise to an acceptable level has nothing to do with "transferring energy . . . in amounts that are distinguishable from noise."

8.  Neither ParkerVision's construction nor the Patents identify the noise from which the "transferred energy" must be distinguishable. There are many potential sources of noise, including noise in the signal itself as well as noise generated within the radio hardware. The strength of the noise from these sources can vary widely based on a variety of factors such as channel conditions and the particular circuitry that is used. The fact that a signal is distinguishable from an unquantified amount of "noise" from an unidentified source tells a person of ordinary skill in the art very little about the system used to receive the signal. Furthermore, the extent to which a signal is distinguishable from noise depends on the statistical properties of both the signal and the noise in complicated ways.

9.  The Patents themselves offer very little insight into distinguishing signal from noise. For example, the '551 Patent notes that "[t]he negligible amounts of energy transferred by the under-sampling systems disclosed in Section II *may not* be sufficient to distinguish received RF signals over noise." *See* '551 Patent 63:23-26 (emphasis added). The mere fact that a signal is distinguishable from noise does not indicate whether a "non-negligible amount" of energy has been transferred. In other words, the fact that a signal is distinguishable from noise fails to distinguish between down-conversion by transferring energy and down-conversion by under-sampling.

10.  In my opinion, Qualcomm's proposed construction of the "transferring . . . energy" terms more accurately reflects the understanding of one skilled in the art. Even the portions of the specification ParkerVision cites in its brief support Qualcomm's construction.

*See* Dkt. 122 at 2 (citing '551 Patent Figs 60A-F.) For example, '551 Patent 60A-F demonstrate that when energy is transferred from a carrier signal, the carrier signal 6008 (shown in Figure 60D) is "affected" — *i.e.*, distorted. *See* '551 Patent 89:25-32, Fig. 60D (showing non-negligible distortions of the carrier signal). I have highlighted one instance of the non-negligible distortion and the corresponding aperture pulse in the figures below. These figures show non-negligible distortion similar to that shown in Figures 83A-C, which I cited in my prior declaration.



B. **Differential Down Conversion Terms**

| Term | Qualcomm | ParkerVision |
|---|---|---|
| "differentially down-converting" | "down-converting a differential input signal and outputting a differential down-converted replica of the input signal" | "down-converting a carrier signal by differentially combining positive and negative transferred energy samples" |

11.  I have reviewed ParkerVision's arguments in support of its construction for "differentially down-converting" and have formed the following opinions in response.

12.  I disagree with ParkerVision's construction because it suggests, as Mr. Sorrells did during the July 24 tutorial, that there are both "positive transferred energy samples" and "*negative* transferred energy samples." The phrase "negative ... energy" would not make any sense to a person of ordinary skill in the art because "energy" is always a positive quantity.

13.  Why "negative energy" makes no sense is best explained in the context of a capacitor, which is appropriate because all of ParkerVision's patents show that the energy that is transferred from a carrier signal according to the claimed methods is stored initially in a capacitor. The potential energy stored in a capacitor is proportional to the product of the charge (Q) on one of the plates and the voltage (V) on that plate with respect to the other plate. The charge (Q) is equal to the product of the capacitance (C) of the capacitor and the voltage (V). Making the appropriate mathematical substitution, the energy stored in a capacitor is proportional to $CV^2$.

$$E \sim Q * V = (C * V) * V = C * V^2$$

Because the capacitance of a capacitor is always positive and the voltage squared is always positive, regardless of whether voltage is positive or negative, energy is always positive. A capacitor cannot store negative energy.

14. I also disagree with ParkerVision's assertion that Figure 93 of the '734 Patent is relevant to understanding the term "differentially down-converting." Figure 93 does not depict a circuit for differentially down-converting a signal. A differential circuit takes as input a differential pair of signals—*i.e.*, an RF signal and an inverted copy of that signal. But the input to the lower UFT Module (9354) is not the inverted signal required to complete a differential pair of signals; rather, it is described in the specification as a "dummy" input signal used for the purpose of cancelling a DC offset that is generated from receiving only an RF signal. *See* '734 Patent, 55:58-62. From this description, a person of ordinary skill in the art would recognize that the circuit in Figure 93 is not a differential down converter. Further, Figure 93 is outside the scope of the claims because it does not include a "storage element" (*e.g.*, a capacitor) between the positive and negative legs of the UFT output.

15. I also disagree with ParkerVision's assertion that Figure 94A of the '734 Patent is relevant to understanding this term. Figure 94A is outside the scope of the claims because it does not include a "storage element" (*e.g.*, a capacitor) between the switches included in the UFTs. Such a "storage element" is required by every claim of the '734 Patent. For example, Claim 1 requires "a storage element between said first and second switches."

16. ParkerVision asserts that Figure 94A undermines Qualcomm's construction because it does not show a differential input signal and a differential output signal. (Dkt. 122 at 16.) That is not correct. While the overall input to the circuit block depicted in Figure 94A is only a single RF input, element 9402 allows that positive RF signal to pass to the upper UFT and generates a negative (inverted) version of that signal that is passed to the lower UFT, such that the two signals together form a differential pair. *See* '734 Patent 57:18-25. Together, this

differential pair of signals is down-converted by the pair of UFT modules. *See* '734 Patent 57:36-37 ("First UFT module 9404 receives non-inverted amplified input RF signal 9412"), 57:50-51 ("Second UFT module 9416 receives inverted amplified input RF signal 9414"). Similarly, the down-converted output signals are also described as differential. *See* '734 Patent: 57: 46-48 ("amplified input RF signal 9412 is down-converted to non-inverted output signal 9430"), 57:51-54 ("Second UFT module 9416 down-converts inverted amplified input RF signal 9414 according to control signal 9428, and outputs inverted output signal 9432"). Thus, in my opinion, Figure 94A shows both a differential input and a differential output.

I declare under penalty of perjury that the foregoing is true and correct.
Executed July 27, 2012

By: _____
ROBERT M. FOX