UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PARKERVISION, INC.,

   Plaintiff,

v.

QUALCOMM INCORPORATED,

   Defendant.

---

QUALCOMM INCORPORATED,

   Counterclaim Plaintiff,

v.

PARKERVISION, INC., AND STERNE, KESSLER, GOLDSTEIN, & FOX PLLC,

   Counterclaim Defendants.

Case No. 3:11-cv-719-J-37TEM

**JOINT CLAIM CONSTRUCTION PRE-HEARING STATEMENT**

In accordance with the Court's Case Management and Scheduling Order, *see* Docket No. 84, the parties hereby submit their Joint Claim Construction Pre-Hearing Statement. The parties met and conferred on July 27 and 30, 2012 for the purposes of narrowing the issues and finalizing preparation of the Joint Claim Construction Pre-Hearing Statement.

### A. Hearing Procedures

As discussed with the Court during the July 24, 2012 Technical Tutorial, the parties plan to present argument during the Claim Construction Hearing term-by-term, or in groups of related terms, with back and forth argument on each term (or group of terms). ParkerVision will argue first for each term. The parties propose arguing the disputed terms in the order in which they are listed in the chart below, in Section B.

### B. Disputed Claim Constructions

The chart below provides each party's proposed construction of each disputed claim term, phrase, or clause.

| | Claim Term | ParkerVision's Proposed Construction | Qualcomm's Proposed Construction | Claims |
|---|---|---|---|---|
| **Sampling of Energy Terms** | | | | |
| 1. | "sampling" | "capturing energy of a signal at discrete times" | "reducing a continuous signal to a discrete signal" | '518: 1, 2, 3, 12, 17, 24, 27, 82 |
| 2(a). | "under-samples" | "sampling at an aliasing rate" | "samples at an aliasing rate using negligible apertures" | '734: 5, 13 |
| 2(b). | "sub-sampling" | | "sampling/sample at a subharmonic rate" | '518: 77, 81, 90, 91 |
| 2(c). | "sub-sample" | | | '371: 1, 2, 22, 23, 25, 31 |

|  | Claim Term | ParkerVision's Proposed Construction | Qualcomm's Proposed Construction | Claims |
|---|---|---|---|---|
| **Transferring Energy Terms** | | | | |
| 3(a). | "transferring non-negligible amounts of energy from the carrier signal" | "transferring energy (i.e., voltage and current over time) in amounts that are distinguishable from noise" | "moving sufficient energy from the carrier signal into storage to cause substantial distortion of the carrier signal" | '551: 1, 2, 3, 8, 9, 12, 16, 20, 39, 41, 50, 54, 55, 57, 92, 93, 108, 113, 126 |
| 3(b). | "sampling the carrier signal . . . to transfer energy" | | | '518: 1, 2, 3, 12, 17, 24, 27 |
| 3(c). | "transferring a portion of the energy . . . of the carrier signal" | | | '551: 41, 50 '845: 5, 6 |
| 3(d). | "receives non-negligible amounts of energy transferred from a carrier signal" | "receives energy (i.e., voltage and current over time) from the carrier signal in amounts that are distinguishable from noise" | "stores sufficient energy transferred from the carrier signal to cause substantial distortion of the carrier signal" | '551: 23, 24, 25, 26, 31, 32, 135, 149, 150, 161, 192, 193, 195, 196, 198, 202, 203 |
| 3(e). | "sub-sampling the first signal . . . to transfer energy" | "transferring energy (i.e., voltage and current over time) in amounts that are distinguishable from noise" | "moving sufficient energy from the carrier signal into storage to cause substantial distortion of the carrier signal" | '518: 77, 81, 82, 90, 91 |
| **Lower Frequency Signal** | | | | |
| 4. | "lower frequency signal" | "a signal with frequency below the carrier signal frequency" | "a signal with frequency below the carrier signal frequency and above the baseband frequency" | '551: 1, 2, 3, 8, 9, 12, 16, 20, 39, 41, 50, 54, 55, 57, 92, 93, 108, 113, 126 '371: 1, 2, 22, 23, 25, 31 |

| | Claim Term | ParkerVision's Proposed Construction | Qualcomm's Proposed Construction | Claims |
|---|---|---|---|---|
| **Harmonic or Subharmonic of the Carrier Signal Terms** | | | | |
| 5(a). | "n represents a harmonic or subharmonic of the carrier signal" | "n is 0.5 or an integer greater than or equal to 1" | "n is 0.5 or an integer greater than 1" | '551: 1, 2, 3, 8, 9, 12, 16, 20, 23, 24, 25, 26, 31, 32, 39, 41, 50, 54, 55, 57, 92, 93, 108, 113, 126, 135, 149, 150, 161, 192, 193, 195, 196, 198, 202, 203 |
| 5(b). | "n indicates a harmonic or subharmonic of the carrier signal" | | | '518: 1, 2, 3, 12, 17, 24, 27, 82 |
| **Energy Integration Terms** | | | | |
| 6(a). | "integrating the . . . energy" | "accumulating the energy" | Term is indefinite, or "storing in a storage module the energy transferred during an aperture period" | '551: 50, 108, 113<br>'518: 1, 2, 3, 12, 17, 24, 27, 77, 81, 82, 90, 91 |
| 6(b). | "energy is . . . integrated" | "energy is accumulated" | Term is indefinite, or "the energy transferred during an aperture period is stored in a storage module" | '371: 1, 2, 22, 23, 25, 31 |
| 6(c). | "integrates the . . . energy" | "accumulates the energy" | Term is indefinite, or "stores in a storage module the energy transferred during an aperture period" | '551: 161, 198, 202, 203 |
| 6(d). | "integrates . . . energy" | "accumulates energy" | Term is indefinite, or "stores in a storage module the energy transferred during an aperture period" | '551: 198, 203 |
| 6(e). | "the integrated energy" | "the accumulated energy" | Term is indefinite, or "the transferred energy stored in a storage module during an aperture period" | '551: 198, 202, 203 |

| | Claim Term | ParkerVision's Proposed Construction | Qualcomm's Proposed Construction | Claims |
|---|---|---|---|---|
| **Finite Time Integrating Module Terms** | | | | |
| 7(a). | "finite time integrating module" | "circuitry that can perform a finite time integrating operation" | "a module with a switch, a pulse generator, and a storage module that stores the energy transferred during an aperture period" | '845: 1, 3, 4, 5, 6, 7, 8, 9, 12, 13, 17, 18, 19, 20, 22, 23, 24 |
| 7(b). | "finite time integrating operation" | "convolving a portion of the carrier signal with an approximate representation of itself" | "an operation that distorts the carrier signal and stores the energy transferred during an aperture period" | '845: 1, 3, 4, 5, 6, 7, 8, 9, 12 |
| **Accumulating the Result** | | | | |
| 8. | "accumulating the result" | No construction necessary. | "storing in a storage module the energy transferred over multiple aperture periods" | '845: 1, 3, 4, 5, 6, 7, 8, 9, 12 |
| **Impedance Matching Terms** | | | | |
| 9(a). | "impedance matching" | "transferring desired power" | "maximizing power transfer throughout a signal path" | '518: 77, 81, 90, 91 |
| 9(b). | "output impedance match circuit" | "a circuit configured to transfer desired power from the energy sampling circuitry" | "a circuit configured to maximize power transfer throughout the output path" | '551: 25<br>'371: 25 |
| 9(c). | "substantially impedance matched input path" | "circuitry configured to transfer desired power to the input path of the energy sampling circuitry" | "a circuit configured to maximize power transfer throughout the input path" | '551: 12<br>'518: 12 |
| 9(d). | "input impedance match circuit" | "circuitry configured to transfer desired power to the input of the energy sampling circuitry" | | '551: 24<br>'371: 23 |
| 9(e). | "first impedance match coupled to said . . . input terminal" | "first circuitry configured to transfer desired power to said input terminal" | | '734: 4 |

| | Claim Term | ParkerVision's Proposed Construction | Qualcomm's Proposed Construction | Claims |
|---|---|---|---|---|
| 9(f). | "second impedance match coupled to said . . . input terminal" | "second circuitry configured to transfer desired power to said input terminal" | | |
| **Differential Down Conversion Terms** | | | | |
| 10(a). | "differential downconverted output signal" | No construction necessary, or "the output signal from the differential frequency down-conversion module" | "a signal that is the downconverted replica of the differential input signal" | '734: 1, 4, 5, 6, 9, 12, 13, 14, 15 |
| 10(b). | "differential frequency downconversion module" | "circuitry for frequency down-converting a carrier signal by differentially combining positive and negative transferred energy samples" | "a circuit that down-converts a differential input signal and outputs a differential downconverted replica of the input signal" | '734: 1, 4, 5, 6, 9, 12, 13, 14 15 |
| 10(c). | "differentially down-converting" | "down-converting a carrier signal by differentially combining positive and negative transferred energy samples" | "down-converting a differential input signal and outputting a differential down-converted replica of the input signal" | '734: 12, 13, 14, 15 |
| **Interpolation Filter** | | | | |
| 11. | "interpolation filter" | "circuitry that outputs a smoothed signal between the input sampled values" | "a component that adds additional values between sampled values and then filters both the original samples and the added values" | '845: 9 |
| **Asynchronous Energy Transfer Signal** | | | | |
| 12. | "asynchronous energy transfer signal" | "an energy transfer signal with a phase that varies with respect to the phase of the carrier signal" | Term is indefinite, or "non-synchronous energy transfer signal" | '551: 20, 32 '371: 31 |

| | Claim Term | ParkerVision's Proposed Construction | Qualcomm's Proposed Construction | Claims |
|---|---|---|---|---|
| **Universal Frequency Down Converter (UFD)** | | | | |
| 13. | "universal frequency down converter" | "circuitry that generates a down converted output signal from an input signal" | "circuitry with a switch, an integrator coupled to said switch, and a pulse generator coupled to said switch" | '371: 1 |
| **Terms Related to Generation of a Lower Frequency Signal or Baseband Signal** | | | | |
| 14(a). | "generating a lower frequency signal from the transferred energy" | No construction necessary. | "creating a lower frequency signal from the previously transferred energy" | '551: 1, 2, 3, 8, 9, 12, 16, 20, 39, 41, 50, 54, 55, 57, 92, 93, 108, 113, 126 |
| 14(b). | "lower frequency signal is generated from the transferred energy" | | | '551: 23, 24, 25, 26, 31, 32, 135, 149, 150, 161, 192, 193, 195, 196, 198, 202, 203 |
| 14(c). | "generating the lower frequency signal from the integrated energy" | | Terms are indefinite, or "creating a lower frequency signal from the previously integrated energy" | '551: 50 |
| 14(d). | "generates a lower frequency signal from the integrated energy" | | | '551: 202 |
| 14(e). | "generating the baseband signal from the integrated energy" | | Term is indefinite, or "creating a baseband signal from the previously integrated energy" | '518: 1, 82 |
| 14(f). | "generating the second signal from the integrated energy" | | Term is indefinite, or "creating a second signal from the previously integrated energy" | '518: 77 |

| | Claim Term | ParkerVision's Proposed Construction | Qualcomm's Proposed Construction | Claims |
|---|---|---|---|---|
| **Controlling a Charging and Discharging Cycle of the First and Second Capacitors with First and Second Switching Devices, Respectively** | | | | |
| 15. | "controlling a charging and discharging cycle of the first and second capacitors with first and second switching devices, respectively" | No construction necessary, or "using a first switch device to control the charging and discharging of a first capacitor and a second switch device to control the charging and discharging of a second capacitor" | "using the switching devices to control separately the time during which the charging of the capacitors occurs and the time during which the discharging of the capacitors occurs" | '342: 18, 19, 20, 21, 22, 23 |
| **Means Plus Function Claims** | | | | |
| 16(a). | "means for operating said UFD to perform at least frequency translation operations" | Function: operating said UFD to perform at least frequency translation operations for at least one of (a)-(l) Structure: a control signal of the UFD disclosed as signal 108 of Figs. 1A-1C, 2006 of Figs. 20A and 20A-1, or equivalents thereof. | Indefinite, or Function: operating the UFD to perform at least frequency translation operations. Structure: None disclosed. | '371: 1 |
| 16(b). | "means for integrating the energy over the aperture periods" | Function: integrating the energy over the aperture periods Structure: one or more of energy storage circuitry disclosed in Figs. 68C, 68F, or equivalents thereof. | Indefinite, or: Function: integrating the energy over the aperture periods Structure: the storage modules shown in Figures 67A ("storage module 6716"{capacitor storage module implementation only}), 68C ("capacitive storage module 6802"), 68G ("capacitive storage module"), 82A ("storage capacitance 8208"), 82B ("storage capacitance 8208"), 95 ("storage capacitance"). | '518: 82 |

| | Claim Term | ParkerVision's Proposed Construction | Qualcomm's Proposed Construction | Claims |
|---|---|---|---|---|
| 16(c). | "means for integrating the transferred energy over the aperture periods" | Function: integrating the transferred energy over the aperture periods<br>Structure: one or more of energy storage circuitry disclosed in Figs. 68C, 68F, or equivalents thereof. | Indefinite, or<br>Function: integrating the transferred energy over the aperture periods.<br>Structure: the storage modules shown in Figures 67A ("storage module 6716"{capacitor storage module implementation only}), 68C ("capacitive storage module 6802"), 68G ("capacitive storage module"), 82A ("storage capacitance 8208"), 82B ("storage capacitance 8208"), 95 ("storage capacitance"). | '518: 90, 91 |
| 16(d). | "means for generating the baseband signal from the integrated energy" | Function: generating the baseband signal from the integrated energy<br>Structure: any arrangement of (i) one or more of the switch circuitry controlled by any one of pulse generators and (ii) one or more of the energy storage circuitry disclosed or described in Figs. 63, 64A, 64B, 65, 67A, 68G, 69, 74, 76A-E, 77A-C, 82A, 82B, 86, 88, 90, 92, 94A, 95, 101, 110, 111, or equivalents thereof. | Indefinite, or<br>Function: generating the baseband signal from the integrated energy.<br>Structure: the storage modules shown in Figures 67A ("storage module 6716"{capacitor storage module implementation only}), 68C ("capacitive storage module 6802"), 68G ("capacitive storage module"), 82A ("storage capacitance 8208"), 82B ("storage capacitance 8208"), 95 ("storage capacitance"). | '518: 82 |

| Claim Term | | ParkerVision's Proposed Construction | Qualcomm's Proposed Construction | Claims |
|---|---|---|---|---|
| 16(e). | "means for generating the second signal from the integrated energy" | Function: generating the second signal from the integrated energy<br>Structure: any arrangement of (i) one or more of the switch circuitry controlled by any one of pulse generators and (ii) one or more of the energy storage circuitry disclosed or described in Figs. 63, 64A, 64B, 65, 67A, 68G, 69, 74, 76A-E, 77A-C, 82A, 82B, 86, 88, 90, 92, 94A, 95, 101, 110, 111, or equivalents thereof. | Indefinite, or<br>Function: generating the second signal from the integrated energy.<br>Structure: the storage modules shown in Figures 67A ("storage module 6716" { capacitor storage module implementation only}), 68C ("capacitive storage module 6802"), 68G ("capacitive storage module"), 82A ("storage capacitance 8208"), 82B ("storage capacitance 8208"), 95 ("storage capacitance"). | '518: 90, 91 |

C.  **Agreed Constructions**

The chart below provides the construction of those claim terms, phrases, or clauses on which the parties agree:

| | Claim Term(s) | Agreed Construction | Claims |
|---|---|---|---|
| 1. | carrier signal | an electromagnetic wave that is capable of carrying information via modulation | '551: 1, 2, 3, 8, 9, 12, 16, 20, 23, 24, 25, 26, 31, 32, 39, 41, 50, 54, 55, 57, 92, 93, 108, 113, 126, 135, 149, 150, 161, 192, 193, 195, 196, 198, 202, 203<br>'518: 1, 2, 3, 12, 17, 24, 27, 82<br>'342: 23<br>'845: 1, 3, 4, 5, 6, 7, 8, 9, 12<br>'371: 1, 2, 22, 23, 25, 31 |
| 2. | aliasing rate | sampling rate that is less than or equal to twice the frequency of the carrier signal | '551: 1, 2, 3, 8, 9, 12, 16, 20, 23, 24, 25, 26, 31, 32, 39, 41, 50, 54, 55, 57, 92, 93, 108, 113, 126, 135, 149, 150, 161, 192, 193, 195, 196, 198, 202, 203<br>'518: 1, 2, 3, 12, 17, 24, 27, 82<br>'371: 1, 2, 22, 23, 25, 31 |

| | Claim Term(s) | Agreed Construction | Claims |
|---|---|---|---|
| 3. | aperture periods | the durations of time over which energy is transferred from the carrier signal | '551: 113, 202, 203<br>'518: 1, 2, 3, 12, 17, 24, 27, 77, 81, 82, 90, 91 |
| 4. | electrically coupling | indirectly or directly connecting such that an electric signal can flow between the coupled points | '342: 18, 19, 20, 21, 22 23 |
| 5. | modulated carrier signal | a carrier signal that is modulated by a baseband signal | '551: 55 |
| 6. | baseband signal | any generic information signal desired for transmission and/or reception | '551: 57, 193 |
| 7. | DC offset voltage | a DC voltage level that is added to a signal of interest by related circuitry | '734: 6, 14 |
| 8. | "means for sampling the carrier signal over aperture periods to transfer energy from the carrier signal at an aliasing rate" | **Function:** sampling the carrier signal over aperture periods to transfer energy from the carrier signal at an aliasing rate, the aliasing rate determined according to a frequency of the carrier signal divided by N, wherein N indicates a harmonic or sub-harmonic of the carrier signal<br><br>**Structure:** one or more of the switch circuitry in Figs. 66A, 66, 66B, 66C, or 66D, controlled by any one of pulse generators 68H through 68K, which produce energy transfer signal 6306 (or 6826), or equivalents thereof | '518: 82 |

| | Claim Term(s) | Agreed Construction | Claims |
|---|---|---|---|
| 9. | "means for sub-sampling the first signal over aperture periods to transfer energy from the first signal" | **Function:** sub-sampling the first signal over aperture periods to transfer energy from the first signal<br><br>**Structure:** one or more of the switch circuitry in Figs. 66A, 66, 66B, 66C, or 66D, controlled by any one of pulse generators 68H through 68K, which produce energy transfer signal 6306 (or 6826), or equivalents thereof | '518: 90, 91 |
| 10. | "means for impedance matching at least one of said first signal and said second signal" | **Function:** impedance matching at least one of said first signal and said second signal<br><br>**Structure:** impedance matching circuitry disclosed and described at 7006 of Figs. 70 and 73, 7008 of Fig. 70, 7642 of Fig. 76E, Figs. 77A-C, 9404 and 9406 of Fig. 94A, 9430 and 9432 of Fig. 94A, or equivalents thereof. | '518: 90, 91 |

### D.     Time for Claim Construction Hearing

The parties anticipate that the Claim Construction Hearing will require the full four hours allotted by the Court, with time split equally between ParkerVision and Qualcomm. Each party will have a designated timekeeper who will keep track of the time used by each party.

### E.     Identification of Witnesses

ParkerVision does not intend to call any witnesses at the Claim Construction Hearing. Qualcomm may call its technical expert, Dr. Robert M. Fox.

July 30, 2012

Respectfully submitted,

**CRAVATH, SWAINE & MOORE LLP**

By:  <u>s/ Keith R. Hummel</u>
    Keith R. Hummel (admitted pro hac vice) (Trial Counsel)
    khummel@cravath.com
    David Greenwald (admitted pro hac vice)
    dgreenwald@cravath.com
    Worldwide Plaza
    825 Eighth Avenue
    New York, New York  10019
    Telephone:  (212) 474-1000
    Facsimile:  (212) 474-3700

-and-

**BEDELL, DITTMAR, DEVAULT, PILLANS & COXE, P.A.**
    John A. DeVault, III
    Florida Bar No. 103979
    jad@bedellfirm.com
    Courtney K. Grimm
    cgrimm@bedellfirm.com
    Florida Bar No. 953740
    The Bedell Building
    101 East Adams Street
    Jacksonville, Florida 32202
    Telephone:  (904) 353-0211
    Facsimile:  (904) 353-9307

-and-

**CADWALADER, WICKERSHAM & TAFT LLP**
    Christopher A. Hughes (admitted pro hac vice)
    christopher.hughes@cwt.com
    James T. Bailey (admitted pro hac vice)
    james.bailey@cwt.com
    1 World Financial Center
    New York, New York 10281
    Telephone:  (212) 504-6000
    Facsimile:  (212) 504-6666

-and-

**GOODWIN PROCTER, LLP**
    Steven A. Moore (admitted pro hac vice)
    samoore@goodwinprocter.com
    Richard W. Thill (admitted pro hac vice)
    rthill@goodwinprocter.com
    4365 Executive Drive, Suite 3000
    San Diego, CA 92121
    Telephone: (858) 202-2700
    Facsimile: (858) 457-1255

*Counsel for Defendant, Counterclaim Plaintiff Qualcomm Incorporated*


**McKOOL SMITH, P.C.**

Douglas A. Cawley, Lead Attorney
Texas State Bar No. 04035500
E-mail: dcawley@mckoolsmith.com
John Austin Curry
Texas State Bar No. 24059636
E-mail: acurry@mckoolsmith.com
McKool Smith P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

T. Gordon White
Texas State Bar No. 21333000
gwhite@mckoolsmith.com
Kevin L. Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Josh W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
Leah Buratti
Texas State Bar No. 24064897
lburatti@mckoolsmith.com
McKool Smith P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

**SMITH HULSEY & BUSEY**

/s/ *James A. Bolling*
Stephen D. Busey
Florida Bar Number 117790
sbusey@smithhulsey.com
James A. Bolling

-13-

Florida Bar Number 901253
jbolling@smithhulsey.com
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

*Counsel for Plaintiff ParkerVision, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, July 30, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ Keith R. Hummel
Keith R. Hummel (admitted pro hac vice)
khummel@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
Attorney for Defendant,
Counterclaim Plaintiff
