**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PARKERVISION, INC.,

       Plaintiff,

v.

QUALCOMM INCORPORATED,

       Defendant.

_____

QUALCOMM INCORPORATED,

       Counterclaim Plaintiff,

v.

PARKERVISION, INC., AND STERNE,
KESSLER, GOLDSTEIN, & FOX PLLC,

       Counterclaim Defendants.

_____

Case No. 3:11-cv-719-J-37TEM

**JOINT MOTION FOR LEAVE TO  BRING COMPUTER EQUIPMENT
INTO THE COURTHOUSE FOR *MARKMAN* HEARING**

Plaintiff ParkerVision, Inc. ("ParkerVision") and Defendant Qualcomm Incorporated ("Qualcomm"), by and through their undersigned counsel, move this Court pursuant to Local Rule 4.11(b), United States District Court, Middle District of Florida, for leave to permit the parties to bring, as specified below, certain computer equipment and accessories and electronic devices, into Courtroom 4A in the United States District Courthouse, 401 West Central Boulevard, Orlando, Florida for a *Markman* hearing scheduled in this case on August 6, 2012. ParkerVision and Qualcomm further move this Court pursuant to the Middle District of Florida's Standing Order Regarding Conditions Applicable to Using Internet, dated July 28, 2011, for

permission to access the Court's wireless internet connection. In support, the parties state as follows:

1.      The Court has scheduled a *Markman* hearing for Monday, August 6, 2012 at 9:30 a.m. (Doc. No. 108) to be held in Courtroom 4A of the United States Courthouse before The Honorable Roy B. Dalton, Jr.

2.      ParkerVision and Qualcomm intend to make visual presentations to the Court during the course of the hearing and require use of their computers and electronic equipment to facilitate the presentation.   Specifically, ParkerVision will need approximately 2 laptop computers along with accessories, such as mouses, power cords, cables, and display adapters. Qualcomm will need approximately 2 laptop computers along with accessories, such as mouses, power cords, cables, and display adapters.

3.      The following counsel, paralegals, and IT personnel request use of the electronic equipment:

ParkerVision:
James Bolling
Josh Budwin
Leah Buratti
Kevin Burgess
Steve Busey
Doug Cawley
Austin Curry
Devin Feher
Kevin Hess
Chris Martin

Qualcomm:
Keith Hummel
Peter Emmi
James Bailey
Chris Hughes

Steven Moore
John DeVault
Courtney Grimm
Robert Fox
Cort Chase

4.      Use of the Court's wireless internet connection will facilitate counsel and IT personnel's work on this case while in the courtroom. ParkerVision and Qualcomm are familiar with and will abide by the Court's terms of use regarding its wireless internet connection.

## MEMORANDUM

For the convenience of the Court and the parties, ParkerVision and Qualcomm should be granted leave to bring computer equipment and electronic devices into the Courtroom in the United States District Courthouse, Orlando, Florida, for the August 6, 2012 *Markman* hearing, and to access the Court's wireless internet connection.


**WHEREFORE,** Plaintiff ParkerVision and Defendant Qualcomm request that the Court permit such computer equipment and electronics to be brought into the courthouse by the identified individuals for the *Markman* hearing on Monday, August 6, 2012, and permit the parties to access the Court's wireless internet connection.

Dated:  8/2/2012

Respectfully submitted,

**McKOOL SMITH, P.C.**

**BEDELL, DITTMAR, DEVAULT,
PILLANS & COXE, P.A.**

s/  Douglas A. Cawley
Douglas A. Cawley, Lead Attorney
Texas State Bar No. 04035500
E-mail: dcawley@mckoolsmith.com
John Austin Curry
Texas State Bar No. 24059636
E-mail: acurry@mckoolsmith.com
McKool Smith P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

s/Courtney K. Grimm
John A. DeVault, III
Florida Bar No. 103979
E-mail: jad@bedellfirm.com
Courtney K. Grimm
Florida Bar No. 953740
E-mail: cgrimm@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone:     (904) 353-0211
Facsimile:     (904) 353-9307

T. Gordon White
Texas State Bar No. 21333000
gwhite@mckoolsmith.com
McKool Smith P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

-and-

CRAVATH, SWAINE & MOORE, LLP
Keith R. Hummel (Trial Counsel)
(admitted pro hac vice)
E-mail: khummel@cravath.com
David Greenwald (admitted pro hac vice)
E-mail: dgreenwald@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019
Telephone:     (212) 474-1000
Facsimile:     (212) 474-3700

SMITH HULSEY & BUSEY

/s/ James A. Bolling
Stephen D. Busey
James A. Bolling
Florida Bar Number 117790
Florida Bar Number 901253
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jbolling@smithhulsey.com

-and-

CADWALADER, WICKERSHAM & TAFT LLP
Christopher A. Hughes (admitted pro hac vice)
E-mail: Christopher.hughes@cwt.com
1 World Financial Center
New York, New York 10281
Telephone:     (212) 504-6000
Facsimile:     (212) 504-6666

Counsel for Plaintiff ParkerVision, Inc.

Counsel for Defendant Qualcomm Incorporated

4

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this day, August 2, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<div align="center" style="margin-left:40%">

s/Courtney K. Grimm_____
Courtney K. Grimm
Florida Bar No. 953740
E-mail: cgrimm@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone:  (904) 353-0211
Facsimile:  (904) 353-9307
Attorney for Defendant

</div>