# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**PARKER VISION, INC.**         **CASE NO. 3:11-cv-719-J-37TEM**
v.
**QUALCOMM, INC.**

| **Counsel for Plaintiff:** | **Counsel for Defendants:** |
|---|---|
| Douglas Cawley | Keith Hummel |
| Kevin Burgess | James Bailey |
| Gordon White | Steven Moore |
| Josh Budwin | Peter Hemming |
| Stephen Busey | |

**HONORABLE ROY B. DALTON, JR., UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Virginia Flick
Court Reporter: Dianne Peede

## CLERK'S MINUTES

PROCEEDINGS OF:    Markman Hearing (held in Orlando)

Argument presented.

Order to Enter

**DATE: 8/6/2012   TIME: 10:02 am - 12:07 pm/ 1:20 pm - 2:58   TOTAL: 3/43**