IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PARKERVISION, INC.,                               CASE NO.: 3:11-CV-719-RBD-TEM
    Plaintiff,

v.

QUALCOMM INCORPORATED,
    Defendant.
_____/

QUALCOMM INCORPORATED,
    Counterclaim Plaintiff,

v.

PARKERVISION, INC, AND
STERNE, KESSLER, GOLDSTEIN & FOX PLLC,
    Counterclaim Defendants.
_____/

**COUNTERCLAIM DEFENDANT'S AGREED MOTION FOR EXTENSION OF
TIME TO RESPOND TO COUNTERCLAIM PLAINTIFF'S OBJECTIONS
TO MAGISTRATE JUDGE MORRIS' JUNE 7, 2012 AND JULY 20, 2012
ORDERS RESPECTING QUALCOMM'S
<u>MOTION TO COMPEL DISCOVERY FROM STERNE KESSLER</u>**

Counterclaim Defendant, Sterne Kessler Goldstein & Fox PLLC ("Sterne Kessler), by and through undersigned counsel and pursuant to Fla. R. Civ. P. 1.090(b), hereby moves this Court for an extension of time within which to respond to Qualcomm's Objections to Magistrate Judge Morris' June 7, 2012 and July 20, 2012 Orders Respecting Qualcomm's Motion to Compel Discovery from Sterne Kessler and in support thereof states:

1. On August 3, 2012, Counterclaim Plaintiff Qualcomm served its Objections to Magistrate Judge Morris' June 7, 2012 and July 20, 2012 Orders Respecting Qualcomm's

Motion to Compel Discovery from Sterne Kessler. Accordingly, Counterclaim Defendant's response to Qualcomm's Objections are due August 20, 2012.

2. Due to Sterne Kessler's counsel having just returned from a one-week vacation, and counsel for Sterne Kessler's schedule, case load, and other impending deadlines, Counterclaim Defendant, Sterne Kessler, requests an additional four (4) days to respond to Qualcomm's Objections to Magistrate Judge Morris' June 7, 2012 and July 20, 2012 Orders Respecting Qualcomm's Motion to Compel Discovery from Sterne Kessler.

3. Accordingly, Sterne Kessler requests an extension of time up to and including August 24, 2012, to respond to Qualcomm's Objections.

4. This is Sterne Kessler's first request for an extension of time to respond to Qualcomm's Objections. This motion is brought in good faith and not for the purposes of delay.

5. Counsel for Qualcomm has no objection to the requested relief.

WHEREFORE, Counterclaim Defendant respectfully requests that the Court grant an extension of time of four (4) days, up to and including August 24, 2012, to serve its response to Qualcomm's Objections to Magistrate Judge Morris' June 7, 2012 and July 20, 2012 Orders Respecting Qualcomm's Motion to Compel Discovery from Sterne Kessler.

Dated: August 20, 2012                    GUNSTER, YOAKLEY & STEWART, P.A.

                                          By:    /s/ Scott W. Dangler
                                                 Scott W. Dangler
                                                 Florida Bar No. 429007
                                                 David M. Wells
                                                 Florida Bar #309291
                                                 David R. Atkinson
                                                 Florida Bar #767239

*Counsel for Sterne, Kessler, Goldstein*
*& Fox PLLC*
Las Olas Centre, Suite 1400
Fort Lauderdale, FL  33301
Telephone: 954-468-1304
Facsimile:  954-523-1722
sdangler@gunster.com
dwells@gunster.com
datkinson@gunster.com

.

### CERTIFICATE OF SERVICE (Documents filed via CM/ECF)

I hereby certify that on the 20th day of August, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Scott W. Dangler
Scott W. Dangler

JAX_ACTIVE 3213506.1
 3213506-1

**ELECTRONIC MAIL SERVICE LIST**
**CASE NO.: 3:11-cv-719-J-37-TEM**

***Counsel for Defendant, Counterclaim Plaintiff Qualcomm Incorporated***

John A. DeVault, III
jad@bedellfirm.com
Courtney Kneece Grimm
cgrimm@bedellfirm.com
Bedell, Dittman, DeVault, Pillans & Coxe, P.A.
The Bedell Building
101 East Adams Street
Jacksonville, FL  32202
Phone:  904-353-0211
Facsimile:  904-353-9307
FLABAR#103979

Keith R. Hummel
khummel@cravath.com
David Greenwald
dgreenwald@cravath.com
Joseph Everett Lasher
jlasher@cravath.com
Peter A. Emmi
pemmi@cravath.com
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019-7475
Phone:  212-474-1000
Fax:  212-474-3700

Christopher A. Hughes
Christopher.Hughes@cwt.com
John Moehringer
John.moehringer@cwt.com
Robert Pollaro
Robert.pollaro@cwt.com
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Phone:  212-504-6000
Fax:  212-504-6666

***Counsel for Plaintiff, Counterclaim Defendant, ParkerVision***
Ava K. Doppelt
adoppelt@addmg.com
Brian R. Gilchrist
bgilchrist@addmg.com
Jeffrey Scott Boyles
jboyles@addmg.com
Allen, Dyer, Doppelt, Milbrath & Gilchrist, PA
255 S Orange Ave – Ste 1401
PO BOX 3791
Orlando, FL  32801
Phone:  407-841-2330
Fax:  407-841-2343

Stephen D. Busey
busey@smithhulsey.com
James Arthur Bolling
jbolling@smithhulsey.com
Smith, Hulsey & Busey
225 Water St – Ste 1800
PO BOX 53315
Jacksonville, FL  32202-3315
Phone:  904-359-7700
Fax:  904-359-7708

T. Gordon White
gwhite@mckoolsmith.com
McKool Smith P.C.
300 West 6th Street, Suite 1700
Austin, TX 78701
Phone:  512-692-8700

J. Austin Curry
acurry@mckoolsmith.com
Douglas Cawley
dcawley@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court
Suite 1500
Dallas, TX 75201
Phone:  214-978-4000
Fax: 214-978-4044