**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PARKERVISION, INC.,

    Plaintiff,

vs.                                                  CASE NO. 3:11-cv-719-J-37TEM

QUALCOMM INCORPORATED,

    Defendant.
_____

QUALCOMM INCORPORATED,

    Counterclaim Plaintiff,

vs.

PARKERVISION, INC. and
STERNE, KESSLER, GOLDSTEIN & FOX, PLLC,

    Counterclaim Defendants.
_____

**O R D E R**

    This case comes before the Court on ParkerVision Inc.'s Partially Unopposed Motion to Seal or, in the alternative, to De-Designate Documents (Doc. #160). Upon review of the instant motion, the Court finds it is clearly due to be granted in part and issues this order without awaiting the normal response period. See M.D. Fla. Loc. R. 1.01(c) (providing the Court may suspend application and enforcement of the local rules in whole or in part in the interests of justice).

    ParkerVision and Qualcomm dispute whether Exhibit O to ParkerVision Inc.'s Motion to Compel Qualcomm's Responses to Interrogatory Nos. 4 and 9, and for Qualcomm to Produce Correspondence with Subpoenaed Third-Parties (Doc. #159) should be filed under

seal in its entirety, or should be filed on the public docket in a redacted format.

Upon consideration, it is hereby **ORDERED:**

1. The unredacted version of Exhibit O shall be filed under seal with the Clerk of Court by September 24, 2012 and shall remain under seal until further order of the Court.

2. The Court takes ParkerVision's request to file a redacted version of Exhibit O on the public docket under advisement. Qualcomm is directed to file any objections it may have to the public filing of the redacted exhibit, including supporting legal authority, by five o'clock p.m. on **September 24, 2012**.

3. Both parties are reminded of the responsibility to provide paper courtesy copies of all filings that exceeds twenty-five pages in length, including attachments (*see* Amended Standing Order, Doc. #2). Courtesy copies should be provided to the chambers of the District Judge or the Magistrate Judge, dependant upon which judge will rule upon the particular motion.

**DONE AND ORDERED** at Jacksonville, Florida this 10th day of September, 2012.

Copies to all counsel of record
and *pro se* parties, if any

THOMAS E. MORRIS
United States Magistrate Judge

2