UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| PARKER VISION, INCORPORATED, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 3:11-CV-719-J-37-TEM |
| QUALCOMM, INCORPORATED, | § § § | |
| *Defendant*, | § § | |
| QUALCOMM, INCORPORATED, | § § § | |
| *Counterclaim Plaintiff*, | § § § | |
| v. | § § § | |
| PARKER VISION, INCORPORATED, | § § § | |
| *Counterclaim Defendant*. | § § § | |

## DECLARATION OF DAVID SORRELLS

### I.   Background and Experience

My name is David Sorrells and I provide this declaration in support of ParkerVision's Response to Qualcomm's Motion to Strike ParkerVision's Infringement Contentions.

I have over twenty-nine years of research and development experience in radio frequency, mixed signal, and digital integrated circuits. I have been the chief technical officer of ParkerVision since 1996 and a director since 1997.

### II.   Reverse Engineering of QSC6270 and Parker Vision's Infringement Contentions

During the initial investigation into whether Qualcomm infringed the Patents-in-Suit,

1

Parker Vision gathered as much publically available information regarding Qualcomm's radio frequency receiver integrated circuits as possible from sources like Qualcomm's issued patents, related papers, product data sheets, technical journal articles, and other publically available information related to Qualcomm's radio frequency receiver integrated circuits. Among other references, I reviewed: (1) A 65nm CMOS SoC with Embedded HSDPA/EDGE Transceiver, Digital Baseband and Multimedia Processor (published by Qualcomm); (2) Single-Chip RF CMOS UMTS/EGSM Transceiver with Integrated Receive Diversity and GPS (published by Qualcomm); (3) A Resistively Degenerated Wide-Band Passive Mixer with Low Noise Figure and +60dBm IIP2 in .18um CMOS (published by Qualcomm); (4) U.S. Patent Number 7,826,816 (assigned to Qualcomm); and (5) U.S. Patent Number 7,769,361 (assigned to Qualcomm). Based on this information, I was able to understand the specifications and operating characteristics of a host of Qualcomm's products. This publically available information was helpful in determining system-level operation and specifications--which is essential in understanding functionality of an integrated circuit as a whole. Based on Qualcomm's publically available information, I was able to determine that many of Qualcomm's radio frequency receiver integrated circuits were functionally identical at a system-level.

At the same time, Qualcomm's publically available information did not contain transistor-level schematics, parameters, or layouts. While this level of detail is not necessary to determine the functional or operational similarities of integrated circuits on a system-level, these details would be required for ParkerVision to create in-depth claim charts in its infringement contentions. These details cannot be determined by testing the normal operation of an integrated circuit or by the naked eye.

In order to validate and construct its infringement contentions, ParkerVision's legal counsel purchased a reverse engineering analysis and report on the QSC6270 integrated circuit from UBM TechInsights at a cost of approximately $128,000. The UBM TechInsights analysis and report shows detailed circuit schematics and the circuit layout found in the QSC6270, specifically the analog and mixed signal receiver circuitry.

## III.   Rebuttal to Dunworth Declaration

### A.   Dunworth's Claim that the Accused Products Contain Different Receiver Circuitry and Different Circuit Paths

ParkerVision acknowledges that general receiver design requirements are different for cellular, Bluetooth, and wireless-LAN receivers especially when including the standard related baseband processor circuitry commonly referred to as "receiver back-end circuitry." ParkerVision's infringement contentions are currently directed to Qualcomm's cellular receiver designs, specifically the analog and mixed signal receiver front-end architecture and down-converter circuitry, i.e., the receiver circuitry for down-converting a carrier signal to a lower frequency signal including a baseband signal.

By examining Qualcomm's issued patents, related papers, and other publically available information pertaining to various Qualcomm integrated circuits, I determined that Qualcomm uses identical: (1) receiver architectures with respect to our ICs; and (2) receiver down-converter circuitry in all of its cellular receiver designs.

Both Qualcomm and Mr. Dunworth vaguely allege that most of the accused products do not make use of the same RF circuit design as that found in the QSC6270. More specifically,

Qualcomm argues that GSM high-band, GSM low-band, WCDMA, and WCDMA receivers are distinct circuit paths and that Parker Vision's infringement contentions do not apply to each.

As a person having ordinary skill in the art would know, each of these circuit paths contains an antenna, filters, amplifiers, and down-converters (mixers) among other elements. The main distinctions between these receivers are not their system-level architecture, rather, it is the frequency of the carrier signal that is used for transmission and the way the data is embedded in the carrier signal. A person of ordinary skill in the art would know that there are no distinctions between these RF front-ends that materially alter the architecture or the functionality of the RF receiver's analog and mixed-signal circuit design.

Contrary to Mr. Dunworth's arguments, both the UBM TechInsights analysis and ParkerVision's infringement contentions contain circuit schematics that explicitly show these five distinct RF front ends that correspond to the five signal paths that he claims are not analyzed. The infringing down-conversion circuitry of the accused products is contained within each of the five signal paths. Analyzing the information in the UBM TechInsights report, it can be shown that all five paths contain identical receiver circuit architectures and down-converter circuitry with respect to ParkerVision's ICs. Any minimal circuit variations in each path in the QSC6270 appear to be mainly due to the different receiver operational frequencies and include slightly different passive switch sizes/configurations and different local oscillator (LO) frequencies. These immaterial differences, however, are irrelevant to the Accused Instrumentalities' identical functionality with respect to our ICs. These five (5) receiver down-converter paths are so identical that their outputs are tied together and they share the same output node and output circuitry:

4



5

(ParkerVision's Infringement Contentions Exhibit A.1 at page 7; Section of Figure 3.0, UBM TechInsights Report.)  It is important to note that the output circuitry connected to each passive mixer (down-converter) switching circuitry performs the same function(s) using the same circuitry and component values as shown by the additional detail below:

6



7

(Figures 3.1 and Section of Figure 3.2, UBM TechInsights Report.) ParkerVision's infringement contentions thus apply to at least one of the five receiver signal paths and their associated circuitry.

## B. Dunworth's Claim that the Accused Products Contain Different Down-Conversion Circuitry

The pertinent issue in this case is the functionality of the down-conversion circuitry in the front end of Qualcomm's radio frequency receivers. Qualcomm and Mr. Dunworth claim that this circuitry in the QSC6270 integrated circuit is different than that found in many of the accused products because the QSC6270 operates in "current mode" while an unidentified number within the accused products operate in "voltage mode."

ParkerVision's energy sampling invention requires that energy be transferred at an aliasing rate and can be implemented independent of whether the circuit is operated in current mode or voltage mode. Additionally, some of ParkerVision's asserted claims are directed towards the input and output impedances required to transfer the desired amount of power:

$$IL dB = 10 \cdot \log \left( \frac{\frac{V_{in}(t)^2}{Z_{in}}}{\frac{V_{out}(t)^2}{Z_{out}}} \right)$$

(ParkerVision Infringement Contentions Exhibit A.1 at 14.) The ratio of these input and output impedances determine whether a circuit should be classified as operating in a voltage mode or current mode. Thus, ParkerVision's claims cover the amount of energy transferred and are independent of the operational mode and Mr. Dunworth's distinction between voltage mode and

8

current mode has no bearing on whether Qualcomm's Accused Instrumentalities infringe the Patents-in-Suit.

**C. Dunworth's Claim that the Capacitor and Differential Capacitor at the Output Node of the Mixers in QSC6270 is not Present in Many of the Accused Products**

Mr. Dunworth first claims that the Patents-in-Suit require a capacitor at the output node of the Mixer (down-converter) and that this capacitor is not present in many of the accused products. ParkerVision's disclosure, claims, and infringement contentions clearly describe that a storage module can be comprised of passive circuitry, such as a capacitor or inductor, or active circuitry, such as an operational amplifier integrator/filter, or a combination of all of the above. (*See* ParkerVision's Infringement Contentions Exhibit A.1 at pages 3, 5, 17.) Based on the analysis of Qualcomm's publically available documentation and the UBM TechInsights analysis, each of the accused products contains a storage module as described in the Patents-in-Suit.

Mr. Dunworth also claims that the Patents-in-Suit require a differential capacitor between the output nodes of the mixer (down-converter) and that this capacitor is not present in many of the accused products. As discussed above, ParkerVision's disclosure, claims, and infringement contentions clearly describe that a storage module can be comprised of passive circuitry, such as a capacitor or inductor, or active circuitry, such as an operational amplifier integrator/filter, or a combination of all of the above. In Qualcomm's patents and conference papers, Qualcomm consistently depicts differential storage-element circuitry which is identical to that found in the QSC6270 with respect to ParkerVision's ICs:

9



FIG. 1b

(ParkerVision's Infringement Contentions Exhibit A.1 at page 5.) Additionally, the differential outputs of each down-converter will be coupled on the substrate of the integrated circuit, as shown in the layout, in order to reduce noise. Based on the analysis of Qualcomm's publically available documentation and the UBM TechInsights analysis, each of the accused products contains a storage module as described in the Patents-in-Suit.

**D. Dunworth's Claim that Many Accused Products Do Not Use the Same Duty Cycle as the QSC6270**

ParkerVision's disclosure, claims, and infringement contentions explicitly encompass different duty cycles and aperture widths. Many of ParkerVision's claims detail the amount of energy transferred during all or a portion of a half cycle of a carrier signal. Both 25% and 50% duty cycle implementations as well as a wide range of duty cycles are expressly contemplated. (*See* ParkerVision's Infringement Contentions Exhibit A.1 at pages 16, 18.)

**E.  Dunworth's Claim that the RGR1000 Does Not Enable Direct Down-Conversion**

While Mr. Dunworth's claim that the RGR1000 does not enable direct down-conversion may be true, Claim 1 of the '551 patent expressly contemplates "A method for down-converting a carrier signal to a lower frequency signal comprising the steps of…" Additionally, Claim 62 of the '551 patent states "The method of claim 1, wherein step (3) comprises the step of generating an intermediate frequency signal from the transferred energy." Therefore, down-conversion to an intermediate frequency (IF) before conversion to baseband, which Mr. Dunworth claims the RGR1000 is able to do, is explicitly contemplated in the Patents-in-Suit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this  13  day of September, 2012.

_____
David Sorrells