**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| PARKER VISION, INCORPORATED, | § § § § | |
| *Plaintiff*, | | |
| v. | § § § | Case No. 3:11-CV-719-J-37-TEM |
| QUALCOMM, INCORPORATED, | § § § | |
| *Defendant*, | § | |
| QUALCOMM, INCORPORATED, | § § § | |
| *Counterclaim Plaintiff*, | § § | |
| v. | § § | |
| PARKER VISION, INCORPORATED, | § § | |
| *Counterclaim Defendant*. | § § | |

## DECLARATION OF MIGUEL GOMEZ

My name is Miguel Gomez and I provide this declaration in support of ParkerVision's Response to Qualcomm's Motion to Strike ParkerVision's Infringement Contentions.  I have twenty-eight years experience in the design and development of hardware and software technology used in telecommunications, data communications, networking and storage infrastructure.

Qualcomm has recently provided circuit schematics and layouts for numerous Accused Instrumentalities including the QSC6270 integrated circuit as a part of the discovery process in this case.  During my review of these documents, I have found that the circuit functionality

1

described in the Patents-in-Suit is present in each of the accused receivers I have analyzed. While the Accused Instrumentalities contain some immaterial differences, such as component values or mixer oscillation frequency, I have found that the QSC6270 and the Accused Instrumentalities are identical in regard to our infringement contentions. Based on my analysis, the claim charts included in ParkerVision's infringement contentions, and charted to the QSC6270, accurately represent each and every Accused Instrumentality that I have seen thus far.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 12th day of September 2012.

_____

Miguel Gomez