THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PARKERVISION, INC.,<br><br>       *Plaintiff,*<br><br>       v.<br><br>QUALCOMM INCORPORATED,<br><br>       *Defendant.* | Case No. 3:11-cv-719-J-37-TEM |
| QUALCOMM INCORPORATED,<br><br>       *Counterclaim Plaintiff,*<br><br>       v.<br><br>PARKERVISION, INC., and<br>STERNE, KESSLER, GOLDSTEIN & FOX PLLC<br><br>       *Counterclaim Defendants.* | |

## DECLARATION OF JEREMY D. DUNWORTH

I, Jeremy D. Dunworth, declare pursuant to 28 U.S.C. § 1746 that:

1.    I make this declaration in support of Qualcomm's Opposition to ParkerVision's Motion for Leave to Serve Supplemental Infringement Contentions.

2.    I have been a full-time employee at Qualcomm since May 1999.

3.    My current title is Principal Engineer/Manager.

4.    My current job responsibilities primarily involve research and development of Radio Frequency (RF) integrated circuits (ICs) for future cellular communications standards.

5.      I received a Bachelor of Science in Electrical Engineering from the University of California, San Diego and a Master of Science in Electrical Engineering from Stanford University.

6.      Prior to my current role, I was the IC design lead for several of Qualcomm's transceiver products, including the RTR6500 product (known within Qualcomm by the codename for the design 'Voltron'), and I was the analog design lead for the 'Marimba' design that was incorporated as a component into several of Qualcomm's products.  In addition, I have designed RF transceiver circuits for several other Qualcomm products.

7.      I have reviewed ParkerVision's proposed Supplemental Infringement Contentions dated August 27, 2012.  I understand that ParkerVision alleges in its proposed supplemental infringement contentions that 85 Qualcomm products (the "Proposed Accused Products") infringe various claims in U.S. Patent Nos. 6,061,551 (the "'551 patent"), 6,266,518 (the "'518 patent"), 6,370,371 (the "'371 patent"), 6,963,734 (the "'734 patent"), 7,496,342 (the "'342 patent"), and 7,724,845 (the "'845 patent").  I further understand that 24 of these 85 products (the "Newly Identified Products") were not included in ParkerVision's March 2 infringement contentions.

8.      I have reviewed the circuit schematics and/or product specifications for each of the 85 Proposed Accused Products.  Additionally, I have discussed the design of the receiver down-conversion circuits in the Proposed Accused Products with several Qualcomm engineers who designed the circuits.

I.      **The Accused Products Contain Different Receiver Circuit Designs.**

9.      Qualcomm is engaged in the design, marketing, and sale of wireless communication equipment and technology, including cellular, Bluetooth and wireless-LAN

(*i.e.*, WiFi) technology. Each of these wireless communication technologies requires the use of RF receiver circuitry

10. Many different factors and requirements must be taken into account in the design of the receiver portions of the Proposed Accused Products, including market-related requirements, customer-related requirements and requirements imposed by one or more telecommunications standards (*e.g.*, IS-95 standard for CDMA, 3GPP standard for UMTS, 802.11(n) standard for wireless-LAN technology). As a result, the receivers in the Proposed Accused Products contain very different circuitry designs. Notably, the design of the receiver circuitry within the QSC6270 is, in many cases, very different from the design of the receiver circuitry in the Proposed Accused Products.

## II. The Newly Identified Products Also Contain Different Receiver Circuit Designs.

11. In the table below, I have organized the 24 Newly Identified Products from the set of Proposed Accused Products according to the RF circuit design—*i.e.*, the portion of the chip that, among other things, performs direct down-conversion—found in each product. Only two of the Newly Identified Products—ESC6240 and ESC6270—make use of the same RF circuit design as the QSC6270.

| RF Circuit Design | Product Numbers |
| --- | --- |
| Fury | MBP2700 |
| Halley | QTR9215 |
| K2 | AR9271, AR9279 |
| Kite | AR9285 |
| Kiwi | AR9227, AR9287 |
| M&M | AR6013, AR6014 |
| Mercury | AR6002, AR6102, AR6122 |
| Merlin (Atheros) | AR9220, AR9223, AR9280, AR9281, AR9282, AR9283 |
| Merlin (QCT) | QSC1105 |
| Solo | ESC6040, ESC6070 |
| Spitfire/Tomahawk | MBP1600, MBP1610, MBP2600 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 13, 2012

By: _____

JEREMY D. DUNWORTH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this September 13, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<u>s/ Keith R. Hummel</u>
Keith R. Hummel (admitted pro hac vice)
khummel@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
*Attorney for Defendant,*
*Counterclaim Plaintiff*