**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PARKERVISION, INC.,

    Plaintiff,

v.

QUALCOMM INCORPORATED,

    Defendant.

QUALCOMM INCORPORATED,

    Counterclaim Plaintiff,

v.

PARKERVISION, INC., AND STERNE, KESSLER, GOLDSTEIN, & FOX PLLC,

    Counterclaim Defendants.

Case No. 3:11-cv-719-J-37TEM

**STIPULATION TO RESOLVE PARKERVISION'S MOTION TO SEAL**

Plaintiff ParkerVision, Inc. ("ParkerVision") and Defendant Qualcomm Incorporated ("Qualcomm"), by and through their undersigned counsel, hereby notify the Court in response to the Court's September 10, 2012 Order (Doc. No. 161) that they have agreed to a manner in which to resolve ParkerVision's Motion to Seal or in the Alternative, to De-Designate Documents. (Doc. No. 160.)

ParkerVision's Motion to Seal requested that the redacted portions of its Motion to Compel (Doc. No.159) be de-designated or that an unredacted version of the Motion to Compel be filed under seal. Additionally, ParkerVision requested to file publicly a redacted version of

Exhibit O to its Motion, an unredacted version of which has been filed under seal (Sealed Doc. S-1 ).

To resolve ParkerVision's Motion to Seal, the parties have agreed that ParkerVision may file an unredacted version of its Motion to Compel and include an agreed redacted version of Exhibit O.  The parties agree that the unredacted version of Exhibit O, filed under seal, should remain under seal.

Respectfully submitted,

| McKOOL SMITH, P.C. | CRAVATH, SWAINE & MOORE, LLP |
|---|---|
| s/ Douglas A. Cawley | s/ Keith R. Hummel |
| Douglas A. Cawley, Lead Attorney | Keith R. Hummel (Trial Counsel) |
| Texas State Bar No. 04035500 | (admitted pro hac vice) |
| E-mail: dcawley@mckoolsmith.com | E-mail: khummel@cravath.com |
| John Austin Curry | David Greenwald (admitted pro hac vice) |
| Texas State Bar No. 24059636 | E-mail: dgreenwald@cravath.com |
| E-mail: acurry@mckoolsmith.com | Worldwide Plaza |
| McKool Smith P.C. | 825 Eighth Avenue |
| 300 Crescent Court, Suite 1500 | New York, New York  10019 |
| Dallas, Texas 75201 | Telephone:     (212) 474-1000 |
| Telephone: (214) 978-4000 | Facsimile:      (212) 474-3700 |
| Telecopier: (214) 978-4044 | |
| | |
| T. Gordon White | CADWALADER, WICKERSHAM & TAFT LLP |
| Texas State Bar No. 21333000 | Christopher A. Hughes (admitted pro hac vice) |
| gwhite@mckoolsmith.com | E-mail: Christopher.hughes@cwt.com |
| McKool Smith P.C. | 1 World Financial Center |
| 300 West Sixth Street, Suite 1700 | New York, New York 10281 |
| Austin, Texas 78701 | Telephone:     (212) 504-6000 |
| Telephone: (512) 692-8700 | Facsimile:      (212) 504-6666 |
| Telecopier: (512) 692-8744 | |
| | BEDELL, DITTMAR, DEVAULT, |
| SMITH HULSEY & BUSEY | PILLANS & COXE, P.A. |
| Stephen D. Busey | John A. DeVault, III |
| James A. Bolling | Florida Bar No. 103979 |
| Florida Bar Number 117790 | E-mail: jad@bedellfirm.com |
| Florida Bar Number 901253 | Courtney K. Grimm |
| 225 Water Street, Suite 1800 | Florida Bar No. 953740 |

| | |
|---|---|
| Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jbolling@smithhulsey.com<br><br>Counsel for Plaintiff ParkerVision, Inc. | E-mail: cgrimm@bedellfirm.com<br>The Bedell Building<br>101 East Adams Street<br>Jacksonville, Florida 32202<br>Telephone:    (904) 353-0211<br>Facsimile:    (904) 353-9307<br><br>Counsel for Defendant Qualcomm Incorporated |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this day, September 20, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                          s/ Keith R. Hummel
                                                          Keith R. Hummel (admitted pro hac vice)
                                                          khummel@cravath.com
                                                          Worldwide Plaza
                                                          825 Eighth Avenue
                                                          New York, New York  10019
                                                          Telephone:  (212) 474-1000
                                                          Facsimile:  (212) 474-3700
                                                          *Attorney for Defendant,*
                                                          *Counterclaim Plaintiff*