UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PARKERVISION, INC.,

    Plaintiff,

v.                           Case No. 3:11-cv-719-J-37TEM

QUALCOMM INCORPORATED,

    Defendant.

## RICHARD KAMPRATH'S CONSENT MOTION TO APPEAR *PRO HAC VICE* AND DESIGNATION AND CONSENT TO ACT

Richard Kamprath of the law firm of McKool Smith P.C. moves pursuant to Local Rule 2.02 to appear *pro hac vice* in this action on behalf of plaintiff, ParkerVision, Inc., and in support says and certifies:

1.     I am a member in good standing of the Texas Bar, and the bars of the Northern District of Texas and the Eastern District of Texas.

2.     I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

3.     To my knowledge there are no disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States.

4.     Within the twelve month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

5.     I designate Stephen D. Busey and James A. Bolling of the law firm of Smith Hulsey & Busey, upon whom all notices and papers in this case may be served, and who have

2

entered their notice of appearance in this action and agree to be responsible for the progress of this case including the trial in default of the undersigned.

      6.    I certify that I will comply with both the fee and e-mail registration requirements of Rule 2.01(d).

<u>Local Rule 3.01(g) Certification</u>

Counsel for ParkerVision have conferred with counsel for Qualcomm Incorporated, who consent to the relief sought in this motion.

McKOOL SMITH P.C.
Richard Kamprath
300 Crescent Court, Suite 1500
Dallas, Texas  75201
Telephone: (214) 978-4210
Facsimile: (214) 978-4044
Email: jbudwin@mckoolsmith.com

and

SMITH HULSEY & BUSEY


By: */s/ James A. Bolling*
Stephen D. Busey
James A. Bolling
Florida Bar Number 117790
Florida Bar Number 901253
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jbolling@smithhulsey.com

Attorneys for ParkerVision, Inc.

Certificate of Service

I HEREBY CERTIFY that on September 28, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/  James A. Bolling
Attorney
