UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PARKERVISION, INC.,

    Plaintiff,

v.

QUALCOMM INCORPORATED,

    Defendant.

QUALCOMM INCORPORATED,

    Counterclaim Plaintiff,

v.

PARKERVISION, INC., AND STERNE,
KESSLER, GOLDSTEIN, & FOX PLLC,

    Counterclaim Defendants.

Case No. 3:11-cv-719-J-37TEM

## JOINT MOTION TO EXTEND DEADLINES THAT WILL BE IMPACTED BY THE CLAIM CONSTRUCTION RULING

Plaintiff, ParkerVision, Inc., and defendant, Qualcomm Incorporated, jointly move pursuant to Rule 6(b)(1)(A), Fed.R.Civ.P., to extend the deadlines in the amended case management and scheduling order (the "Amended Scheduling Order;" ECF 108) that will be impacted by the claim construction ruling, and in support say:

    1.    On February 13, 2012, the Court entered the initial case management and scheduling order (the "Initial Scheduling Order;" ECF 84). The Court ruled that the parties' could amend their infringement and invalidity contentions (the

1

"Contentions") without leave of Court, if ParkerVision or Qualcomm believed "in good faith that the Court's claim construction ruling" required amended Contentions (pages 1-2). In that event, ParkerVision and Qualcomm may serve, without leave of Court, amended Contentions by October 5 and 26, 2012, respectively (pages 2 and 3).

2. The Court conducted the claim construction hearing on August 6, 2012 and the matter remains *sub judice*.

3. ParkerVision and Qualcomm's decisions on whether to serve amended Contentions must be based on their good faith belief that the Court's claim construction ruling requires amendment. ParkerVision and Qualcomm therefore request that the deadlines for amending their Contentions be extended approximately one month.

4. The amended Contentions, together with the Court's claim construction ruling, may also (i) require additional discovery, (ii) impact expert opinions, and (iii) impact the parties' decisions regarding motions for summary judgment.

5. ParkerVision and Qualcomm therefore request that the following deadlines be extended approximately one month as follows:

| Event | Current deadline | Requested deadline |
|---|---|---|
| Plaintiff's deadline for serving amended infringement contentions | 10/5/12 | 11/5/12 |
| Defendant's deadline for serving amended invalidity contentions | 10/26/12 | 11/28/12 |
| Fact discovery deadline | 11/30/12 | 12/31/12 |
| Parties' deadline for disclosure of initial expert reports on | 1/4/13 | 2/4/13 |

| issues for which the disclosing party bears the burden of proof | | |
|---|---|---|
| Parties' deadline for disclosure of rebuttal expert reports | 2/1/13 | 3/1/13 |
| Expert discovery deadline | 2/28/13 | 3/29/13 |
| Parties deadline for filing dispositive motions | 3/22/13 | PV: 4/5/13<br>QC: 4/22/13 |

6. The Initial Scheduling Order provides that "at least four months are required before trial to receive memoranda in opposition to a motion for summary judgment" (page 7, para. B(1)). The deadline for moving for summary judgment in the Amended Scheduling Order is March 22, 2013. To minimize the disruption to this date, ParkerVision proposes a two-week extension of the dispositive motion deadline, but does not object to Qualcomm's request for a four week extension of this deadline. Based on current circumstances, the parties agree that an extension of this deadline is warranted.

7. At the present time, ParkerVision and Qualcomm do not seek to modify any other deadlines.

8. Counter-defendant Sterne Kessler Goldstein & Fox does not object to the relief requested in this joint motion.

WHEREFORE, ParkerVision and Qualcomm respectfully request that the deadlines that will be impacted by the Court's claim construction ruling be extended as shown above.

| CRAVATH, SWAINE & MOORE LLP | McKOOL SMITH, P.C. |
|---|---|
| By: /s/ James E. Canning<br>Keith R. Hummel (admitted pro hac vice)<br>(Trial Counsel)<br>khummel@cravath.com<br>David Greenwald (admitted pro hac vice)<br>dgreenwald@cravath.com<br>James E. Canning (admitted pro hac vice)<br>jcanning@cravath.com<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>-and-<br><br>BEDELL, DITTMAR, DEVAULT,<br>PILLANS & COXE, P.A.<br>John A. DeVault, III<br>Florida Bar No. 103979<br>jad@bedellfirm.com<br>Courtney K. Grimm<br>Florida Bar No. 953740<br>cgrimm@bedellfirm.com<br>The Bedell Building<br>101 East Adams Street<br>Jacksonville, Florida 32202<br>Telephone: (904) 353-0211<br>Facsimile: (904) 353-9307<br><br>-and-<br><br>CADWALADER, WICKERSHAM &<br>TAFT LLP<br>Christopher A. Hughes (admitted pro hac vice)<br>christopher.hughes@cwt.com | By: /s/ Josh Budwin<br>Douglas A. Cawley, Lead Attorney<br>Texas State Bar No. 04035500<br>E-mail: dcawley@mckoolsmith.com<br>John Austin Curry<br>Texas State Bar No. 24059636<br>E-mail: acurry@mckoolsmith.com<br>McKool Smith P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Telecopier: (214) 978-4044<br><br>T. Gordon White<br>Texas State Bar No. 21333000<br>gwhite@mckoolsmith.com<br>Kevin L. Burgess<br>Texas State Bar No. 24006927<br>kburgess@mckoolsmith.com<br>Josh W. Budwin<br>Texas State Bar No. 24050347<br>jbudwin@mckoolsmith.com<br>Leah Buratti<br>Texas State Bar No. 24064897<br>lburatti@mckoolsmith.com<br>McKool Smith P.C.<br>300 West Sixth Street, Suite 1700<br>Austin, Texas 78701<br>Telephone: (512) 692-8700<br>Telecopier: (512) 692-8744<br><br>and<br><br>**SMITH HULSEY & BUSEY**<br><br>By: /s/ James A. Bolling<br>Stephen D. Busey<br>James A. Bolling<br>Florida Bar Number 117790 |

1 World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

       -and-

GOODWIN PROCTER, LLP
Steven A. Moore (admitted pro hac vice)
samoore@goodwinprocter.com
Richard W. Thill (admitted pro hac vice)
rthill@goodwinprocter.com
4365 Executive Drive, Suite 3000
San Diego, CA 92121
Telephone: (858) 202-2700
Facsimile: (858) 457-1255

COUNSEL FOR DEFENDANT,
COUNTERCLAIM PLAINTIFF
QUALCOMM INCORPORATED

Florida Bar Number 901253
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jbolling@smithhulsey.com

*ATTORNEYS FOR PLAINTIFF*
*PARKERVISION, INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  none.

/s/ Josh Budwin
Attorney

812348.1