**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PARKERVISION, INC.,

    Plaintiff,

vs.

QUALCOMM INCORPORATED,

    Defendant.

QUALCOMM INCORPORATED,

    Counterclaim Plaintiff,

vs.

PARKERVISION, INC.; and STERNE, KESSLER, GOLDSTEIN & FOX PLLC,

    Counterclaim Defendants.

Case No. 3:11-cv-719-J-37TEM

**ORDER**

This matter is before the Court on Qualcomm's Objections to Magistrate Judge Morris' June 7, 2012 and July 20, 2012 Orders Respecting Qualcomm's Motion to Compel Discovery from Sterne Kessler (Doc. No. 144).

The Court has reviewed the Magistrate Judge's Orders (Doc. Nos. 113, 130) pursuant to Federal Rule of Civil Procedure 72(a) and finds that they are not clearly erroneous or contrary to law.

Thus, they are **AFFIRMED**.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, on November 6, 2012.

_____
ROY B. DALTON JR.
United States District Judge

Copies:

counsel of record