**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PARKERVISION, INC.,

    Plaintiff,

vs.                                                                    CASE NO. 3:11-cv-719-J-37TEM

QUALCOMM INCORPORATED,

    Defendant.
_____
QUALCOMM INCORPORATED,

    Counterclaim Plaintiff,

vs.

PARKERVISION, INC. and
STERNE, KESSLER, GOLDSTEIN & FOX, PLLC,

    Counterclaim Defendants.
_____

**O R D E R**

This case is before the Court on Plaintiff ParkerVision Inc.'s Motion for Leave to Serve Supplemental Infringement Contentions Based Upon Qualcomm's Belated Supplementation of Its Interrogatory Responses to Identify Additional Accused Instrumentalities (Doc. #152, Motion to Supplement Infringement Contentions), Qualcomm's Motion to Strike / Compel Regarding ParkerVision's Inadequate Infringement Contentions (Doc. #154, Motion to Strike), and the responses thereto (Docs. #165, #166).

As indicated by the titles of the motions, ParkerVision seeks to amend its infringement contentions in this action and Qualcomm seeks to strike portions of ParkerVision's infringement contentions and have the Court order ParkerVision to "disclose

its complete, binding infringement contentions" in compliance with the Case Management and Scheduling Order (Doc. #84, CMSO).  In the CMSO, the Court endorsed the parties' plan to utilize the Eastern District of Texas Local Patent Rules and endorsed the parties' plan to exchange contentions in advance of the Court's rulings on claim construction, noting those contentions "shall be deemed to be that party's final contentions" subject to the caveat that the parties may amend their contentions with the "good faith belief that the Court's claim construction ruling so requires. . . ." CMSO at 1-2.

The Court's order on claim construction has not yet entered.  The instant motions are therefore **taken under advisement**, pending the Court's ruling on claim construction. The Clerk is directed to terminate the motions now, subject to order of the Court to reactivate it in the future.  The Court will consider whether to reactivate these motions upon request of the parties after the claim construction ruling enters.  Upon review and consideration of the Court's order on claim construction, ParkerVision and Qualcomm are directed to each file a notice with the Court advising if it is desired for the Court to proceed with consideration of the Motion to Supplement Infringement Contentions, the Motion to Strike, and the responses as originally filed in these documents.

**DONE AND ORDERED** at Jacksonville, Florida this 16th day of November, 2012.

Copies to all counsel of record

_Thomas E. Morris_
THOMAS E. MORRIS
United States Magistrate Judge