UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PARKERVISION, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>*Defendant.*<br><br>QUALCOMM INCORPORATED,<br><br>*Counterclaim Plaintiff*,<br><br>v.<br><br>PARKERVISION, INC., and<br>STERNE, KESSLER, GOLDSTEIN & FOX PLLC<br><br>*Counterclaim Defendants*. | Case No. 3:11-cv-719-J-37-TEM |

**EMERGENCY UNOPPOSED MOTION TO REMOVE EXHIBIT FROM DOCKET**

Defendant Qualcomm respectfully moves in accordance with Local Rule 3.01(e) for entry of an order directing the Clerk to remove from the docket pages 3 to 5 of Document 187-2, which pages were mistakenly filed as part of Exhibit 2 to Qualcomm's Memorandum of Law in Opposition to Parkervision's Motion to Compel. (Doc. No. 187.) Pages 3 to 5 of Document 187-2 contain confidential information and were filed with Exhibit 2 to the Memorandum in error. Exhibit 2 should only consist of pages 1 (cover page) and 2.

WHEREFORE, Defendant Qualcomm respectfully requests the Court to enter an order directing the Clerk to remove from Doc. No. 187-2, pages 3 to 5.


**LOCAL RULE 3.01(g) CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 3.01(g), counsel for Defendant certifies that he has conferred with counsel for Plaintiff regarding this motion and counsel for Plaintiff has indicated that Plaintiff does not oppose this motion.

November 20, 2012

                CRAVATH, SWAINE & MOORE LLP

            By:    s/ Keith R. Hummel
                  Keith R. Hummel (admitted pro hac vice) (Trial Counsel)
                  khummel@cravath.com
                  David Greenwald (admitted pro hac vice)
                  dgreenwald@cravath.com
                  Worldwide Plaza
                  825 Eighth Avenue
                  New York, New York  10019
                  Telephone:  (212) 474-1000
                  Facsimile:  (212) 474-3700

                  -and-

            BEDELL, DITTMAR, DEVAULT, PILLANS & COXE, P.A.
                John A. DeVault, III
                Florida Bar No. 103979
                jad@bedellfirm.com
                Courtney K. Grimm
                Florida Bar No. 953740
                cgrimm@bedellfirm.com
                The Bedell Building
                101 East Adams Street
                Jacksonville, Florida 32202
                Telephone:  (904) 353-0211
                Facsimile:  (904) 353-9307

                  -and-

CADWALADER, WICKERSHAM & TAFT LLP
    Christopher A. Hughes (admitted pro hac vice)
    christopher.hughes@cwt.com
    1 World Financial Center
    New York, New York 10281
    Telephone: (212) 504-6000
    Facsimile: (212) 504-6666

    -and-

GOODWIN PROCTER, LLP
    Steven A. Moore (admitted pro hac vice)
    samoore@goodwinprocter.com
    Richard W. Thill (admitted pro hac vice)
    rthill@goodwinprocter.com
    4365 Executive Drive, Suite 3000
    San Diego, CA 92121
    Telephone: (858) 202-2700
    Facsimile: (858) 457-1255

*Counsel for Defendant, Counterclaim Plaintiff Qualcomm Incorporated*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 20th day of November, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

      s/ Keith R. Hummel
Keith R. Hummel (admitted pro hac vice)
khummel@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
*Attorney for Defendant,*
*Counterclaim Plaintiff*