THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PARKERVISION, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> QUALCOMM INCORPORATED, <br><br> *Defendant.* <br><br> QUALCOMM INCORPORATED, <br><br> *Counterclaim Plaintiff,* <br><br> v. <br><br> PARKERVISION, INC., and <br> STERNE, KESSLER, GOLDSTEIN & FOX PLLC <br><br> *Counterclaim Defendants.* | Case No. 3:11-cv-719-J-37-TEM |

**QUALCOMM'S NOTICE OF WITHDRAWAL OF MOTION PURSUANT TO FED. R. CIV. P. 26(b)(5)(B) FOR IN CAMERA REVIEW OF CERTAIN RECALLED DOCUMENTS**

In light of this Court's Order entered on November 21, 2012 (Dkt. 197), dismissing without prejudice and abating Qualcomm's counterclaims against Sterne Kessler pending further determination of the Court, Qualcomm hereby gives notice that it is voluntarily withdrawing its Motion Pursuant to Fed. R. Civ. P. 26(b)(5)(B) for In Camera Review of Certain Recalled Documents (Dkt. 183), without prejudice.

Qualcomm's Motion for In Camera Review was filed on November 8, 2012, and no adverse party has filed a response.

November 27, 2012

        CRAVATH, SWAINE & MOORE LLP

        By:   s/ Keith R. Hummel
            Keith R. Hummel (admitted pro hac vice) (Trial Counsel)
            khummel@cravath.com
            David Greenwald (admitted pro hac vice)
            dgreenwald@cravath.com
            Worldwide Plaza
            825 Eighth Avenue
            New York, New York  10019
            Telephone:  (212) 474-1000
            Facsimile:  (212) 474-3700

        -and-

        BEDELL, DITTMAR, DEVAULT, PILLANS & COXE, P.A.
            John A. DeVault, III
            Florida Bar No. 103979
            jad@bedellfirm.com
            Courtney K. Grimm
            Florida Bar No. 953740
            cgrimm@bedellfirm.com
            The Bedell Building
            101 East Adams Street
            Jacksonville, Florida 32202
            Telephone:  (904) 353-0211
            Facsimile:  (904) 353-9307

        -and-

CADWALADER, WICKERSHAM & TAFT LLP
   Christopher A. Hughes (admitted pro hac vice)
   Christopher.Hughes @cwt.com
   1 World Financial Center
   New York, New York 10281
   Telephone:  (212) 504-6000
   Facsimile:  (212) 504-6666

   -and-

GOODWIN PROCTER, LLP
   Steven A. Moore (admitted pro hac vice)
   samoore@goodwinprocter.com
   Richard W. Thill (admitted pro hac vice)
   rthill@goodwinprocter.com
   4365 Executive Drive, Suite 3000
   San Diego, CA 92121
   Telephone:  (858) 202-2700
   Facsimile:  (858) 457-1255

*Counsel for Defendant, Counterclaim Plaintiff Qualcomm Incorporated*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 27th day of November, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                          s/ Keith R. Hummel
                                                          Keith R. Hummel (admitted pro hac vice)
                                                          khummel@cravath.com
                                                          Worldwide Plaza
                                                          825 Eighth Avenue
                                                          New York, New York 10019
                                                          Telephone: (212) 474-1000
                                                          Facsimile: (212) 474-3700
                                                          *Attorney for Defendant,*
                                                          *Counterclaim Plaintiff*