**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PARKER VISION, INC.,

    Plaintiff,

vs.                                                    CASE NO. 3:11-cv-719-J-37TEM

QUALCOMM INCORPORATED,

    Defendant.
_____
QUALCOMM INCORPORATED,

    Counterclaim Plaintiff,

vs.

PARKER VISION, INC. and
STERNE, KESSLER, GOLDSTEIN & FOX, PLLC,

    Counterclaim Defendants.
_____

**O R D E R**

This case comes before the Court on Qualcomm's Motion to Compel Sterne Kessler to Answer Requests for Admission Nos. 1-8 (Doc. #117, Motion to Compel). In light of recent Order from the District Court (Doc. #197) dismissing counts nine and eleven from Qualcomm's Counterclaim and abating the claims against Sterne, Kessler, Goldstein & Fox, PLLC (SKGF), the Motion to Compel is hereby **denied without prejudice as moot**. If and when the abatement is lifted, and the District Court has granted Qualcomm leave to file an amended counterclaim against SKGF, Qualcomm may file a renewed motion if the matter cannot be resolved by the parties.

**DONE AND ORDERED** at Jacksonville, Florida this 27th day of November, 2012.

*Thomas E. Morris*
THOMAS E. MORRIS
United States Magistrate Judge

Copies to all counsel of record