**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PARKERVISION, INC.,

    Plaintiff,

vs.                                          CASE NO. 3:11-cv-719-J-37TEM

QUALCOMM INCORPORATED,

    Defendant.
_____

QUALCOMM INCORPORATED,

    Counterclaim Plaintiff,

vs.

PARKERVISION, INC. and
STERNE, KESSLER, GOLDSTEIN & FOX, PLLC,

    Counterclaim Defendants.
_____

**O R D E R**

This case comes before the Court on Qualcomm's Notice of Withdrawal of Motion Pursuant to Fed. R. Civ. P. 26(b)(5)(B) for *In Camera* Review of Certain Recalled Documents (Doc. #199, Notice of Withdrawal). In the earlier filed motion for *in camera* review (*see* Doc. #183), Qualcomm had requested the Court review certain documents inadvertently disclosed by ParkerVision in discovery, about which Qualcomm expressed concern that ParkerVision might have been withholding "critical evidence relevant to Qualcomm's counterclaims [against Sterne, Kessler, Goldstein & Fox, PLLC] through blanket claims of privilege that are improper" (Doc. #183 at 2-3). ParkerVision subsequently filed an unopposed motion within which it sought an enlargement of time to object to the

motion seeking an *in camera* review (*see* Doc. #198). In seeking the enlargement of time, ParkerVision stated its belief that the parties had determined the motion seeking an in camera review was now moot. *Id.* Qualcomm, in fact, has decided to withdraw the motion for an in camera review. Accordingly, it is hereby

**ORDERED:**

1. Qualcomm's Motion Pursuant to Fed. R. Civ. P. 26(b)(5)(B) for *In Camera* Review of Certain Recalled Documents Motion (Doc. #183) is **DEEMED MOOT** and the Clerk shall terminate the motion.

2. ParkerVision Inc.'s Unopposed Motion for Extension of Time to File Opposition to Qualcomm's Motion Pursuant to Fed. R. Civ. P. 26(b)(5)(B) for *In Camera* Review of Certain Recalled Documents Motion (Doc. #198) is **DENIED AS MOOT** in light of the Notice of Withdrawal.

**DONE AND ORDERED** at Jacksonville, Florida this 27th day of November, 2012.

THOMAS E. MORRIS
United States Magistrate Judge

Copies to all counsel of record