UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**PARKERVISION, INC.,**

       Plaintiff,                             Case No.: 3:11-cv-719-RBD-JBT

v.

**QUALCOMM INCORPORATED,**

       Defendant.

_____/

## MOTION TO WITHDRAW AS COUNSEL FOR PARKERVISION, INC.

Pursuant to Local Rule 2.03(b) undersigned counsel Jeffrey S. Boyles and Brian R. Gilchrist of the law firm of Allen, Dyer, Doppelt, Milbrath, Gilchrist, P.A. ("Allen Dyer") hereby move this Court for an Order permitting them to withdraw from further representation of ParkerVision, Inc. in this case, and in support states:

1. The undersigned has discussed this matter with ParkerVision, Inc. and it has no objection to Jeffrey S. Boyles and Brian R. Gilchrist withdrawing as their counsel in this matter. Ava K. Doppelt of Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A. will remain as counsel for ParkerVision, Inc. in this matter.

2. The undersigned has provided more than 10 days notice to the interested parties who have appeared in this case regarding their intention to withdraw as counsel ParkerVision, Inc. and has received no objection to his notice of intent to withdraw as counsel.

3. Allowing the undersigned to withdraw will not prejudice any party nor delay this proceeding.

WHEREFORE, the undersigned counsels move this Court for an Order granting Jeffrey S. Boyles and Brian R. Gilchrist Motion to Withdraw as counsel for ParkerVision, Inc.

Respectfully submitted this 6th day of December, 2012.

                                           *s/Jeffrey S. Boyles*
                                           Jeffrey S. Boyles
                                           Florida Bar No. 722308
                                           jboyles@addmg.com
                                           Brian R. Gilchist
                                           Florida Bar No. 44233
                                           bgilchrist@addmg.com
                                           Ava K. Doppelt, Esq.
                                           Florida Bar No. 393738
                                           adoppelt@addmg.com
                                           ALLEN, DYER, DOPPELT,
                                           MILBRATH & GILCHRIST, P.A.
                                           255 S. Orange Avenue, Ste. 1401
                                           Orlando, FL  32802
                                           Telephone: (407) 841-2330
                                           Facsimile:  (407) 841-2343

                                           **Attorneys for ParkerVision, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of December, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                           */s/ Jeffrey S. Boyles*
                                           Jeffrey S. Boyles