UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PARKERVISION, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM INCORPORATED, <br><br> Defendant. <br><br> --- <br><br> QUALCOMM INCORPORATED, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> PARKERVISION, INC., AND STERNE, KESSLER, GOLDSTEIN & FOX PLLC, <br><br> Counterclaim Defendants. | Case No. 3:11-cv-00719-J-37TEM |

**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE,
AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to Rule 2.02, Local Rules, United States District court, Middle District of Florida, Defendant Qualcomm Incorporated, by and through its undersigned attorneys, moves this Court for an order allowing Kurt M. Kjelland and Nicole S. Cunningham to appear in this Court as co-counsel on behalf of Qualcomm Incorporated in the above-styled lawsuit. In support of this motion, Qualcomm Incorporated says:

1. Kurt M. Kjelland and Nicole S. Cunningham and their law firm, Goodwin Procter LLP, have been retained to represent Qualcomm Incorporated as co-counsel in all proceedings conducted in this cause.

2. Mr. Kjelland is a member in good standing and admitted to practice before all the courts of the State of California, as well as the United States District Courts for the Eastern, Southern, and Northern Districts of California, the United States District Court, District of Arizona, and the United States Court of Appeals, Federal Circuit. A certificate of Mr. Kjelland's good standing in the Southern District of California is attached hereto as Exhibit "A."

3. Ms. Cunningham is a member in good standing and admitted to practice before all the courts of the State of California, as well as the United States District Courts for the Central, Southern, Northern and Eastern Districts of California. A certificate of Ms. Cunningham's good standing in the Southern District of California is attached hereto as Exhibit "B."

4. Mr. Kjelland and Ms. Cunningham are familiar with, and will be governed by, the Local Rules, United States District Court, Middle District of Florida, including Rule 2.04 thereof. Mr. Kjelland and Ms. Cunningham are familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of the members of The Florida Bar.

5. Mr. Kjelland and Ms. Cunningham designate John A. DeVault, III and the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A., 101 East Adams Street, Jacksonville, Florida 32202, as the lawyer and law firm upon whom all notices and

papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys.

6. Through his signature affixed below, John A. DeVault, III of the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A. hereby consents to such designation.

7. Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, John A. DeVault, III certifies that Mr. Kjelland and Ms. Cunningham have complied with the fee and e-mail registration requirements of Rule 2.01(d), Local Rules, United States District Court, Middle District of Florida.

8. WHEREFORE, Defendant Qualcomm Incorporated respectfully requests this Court to enter an order admitting Kurt M. Kjelland and Nicole S. Cunningham to practice before this Court pro hac vice.

## RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for the Plaintiff/Counterclaim Defendant ParkerVision, Inc. and is authorized to represent that ParkerVision, Inc. does not oppose the entry of an order granting this motion.

## MEMORANDUM OF LAW

Qualcomm Incorporated's motion for admission pro hac vice should be granted pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida.

Respectfully submitted,

BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
  Professional Association


By:   s/John A. DeVault, III
      John A. DeVault, III
      Florida Bar No. 103979
      E-mail: jad@bedellfirm.com
      Courtney K. Grimm
      E-mail: cgrimm@bedellfiirm.com
      Florida Bar No. 953740
      The Bedell Building
      101 East Adams Street
      Jacksonville, Florida 32202
      Telephone:    (904) 353-0211
      Facsimile:    (904) 353-9307

            -and-

CRAVATH SWAINE & MOORE, LLP
      Keith R. Hummel (Trial Counsel)
      (admitted pro hac vice)
      E-mail: khummel@cravath.com
      David Greenwald (admitted pro hac vice)
      E-mail: dgreenwald@cravath.com
      Worldwide Plaza
      825 Eighth Avenue
      New York, New York 10019
      Telephone:    (212) 474-1000
      Facsimile:    (212) 474-3700

            -and-

CADWALADER, WICKERSHAM & TAFT LLP
      Christopher A. Hughes
      (admitted pro hac vice)
      E-mail: Christopher.hughes@cwt.com
      1 World Financial Center
      New York, NY 10281
      Telephone:    (212) 504-6000
      Facsimile:    (212) 504-6666

            -and-

        GOODWIN PROCTER, LLP
            Steven A. Moore (admitted pro hac vice)
            samoore@goodwinprocter.com
            Richard W. Thill (admitted pro hac vice)
            rthill@goodwinprocter.com
            4365 Executive Drive, Suite 3000
            San Diego, CA 92121
            Telephone: (858) 202-2700
            Facsimile: (858) 457-1255

Counsel for Defendant/Counterclaim Plaintiff
Qualcomm Incorporated

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA } ss.

    I, W. Samuel Hamrick, Jr., Clerk of the United States District Court for the Southern District of California,

    DO HEREBY CERTIFY That Kurt M. Kjelland was duly admitted to practice in said Court on 12/4/2012, and is in good standing as a member of the bar of said Court

Dated at San Diego, CA            W. SAMUEL HAMRICK, JR.
                                                                              Clerk

on December 4, 2012            By _____,
                                                                              Deputy Clerk



EXHIBIT A

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA } ss.

    I, W. Samuel Hamrick, Jr., Clerk of the United States District Court for the Southern District of California,

    DO HEREBY CERTIFY That Nicole S. Cunningham was duly admitted to practice in said Court on 12/4/2012, and is in good standing as a member of the bar of said Court

Dated at San Diego, CA                    W. SAMUEL HAMRICK, JR.
                                                                 Clerk

on December 4, 2012              By _____,
                                                                              Deputy Clerk

**EXHIBIT B**

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 6th day of December, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                        s/John A. DeVault, III
                                        John A. DeVault, III
                                        Florida Bar No. 103979
                                        E-mail: jad@bedellfirm.com
                                        The Bedell Building
                                        101 East Adams Street
                                        Jacksonville, Florida 32202
                                        Telephone:  (904) 353-0211
                                        Facsimile:   (904) 353-9307
                                        Attorney for Defendant/Counterclaim Plaintiff