**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PARKERVISION, INC.,

    Plaintiff,

v.

QUALCOMM INCORPORATED,

    Defendant.

QUALCOMM INCORPORATED,

    Counterclaim Plaintiff,

v.

PARKERVISION, INC., AND STERNE, KESSLER, GOLDSTEIN, & FOX PLLC,

    Counterclaim Defendants.

Case No. 3:11-cv-719-J-37TEM

## QUALCOMM'S UNOPPOSED MOTION TO RESCHEDULE HEARING

Defendant Qualcomm Inc., moves the Court to reschedule the January 7, 2013 hearing on Plaintiff ParkerVision, Inc.'s Motion to Dismiss and Strike Qualcomm's Answer to ParkerVision's First Amended Complaint (Doc. No. 100) to January 9, 10 or 11, 2013, and in support of the motion states:

    1.    On November 30, 2012 this Court gave notice of a hearing on the above-styled motion for January 7, 2013 at 1:30 p.m.

2.     Qualcomm's Trial Counsel (who will argue in opposition to the motion), has a conflict as the result of a long scheduled trip out of the country the preceding week.

3.     The brief delay will not work to the prejudice of any party.

WHEREFORE, Defendant Qualcomm, Inc. respectfully requests this Court to reschedule the January 7, 2013 hearing to either January 9, 10, or 11, 2013.

### Local Rule 3.01(g) Certificate of Compliance

Pursuant to Local Rule 3.01(g), counsel for Qualcomm has conferred with counsel for Plaintiff ParkerVision, who prefers the currently scheduled hearing date on ParkerVision's April 9, 2012 motion, but does not oppose rescheduling the hearing provided it can be rescheduled on one of the dates requested during the week of January 7th. ParkerVision's attorney has conflicts the following week and Monday, January 21.

### Memorandum of Law in Support

As good cause has been shown for the relief requested herein, the hearing scheduled for January 7, 2013 on Plaintiff ParkerVision, Inc.'s Motion to Dismiss and Strike Qualcomm's Answer to ParkerVision's First Amended Complaint should be rescheduled to January 9, 10, or 11, 2013.  See Fed.R.Civ.P. 6(b).

Respectfully submitted,

BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
Professional Association

By:   s/John A. DeVault, III
John A. DeVault, III
Florida Bar No. 103979
E-mail: jad@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone:   (904) 353-0211
Facsimile:   (904) 353-9307

-and-

CRAVATH, SWAINE & MOORE, LLP
Keith R. Hummel (Trial Counsel)
(admitted pro hac vice)
E-mail: khummel@cravath.com
David Greenwald (admitted pro hac vice)
E-mail: dgreenwald@cravath.com
Peter A. Emmi (admitted pro hac vice)
E-mail: pemmi@cravath.com
Joseph E. Lasher (admitted pro hac vice)
E-mail: jlasher@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone:   (212) 474-1000
Facsimile:   (212) 474-3700

-and-

CADWALADER, WICKERSHAM & TAFT LLP
Christopher A. Hughes (admitted pro hac vice)
E-mail: Christopher.hughes@cwt.com
1 World Financial Center
New York, New York 10281
Telephone:   (212) 504-6000
Facsimile:   (212) 504-6666

Counsel for Defendant Qualcomm Incorporated

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this day, December 7, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                            s/John A. DeVault, III
                                            John A. DeVault, III
                                            Florida Bar No. 103979
                                            E-mail: jad@bedellfirm.com
                                            The Bedell Building
                                            101 East Adams Street
                                            Jacksonville, Florida 32202
                                            Telephone:  (904) 353-0211
                                            Facsimile:  (904) 353-9307
                                            Attorney for Defendant