**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PARKERVISION, INC.,

    Plaintiff,

vs.                                            CASE NO. 3:11-cv-719-J-37TEM

QUALCOMM INCORPORATED,

    Defendant.
_____
QUALCOMM INCORPORATED,

    Counterclaim Plaintiff,

vs.

PARKERVISION, INC. and
STERNE, KESSLER, GOLDSTEIN & FOX, PLLC,

    Counterclaim Defendants.
_____

**N O T I C E**

**PLEASE TAKE NOTICE** that a hearing on the ParkerVision Inc.'s Motion to Compel Qualcomm's Responses to Interrogatory Nos. 4 and 9, and for Qualcomm to Produce Correspondence with Subpoenaed Third-Parties joint Report Regarding Settlement and Stipulated Voluntary Dismissal With Prejudice (Doc. #159) and ParkerVision Inc.'s Motion to Compel Qualcomm's 30(b)(1) Deposition, Interrogatory Response, Production Of Documents and Production of Schematics (Doc. #180) is scheduled for **December 17, 2012 at 2:30 p.m.** This hearing is set for one hour on the Court's calendar and will be held before the **Honorable Thomas E. Morris** in the United States Courthouse, Courtroom 5-B 300 North Hogan Street, Jacksonville, Florida.

**DATED** this 7th day of December, 2012

               THOMAS E. MORRIS
               United States Magistrate Judge


            By: /s/ *Debbie A. Lee-Clark*

               Debbie A. Lee-Clark
               Judicial Law Clerk

Copies to counsel of record


PLEASE NOTE: Photo I.D. is required to enter the United States Courthouse.  Also, cellular telephones and laptop computers are prohibited in the Courthouse.