**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PARKERVISION, INC.,

    Plaintiff,

vs.                                                   CASE NO. 3:11-cv-719-J-37TEM

QUALCOMM INCORPORATED,

    Defendant.
_____

QUALCOMM INCORPORATED,

    Counterclaim Plaintiff,

vs.

PARKERVISION, INC. and
STERNE, KESSLER, GOLDSTEIN & FOX, PLLC,

    Counterclaim Defendants.
_____

**O R D E R**

This case is before the Court on ParkerVision Inc.'s Opposed Motion to Expedite Briefing on its Motion to Compel Qualcomm's Response to Interrogatory Nos. 21-25 and Request for Additional Relief and Request for Oral Argument Pursuant to Local Rule 3.01(J) (Doc. #207, Motion to Expedite Briefing), filed December 5, 2012. ParkerVision requests Qualcomm be required to file a response to ParkerVision's most recently filed motion to compel within a shortened response period, which was also filed on December 5, 2012 (*see* Doc. #206). Upon review of the instant motion, the undersigned finds the sought relief is **clearly due to be denied** and thus enters this ruling without awaiting the normal response period. *See* Local Rule 1.01(c), wherein the Court may suspend

application and enforcement of the local rules in whole or in part in the interests of justice.

In this instance, ParkerVision and Qualcomm dispute the correct number of interrogatories each side is permitted to propound upon the other. (*See generally*, Doc. #206.) At this time, the Court does not see the need to shorten the response period, or to entertain oral argument on this issue. Thus, the Motion to Expedite Briefing (Doc. #207) is **DENIED**. Qualcomm may respond to ParkerVision's most recent motion to compel (Doc. #206) within the time, and parameters, permitted under Local Rule 3.01(b).

The parties should be aware, however, that the undersigned finds the language in the Case Management and Scheduling Order (Doc. #84, CMSO) is clear and unambiguous. Once the Court enters an order, the parties are bound by the terms set forth in that order.

**DONE AND ORDERED** at Jacksonville, Florida this 7th day of December, 2012.

*Thomas E. Morris*
THOMAS E. MORRIS
United States Magistrate Judge

Copies to all counsel of record
and *pro se* parties, if any