**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PARKERVISION, INC.,

    Plaintiff,

vs.                                               CASE NO. 3:11-cv-719-J-37TEM

QUALCOMM INCORPORATED,

    Defendant.
_____

**O R D E R**

This case is before the Court on a Joint Motion for Leave to Bring Electronic Equipment to Hearing (Doc. #217, Motion), filed December 12, 2012. The parties seek leave to bring two laptop computers and two cellular phones per party for use at a the discovery motions hearing on December 17, 2012. The parties also seek leave to access the internet via the available courtroom WiFi connection.

Upon consideration, the Court finds that the Motion is due to be **GRANTED**. Attorneys Accordingly, it is hereby **ORDERED:**

    1.    Plaintiff ParkerVision, Inc. and Defendant Qualcomm Incorporated may each bring 2 laptop computers and 2 cellular telephones (or similar devices) into the federal courthouse on December 17, 2012. All such authorized electronic devices shall be kept in "vibrate" or "silent" mode. Cellular telephones are not permitted in the courtroom. Cellular telephones may be used only in the witness rooms adjacent to the courtroom or in the lawyer lounge. In addition, the parties are authorized to bring into the courthouse any power supply, cable, or connector needed to operate the authorized electronic devices.

2. Joshua Budwin and Mario Apreotesi[1] for ParkerVision, and Keith Hummel and David Greenwald for Qualcomm, are authorized to bring such devices into the courthouse. These individuals shall present a copy of this Order to security personnel each time that person enters the courthouse with an authorized electronic device. Courthouse security personal may, at their discretion, require all persons authorized herein to present picture identification at any time. The authorized electronic devices are subject to inspection at any time by courthouse security personnel.

3. Plaintiff ParkerVision, Inc. and Defendant Qualcomm Incorporated may use the authorized electronic devices to access the internet via the courtroom WiFi connection provided that all such use complies with the requirements of the July 28, 2011 Order of the Chief Judge.

4. The courtroom contains a selection of audio-visual equipment for presentations. The parties shall meet with the Courtroom Deputy, Carol Holliman, prior to December 14, 2012, regarding the use and availability of such equipment. All persons operating audio-visual presentation equipment shall familiarize themselves with the equipment available in the courtroom and shall insure such equipment operates in conjunction with the authorized electronic devices.

5. This Order may be revoked or modified by the Court at any point in time. The most recently entered Order concerning this matter shall be controlling.

---

[1] **Prior to December 14, 2012**, counsel for ParkerVision shall identify to the Court how Mr. Mario Apreotesi is connected to this litigation. To comply with this directive, counsel may file a notice in the record of this case.

**DONE AND ORDERED** at Jacksonville, Florida this 13th day of December, 2012.

_Thomas E. Morris_
THOMAS E. MORRIS
United States Magistrate Judge

Copies to all counsel of record