**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PARKERVISION, INC.,

    Plaintiff,

v.    Case No. 3:11-cv-719-J-37TEM

QUALCOMM INCORPORATED,

    Defendant.

**NOTICE REGARDING MARIO APREOTESI**

Pursuant to the Court's December 13, 2012 order regarding electronic equipment (Doc. No. 219), plaintiff ParkerVision, Inc. gives notice that Mario Apreotesi is an attorney who recently associated himself with McKool Smith and represents ParkerVision. Mr. Apreotesi is a member of the Bar of the State of Texas. Because Mr. Apreotesi is not yet a member of the bar of a U.S. District Court, he has not moved to appear pro hac vice in this action.

| | |
|---|---|
| **McKOOL SMITH, P.C.** | **SMITH HULSEY & BUSEY** |
| Douglas A. Cawley, Lead Attorney | |
| Texas State Bar No. 04035500 | |
| E-mail: dcawley@mckoolsmith.com | By: *s/James A. Bolling* |
| John Austin Curry | Stephen D. Busey |
| Texas State Bar No. 24059636 | James A. Bolling |
| E-mail: acurry@mckoolsmith.com | |
| | Florida Bar Number 901253 |
| 300 Crescent Court, Suite 1500 | 225 Water Street, Suite 1800 |
| Dallas, Texas 75201 | Jacksonville, Florida 32202 |
| Telephone: (214) 978-4000 | (904) 359-7700 |
| Facsimile: (214) 978-4044 | (904) 359-7708 (facsimile) |
| | jbolling@smithhulsey.com |

Attorneys for ParkerVision, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 13, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  none.


                                                */s/ James A. Bolling*
                                                        Attorney

819607.1