UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PARKERVISION, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>*Defendant.*<br><br>QUALCOMM INCORPORATED,<br><br>*Counterclaim Plaintiff,*<br><br>v.<br><br>PARKERVISION, INC., and<br>STERNE, KESSLER, GOLDSTEIN & FOX PLLC<br><br>*Counterclaim Defendants.* | Case No. 3:11-cv-719-J-37TEM |

## JOINT NOTICE OF RESOLUTION OF DISPUTED ISSUES

Plaintiff ParkerVision and Defendant Qualcomm jointly provide notice of resolution of certain issues in connection with ParkerVision's Motions to Compel (Dkt. 159 and 180) set for hearing on December 17, 2012 (Dkt. 211).

1.      The parties have resolved ParkerVision's request to compel documents in response to request number 12 of ParkerVision's Third Request for Production of Documents, ESI and Things, in particular the production of "all communications between Qualcomm and counsel for Qualcomm and the third-parties upon whom Qualcomm has served subpoenas in this litigation," as set forth in the Motion to Compel Qualcomm's Responses to Interrogatory Nos. 4 and 9, and for Qualcomm to Produce Correspondence with Subpoenaed Third-Parties (Dkt. 159).

2. The parties have resolved ParkerVision's request to compel documents in response to request number 91 of ParkerVision's First Request for Production of Documents, ESI and Things, in particular the production of "all documents and communications relating to any investigation or investigations of Qualcomm by any government agency, including the Securities and Exchange Commission," as set forth in the Motion to Compel Qualcomm's 30(B)(1) Deposition, Interrogatory Response, Production of Documents and Production of Schematics (Dkt. 180).

3. The parties have resolved ParkerVision's request to compel "the production of all of the schematic diagrams printed by ParkerVision's reviewers during the agreed-upon inspection of schematics in San Diego," as set forth in the Motion to Compel Qualcomm's 30(B)(1) Deposition, Interrogatory Response, Production of Documents and Production of Schematics (Dkt. 180).

Respectfully submitted,

**McKOOL SMITH, P.C.**

 s/ Josh W. Budwin
Douglas A. Cawley, Lead Attorney
Texas State Bar No. 04035500
E-mail: dcawley@mckoolsmith.com
John Austin Curry
Texas State Bar No. 24059636
E-mail: acurry@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

T. Gordon White
Texas State Bar No. 21333000
E-mail: gwhite@mckoolsmith.com
Josh W. Budwin
Texas State Bar No. 24050347
E-mail: jbudwin@mckoolsmith.com
McCool Smith, P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

SMITH HULSEY & BUSEY
Stephen D. Busey
James A. Bolling
Florida Bar Number 117790
Florida Bar Number 901253
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
E-mail: jbolling@smithhulsey.com

Counsel for Plaintiff ParkerVision, Inc.

**BEDELL, DITTMAR, DEVAULT,**
  **PILLANS & COXE, P.A.**

s/John A. DeVault
John A. DeVault, III
Florida Bar No. 103979
E-mail: jad@bedellfirm.com
Courtney K. Grimm
Florida Bar No. 953740
E-mail: cgrimm@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone:  (904) 353-0211
Facsimile:  (904) 353-9307

CRAVATH, SWAINE & MOORE, LLP
Keith R. Hummel (Trial Counsel)
(admitted pro hac vice)
E-mail:  khummel@cravath.com
David Greenwald (admitted pro hac vice)
E-mail: dgreenwald@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

CADWALADER, WICKERSHAM & TAFT LLP
Christopher A. Hughes (admitted pro hac vice)
E-mail:  Christopher.Hughes@cwt.com
1 World Financial Center
New York, New York 10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666

GOODWIN PROCTER, LLP
Steven A. Moore (admitted pro hac vice)
E-mail: samoore@goodwinprocter.com
Richard W. Thill (admitted pro hac vice)
E-mail: rthill@goodwinprocter.com
4365 Executive Drive, Suite 3000
San Diego, CA 92121
Telephone:  (858) 202-2700
Facsimile:  (858) 457-1255

Counsel for Defendant Qualcomm Incorporated

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 16th day of December, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

      s/ John A. DeVault
      John A. DeVault, III
      Florida Bar No. 103979
      E-mail: jad@bedellfirm.com
      The Bedell Building
      101 East Adams Street
      Jacksonville, Florida 32202
      Telephone:   (904) 353-0211
      Facsimile:    (904) 353-9307
      *Attorney for Defendant*