## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**PARKERVISION, INC**.,

                 Plaintiff,

v.

**QUALCOMM INCORPORATED**,

                 Defendant.

---

**QUALCOMM INCORPORATED**,

                 Counterclaim Plaintiff,

v.

**PARKERVISION, INC., and STERNE, KESSLER, GOLDSTEIN & FOX PLLC**,

                 Counterclaim Defendants.

---

**Case No. 3:11-cv-719-J-37TEM**

### SECOND AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

     This case is before the Court upon the Joint Motion to Extend Deadlines That Will Be Impacted by the Claim Construction Ruling (Doc 178).  Due, in large measure, to the parties inability to narrow the issues for claims construction the Court has concerns regarding the continued viability of all the deadlines established in the amended case management scheduling order.  It seems clear that the adjustment of deadlines as requested will impact the dispositive motion schedule which will in turn impact the trial setting. The court notes that the parties would be well served to endeavor to submit dispositive motions as soon as practicable and to narrow the issues for the Court's consideration.

Therefore, the Court hereby enters this second amended case management and scheduling order.

| DEADLINE OR EVENT | DATE |
|---|---|
| Parties' Deadline for Disclosure of Initial Expert Reports on Issues for Which the Disclosing Party Bears the Burden of Proof | March 4, 2013 |
| Parties' Deadline for Disclosure of Rebuttal Expert Reports | April 1, 2013 |
| Expert Discovery Deadline | April 29, 2013 |
| Parties' Deadline for Filing Dispositive Motions | May 22, 2013 |
| Parties' Deadline for Filing *Daubert* Motions | July 8, 2013 |
| Parties' Deadline for Meeting in Person to Prepare Joint Final Pretrial Statement | September 3, 2013 |
| Parties' Deadline for Filing a Joint Final Pretrial Statement, Which Shall Include:<br>a Single Set of  Jointly Proposed Jury Instructions and Verdict Form (also sent to Chamber's email in Microsoft Word format), Voir Dire Questions, Witnesses Lists, and Exhibit Lists with Objections (on the Approved Form) | September 12, 2013 |
| Parties' Deadline for Filing All Other Motions, Including Motions *in Limine*<br>(MULTIPLE MOTIONS *IN LIMINE* ARE NOT FAVORED.  ALL REQUESTS TO LIMIT EVIDENCE SHALL THEREFORE BE INCLUDED IN A SINGLE MOTION NOT TO EXCEED 25 PAGES WITHOUT LEAVE OF COURT. RESPONSES ARE LIMITED TO 20 PAGES WITHOUT LEAVE OF COURT.) | August 29, 2013 |
| Final Pretrial Conference | September 19, 2013 at 1:15 p.m. |
| Trial Term Begins | October 7, 2013 at 9:00 a.m. |
| Estimated Length of Trial | 10 to 20 days |
| Jury/Non-Jury | Jury |

| DEADLINE OR EVENT | | DATE |
|---|---|---|
| Mediation | Deadline:<br>Mediator: | May 6, 2013<br>Jay M. Cohen |

All other terms and conditions of the Case Management and Scheduling Order (Doc 84)

entered February 13, 2012 and the Amended Case Management and Scheduling Order

(Doc 108) entered May 10, 2012 remain in effect.

      **DONE** and **ORDERED** in Orlando, Florida, on this 24th day of December, 2012.


                              ROY B. DALTON JR.
                         United States District Judge


Copies to:     All Counsel of Record