**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PARKERVISION, INC.,

    Plaintiff,

vs.

QUALCOMM INCOPORATED,

    Defendant.

---

QUALCOMM INCORPORATED,

    Counterclaim Plaintiff,

vs.

PARKERVISION, INC.; and STERNE,
KESSLER, GOLDSTEIN & FOX PLLC,

    Counterclaim Defendants.

---

Case No. 3:11-cv-719-J-37TEM

**ORDER**

This cause is before the Court on a Joint Motion for Leave to Bring Computer Equipment to Hearing (Doc. 226), filed December 27, 2012.  The parties seek leave to bring two laptop computers and two cellular telephones per party into the courthouse on January 10, 2013, for use at the hearing in this case.  The parties also seek leave to access the internet via the available courtroom WiFi connection.

Upon consideration, the Court finds that the Motion is due to be granted. Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1.    Plaintiff ParkerVision, Inc. and Defendant Qualcomm Incorporated may each bring 2 laptop computers and 2 cellular telephones (or similar devices) into the

federal courthouse on January 10, 2013.  All such authorized electronic devices shall be kept in "vibrate" or "silent" mode.  Cellular telephones are not permitted in the courtroom.  Cellular telephones may be used only in the witness rooms adjacent to the courtroom or in the lawyer lounge.  In addition, the parties are authorized to bring into the courthouse any power supply, cable, connector or other accouterment needed to operate the authorized electronic devices or to connect such devices to the courtroom audio-visual system.

2.	Persons authorized to bring such devices into the courthouse are set forth in the footnote below.[1]  Such persons shall present a copy of this Order to security personnel each time that person enters the courthouse with an authorized electronic device.  Courthouse security personal may, at their discretion, require all persons authorized herein to present picture identification at any time.  The authorized electronic devices are subject to inspection at any time by courthouse security personnel.

3.	Plaintiff ParkerVision, Inc. and Defendant Qualcomm Incorporated may use the authorized electronic devices to access the internet via the courtroom WiFi connection provided that all such use complies with the requirements of the July 28, 2011 Order of the Chief Judge.

4.	The Court, at this time, cannot guarantee the availability of a projector.

---

[1] The following individuals may bring into the courthouse the authorized electronic devices:

| ParkerVision, Inc.: | Qualcomm Incorporated: |
|---|---|
| Josh Budwin | Keith Hummel |
| Leah Buratti | Peter Emmi |
|  | John DeVault |
|  | David Greenwald |
|  | James Canning |
|  | Joseph Lasher |

Therefore, the parties may, if desired, bring into the courthouse, and use in the courtroom, a projector or similar device.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, on January 2, 2013.

ROY B. DALTON JR.
United States District Judge

Copies:  Counsel of record