**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| |
|---|
| PARKERVISION, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> QUALCOMM INCORPORATED, <br><br> *Defendant*. |

Case No. 3:11-cv-719-J-37-TEM

**JOINT NOTICE OF STIPULATION**

In accordance with the Court's direction at the December 17, 2012 hearing on ParkerVision's motion to compel enforcement of a deposition subpoena under Rule 30(b)(1) (Dkt. No. 180), the parties have met and conferred and have stipulated to the following procedure for depositions of previously undeposed trial witnesses (subject to approval by the Court):

    1. <u>Party Trial Witnesses</u>: Between the date the Final Pre-Trial Statement is submitted and 10 calendar days before the commencement of trial, the parties will have the opportunity to depose any witness identified on a witness list ("trial witness") who was a current employee, officer, or director of a party as of January 1, 2013, and who was not previously deposed, subject to the following time limitation:

        a) each party will have seven hours in which to depose three of such previously undeposed trial witnesses, and it may allocate its time among those three however it wishes except that none of the three witnesses may be deposed for more than 5 hours;

        b) if the party wishes to depose additional witnesses, it may depose each such witness for not more than two hours.

2. <u>Non-Party Trial Witnesses</u>: The parties will have the opportunity to depose any trial witness who was not a current employee, officer, or director of a party as of January 1, 2013, and who has not been previously deposed, for not more than two hours between the date the Final Pre-Trial Statement is submitted and 48 hours before such witness testifies.

Wherefore, the parties jointly request approval of the foregoing stipulation as an amendment to the Case Management Order.

Dated: January 4, 2013

Respectfully submitted,

| **McKOOL SMITH, P.C.** | **CRAVATH, SWAINE & MOORE, LLP** |
|---|---|
| */s/ Douglas A. Cawley* | *s/ Keith R. Hummel* |
| Douglas A. Cawley, Lead Attorney | Keith R. Hummel (Trial Counsel) |
| Texas State Bar No. 04035500 | (admitted pro hac vice) |
| E-mail: dcawley@mckoolsmith.com | E-mail: khummel@cravath.com |
| John Austin Curry | David Greenwald (admitted pro hac vice) |
| Texas State Bar No. 24059636 | E-mail: dgreenwald@cravath.com |
| E-mail: acurry@mckoolsmith.com | Worldwide Plaza |
| McKool Smith P.C. | 825 Eighth Avenue |
| 300 Crescent Court, Suite 1500 | New York, New York 10019 |
| Dallas, Texas 75201 | Telephone: (212) 474-1000 |
| Telephone: (214) 978-4000 | Facsimile: (212) 474-3700 |
| Telecopier: (214) 978-4044 | |
| | BEDELL, DITTMAR, DEVAULT, |
| T. Gordon White | PILLANS & COXE, P.A. |
| Texas State Bar No. 21333000 | John A. DeVault, III |
| gwhite@mckoolsmith.com | Florida Bar No. 103979 |
| Kevin L. Burgess | E-mail: jad@bedellfirm.com |
| Texas State Bar No. 24006927 | Courtney K. Grimm |
| kburgess@mckoolsmith.com | Florida Bar No. 953740 |
| Josh W. Budwin | E-mail: ckg@bedellfirm.com |
| Texas State Bar No. 24050347 | The Bedell Building |
| jbudwin@mckoolsmith.com | 101 East Adams Street |
| Leah Buratti | Jacksonville, Florida 32202 |
| Texas State Bar No. 24064897 | Telephone: (904) 353-0211 |
| lburatti@mckoolsmith.com | Facsimile: (904) 353-9307 |
| McKool Smith P.C. | |
| 300 West Sixth Street, Suite 1700 | CADWALADER, WICKERSHAM & TAFT LLP |
| Austin, Texas 78701 | Christopher A. Hughes (admitted pro hac vice) |

| | |
|---|---|
| Telephone: (512) 692-8700 | E-mail:  christopher.hughes@cwt.com |
| Telecopier: (512) 692-8744 | 1 World Financial Center |
| | New York, New York 10281 |
| **SMITH HULSEY & BUSEY** | Telephone:     (212) 504-6000 |
| | Facsimile:      (212) 504-6666 |
| /*s/ James A. Bolling* | |
| Stephen D. Busey | GOODWIN PROCTER, LLP |
| James A. Bolling | Steven A. Moore (admitted pro hac vice) |
| Florida Bar Number 117790 | samoore@goodwinprocter.com |
| Florida Bar Number 901253 | Richard W. Thill (admitted pro hac vice) |
| 225 Water Street, Suite 1800 | rthill@goodwinprocter.com |
| Jacksonville, Florida 32202 | 4365 Executive Drive, Suite 3000 |
| (904) 359-7700 | San Diego, CA 92121 |
| (904) 359-7708 (facsimile) | Telephone:     (858) 202-2700 |
| jbolling@smithhulsey.com | Facsimile:      (858) 457-1255 |
| | |
| *ATTORNEYS FOR PLAINTIFF* | *COUNSEL FOR DEFENDANT* |
| *PARKERVISION, INC.* | *QUALCOMM INCORPORATED* |

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 4th day of January, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                      s/ Keith R. Hummel
                                      Keith R. Hummel (admitted pro hac vice)
                                      khummel@cravath.com
                                      Worldwide Plaza
                                      825 Eighth Avenue
                                      New York, New York  10019
                                      Telephone:  (212) 474-1000
                                      Facsimile:  (212) 474-3700
                                      *Attorney for Defendant*