UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| PARKER VISION, INC.<br>v.<br>QUALCOMM, INC. | | CASE NO. 3:11-cv-719-J-37TEM | |
|---|---|---|---|
| JUDGE | Roy B. Dalton, Jr.<br>U.S. District Judge | COUNSEL FOR PLAINTIFF | Douglas Cawley<br>Josh Budwin<br>Stephen Busey |
| DEPUTY CLERK | Virginia Flick | COUNSEL FOR DEFENDANT | Keith Hummel<br>David Greenwald<br>John DeVault<br>Joseph Lasher |
| COURT REPORTER | Diane Peede | INTERPRETER | n/a |
| DATE AND TIME | 1/10/13 9:57 am - 11:13 am | TOTAL TIME | 1/16 |

## CLERK'S MINUTES

PROCEEDINGS OF:  Motion Hearing on Doc 100 (held in Orlando)

Argument presented.

Order to Enter