**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PARKERVISION, INC.,

    Plaintiff,

v.

QUALCOMM INCORPORATED,

    Defendant.

QUALCOMM INCORPORATED,

    Counterclaim Plaintiff,

v.

PARKERVISION, INC., AND STERNE, KESSLER, GOLDSTEIN, & FOX PLLC,

    Counterclaim Defendants.

Case No. 3:11-cv-719-J-37TEM

**MOTION TO WITHDRAW AS COUNSEL**
**AND FOR TERMINATION OF ELECTRONIC NOTICES**

Pursuant to Local Rule 2.03(b), counsel Bradley W. Caldwell respectfully moves this Court for an Order permitting him to withdraw from further representation of ParkerVision, Inc. ("ParkerVision") and to terminate CM/ECF notices in this case, and in support states:

1. The undersigned has discussed this matter with ParkerVision and it has no objection to Bradley W. Caldwell withdrawing as its counsel in this matter.

2. Bradley W. Caldwell is no longer associated with the law firm McKool Smith P.C. The law firms McKool Smith P.C. and Smith Hulsey & Busey, currently co-counsel, will continue to provide representation to ParkerVision.

3. The undersigned has provided more than 10 days notice to the interested parties who have appeared in this case regarding their intention to withdraw as counsel for ParkerVision and has received no objection to this notice of intent to withdraw as counsel.

4. Allowing Bradley W. Caldwell to withdraw will not prejudice any party nor delay this proceeding.

WHEREFORE, the undersigned counsel moves this Court for an Order granting Bradley W. Caldwell to Withdraw as counsel for ParkerVision.

February 5, 2013

Respectfully submitted,

| **McKOOL SMITH, P.C.** | **SMITH HULSEY & BUSEY** |
|---|---|
| */s/ Douglas A. Cawley* | */s/ James A. Bolling* |
| Douglas A. Cawley, Lead Attorney | Stephen D. Busey |
| Texas State Bar No. 04035500 | James A. Bolling |
| E-mail: dcawley@mckoolsmith.com | Florida Bar Number 117790 |
| Richard Kamprath | Florida Bar Number 901253 |
| Texas State Bar No. 24078767 | 225 Water Street, Suite 1800 |
| E-mail: rkamprath@mckoolsmith.com | Jacksonville, Florida 32202 |
| **McKool Smith P.C.** | (904) 359-7700 |
| 300 Crescent Court, Suite 1500 | (904) 359-7708 (facsimile) |
| Dallas, Texas 75201 | jbolling@smithhulsey.com |
| Telephone: (214) 978-4000 | |
| Telecopier: (214) 978-4044 | |
| | *ATTORNEYS FOR PLAINTIFF* |
| T. Gordon White | *PARKERVISION, INC.* |
| Texas State Bar No. 21333000 | |
| gwhite@mckoolsmith.com | |
| Kevin L. Burgess | |
| Texas State Bar No. 24006927 | |
| kburgess@mckoolsmith.com | |
| Josh W. Budwin | |
| Texas State Bar No. 24050347 | |
| jbudwin@mckoolsmith.com | |
| Leah Buratti | |
| Texas State Bar No. 24064897 | |
| lburatti@mckoolsmith.com | |

McKool 855621v1

**McKool Smith P.C.**
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, February 5, 2013, the foregoing was served on all counsel of record via ECF.

                                               */s/ Josh Budwin*
                                               Josh Budwin