UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PARKERVISION, INC.,<br><br>    *Plaintiff*,<br><br>    v.<br><br>QUALCOMM INCORPORATED,<br><br>    *Defendant*. | Case No. 3:11-cv-719-J-37-TEM |

### QUALCOMM'S NOTICE PURSUANT TO THE COURT'S AUGUST 23, 2012 ORDER

Pursuant to footnote 4 of the Court's August 23, 2012 Order (Dkt. 150), Qualcomm hereby notifies the Court that when required to file an answer to the portions of ParkerVision's Third Amended Complaint that survive Qualcomm's pending motion to dismiss (Dkt. 169), Qualcomm will not allege Counts 1 through 6 of the Counterclaim set forth in its Answer to ParkerVision's First Amended Complaint.  (Dkt. 91).  Qualcomm reserves its right to appeal from the January 22, 2013 order dismissing with prejudice certain of the theories pleaded in support of those counts.  (Dkt. 238.)

February 15, 2013

                      CRAVATH, SWAINE & MOORE LLP

      By:   <u>s/ Keith R. Hummel</u>
            Keith R. Hummel (admitted pro hac vice) (Trial Counsel)
            khummel@cravath.com
            David Greenwald (admitted pro hac vice)
            dgreenwald@cravath.com
            Worldwide Plaza
            825 Eighth Avenue
            New York, New York  10019
            Telephone:  (212) 474-1000
            Facsimile:  (212) 474-3700

            -and-

BEDELL, DITTMAR, DEVAULT, PILLANS & COXE, P.A.
      John A. DeVault, III
      Florida Bar No. 103979
      jad@bedellfirm.com
      Courtney K. Grimm
      Florida Bar No. 953740
      cgrimm@bedellfirm.com
      The Bedell Building
      101 East Adams Street
      Jacksonville, Florida 32202
      Telephone:  (904) 353-0211
      Facsimile:  (904) 353-9307

            -and-

CADWALADER, WICKERSHAM & TAFT LLP
       Christopher A. Hughes (admitted pro hac vice)
       christopher.hughes@cwt.com
       1 World Financial Center
       New York, New York 10281
       Telephone:  (212) 504-6000
       Facsimile:  (212) 504-6666

            -and-

       GOODWIN PROCTER, LLP
            Steven A. Moore (admitted pro hac vice)
            samoore@goodwinprocter.com
            Richard W. Thill (admitted pro hac vice)
            rthill@goodwinprocter.com
            4365 Executive Drive, Suite 3000
            San Diego, CA 92121
            Telephone: (858) 202-2700
            Facsimile: (858) 457-1255

*Counsel for Defendant Qualcomm Incorporated*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 15th day of February, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        s/ Keith R. Hummel
        Keith R. Hummel (admitted pro hac vice)
        khummel@cravath.com
        Worldwide Plaza
        825 Eighth Avenue
        New York, New York 10019
        Telephone: (212) 474-1000
        Facsimile: (212) 474-3700
        *Attorney for Defendant Qualcomm Incorporated*