UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PARKERVISION, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>QUALCOMM INCORPORATED,<br><br>  Defendant.<br><br>QUALCOMM INCORPORATED,<br><br>  Counterclaim Plaintiff,<br><br>  v.<br><br>PARKERVISION, INC. AND STERNE, KESSLER, GOLDSTEIN & FOX PLLC,<br><br>  Counterclaim Defendants. | Case No. 3:11-cv-719-J-37-TEM |

**UNOPPOSED MOTION TO EXTEND DEADLINES
FOR REBUTTAL EXPERT REPORTS AND EXPERT DISCOVERY**

Defendant Qualcomm Incorporated moves pursuant to Rule 6(b)(1)(A), Federal Rules of Civil Procedure, to extend by four days the deadlines in the amended case management and scheduling order (the "Second Amended Scheduling Order," Doc. No. 225), for exchange of rebuttal expert reports and expert discovery, and in support say:

1. On December 26, 2012, the Court entered the Second Amended Scheduling Order (Doc. No. 225). That order requires the parties to disclose rebuttal expert reports on Monday, April 1, 2013. Because this year Easter falls on March 31, 2013, the parties anticipate some difficulty in engaging their respective experts in the study, correction and finalization of rebuttal expert reports over the Easter Holiday.

2. Extending the April 1, 2013 deadline to the end of the week, April 5, 2013, would alleviate that potential problem and give the parties, and their experts, additional time to carefully prepare and submit their reports.

3. In order to retain the four week period for expert discovery provided in the Second Amended Scheduling Order, the parties also request the expert discovery deadline be extended from Monday, April 29, 2013 to Friday, May 3, 2013.

4. These brief extensions will not affect the existing dates for filing dispositive motions, joint pretrial statement, or any other date currently set on the Second Amended Scheduling Order.

5. ParkerVision, Inc. does not object to this motion. The absence of objection by ParkerVision is expressly conditioned on there being no other changes in the pretrial schedule, as stated in the preceding paragraph.

WHEREFORE, Qualcomm respectfully requests that the following deadlines be extended: Parties Deadline for Disclosure of Rebuttal Expert Reports, from April 1, 2013 to April 5, 2013; and Expert Discovery Deadline, from April 29, 2013 to May 3, 2013.

Respectfully submitted,

BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
Professional Association

By:   s/John A. DeVault, III
      John A. DeVault, III
      Florida Bar No. 103979
      E-mail: jad@bedellfirm.com
      Courtney K. Grimm
      Florida Bar No. 953740
      E-mail: cgrimm@bedellfirm.com
      The Bedell Building
      101 East Adams Street
      Jacksonville, Florida 32202
      Telephone:   (904) 353-0211
      Facsimile:    (904) 353-9307

-and-

CRAVATH, SWAINE & MOORE, LLP
      Keith R. Hummel (Trial Counsel)
      (admitted pro hac vice)
      E-mail: khummel@cravath.com
      David Greenwald (admitted pro hac vice)
      E-mail: dgreenwald@cravath.com
      Worldwide Plaza
      825 Eighth Avenue
      New York, New York  10019
      Telephone:   (212) 474-1000
      Facsimile:    (212) 474-3700

-and-

CADWALADER, WICKERSHAM & TAFT LLP
    Christopher A. Hughes (admitted pro hac vice)
    E-mail: Christopher.hughes@cwt.com
    1 World Financial Center
    New York, New York 10281
    Telephone:   (212) 504-6000
    Facsimile:    (212) 504-6666

-and-

GOODWIN PROCTER, LLP
    Steven A. Moore (admitted pro hac vice)
    E-mail: samoore@goodwinprocter.com
    Richard W. Thill (admitted pro hac vice)
    E-mail: rthill@goodwinprocter.com
    4365 Executive Drive, Suite 3000
    San Diego, CA 92121
    Telephone:  (858) 202-2700
    Facsimile:  (858) 457-1255

Counsel for Defendant Qualcomm Incorporated

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 11th day of March, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                      s/John A. DeVault, III
                                      John A. DeVault, III
                                      Florida Bar No. 103979
                                      E-mail: jad@bedellfirm.com
                                      The Bedell Building
                                      101 East Adams Street
                                      Jacksonville, Florida 32202
                                      Telephone:   (904) 353-0211
                                      Facsimile:    (904) 353-9307
                                      *Attorney for Defendant*