UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PARKERVISION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant.<br><br>QUALCOMM INCORPORATED,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>PARKERVISION, INC. AND STERNE, KESSLER, GOLDSTEIN & FOX PLLC,<br><br>Counterclaim Defendants. | Case No. 3:11-cv-719-J-37-TEM |

**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE,
AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, Defendant Qualcomm Incorporated, by and through its undersigned attorneys, moves this Court for an order allowing Andrei Harasymiak and Aaron Karp to appear in this Court as co-counsel on behalf of Qualcomm

Incorporated in the above-styled lawsuit.  In support of this motion, Qualcomm Incorporated says:

1. Andrei Harasymiak and Aaron I. Karp and their law firm, Cravath, Swaine & Moore LLP, 825 Eight Avenue, New York, New York  10019-7475 have been retained to represent Qualcomm Incorporated as co-counsel in all proceedings conducted in this cause.

2. Mr. Harasymiak is a member in good standing and admitted to practice before all the courts of the State of New York, as well as the United States District Courts for the Southern and Eastern Districts of New York and the Eastern District of Michigan, and the United States Court of Appeals for the Federal Circuit.

3. Mr. Karp is a member in good standing and admitted to practice before all the courts of the States of New York and New Jersey, as well as the United States District Courts for the Southern and Eastern Districts of New York.

4. Mr. Harasymiak and Mr. Karp are familiar with, and will be governed by, the Local Rules, United States District Court, Middle District of Florida, including Rule 2.04 thereof.  Mr. Harasymiak and Mr. Karp are familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical

limitations or requirements governing the professional behavior of members of The Florida Bar.

5. Mr. Harasymiak and Mr. Karp designate John A. DeVault, III and the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A., 101 East Adams Street, Jacksonville, Florida 32202, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys.

6. Through his signature affixed below, John A. DeVault, III of the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A. hereby consents to such designation.

7. Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, John A. DeVault, III certifies that Mr. Harasymiak and Mr. Karp have complied with the fee and e-mail registration requirements of Rule 2.01(d), Local Rules, United States District Court, Middle District of Florida.

WHEREFORE, Defendant Qualcomm Incorporated respectfully requests this Court to enter an order admitting Mr. Harasymiak and Mr. Karp to practice before this Court pro hac vice.

## RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for the Plaintiff and is authorized to represent that the Plaintiff does not oppose the entry of an order granting this motion.

## MEMORANDUM OF LAW

Qualcomm Incorporated's motion for admission pro hac vice should be granted pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida.

Respectfully submitted,

BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
Professional Association

By:   s/John A. DeVault, III
      John A. DeVault, III
      Florida Bar No. 103979
      E-mail: jad@bedellfirm.com
      Courtney K. Grimm
      Florida Bar No. 953740
      E-mail: cgrimm@bedellfirm.com
      The Bedell Building
      101 East Adams Street
      Jacksonville, Florida 32202
      Telephone:   (904) 353-0211
      Facsimile:   (904) 353-9307

4

-and-

CRAVATH, SWAINE & MOORE, LLP
    Keith R. Hummel (Trial Counsel)
    (admitted pro hac vice)
    E-mail: khummel@cravath.com
    David Greenwald (admitted pro hac vice)
    E-mail: dgreenwald@cravath.com
    Worldwide Plaza
    825 Eighth Avenue
    New York, New York  10019
    Telephone:   (212) 474-1000
    Facsimile:    (212) 474-3700

-and-

CADWALADER, WICKERSHAM & TAFT LLP
    Christopher A. Hughes (admitted pro hac vice)
    E-mail: Christopher.hughes@cwt.com
    1 World Financial Center
    New York, New York 10281
    Telephone:   (212) 504-6000
    Facsimile:    (212) 504-6666

-and-

GOODWIN PROCTER, LLP
    Steven A. Moore (admitted pro hac vice)
    E-mail: samoore@goodwinprocter.com
    Richard W. Thill (admitted pro hac vice)
    E-mail: rthill@goodwinprocter.com
    4365 Executive Drive, Suite 3000
    San Diego, CA 92121
    Telephone:  (858) 202-2700
    Facsimile:  (858) 457-1255

Counsel for Defendant Qualcomm Incorporated

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of April, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/John A. DeVault, III
John A. DeVault, III
Florida Bar No. 103979
E-mail: jad@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone:   (904) 353-0211
Facsimile:    (904) 353-9307
*Attorney for Defendant*
