UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PARKERVISION, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM INCORPORATED, <br><br> Defendant. <br> QUALCOMM INCORPORATED, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> PARKERVISION, INC. AND STERNE, KESSLER, GOLDSTEIN & FOX PLLC, <br><br> Counterclaim Defendants. | Case No. 3:11-cv-719-J-37-TEM |

**JOINT MOTION TO EXTEND
EXPERT DISCOVERY DEADLINE**

Plaintiff ParkerVision, Inc. and Defendant Qualcomm Incorporated, jointly move pursuant to Rule 6(b)(1)(A), Federal Rules of Civil Procedure, to extend the expert discovery deadline one week, and in support say:

1.     On March 12, 2013, the Court entered an Order setting May 3, 2013 as the deadline for completion of expert discovery. (Doc. No. 245.) In order to complete the depositions of the parties' experts, an additional week of expert discovery is needed.

2.     Extending the May 3, 2013 deadline one week to May 10, 2013 would provide the parties, and their experts, the necessary time to complete expert discovery.

3.     This brief extension will not affect the existing dates for filing dispositive motions, the joint pretrial statement, or any other date currently set on the Second Amended Scheduling Order.

WHEREFORE, ParkerVision and Qualcomm respectfully request that the Expert Discovery Deadline be extended from May 3, 2013 to May 10, 2013.

Respectfully submitted.

| **SMITH HULSEY & BUSEY** | **BEDELL, DITTMAR, DEVAULT,** |
| | **PILLANS & COXE, P.A.** |

By: s/James A. Bolling
Stephen D. Busey
Florida Bar No. 117790
E-mail: busey@smithhulsey.com
James A. Bolling
Florida Bar No. 901253
E-mail: jbolling@smithhulsey.com
225 Water Street, Suite 1800
Jacksonville, Florida  32202
Telephone: (904) 359-7700
Facsimile: (904) 359-7708

-and-

McKOOL SMITH, P.C.
Douglas A. Cawley, Lead Attorney
(admitted pro hac vice)
E-mail: dcawley@mckoolsmith.com
Kevin L. Burgess (admitted pro hac vice)
E-mail: kburgess@mckoolsmith.com
Leah Buratti (admitted pro hac vice)
E-mail: lburatti@mckoolsmith.com
Richard Kamprath (admitted pro hac)
E-mail: rkamprath@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

By: s/John A. DeVault, III
John A. DeVault, III
Florida Bar No. 103979
E-mail: jad@bedellfirm.com
Courtney K. Grimm
Florida Bar No. 953740
E-mail: cgrimm@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone:  (904) 353-0211
Facsimile:  (904) 353-9307

-and-

CRAVATH, SWAINE & MOORE, LLP
Keith R. Hummel (Trial Counsel)
(admitted pro hac vice)
E-mail:  khummel@cravath.com
David Greenwald (admitted pro hac vice)
E-mail: dgreenwald@cravath.com
James E. Canning (admitted pro hac vice)
E-mail: jcanning@cravath.com
Andrei Harasymiak (admitted pro hac vice)
E-mail: aharasymiak@cravath.com
Aaron I. Karp (admitted pro hac vice)
E-mail: akarp@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

-and-

| | |
|---|---|
| T. Gordon White | |
| Texas State Bar No. 21333000 | CADWALADER, WICKERSHAM & TAFT LLP |
| E-mail: gwhite@mckoolsmith.com | Christopher A. Hughes (admitted pro hac vice) |
| Joshua W. Budwin | E-mail:  Christopher.hughes@cwt.com |
| Texas State Bar No. 24050347 | James T. Bailey (admitted pro hac vice) |
| E-mail: jbudwin@mckoolsmith.com | E-mail: john.bailey@cwt.com |
| 300 West Sixth Street, Suite 1700 | 1 World Financial Center |
| Austin, Texas 78701 | New York, New York 10281 |
| Telephone: (512) 692-8700 | Telephone:   (212) 504-6000 |
| Telecopier: (512) 692-8744 | Facsimile:     (212) 504-6666 |
| | |
| Counsel for Plaintiff ParkerVision, Inc. | -and- |

GOODWIN PROCTER, LLP
Steven A. Moore (admitted pro hac vice)
E-mail: samoore@goodwinprocter.com
Richard W. Thill (admitted pro hac vice)
E-mail: rthill@goodwinprocter.com
Kurt M. Kjelland (admitted pro hac vice)
E-mail: kkjelland@goodwinprocter.com
Nicole S. Cunningham (admitted pro hac vice)
E-mail: nscunningham@goodwinprocter.com
4365 Executive Drive, Suite 3000
San Diego, CA 92121
Telephone:  (858) 202-2700
Facsimile:  (858) 457-1255

Counsel for Defendant Qualcomm Incorporated

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of April, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                            s/John A. DeVault, III
                                            John A. DeVault, III
                                            Florida Bar No. 103979
                                            E-mail: jad@bedellfirm.com
                                            The Bedell Building
                                            101 East Adams Street
                                            Jacksonville, Florida 32202
                                            Telephone:   (904) 353-0211
                                            Facsimile:   (904) 353-9307
                                            *Attorney for Defendant*