**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PARKERVISION, INC.,

    Plaintiff,

v.

QUALCOMM INCORPORATED,

    Defendant.

QUALCOMM INCORPORATED,

    Counterclaim Plaintiff,

v.

PARKERVISION, INC., AND STERNE, KESSLER, GOLDSTEIN, & FOX PLLC,

    Counterclaim Defendants.

Case No. 3:11-cv-719-J-37TEM

**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE,
AND WRITTEN DESIGNATION AND CONSENT TO ACT**

    Ivan Wang of the law firm of McKool Smith P.C. moves pursuant to Local Rule 2.02 to appear pro hac vice in this action on behalf of plaintiff, ParkerVision, Inc., and in support says and certifies:

    1.    I am a member in good standing of the Texas Bar, and the bars of the U.S. District Courts for the Eastern District of Texas, Northern District of Texas, Southern District of Texas, Western District of Texas and the U.S. Court of Appeals, Federal Circuit.

    2.    I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

3. To my knowledge there are no disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States.

4. Within the twelve month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

5. I designate Stephen D. Busey and James A. Bolling of the law firm of Smith Hulsey & Busey, upon whom all notices and papers in this case may be served, and who have entered their notice of appearance in this action and agree to be responsible for the progress of this case including the trial in default of the undersigned.

6. I certify that I will comply with both the fee and e-mail registration requirements of Rule 2.01(d).

<u>Local Rule 3.01(g) Certification</u>

Counsel for ParkerVision have conferred with counsel for Qualcomm Incorporated, who does not oppose the entry of an order granting this motion.

April 19, 2013

Respectfully submitted,

| **McKOOL SMITH, P.C.** | **SMITH HULSEY & BUSEY** |
|---|---|
| */s/ Douglas A. Cawley* | /*s/ James A. Bolling* |
| Douglas A. Cawley, Lead Attorney | Stephen D. Busey |
| Texas State Bar No. 04035500 | James A. Bolling |
| E-mail: dcawley@mckoolsmith.com | Florida Bar Number 117790 |
| Richard Kamprath | Florida Bar Number 901253 |
| Texas State Bar No. 24078767 | 225 Water Street, Suite 1800 |
| E-mail: rkamprath@mckoolsmith.com | Jacksonville, Florida 32202 |
| Ivan Wang | (904) 359-7700 |
| Texas State Bar No. 24042679 | (904) 359-7708 (facsimile) |
| Email: iwang@mckoolsmith.com | jbolling@smithhulsey.com |
| McKool Smith P.C. | |
| 300 Crescent Court, Suite 1500 | *ATTORNEYS FOR PLAINTIFF* |
| Dallas, Texas 75201 | *PARKERVISION, INC.* |
| Telephone: (214) 978-4000 | |
| Telecopier: (214) 978-4044 | |

T. Gordon White
Texas State Bar No. 21333000
gwhite@mckoolsmith.com
Kevin L. Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Josh W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
Leah Buratti
Texas State Bar No. 24064897
lburatti@mckoolsmith.com
John F. Garvish, II
Texas State Bar No. 24043681
jgarvish@mckoolsmith.com
McKool Smith P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

McKool 878190v2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day, April 19, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ James A. Bolling*
James A. Bolling