# EXHIBIT C

# Tim Arthur Williams, Ph.D.

## Litigation Support Experience

*Expert Engagement:*
Type of Matter: Patent Infringement
Law Firm: Goodwin Proctor, LLP
Case Name: WiAV v ZTE
Services Provided: Expert for Samsung
Disposition: ongoing
Court: E.D. Va.
Case No.: 1:12-cv-00907

*Expert Engagement:*
Type of Matter: Patent Infringement
Law Firm: DLA Piper, LLP
Case Name: TPL v Samsung in the ITC
Services Provided: Expert for Samsung
Disposition: ongoing
Court: ITC
Case No.: 337-TA-853

*Expert Engagement:*
Type of Matter: Patent Infringement
Law Firm: Mayer Brown, LLP
Case Name: MOSAID v Cisco
Services Provided: Expert for MOSAID
Disposition: ongoing
Court: D. Del.
Case No.: 2010-cv-00687

*Expert Engagement:*
Type of Matter: Patent Infringement
Law Firm: McKenna Long & Aldridge, LLP
Case Name: Comerica v Maxim Integrated Products
Services Provided: Expert for Comerica
Disposition: ongoing
Court: W.D. Pa.
Case No.: 12-mc-00244

*Expert Engagement:*
Type of Matter: Patent Infringement
Law Firm: Dechert, LLP
Case Name: IV v AT&T, et. al.
Services Provided: Expert for IV
Disposition: ongoing
Court: D. Del.
Case No.: 1:2012-cv-00193

*Expert Engagement:*

Type of Matter: Patent Infringement
Law Firm: Quinn Emanuel, LLP
Case Name: Barnes & Noble v LSI
Services Provided: Expert for Barnes & Noble
Disposition: ongoing
Court: N.D. Cal.
Case No.: 11-cv-02709

*Expert Engagement:*
Type of Matter: Patent Infringement
Law Firm: Cravath, LLP
Case Name: Parkervision v Qualcomm
Services Provided: Expert for Qualcomm
Disposition: ongoing
Court: M.D. Fla.
Case No.: 11-cv-00179

*Expert Engagement:*
Type of Matter: Patent Infringement
Law Firm: Latham & Watkins, LLP
Case Name: Sprint Communications v Time Warner Cable, et al.
Services Provided: Expert for Time Warner Cable
Disposition: ongoing
Court: D. Kan.
Case No.: 2:2011-cv-02686

*Expert Engagement:*
Type of Matter: Patent Infringement
Law Firm: Kilpatrick Townsend, LLP
Case Name: Golden Bridge v Motorola.
Services Provided: Expert for Motorola
Disposition: on hold
Court: D. Del.
Case No.: 1:2010-cv-00428

*Expert Engagement:*
Type of Matter: Patent Infringement
Law Firm: Kecker & Van Nest, LLP
Case Name: Kodak v HTC
Services Provided: Expert for HTC
Disposition: Complete
Court: ITC
Case No.: 337-TA-831

*Expert Engagement:*
Type of Matter: Patent Infringement
Law Firm: Covington, LLP
Case Name: Fujitsu v Belkin, et al.
Services Provided: Expert for Fujitsu
Disposition: Complete (Deposition, Testimony) 2012
Court: N.D. Cal.

*Expert Engagement:*
Type of Matter: Patent Infringement, Telephone Systems
Law Firm: Sidley Austin LLP
Case Name: C2 Comm. Tech, Inc. v. ATT, Inc.
Services Provided: Testifying Expert for ATT
Disposition: Settled
Court: E.D. Tex.
Case No.: 2:06-cv-00241

*Expert Engagement:*
Type of Matter: Patent Infringement, Networking ICs
Law Firm: Simpson Thacher & Bartlett LLP
Case Name: Commil USA, LLC v. Cisco Systems, Inc.
Services Provided: Testifying Expert for Cisco
Disposition: Completed
Court: E.D. Tex.
Case No.: 2:07-cv-341; 2:11-cv-00417; 2:11-cv-00265

*Expert Engagement:*
Type of Matter: Patent Infringement, Telephone Systems
Law Firm: Howrey
Case Name: in re Katz Patents
Services Provided: Testifying Expert for GE
Disposition: Settled
Court: C.D. Cal.
Case No.: 07-ml-01816

*Expert Engagement:*
Type of Matter: Patent Infringement, Networking ICs
Law Firm: Simpson Thacher & Bartlett LLP
Case Name: 3Com, Inc. v. D-Link/ Realtek, Inc.
Services Provided: Testifying Expert for 3Com
Disposition: Completed
Court: N.D. Cal.
Case No.: 03-cv-02177

*Expert Engagement:*
Type of Matter: Patent Infringement, Telephone Systems
Law Firm: Jones Day, LLP
Case Name: in re Katz Patents
Services Provided: Testifying Expert for Experian
Disposition: Settled
Court: C.D. Cal.
Case No.: 07-ml-01816

*Expert Engagement:*
Type of Matter: Patent Infringement, Cellular Phones
Law Firm: Cooley Godward Kronish, LLP
Case Name: Qualcomm, Inc. v. Broadcom, Inc.
Services Provided: Testifying Expert for Qualcomm

Disposition: Completed
Court: S.D. Cal.
Case No.: 08-cv-01607; 08-cv-01829

*Expert Engagement:*
Type of Matter: Patent Infringement, Cellular Phones
Law Firm: DLA Piper
Case Name: Qualcomm, Inc. v. Nokia, Inc.
Services Provided: Testifying Expert for Qualcomm
Disposition: Completed
Court: W.D. Wis.; S.D. Cal.; S.D. Cal.
Case No.: 3:07-cv-00187; 3:07-cv-01366; 3:05-cv-02063

*Expert Engagement:*
Type of Matter: Patent Infringement, PBX services
Law Firm: Fish and Richardson
Case Name: Microsoft, Inc. v. Alcatel, Inc. (ITC case)
Services Provided: Testifying Expert for Microsoft
Disposition: Settled
Court: ITC
Case No.: 337-TA-598

*Expert Engagement:*
Type of Matter: Patent Infringement, PBX services
Law Firm: Howrey
Case Name: Foundry Networks v. Alcatel, Inc.
Services Provided: Testifying Expert for Foundry Networks
Disposition: Settled
Court: E.D. Tex.
Case No.: 2:04-cv-00040

*Expert Engagement:*
Type of Matter: Patent Infringement, Cellular Phones
Law Firm: McKool Smith
Case Name: Ericsson Inc v. Samsung Inc. (ITC case)
Services Provided: Testifying Expert for Ericsson
Disposition: Settled
Court: ITC
Case No.: 337-TA-862

*Expert Engagement:*
Type of Matter: Patent Infringement and Trade Secret, Cellular Phones
Law Firm: Heller Ehrman White & McAuliffe
Case Name: Qualcomm Inc v. Broadcom Inc.
Services Provided: Testifying Expert for Qualcomm
Disposition: Settled
Court: S.D. Cal.
Case No.: 06-cv-0660

*Expert Engagement:*
Type of Matter: Patent Infringement, VoIP Recording