**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| PARKERVISION, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM INCORPORATED, <br><br> Defendant. | Case No. 3:11-cv-719-J-37-TEM |
| QUALCOMM INCORPORATED, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> PARKERVISION, INC. AND STERNE, KESSLER, GOLDSTEIN & FOX PLLC, <br><br> Counterclaim Defendants. | |

**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE,
AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, Defendant Qualcomm Incorporated, by and through its undersigned attorneys, moves this Court for an order allowing Jeffrey A. Lamken to appear in this Court as co-counsel on behalf of Qualcomm Incorporated in the above-styled lawsuit. In support of this motion, Qualcomm Incorporated says:

1. Jeffrey A. Lamken and the law firm MoloLamken LLP, The Watergate, Suite 660, 600 New Hampshire Ave. NW, Washington, DC 20037-2417, have been retained to represent Qualcomm Incorporated as co-counsel in all proceedings conducted in this cause.

2. Mr. Lamken is a member in good standing and admitted to practice before all the courts of the State of California and the District of Columbia and the United States District Courts for the Central and Northern Districts of California, the District of Columbia, and the Eastern District of Texas, as well as the United States Courts of Appeals for the First, Second, Third, Fourth, Fifth, Six, Seventh, Eighth, Ninth, Tenth, Eleventh, D.C., and Federal Circuits, and the United States Supreme Court.

3. Mr. Lamken is familiar with, and will be governed by, the Local Rules, United States District Court, Middle District of Florida, including Rule 2.04 thereof.  Mr. Lamken is familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

4. Mr. Lamken designates John A. DeVault, III and the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A., 101 East Adams Street, Jacksonville, Florida 32202, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys.

5. Through his signature affixed below, John A. DeVault, III of the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A. hereby consents to such designation.

6. Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, John A. DeVault, III certifies that Mr. Lamken has complied with the fee and e-mail registration requirements of Rule 2.01(d), Local Rules, United States District Court, Middle District of Florida.

WHEREFORE, Defendant Qualcomm Incorporated respectfully requests this Court to enter an order admitting Mr. Lamken to practice before this Court pro hac vice.

### RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for the Plaintiff and is authorized to represent that the Plaintiff does not oppose the entry of an order granting this motion.

### MEMORANDUM OF LAW

Qualcomm Incorporated's motion for admission pro hac vice should be granted pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida.

Respectfully submitted,

BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
Professional Association

By: s/John A. DeVault, III
John A. DeVault, III
Florida Bar No. 103979
E-mail: jad@bedellfirm.com
Courtney K. Grimm
Florida Bar No. 953740
E-mail: cgrimm@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

-and-

CRAVATH, SWAINE & MOORE, LLP
Keith R. Hummel (Trial Counsel)
(admitted pro hac vice)
E-mail: khummel@cravath.com
David Greenwald (admitted pro hac vice)
E-mail: dgreenwald@cravath.com
James E. Canning (admitted pro hac vice)
E-mail: jcanning@cravath.com
Andrei Harasymiak (admitted pro hac vice)
E-mail: aharasymiak@cravath.com
Aaron I. Karp (admitted pro hac vice)
E-mail: akarp@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

-and-

CADWALADER, WICKERSHAM & TAFT LLP
    Christopher A. Hughes (admitted pro hac vice)
    E-mail: christopher.hughes@cwt.com
    James T. Bailey (admitted pro hac vice)
    E-mail: john.bailey@cwt.com
    1 World Financial Center
    New York, New York 10281
    Telephone:   (212) 504-6000
    Facsimile:    (212) 504-6666

    -and-

GOODWIN PROCTER, LLP
    Steven A. Moore (admitted pro hac vice)
    E-mail: samoore@goodwinprocter.com
    Richard W. Thill (admitted pro hac vice)
    E-mail: rthill@goodwinprocter.com
    Kurt M. Kjelland (admitted pro hac vice)
    E-mail: kkjelland@goodwinprocter.com
    Nichole S. Cunningham (admitted pro hac vice)
    E-mail: nscunningham@goodwinprocter.com
    4365 Executive Drive, Suite 3000
    San Diego, CA 92121
    Telephone:  (858) 202-2700
    Facsimile:  (858) 457-1255

Counsel for Defendant Qualcomm Incorporated

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 22nd day of April, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                    s/John A. DeVault, III
                    John A. DeVault, III
                    Florida Bar No. 103979
                    E-mail: jad@bedellfirm.com
                    The Bedell Building
                    101 East Adams Street
                    Jacksonville, Florida 32202
                    Telephone:  (904) 353-0211
                    Facsimile:  (904) 353-9307
                    *Attorney for Defendant*