**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| PARKERVISION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 3:11-cv-719-J-37-TEM |
| QUALCOMM INCORPORATED,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>PARKERVISION, INC. AND STERNE, KESSLER, GOLDSTEIN & FOX PLLC,<br><br>Counterclaim Defendants. | |

**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE,
AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, Defendant Qualcomm Incorporated, by and through its undersigned attorneys, moves this Court for an order allowing John M. Whealan to appear in this Court as co-counsel on behalf of Qualcomm Incorporated in the above-styled lawsuit. In support of this motion, Qualcomm Incorporated says:

1. John M. Whealan, 4613 Merivale Road, Chevy Chase, Maryland 20815 has been retained to represent Qualcomm Incorporated as co-counsel in all proceedings conducted in this cause.

2. Mr. Whealan is a member in good standing and admitted to practice before all the courts of the State of New York and the District of Columbia and the United States District Court for the Eastern District of Texas, as well as the United States Court of Appeals for the Federal Circuit and the United States Supreme Court.

3. Mr. Whealan is familiar with, and will be governed by, the Local Rules, United States District Court, Middle District of Florida, including Rule 2.04 thereof. Mr. Whealan is familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

4. Mr. Whealan designates John A. DeVault, III and the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A., 101 East Adams Street, Jacksonville, Florida 32202, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys.

5. Through his signature affixed below, John A. DeVault, III of the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A. hereby consents to such designation.

6. Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, John A. DeVault, III certifies that Mr. Whealan has complied with the fee and e-mail registration requirements of Rule 2.01(d), Local Rules, United States District Court, Middle District of Florida.

WHEREFORE, Defendant Qualcomm Incorporated respectfully requests this Court to enter an order admitting Mr. Whealan to practice before this Court pro hac vice.

### RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for the Plaintiff and is authorized to represent that the Plaintiff does not oppose the entry of an order granting this motion.

### MEMORANDUM OF LAW

Qualcomm Incorporated's motion for admission pro hac vice should be granted pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida.

Respectfully submitted,

BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
Professional Association

By:   s/John A. DeVault, III
      John A. DeVault, III
      Florida Bar No. 103979
      E-mail: jad@bedellfirm.com
      Courtney K. Grimm
      Florida Bar No. 953740
      E-mail: cgrimm@bedellfirm.com
      The Bedell Building
      101 East Adams Street
      Jacksonville, Florida 32202
      Telephone:   (904) 353-0211
      Facsimile:   (904) 353-9307

-and-

CRAVATH, SWAINE & MOORE, LLP
      Keith R. Hummel (Trial Counsel)
      (admitted pro hac vice)
      E-mail: khummel@cravath.com
      David Greenwald (admitted pro hac vice)
      E-mail: dgreenwald@cravath.com
      James E. Canning (admitted pro hac vice)
      E-mail: jcanning@cravath.com
      Andrei Harasymiak (admitted pro hac vice)
      E-mail: aharasymiak@cravath.com
      Aaron I. Karp (admitted pro hac vice)
      E-mail: akarp@cravath.com
      Worldwide Plaza
      825 Eighth Avenue
      New York, New York  10019
      Telephone:   (212) 474-1000
      Facsimile:   (212) 474-3700

-and-

    CADWALADER, WICKERSHAM & TAFT LLP
      Christopher A. Hughes (admitted pro hac vice)
      E-mail: christopher.hughes@cwt.com
      James T. Bailey (admitted pro hac vice)
      E-mail: john.bailey@cwt.com
      1 World Financial Center
      New York, New York 10281
      Telephone: (212) 504-6000
      Facsimile: (212) 504-6666

      -and-

    GOODWIN PROCTER, LLP
      Steven A. Moore (admitted pro hac vice)
      E-mail: samoore@goodwinprocter.com
      Richard W. Thill (admitted pro hac vice)
      E-mail: rthill@goodwinprocter.com
      Kurt M. Kjelland (admitted pro hac vice)
      E-mail: kkjelland@goodwinprocter.com
      Nichole S. Cunningham (admitted pro hac vice)
      E-mail: nscunningham@goodwinprocter.com
      4365 Executive Drive, Suite 3000
      San Diego, CA 92121
      Telephone: (858) 202-2700
      Facsimile: (858) 457-1255

Counsel for Defendant Qualcomm Incorporated

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 22nd day of April, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                      s/John A. DeVault, III
                      John A. DeVault, III
                      Florida Bar No. 103979
                      E-mail: jad@bedellfirm.com
                      The Bedell Building
                      101 East Adams Street
                      Jacksonville, Florida 32202
                      Telephone:   (904) 353-0211
                      Facsimile:   (904) 353-9307
                      *Attorney for Defendant*