UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PARKERVISION, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM INCORPORATED, <br><br> Defendant. <br> QUALCOMM INCORPORATED, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> PARKERVISION, INC. AND STERNE, KESSLER, GOLDSTEIN & FOX PLLC, <br><br> Counterclaim Defendants. | Case No. 3:11-cv-719-J-37-TEM |

**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE,
AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, Defendant Qualcomm Incorporated, by and through its undersigned attorneys, moves this Court for an order allowing Stephen C. Neal and Timothy S. Teter to appear in this Court as co-counsel on behalf of Qualcomm

Incorporated in the above-styled lawsuit. In support of this motion, Qualcomm Incorporated says:

1.	Stephen C. Neal and Timothy S. Teter and their law firm, Cooley LLP, 3000 El Camino Real, 5 Palo Alto Square, Palo Alto, CA 94306 have been retained to represent Qualcomm Incorporated as co-counsel in all proceedings conducted in this cause.

2.	Mr. Neal is a member in good standing and admitted to practice before the following courts: States of California and Illinois and in addition the U.S. Supreme Court, and the following United States Courts of Appeal: Federal Circuit, Ninth Circuit, Seventh Circuit. In addition Mr. Neal is admitted in all Federal Districts of California, the Northern District of Illinois and various other Federal District Courts around the country.

3.	Mr. Teter is a member in good standing and admitted to practice before the following courts: California Supreme Court, United States Courts of Appeal for both the Federal Circuit and the Ninth Circuit. In addition, Mr. Teter is admitted in all Federal Districts of California, the Eastern District of Texas and the District of Colorado.

4. Mr. Neal and Mr. Teter are familiar with, and will be governed by, the Local Rules, United States District Court, Middle District of Florida, including Rule 2.04 thereof. Mr. Neal and Mr. Teter are familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

5. Mr. Neal and Mr. Teter designate John A. DeVault, III and the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A., 101 East Adams Street, Jacksonville, Florida 32202, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys.

6. Through his signature affixed below, John A. DeVault, III of the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A. hereby consents to such designation.

7. Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, John A. DeVault, III certifies that Mr. Neal and Mr. Teter have complied with the fee and e-mail registration requirements of Rule 2.01(d), Local Rules, United States District Court, Middle District of Florida.

WHEREFORE, Defendant Qualcomm Incorporated respectfully requests this Court to enter an order admitting Mr. Neal and Mr. Teter to practice before this Court pro hac vice.

### RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for the Plaintiff and is authorized to represent that the Plaintiff does not oppose the entry of an order granting this motion.

### MEMORANDUM OF LAW

Qualcomm Incorporated's motion for admission pro hac vice should be granted pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida.

Respectfully submitted,

BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
Professional Association

By: s/John A. DeVault, III
John A. DeVault, III
Florida Bar No. 103979
E-mail: jad@bedellfirm.com
Courtney K. Grimm
Florida Bar No. 953740
E-mail: cgrimm@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

-and-

CRAVATH, SWAINE & MOORE, LLP
Keith R. Hummel (Trial Counsel)
(admitted pro hac vice)
E-mail: khummel@cravath.com
David Greenwald (admitted pro hac vice)
E-mail: dgreenwald@cravath.com
James Canning (admitted pro hac vice)
E-mail: jcanning@cravath.com
Andrei Harasymiak (admitted pro hac vice)
E-mail: aharasymiak@cravath.com
Aaron I. Karp (admitted pro hac vice)
E-mail: akarp@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

-and-

>CADWALADER, WICKERSHAM & TAFT LLP
>>Christopher A. Hughes (admitted pro hac vice)
>>E-mail: Christopher.hughes@cwt.com
>>1 World Financial Center
>>New York, New York 10281
>>Telephone:   (212) 504-6000
>>Facsimile:    (212) 504-6666
>
>>-and-
>
>GOODWIN PROCTER, LLP
>>Steven A. Moore (admitted pro hac vice)
>>E-mail: samoore@goodwinprocter.com
>>Richard W. Thill (admitted pro hac vice)
>>E-mail: rthill@goodwinprocter.com
>>Kurt M. Kjelland (admitted pro hac vice)
>>E-mail: kkjelland@goodwinprocter.com
>>Nicole S. Cunningham (admitted pro hac vice)
>>E-mail: nscunningham@goodwinprocter.com
>>4365 Executive Drive, Suite 3000
>>San Diego, CA 92121
>>Telephone:  (858) 202-2700
>>Facsimile:  (858) 457-1255
>
>>-and-
>
>MOLOLAMKEN, LLP
>>Jeffrey A. Lamken (admitted pro hac vice)
>>E-mail: jlamken@mololamken.com
>>The Watergate, Suite 660
>>600 New Hampshire Avenue N.W.
>>Washington, DC  20037
>>Telephone: (202) 556-2000
>>Facsimile: (202) 556-2001
>
>>-and-

       John Whealan (admitted pro hac vice)
       E-mail: jwhealan@law.gwu.edu
       4613 Merivale Road
       Chevy Chase, Maryland  20815
       Telephone: (202) 994-2195
       Facsimile: (301) 588-1079

      Counsel for Defendant Qualcomm Incorporated

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 6th day of May, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

       s/John A. DeVault, III
       John A. DeVault, III
       Florida Bar No. 103979
       E-mail: jad@bedellfirm.com
       The Bedell Building
       101 East Adams Street
       Jacksonville, Florida 32202
       Telephone:  (904) 353-0211
       Facsimile:   (904) 353-9307
       *Attorney for Defendant*