UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PARKERVISION, INC.,

        *Plaintiff*,

    v.

QUALCOMM INCORPORATED,

        *Defendant*.

Case No. 3:11-cv-719-J-37-TEM

## UNOPPOSED MOTION TO WITHDRAW

Pursuant to Rule 2.03, Local Rules, United States District Court, Middle District of Florida, Defendant Qualcomm Incorporated requests an Order allowing Joseph E. Lasher, Esq., to withdraw as counsel of record for Qualcomm in this action. In support of this motion, Qualcomm says:

1.    On August 19, 2011, this court granted a Motion to Appear Pro Hac Vice filed on behalf of Attorney Joseph E. Lasher, Esq. of the law firm Cravath, Swaine & Moore LLP. (Doc. No. 9.)

2.    Attorney Joseph E. Lasher is no longer with the law firm of Cravath, Swaine & Moore LLP and will no longer be representing Qualcomm in this action.

3. All other admitted counsel from the law firm Cravath, Swaine & Moore LLP will continue to represent Qualcomm in this action.

4. Attorney Joseph E. Lasher requests permission to withdraw as counsel of record for Qualcomm, and that he be removed from the CM/ECF service list of this action.

5. Notice to Qualcomm and opposing counsel has been given in accordance with Rule 2.03, Local Rules, United States District Court, Middle District of Florida.

## RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for ParkerVision, and counsel for ParkerVision has no objection to this motion.

## MEMORANDUM OF LAW

Qualcomm Incorporated's Motion for Attorney Joseph E. Lasher to Withdraw as Counsel should be granted pursuant to Rule 2.03, Local Rules, United States District Court, Middle District of Florida.

Respectfully submitted,

BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
Professional Association

By:  s/John A. DeVault, III
  John A. DeVault, III
  Florida Bar No. 103979
  E-mail: jad@bedellfirm.com
  Courtney K. Grimm
  Florida Bar No. 953740
  E-mail: cgrimm@bedellfirm.com
  The Bedell Building
  101 East Adams Street
  Jacksonville, Florida 32202
  Telephone:  (904) 353-0211
  Facsimile:  (904) 353-9307

  -and-

CRAVATH, SWAINE & MOORE LLP
  Keith R. Hummel (admitted pro hac vice)
  E-mail: khummel@cravath.com
  David Greenwald (admitted pro hac vice)
  E-mail: dgreenwald@cravath.com
  Worldwide Plaza
  825 Eighth Avenue
  New York, New York  10019
  Telephone:  (212) 474-1000
  Facsimile:  (212) 474-3700

  -and-

COOLEY LLP
Stephen C. Neal (admitted pro hac vice)
E-mail: nealsc@cooley.com
Timothy S. Teter (admitted pro hac vice)
E-mail: teterts@cooley.com
3000 El Camino Real
5 Palo Alto Square
Palo Alto, California 94306
Telephone: (650) 843-5182
Facsimile: (650) 849-7400

*Counsel for Defendant, Counterclaim Plaintiff Qualcomm Incorporated*

Case 3:11-cv-00719-RBD-TEM   Document 273   Filed 06/17/13   Page 5 of 5 PageID 9164

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this  17th  day of June, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        s/John A. DeVault, III
        John A. DeVault, III
        Florida Bar No. 103979
        E-mail: jad@bedellfirm.com
        The Bedell Building
        101 East Adams Street
        Jacksonville, Florida 32202
        Telephone: (904) 353-0211
        Facsimile:  (904) 353-9307

*Counsel for Defendant, Counterclaim Plaintiff Qualcomm Incorporated*