**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PARKERVISION, INC.,

    Plaintiff,

v.                                Case No. 3:11-cv-719-J-37TEM

QUALCOMM INCORPORATED,

    Defendant.

**PROPOSED ORDER GRANTING IN-PART AND DENYING IN-PART QUALCOMM'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

This matter having come before this Court upon motion by Qualcomm in the above captioned case, and after having considered Qualcomm's motion, ParkerVision's response, and the evidence, briefing, and arguments of counsel, the Court finds that:

(1) ParkerVision failed to offer expert testimony comparing the asserted claims to the accused Atheros Products[1] and, therefore, the Court orders that ParkerVision's claims of infringement for the Atheros Products be DISMISSED WITH PREJUDICE;

(2) after dismissing ParkerVision's infringement claim as to the Atheros Products, the Court DISMISSES AS MOOT Qualcomm's non-infringement counterclaim for the Atheros Products; and

(3) there are genuine issues of material fact as to the other issues raised by Qualcomm's Motion and the Court DENIES the remainder of Qualcomm's Motion in its entirety.

---

[1] The "Atheros Products" are the following products: AR6002, AR6013, AR6014, AR6102, AR6122, AR9220, AR9223, AR9227, AR9271, AR9280, AR9281, AR9282, AR9283, AR9285, AR9287. Dkt. 152-1 at Part I.B.