# DECLARATION OF PAUL PRUCNAL, PH.D. IN SUPPORT OF PARKERVISION'S RESPONSE TO QUALCOMM'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**This Exhibit will be filed separately in conjunction with a Motion to Seal.**