UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PARKERVISION, INC.,

        *Plaintiff*,

v.

QUALCOMM INCORPORATED,

        *Defendant*.

Case No. 3:11-cv-719-J-37-TEM

**EMERGENCY UNOPPOSED MOTION TO REMOVE
EXHIBITS FROM DOCKET**

    Defendant Qualcomm respectfully moves in accordance with Local Rule 3.01(e) for entry of an order directing the Clerk to remove from the docket Exhibits 4, 5, and 6 (Doc. Nos. 275-4, 275-5, and 275-6), which exhibits were mistakenly filed as part of Qualcomm's Opposition to ParkerVision's Motion for Summary Judgment of No Invalidity. (Doc. No. 275.) Exhibits 4, 5, and 6 of Document 275 contain confidential information and were filed in error. A motion to file the exhibits under seal will be filed hereafter.

WHEREFORE, Defendant Qualcomm respectfully requests the Court to enter an order directing the Clerk to remove from Doc. No. 275, Exhibits 4, 5, and 6.

## LOCAL RULE 3.01(g) CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 3.01(g), counsel for Defendant certifies that he has conferred with counsel for Plaintiff regarding this motion and counsel for Plaintiff has indicated that Plaintiff does not oppose this motion.

Respectfully submitted,

BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
Professional Association

By: s/John A. DeVault, III
John A. DeVault, III
Florida Bar No. 103979
E-mail: jad@bedellfirm.com
Courtney K. Grimm
Florida Bar No. 953740
E-mail: cgrimm@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone:  (904) 353-0211
Facsimile:   (904) 353-9307

-and-

CRAVATH, SWAINE & MOORE LLP
    Keith R. Hummel (admitted pro hac vice)
    E-mail: khummel@cravath.com
    David Greenwald (admitted pro hac vice)
    E-mail: dgreenwald@cravath.com
    Worldwide Plaza
    825 Eighth Avenue
    New York, New York  10019
    Telephone:    (212) 474-1000
    Facsimile:    (212) 474-3700

    -and-

COOLEY LLP
    Stephen C. Neal (admitted pro hac vice)
    E-mail: nealsc@cooley.com
    Timothy S. Teter (admitted pro hac vice)
    E-mail: teterts@cooley.com
    3000 El Camino Real
    5 Palo Alto Square
    Palo Alto, California  94306
    Telephone: (650) 843-5182
    Facsimile: (650) 849-7400

    *Counsel for Defendant, Counterclaim Plaintiff Qualcomm Incorporated*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  25th  day of June, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/John A. DeVault, III
John A. DeVault, III
Florida Bar No. 103979
E-mail: jad@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile:  (904) 353-9307

*Counsel for Defendant, Counterclaim Plaintiff Qualcomm Incorporated*
