# EXHIBIT 9

| # | RF Design | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Astra | RGR6240 | | | | | | | | | | | | | | | | | | | |
| 2 | Bahama | WCN2243 | | | | | | | | | | | | | | | | | | | |
| 3 | Bali | BTS4020 | BTS4020BD | BTS4021 | BTS4050 | BTS4051 | BTS4052 | | | | | | | | | | | | | | |
| 5 | Catalina | BTS4054 | BTS4055 | | | | | | | | | | | | | | | | | | |
| 6 | Clemente | BTS5045 | | | | | | | | | | | | | | | | | | | |
| 8 | Eagleray | FTR8700 | | | | | | | | | | | | | | | | | | | |
| 9 | Fiji | BTS4025 | | | | | | | | | | | | | | | | | | | |
| 11 | Fury | MBP2700 | | | | | | | | | | | | | | | | | | | |
| 12 | GZIF3 | RTR6275 | | | | | | | | | | | | | | | | | | | |
| 13 | GZIF4 | RTR6236 | RTR6237 | RTR6280 | RTR6285 | RTR6285A | MXU6219 | RGR1000 | RGR1100 | | | | | | | | | | | | |
| 14 | Halley | QTR9215 | | | | | | | | | | | | | | | | | | | |
| 15 | Hercules | RTR8700 | | | | | | | | | | | | | | | | | | | |
| 16 | Iceman | RTR9605 | | | | | | | | | | | | | | | | | | | |
| 17 | Iris | WCN3660 | | | | | | | | | | | | | | | | | | | |
| 18 | Libra/Gemini | WCN1312 | | | | | | | | | | | | | | | | | | | |
| 19 | Magellan | MDM6200 | MDM6600 | QSC6155 | QSC6165 | QSC6175 | QSC6185 | QSC6195 | QSC6295 | QSC6695 | QTR8200 | QTR8201 | QTR8215 | QTR8600 | QTR8600L | QTR8601 | QTR8615 | QTR8615L | RTR8201 | RTR8600 | RTR8601 |
| 20 | Marimba | QSC6155 | QSC6165 | QSC6175 | QSC6185 | QSC6195 | QSC6295 | QSC6695 | QTR8200 | QTR8201 | QTR8600 | QTR8600L | QTR8601 | | | | | | | | |
| 21 | Merlin (QCT) | QSC1105 | | | | | | | | | | | | | | | | | | | |
| 23 | Napoleon | QSC1100 | QSC1110 | | | | | | | | | | | | | | | | | | |
| 24 | Odyssey | WTR1605 | WTR1605L | | | | | | | | | | | | | | | | | | |
| 25 | Ramsis | QSC6055 | QSC6065 | QSC6075 | QSC6085 | MDM6085 | | | | | | | | | | | | | | | |
| 26 | Solo | QSC6240 | ESC6240 | MDM6270 | ESC6270 | QSC6270 | | | | | | | | | | | | | | | |
| 27 | Spitfire | MBP1600 | MBP1610 | | | | | | | | | | | | | | | | | | |
| 28 | Tomahawk | MBP2600 | | | | | | | | | | | | | | | | | | | |
| 29 | Volans | WCN1314 | | | | | | | | | | | | | | | | | | | |
| 30 | Voltron | RTR6500 | MXC6369 | | | | | | | | | | | | | | | | | | |
| 31 | Ywing | WCN1320 | | | | | | | | | | | | | | | | | | | |

| 21 |
| --- |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| RTR8605 |
| |
| |
| |
| |
| |
| |
| |
| |