**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| PARKERVISION, INC., ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:11-cv-719-J-37TEM |
| QUALCOMM INCORPORATED, ) | |
| Defendant. ) | |

**PARKERVISION'S UNOPPOSED MOTION TO RESCHEDULE
PRETRIAL CONFERENCE, AND SUPPORTING MEMORANDUM**

Plaintiff ParkerVision, Inc. moves without opposition to reschedule the final pretrial conference from September 19, 2013 to anytime on September 25, 26 or 27, and in support says:

1. The final pretrial conference is scheduled for September 19, 2013 at 1:15 p.m. (Doc. No. 225, page 2) in Orlando.

2. Douglas Cawley, Kevin Burgess and Joshua Budwin (ParkerVision's three senior lead counsel in this action) will be in a trial before the International Trade Commission in the District of Columbia from September 17 through 24. Because the trial will end on September 24, ParkerVision would prefer that the pretrial conference in this action be rescheduled to September 26 or 27, but ParkerVision's attorneys will also make themselves available for a pretrial conference on September 25.

3. ParkerVision does not request an extension of any deadlines established in the Court's scheduling orders.

Local Rule 3.01(g) Certification

I certify that counsel for ParkerVision conferred with counsel for Qualcomm, who (i) consent to the relief sought in this motion and (ii) are available for the final pretrial conference anytime on September 25, 26 and 27.

| McKOOL SMITH, P.C. | SMITH HULSEY & BUSEY |
|---|---|
| By: /s/ *Douglas A. Cawley* <br> Douglas A. Cawley, Lead Attorney <br> Texas State Bar No. 04035500 <br> 300 Crescent Court, Suite 1500 <br> Dallas, Texas 75201 <br> (214) 978-4000 <br> (214) 978-4044 (facsimile) <br> dcawley@mckoolsmith.com <br><br> Kevin L. Burgess <br> Texas State Bar No. 24006927 <br> Josh W. Budwin <br> Texas State Bar No. 24050347 <br> 300 West Sixth Street, Suite 1700 <br> Austin, Texas 78701 <br> Telephone: (512) 692-8700 <br> Telecopier: (512) 692-8744 <br> kburgess@mckoolsmith.com <br> jbudwin@mckoolsmith.com | By: /s/ *James A. Bolling* <br> Stephen D. Busey <br> James A. Bolling <br><br> Florida Bar Number 117790 <br> Florida Bar Number 901253 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> busey@smithhulsey.com <br> jbolling@smithhulsey.com |

Attorneys for ParkerVision, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on July 31, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  none.

*s/ James A. Bolling*
James A. Bolling

842485.1