**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PARKERVISION, INC.,

   Plaintiff,

v.

QUALCOMM INCORPORATED,

   Defendant.

)
)
)
)
)
)
)

Case No. 3:11-cv-719-J-37TEM

**JOINT MOTION FOR LEAVE TO BRING ELECTRONIC**
**EQUIPMENT TO PRETRIAL CONFERENCE AND TRIAL**

   Plaintiff ParkerVision, Inc. and defendant Qualcomm Incorporated jointly move pursuant to Local Rule 4.11(b) for leave to bring electronic equipment to the final pretrial conference (September 19, 2013 at 1:15 p.m.) and trial (the trial term beginning on October 7, 2013), and to have access to the Court's WiFi connection at the pretrial conference and trial, and in support say:

   1.  The parties seek to bring the following electronic and audio-visual equipment to the pre-trial conference (including ancillary power supplies, cables, and connectors needed to operate the authorized equipment):

   a.  ParkerVision:

     (1)  In the courtroom:  three laptop computers (one for a technical/graphics professional to use for a PowerPoint presentation, and two for use by ParkerVision's attorneys); and

     (2)  Outside the courtroom (in a witness room):  two cell phones.

   b.  Qualcomm:

     (1)  Inside the courtroom:  three laptop computers (one for a technical/graphics professional to use for a PowerPoint presentation, and two for use by Qualcomm's attorneys); and

     (2)  Outside the courtroom (in a witness room):  two cell phones.

   2.  The parties seek to bring the following electronic and audio-visual equipment to the trial (including ancillary power supplies, cables, and connectors needed to operate the authorized equipment):

   a.  ParkerVision:

     (1)  Inside the courtroom:  Five laptop computers, a secondary monitor to be used with a laptop, a projector (for use by both parties in the event that a Court projector is unavailable), and a set of speakers for video exhibits and for playing deposition video clips for use by both parties; and

     (2)  Outside the courtroom (in a witness room): two cell phones, two computers for attorney research and preparation of cross-examination materials during trial, and a printer.

   b.  Qualcomm:

     (1)  Inside the courtroom:  Five laptop computers and a secondary monitor to be used with a laptop; and

     (2)  Outside the courtroom (in a witness room): two cell phones, two computers, and a printer.

The parties require five laptop computers so that one may be the primary display device for PowerPoint presentations and exhibit displays, the second will be a "back-up" display device (in case of failure of the primary device), the third and fourth laptops will be used at counsel table for attorney research, note-taking, and preparation, and the fifth laptop will be used by the senior paralegal for timekeeping, to organize and track exhibits, to organize and track deposition designations, and to organize and track witness presentations. The secondary monitor to be used

with a laptop is a helpful tool for the technical/graphics professional to view and queue up upcoming exhibits, deposition videos, presentations, and demonstratives.

3.      ParkerVision seeks authority for the following individuals to bring the requested equipment into the Courthouse:  James Bolling, Joshua Budwin, Leah Buratti, Kevin Burgess, Stepen Busey, Doug Cawley, Omar Moreno, Mario Apreotesi, and Jodie Mow.

4.      Qualcomm seeks authority for the following individuals to bring the requested equipment into the Courthouse: Stephen Neal, Tim Teter, Keith Hummel, Aaron Karp, James Bailey, John DeVault, Ben Damstedt, Jeff Karr, Laurie Wilson, Larry Collins, and Jim Lewerenz.

September 5, 2013

Respectfully submitted,

| | |
|---|---|
| **McKOOL SMITH, P.C.** | **SMITH HULSEY & BUSEY** |
| | |
| /s/ *Douglas A. Cawley* | /s/ *James A. Bolling* |
| Douglas A. Cawley, Lead Attorney | Stephen D. Busey |
| Texas State Bar No. 04035500 | James A. Bolling |
| E-mail: dcawley@mckoolsmith.com | Florida Bar Number 117790 |
| Richard A. Kamprath | Florida Bar Number 901253 |
| Texas State Bar No.: 24078767 | 225 Water Street, Suite 1800 |
| rkamprath@mckoolsmith.com | Jacksonville, Florida 32202 |
| Ivan Wang | (904) 359-7700 |
| Texas State Bar No.: 24042679 | (904) 359-7708 (facsimile) |
| E-mail: iwang@mckoolsmith.com | jbolling@smithhulsey.com |
| 300 Crescent Court, Suite 1500 | |
| Dallas, Texas 75201 | **ATTORNEYS FOR PLAINTIFF** |
| Telephone: (214) 978-4000 | **PARKERVISION, INC.** |
| Telecopier: (214) 978-4044 | |

Kevin L. Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Josh W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
Leah Buratti
Texas State Bar No. 24064897
lburatti@mckoolsmith.com
Mario A. Apreotesi
Texas State Bar No. 24080772
mapreotesi@mckoolsmith.com
Kevin Kneupper
Texas State Bar No. 24050885
kkneupper@mckoolsmith.com
James Quigley
Texas State Bar No. 24075810
jquigley@mckoolsmith.com
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

**COOLEY LLP**
Stephen C. Neal (Trial Counsel)
E-mail: nealsc@cooley.com
Timothy S. Teter
E-mail: teterts@cooley.com
3000 El Camino Real
5 Palo Alto Square
Palo Alto, California  94306
Telephone: (650) 843-5182
Facsimile: (650) 849-7400

**CRAVATH, SWAINE & MOORE LLP**
Keith R. Hummel(Trial Counsel)
E-mail: khummel@cravath.com
David Greenwald
E-mail: dgreenwald@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

**ATTORNEYS FOR DEFENDANT
QUALCOMM INCORPORATED**

**BEDELL, DITTMAR, DEVAULT,
PILLANS & COXE, P.A.**

By   /s/ Courtney K. Grimm
John A. DeVault, III
Florida Bar Number 103979
E-mail: jad@bedellfirm.com
Courtney K. Grimm
Florida Bar Number 953740
E-mail: cgrimm@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida  32202
Telephone:  (904) 353-0211
Facsimile:  (904) 353-9307

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  none.

/s/*Leah Buratti*
Leah Buratti