**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PARKERVISION, INC.,

    Plaintiff,

vs.                                                         Case No. 3:11-cv-719-J-37TEM

QUALCOMM INCOPORATED,

    Defendant.

---

**ORDER**

This cause is before the Court on a Joint Motion for Leave to Bring Computer Equipment to Pretrial Conference and Trial (Doc. 326), filed September 5, 2013. The parties seek leave to bring electronic equipment into the courthouse for the pretrial conference on September 19, 2013 and for trial beginning October 7, 2013. The parties also seek leave to access the internet via the available courtroom WiFi connection.

Upon consideration, the Court finds that the Motion is due to be granted. Accordingly, it is hereby **ORDERED AND ADJUDGED**:

Plaintiff ParkerVision, Inc. and Qualcomm Incorporated are authorized to bring in the following equipment: five laptops per side for use in the courtroom, two computers and one printer each outside the courtroom (in witness room) and two cell phones. All such authorized electronic devices shall be kept in "vibrate" or "silent" mode. Cellular telephones are not permitted in the courtroom. Cellular telephones may be used only in the witness rooms adjacent to the courtroom or in the lawyer lounge.

In addition, the parties are authorized to bring into the courthouse one additional monitor each, a set of speakers, any power supply, cable, connector or other

accouterment needed to operate the authorized electronic devices or to connect such devices to the courtroom audio-visual system.

2.   Persons authorized to bring such devices into the courthouse are set forth in the footnote below.[1]  Such persons shall present a copy of this Order to security personnel each time that person enters the courthouse with an authorized electronic device.  Courthouse security personal may, at their discretion, require all persons authorized herein to present picture identification at any time.  The authorized electronic devices are subject to inspection at any time by courthouse security personnel.

3.   Plaintiff ParkerVision, Inc. and Defendant Qualcomm Incorporated may use the authorized electronic devices to access the internet via the courtroom WiFi connection provided that all such use complies with the requirements of the July 28, 2011 Order of the Chief Judge.

4.   The Court, at this time, cannot guarantee the availability of a projector. Therefore, the parties may, if desired, bring into the courthouse, and use in the courtroom, a projector or similar device.

---

[1]   The following individuals may bring into the courthouse the authorized electronic devices:

| ParkerVision, Inc.: | Qualcomm Incorporated: |
|---|---|
| Josh Budwin | Keith Hummel |
| Leah Buratti | John DeVault |
| James Bolling | James Bailey |
| Kevin Burgess | Beth Damstedt |
| Stephen Busey | Stephen Neal |
| Doug Cawley | Tim Teter |
| Omar Moreno | Aaron Karp |
| Mario Apreotesi | Jeff Karr |
| Jodie Mow | Laurie Wilson |
|  | Larry Collins |
|  | Jim Lewerenz |

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, on September 6, 2013.

ROY B. DALTON JR.
United States District Judge

Copies: Counsel of Record