## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| PARKERVISION, INC.,<br><br>    Plaintiff,<br><br>        v.<br><br>QUALCOMM INCORPORATED,<br><br>    Defendant. | Case No. 3:11-cv-719-J-37-TEM |
| QUALCOMM INCORPORATED,<br><br>    Counterclaim Plaintiff,<br><br>        v.<br><br>PARKERVISION, INC. AND STERNE, KESSLER,<br>GOLDSTEIN & FOX PLLC,<br><br>    Counterclaim Defendants. | |

## UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE,
## AND WRITTEN DESIGNATION AND CONSENT TO ACT

Pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, Defendant Qualcomm Incorporated, by and through its undersigned attorneys, moves this Court for an order allowing Benjamin Damstedt and Jeffrey Karr to appear in this Court as co-counsel on behalf of Qualcomm

Incorporated in the above-styled lawsuit.  In support of this motion, Qualcomm Incorporated says:

1.      Benjamin Damstedt and Jeffrey Karr and their law firm, Cooley LLP, 3000 El Camino Real, 5 Palo Alto Square, Palo Alto, CA 94306 have been retained to represent Qualcomm Incorporated as co-counsel in all proceedings conducted in this cause.

2.      Mr. Damstedt is a member in good standing and admitted to practice before the following courts: the Northern and Central Districts of California, the Eastern District of Texas, the United States Courts of Appeal for the Federal Circuit and Ninth Circuit, the U.S. Supreme Court, and all California State Courts.

3.      Mr. Karr is a member in good standing and admitted to practice before the following courts:  All Federal District Courts in California, the Eastern District of Texas, the United States Courts of Appeal for both the Federal Circuit and the Ninth Circuit, and all California State Courts.

4.      Mr. Damstedt and Mr. Karr are familiar with, and will be governed by, the Local Rules, United States District Court, Middle District of Florida, including Rule 2.04 thereof.  Mr. Damstedt and Mr. Karr are familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical

limitations or requirements governing the professional behavior of members of The Florida Bar.

5.      Mr. Damstedt and Mr. Karr designate John A. DeVault, III and the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A., 101 East Adams Street, Jacksonville, Florida 32202, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys.

6.      Through his signature affixed below, John A. DeVault, III of the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A. hereby consents to such designation.

7.      Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, John A. DeVault, III certifies that Mr. Damstedt and Mr. Karr have complied with the fee and e-mail registration requirements of Rule 2.01(d), Local Rules, United States District Court, Middle District of Florida.

WHEREFORE, Defendant Qualcomm Incorporated respectfully requests this Court to enter an order admitting Mr. Damstedt and Mr. Karr to practice before this Court pro hac vice.

## RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for the Plaintiff and is authorized to represent that the Plaintiff does not oppose the entry of an order granting this motion.

## MEMORANDUM OF LAW

Qualcomm Incorporated's motion for admission pro hac vice should be granted pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida.

Respectfully submitted,

BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
Professional Association

By:   s/John A. DeVault, III
John A. DeVault, III
Florida Bar No. 103979
E-mail: jad@bedellfirm.com
Courtney K. Grimm
Florida Bar No. 953740
E-mail: cgrimm@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone:   (904) 353-0211
Facsimile:   (904) 353-9307

-and-

CRAVATH, SWAINE & MOORE, LLP
Keith R. Hummel (Trial Counsel)
(admitted pro hac vice)
E-mail: khummel@cravath.com
David Greenwald (admitted pro hac vice)
E-mail: dgreenwald@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019
Telephone:    (212) 474-1000
Facsimile:     (212) 474-3700

-and-

COOLEY LLP
Stephen C. Neal (Trial Counsel)
(admitted pro hac vice)
E-mail: nealsc@cooley.com
Timothy S. Teter
E-mail: teterts@cooley.com
3000 El Camino Real
5 Palo Alto Square
Palo Alto, California  94306
Telephone: (650) 843-5182
Facsimile: (650) 849-7400

Counsel for Defendant Qualcomm Incorporated

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___10th___ day of September, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<div style="margin-left:40%">

s/John A. DeVault, III
John A. DeVault, III
Florida Bar No. 103979
E-mail: jad@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone:    (904) 353-0211
Facsimile:    (904) 353-9307
*Counsel for Defendant*

</div>