**UNITED STATES DISTRICT COURT**
**THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| PARKERVISION, INC., | |
| *Plaintiff*, | |
| v. | Case No. 3:11-cv-719-J-37-TEM |
| QUALCOMM INCORPORATED, | |
| *Defendant*. | |

**CERTIFICATE OF SERVICE FOR DOCKET ENTRIES 348 AND 349**

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 16th day of September, 2013, I electronically filed Qualcomm Incorporated's Response in Opposition to ParkerVision's Motions in Limine and Request for Rule 37 Sanctions and attachments (Dkt. 348), as well as the Declaration of D. Greenwald and attachments (Dkt. 349) with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.  All documents covered by the concurrently filed Motion to Seal (Dkt. 350) have been served via email on ParkerVision's counsel.

    /s/ Timothy S. Teter
Timothy S. Teter (admitted pro hac vice)
teterts@cooley.com
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:  (650) 843-5182
Facsimile:  (650) 849-7400

*Attorney for Defendant Qualcomm Incorporated*