## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| PARKER VISION, INC.<br>v.<br>QUALCOMM, INC. | | CASE NO. 3:11-cv-719-J-37TEM | |
|---|---|---|---|
| JUDGE | Roy B. Dalton, Jr.<br>U.S. District Judge | COUNSEL FOR PLAINTIFF | Douglas Cawley<br>Josh Budwin<br>Leah Baratti<br>Kevin Kneupper |
| DEPUTY CLERK | Virginia Flick | COUNSEL FOR DEFENDANT | Stephen Neal<br>Keith Hummel<br>John DeVault<br>Timothy Teter<br>Ben Damstedt<br>Jeffrey Karr |
| COURT REPORTER | Diane Peede | INTERPRETER | n/a |
| DATE AND TIME | 9/19/13 1:30 pm - 3:40 pm | TOTAL TIME | 2/10 |

PROCEEDINGS OF: FINAL PRETRIAL CONFERENCE

Reviewed jury selection procedures; 8 jurors will be seated

Patent video will be shown to entire voir dire panel

Counsel to advise Court of any courtroom closure issues

Reviewed trial schedule; tentative schedule to be distributed

Various motions ruled upon - Order to enter

Each side willl have 20 hours to present case plus 45 minutes each for opening and closing statements.  This allocation is for the complete trial.

Revised jury instructions due ten (10) days prior to trial

Addressed injunction issue

Limited argument on demonstrative evidence will be allowed at the Daubert hearing on September 30, if needed