**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**PARKERVISION, INC**.,

    Plaintiff,

v.                                      **Case No. 3:11-cv-719-J-37JBT**

**QUALCOMM INCORPORATED,**

    Defendant.
_____/

**TENTATIVE TRIAL SCHEDULE**

The following is the tentative schedule for the jury trial of this case to commence Monday, October 7, 2013 at 9:00 a.m. in Courtroom 4A, U.S Courthouse, 401 West Central Boulevard, Orlando, Florida.

| | |
|---|---|
| Monday through Friday, 10/7-10/11/2013 | 9:00 a.m. - 5:00 p.m. |
| Tuesday & Wednesday, 10/15 & 16/2013 | 9:00 a.m. - 5:00 p.m. |
| Thursday 10/17/2013 | 9:15 a.m. - 12:00 p.m. |
| | 2:00 pm - 5:00 p.m. |
| Friday, 10/18/2013 | 9:00 a.m. - 12:00 p.m. |
| Monday through Friday 10/21-10/25/2013 | 9:00 a.m. - 5:00 p.m. |

The above schedule is subject to change depending on the other demands of the court calendar. It is intended, as a convenience, to assist counsel in scheduling witnesses.

Copies to:    All Counsel of Record