**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PARKERVISION, INC.,

    Plaintiff,

vs.                                     Case No. 3:11-cv-719-J-37TEM

QUALCOMM INCOPORATED,

    Defendant.

**ORDER**

This cause is before the Court on a Joint Motion for Leave to Bring Electronic Equipment to September 30, 2013 Daubert Hearing (Doc. 356), filed September 18, 2013.

Upon consideration, the Court finds that the Motion is due to be granted. Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Plaintiff ParkerVision, Inc. and Defendant Qualcomm Incorporated are authorized to bring in the following equipment: three laptops per side for use in the courtroom, two computers and one printer each outside the courtroom (in witness room) and two cell phones. Additionally, Parkervision is permitted to bring in a projector). All such authorized electronic devices shall be kept in "vibrate" or "silent" mode. Cellular telephones are not permitted in the courtroom. Cellular telephones may be used only in the witness rooms adjacent to the courtroom or in the lawyer lounge.

In addition, the parties are authorized to bring into the courthouse one additional monitor each, a set of speakers, any power supply, cable, connector or other accouterment needed to operate the authorized electronic devices or to connect such

devices to the courtroom audio-visual system.

2.   Persons authorized to bring such devices into the courthouse are set forth in the footnote below.[1]  Such persons shall present a copy of this Order to security personnel each time that person enters the courthouse with an authorized electronic device.  Courthouse security personal may, at their discretion, require all persons authorized herein to present picture identification at any time.  The authorized electronic devices are subject to inspection at any time by courthouse security personnel.

3.   Plaintiff ParkerVision, Inc. and Defendant Qualcomm Incorporated may use the authorized electronic devices to access the internet via the courtroom WiFi connection provided that all such use complies with the requirements of the July 28, 2011 Order of the Chief Judge.

4.   Additionally, the Court modifies its Order of September 6, 2013 (Doc 327) to permit each side to bring in five (5) cell phones with the caveat found in paragraph one above.  This applies to the proceedings set for September 30, 2013 and the entire

---

[1]  The following individuals may bring into the courthouse the authorized electronic devices:

| ParkerVision, Inc.: | Qualcomm Incorporated: |
|---|---|
| Josh Budwin | Keith Hummel |
| Leah Buratti | John DeVault |
| James Bolling | James Bailey |
| Jim Bergman | Beth Damstedt |
| Stephen Busey | Stephen Neal |
| Doug Cawley | Tim Teter |
| Omar Moreno | Aaron Karp |
| Mario Apreotesi | Jeff Karr |
| Jodie Mow | Laurie Wilson |
|  | Larry Collins |
|  | Jim Lewerenz |
|  | Courtney Grimm |

trial commencing October 7, 2013.

**DONE AND ORDERED** in Jacksonville, Florida, on this 20th day of September, 2013.

ROY B. DALTON JR.
United States District Judge

Copies:   Counsel of Record

CSO