**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**PARKERVISION, INC**.,

       Plaintiff,

v.                                          **Case No. 3:11-cv-719-J-37JBT**

**QUALCOMM INCORPORATED,**

       Defendant.

_____/

## **PRETRIAL ORDER**

1.     **Date of Trial**.  Trial shall commence on **Monday, October 7 , 2013, at 9:00 a.m.** before the undersigned in the United States Courthouse, Courtroom 4A, 401 West Central Blvd., Orlando, Florida.

2.     **Joint Jury Instructions, Verdict Form, Voir Dire Questions**   No later than September 27, 2013, if not previously done, the parties shall file a single set of jointly proposed questions for the Court to ask the venire during voir dire, a single set of proposed jury instructions, one as it pertains to liability and a separate set for the damages issue and a single proposed verdict form.  Jury instructions shall be based on the Eleventh Circuit Pattern Jury Instructions.  A party may include at the appropriate place in the single set of jointly-proposed jury instructions a contested charge, so designated with the name of the requesting party and bearing at the bottom a citation of authority for its inclusion, together with a summary of the opposing party's objection.  The Court will deny outright a proposed instruction that is "slanted" in any way.   The Court requires that the parties send to the Chamber's email [chambers_flmd_Dalton@flmd.uscourts.gov] no later than ten (10) days prior to trial the single set of proposed voir dire, proposed jury instructions and proposed verdict form, in Microsoft Word®. .

3.     **Exhibit and Witness Lists**.  Prior to the date trial commences, each party shall have filed with the Clerk's Office their respective Exhibit List and Witness List, separate from those filed in conjunction with the pretrial statement.  In addition, on the date trial commences, each party shall provide three (3) copies thereof to the Courtroom Deputy Clerk in the courtroom at the beginning of the trial.  All exhibits are to be pre-marked in accordance with the attached instructions. M.D. Fla. Rule 3.07.  Three notebooks containing the exhibits shall be supplied to the Court at the outset on the day trial commences as follows:  1) original exhibits which include the appropriate colored exhibit tags stapled to the upper right hand corner of the first page;  2) copy of exhibits for the Judge and  3) copy of exhibits for the witness box. The bench and witness sets do not require the exhibits tags however counsel shall use number tabs to tab out the exhibits for quick reference. Joint exhibits which are not objected to shall be introduced and admitted at the outset of the case.

a.     **Exhibits on Disk**.  The Eleventh Circuit Court of Appeals is now accepting the electronic filing of documents on appeal, which includes exhibits.  Therefore, in addition to the above for use at trial, counsel are to submit all exhibits on disk or flash drive to the Courtroom Deputy no later than the conclusion of trial.  Each exhibit is to be scanned as a separate document.  Counsel are also required to submit a certification that both parties have reviewed the submission and agree to its authenticity (form attached).

4.     **Courtroom Audio Visual Equipment**.   A variety of audio visual equipment is available for use by counsel during trial.  This includes a document camera, connection for laptops access to the audio visual system[1], monitors at each counsel table, witness box and jury box.  Counsel are advised to contact the courtroom deputy at 407-835-4206 at least one week

---

[1] Information sheet on laptop access is attached.

prior to trial to arrange a time to become familiar with the availability, operation and compatibility of the courtroom technology systems, should they wish to utilize it. Failure to do so may result in the equipment not being available for use.

5       **Exception to Local Rule to Allow Electronic Equipment**.  For the purpose of scheduled pretrial testing and during trial, counsel for the parties are permitted to enter the courthouse with cellular telephones, laptop computers and electronic equipment.  Cellular telephones shall be kept in the "vibrate" or "silent" mode, cannot be brought into the courtroom, but may be used outside the courtroom.  Additionally, access to the internet via "wifi' shall be only be by advanced permission by the Court.  If granted,  the internet shall not be accessed while in the courtroom.  The individuals must present valid picture identification and a copy of this Order, upon request, to the Court Security Officers assigned to this facility.

6.      **Developments in case**.  Counsel are directed to notify the Court promptly of any development subsequent to the entry of this Order which would in any way affect the trial of the case by calling Virginia Flick, Courtroom Deputy, at 407-835-4206.

**DONE AND ORDERED** in Jacksonville, Florida, this 20th day of September, 2013.

*[signature]*

ROY B. DALTON, JR.
United States District Judge

Copies:  Counsel of Record

Attachments:		Jury Questionnaire
			Instructions Regarding the Pre-Marking of Exhibits
			Exhibit Tags
			Laptop Access Instructions
			Exhibit Certification