IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PARKERVISION, INC.,

    Plaintiff,

vs.

QUALCOMM INCORPORATED,

    Defendant.

Civil Action No. 3:11-cv-719-J-37TEM

# JOINT MOTION TO DISMISS CERTAIN CLAIMS

Plaintiff ParkerVision, Inc. ("ParkerVision") and Defendant Qualcomm Incorporated. ("Qualcomm") have agreed to narrow the scope of this proceeding, as set forth in the parties' Joint Final Pretrial Statement (Dkt. 336).

ParkerVision and Qualcomm therefore request that the Court dismiss, without prejudice, each of ParkerVision's claims for relief against Qualcomm, and each of Qualcomm's counterclaims for relief against ParkerVision, based on:

1) claims 1, 2, 3, 8, 9, 12, 16, 20, 24, 26, 31, 32, 39, 41, 50, 54, 55, 57, 92, 93, 108, 113, 126, 135, 149, 150, 192, 195, 196, 198, and 203 of U.S. Patent No. 6,061,551; claims 1, 2, 3, 12, 17, 24, 77, and 81 of U.S. Patent No. 6,266,518; claims 1, 22, 23, 25, and 31 of U.S. Patent No. 6,370,371; claims 1, 4, 5, 6, 9, 12, 13, 14, and 15 of U.S. Patent No. 6,963,734; claims 19, 20, 21, 22, and 23 of U.S. Patent No. 7,496,342; and claims 1, 3, 4, 5, 6, 7, 8, 9, 12, 13, 17, 18, 19, 20, 22, 23, and 24 of U.S. Patent No. 7,724,845;

2) Qualcomm's BTS4020, BTS4020BD, BTS4021, BTS4025, BTS4050, BTS4051, BTS4052, BTS4054, BTS4055, BTS5045, MBP1600, MBP1610, MBP2600, MBP2700, MXC6369, QSC6165, QSC6195, QTR8201, QTR8215, RGR1000, RGR1100, RTR6236, and RTR8201 products; and

3) Qualcomm's Marimba die products, which includes the Bluetooth portions of the QSC6155, QSC6165, QSC6175, QSC6185, QSC6195, QSC6295, QSC6695, QTR8200, QTR8201, QTR8600, QTR8600L, and QTR8601 devices.

Per the agreement of the parties, for dismissed products that use the same die as a product that remains accused, Qualcomm agrees not to argue that the remaining accused products do not infringe because a dismissed product used the same die. The parties also agree

that Qualcomm will not argue that any of the dismissed products are non-infringing alternatives on the basis of the ParkerVision's agreement to dismiss the product or on the basis of the Court's dismissal of the product. For clarity, this agreement will not preclude Qualcomm from affirmatively arguing and introducing evidence that any of the dismissed products are acceptable non-infringing alternatives to the products that remain accused of infringement. Further, Qualcomm asserts that it is not waiving any position with respect to non-infringement, invalidity or unenforceability as to any dismissed claim or product for purposes of any post-trial or other proceeding.

September 26, 2013

Respectfully submitted,

| | |
|---|---|
| **McKOOL SMITH, P.C.** | **SMITH HULSEY & BUSEY** |
| /s/ *Douglas A. Cawley* | /s/ *James A. Bolling* |
| Douglas A. Cawley, Lead Attorney | Stephen D. Busey |
| Texas State Bar No. 04035500 | James A. Bolling |
| E-mail: dcawley@mckoolsmith.com | Florida Bar Number 117790 |
| Richard A. Kamprath | Florida Bar Number 901253 |
| Texas State Bar No.: 24078767 | 225 Water Street, Suite 1800 |
| rkamprath@mckoolsmith.com | Jacksonville, Florida 32202 |
| Ivan Wang | (904) 359-7700 |
| Texas State Bar No.: 24042679 | (904) 359-7708 (facsimile) |
| E-mail: iwang@mckoolsmith.com | jbolling@smithhulsey.com |
| McKool Smith P.C. | |
| 300 Crescent Court, Suite 1500 | **ATTORNEYS FOR PLAINTIFF** |
| Dallas, Texas 75201 | **PARKERVISION, INC.** |
| Telephone: (214) 978-4000 | |
| Telecopier: (214) 978-4044 | |

T. Gordon White
Texas State Bar No. 21333000
gwhite@mckoolsmith.com
Kevin L. Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Josh W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
Leah Buratti
Texas State Bar No. 24064897
lburatti@mckoolsmith.com
Mario A. Apreotesi
Texas State Bar No. 24080772
mapreotesi@mckoolsmith.com
Kevin Kneupper
Texas State Bar No. 24050885
kkneupper@mckoolsmith.com
James Quigley
Texas State Bar No. 24075810
jquigley@mckoolsmith.com
McKool Smith P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

**COOLEY LLP**
   Stephen C. Neal (Trial Counsel)
   E-mail: nealsc@cooley.com
   Timothy S. Teter
   E-mail: teterts@cooley.com
   3000 El Camino Real
   5 Palo Alto Square
   Palo Alto, California 94306
   Telephone: (650) 843-5182
   Facsimile: (650) 849-7400

**CRAVATH, SWAINE & MOORE LLP**
   Keith R. Hummel (Trial Counsel)
   E-mail: khummel@cravath.com
   David Greenwald
   E-mail: dgreenwald@cravath.com
   Worldwide Plaza
   825 Eighth Avenue
   New York, New York 10019
   Telephone: (212) 474-1000
   Facsimile: (212) 474-3700

**ATTORNEYS FOR DEFENDANT QUALCOMM INCORPORATED**

**BEDELL, DITTMAR, DEVAULT, PILLANS & COXE, P.A.**

By /s/ Courtney K. Grimm
John A. DeVault, III
Florida Bar Number 103979
E-mail: jad@bedellfirm.com
Courtney K. Grimm
Florida Bar Number 953740
E-mail: cgrimm@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on September 26, 2013.

*/s/ Leah Buratti*
Leah Buratti