UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PARKERVISION, INC.,

    Plaintiff,

v.     Case No. 3:11-cv-719-J-37-RBD-TEM

QUALCOMM INCORPORATED,

    Defendant.

# VERDICT FORM[1]

In answering these questions, you are to follow all of the instructions I have given you in the Court's Charge. Do you, the jury, find the following:

## FINDINGS ON INFRINGEMENT

1. Has ParkerVision proven by a preponderance of the evidence that Qualcomm infringes any of the following claims of the following patents?

Please answer "Yes" or "No for Each Claim.

| U.S. Patent No. 6,061,551 | |
|---|---|
| Claim 23 | |
| Claim 25 | |

---

[1] For similar verdict forms supporting ParkerVision's proposal, *see, e.g.*, *Sealant Sys. Int'l Inc. v. Tek Global S.R.L.*, No 5:11-cv-774 (N.D. Cal. Apr. 25, 2013); *Commil USA, LLC v. Cisco Sys., Inc.*, No. 2:07-cv-341 (E.D. Tex. May 17, 2010); *Volcano Corp. v. St. Jude Medical*, No. 1:10-cv-631 (D. Del. Oct. 25, 2012); *Tyco Healthcare Grp. v. Applied Medical Res. Corp.*, No. 9:09-cv-176 (E.D. Tex. Mar. 19, 2010). ParkerVision objects to Qualcomm's verdict form because it is not short and concise, per the Court's instructions in its Case Management Order. *See* Dkt. 84 at 12.

McKool 912678v3

| | |
|---|---|
| Claim 161 | |
| Claim 193 | |
| Claim 202 | |
| **U.S. Patent No. 6,266,518** | |
| Claim 1 | |
| Claim 27 | |
| Claim 82 | |
| Claim 90 | |
| Claim 91 | |
| **U.S. Patent No. 6,370,371** | |
| Claim 2 | |
| **U.S. Patent No. 7,496,342** | |
| Claim 18 | |

## FINDINGS ON INVALIDITY

2.  Has Qualcomm proven by clear and convincing evidence that any or all of the following asserted claims of the following patents are invalid?

Please answer "Yes" or "No for Each Claim.

| | |
|---|---|
| **U.S. Patent No. 6,061,551** | |
| Claim 23 | |
| Claim 25 | |
| Claim 161 | |

| | |
|---|---|
| Claim 193 | |
| Claim 202 | |
| **U.S. Patent No. 6,266,518** | |
| Claim 1 | |
| Claim 27 | |
| Claim 82 | |
| Claim 90 | |
| Claim 91 | |
| **U.S. Patent No. 6,370,371** | |
| Claim 2 | |
| **U.S. Patent No. 7,496,342** | |
| Claim 18 | |

You are finished. The Jury Foreperson should sign on the space provided at the end of this charge and then alert the Court Security Officer that you have reached a verdict.

The foregoing is the unanimous verdict of the jury.

DATED: _____, 2013.        _____
                                         Signature of Jury Foreperson

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

PARKERVISION, INC.,

    Plaintiff,

v.       Case No. 3:11-cv-719-J-37-RBD-TEM

QUALCOMM INCORPORATED,

    Defendant.

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's Charge. Do you, the jury, find the following:

### FINDINGS ON WILLFULNESS

1. Did ParkerVision prove by clear and convincing evidence that Qualcomm's infringement was willful?

Please answer "Yes" or "No for Each Patent.

| | |
|---|---|
| **U.S. Patent No. 6,061,551** | |
| **U.S. Patent No. 6,266,518** | |
| **U.S. Patent No. 6,370,371** | |
| **U.S. Patent No. 7,496,342** | |

## FINDINGS ON DAMAGES

2. What sum of money, if any, do you find from a preponderance of the evidence is adequate to compensate ParkerVision for Qualcomm's conduct that you found infringing? Provide the amount, if any, in dollars and cents.

**Answer:** Amount $ _____ of reasonable royalty.

You are finished. The Jury Foreperson should sign on the space provided at the end of this charge and then alert the Court Security Officer that you have reached a verdict.

The foregoing is the unanimous verdict of the jury.

DATED: _____, 2013.        _____
                                             Signature of Jury Foreperson

McKool 912678v3