UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**PARKERVISION, INC.,**       )
       **Plaintiff,**          )
                    )
**v.**                        )   Case No. 3:11-cv-719-J-37TEM
                    )
**QUALCOMM INCORPORATED,**    )
       **Defendant.**          )
_____)

# PLAINTIFF'S DEPOSITION DESIGNATIONS

Plaintiff ParkerVision, Inc. reserves the right to remove designations based on rulings that may issue on motions before the Court, time limitations, or on alternative ways to present facts that may become available or apparent during trial.

**I.    PRASHANT KANTAK (OCTOBER 19, 2012)**

| ParkerVision's Designations | Qualcomm's Objections | Qualcomm's Counter-Designations | ParkerVision's Objections to Qualcomm's Counter-Designations |
|---|---|---|---|
| 6:23-6:25 | | 11:19-11:23 | |
| 21:21:-22:6 | | 23:7-24:8 | |
| 22:10-23:5 | | | |
| 25:11-26:9 | | | |
| 26:19-28:7 | | | |
| 28:21-29:20 | | 29:21-30:2 | |
| 30:3-30:22 | | | |
| 32:24-33:11 | | | |
| 33:14-34:2 | | 34:5-34:5 | |
| 34:6-34:10 | | | |

| | | | |
|---|---|---|---|
| 34:20-35:1 | | | |
| 35:7-36:4 | | | |
| 36:6-36:25 | | | |
| 37:12-38:24 | | 38:25-39:11 | |
| 39:21-39:25 | | | |
| 40:3-40:13 | | | |
| 40:15-41:22 | | | |
| 42:11-42:15 | | | |
| 43:5-43:9 | | | |
| 45:7-45:10 | | | |
| 46:8-46:16 | | | |
| 46:18-46:20 | | | |
| 48:20-49:8 | | | |
| 50:14-51:5 | | | |
| 51:23-52:1 | | | |
| 53:18-54:13 | | | |
| 54:16-54:23 | | | |
| 63:3-63:11 | | | |
| 63:13-63:21 | | | |
| 63:23-63:25 | | | |
| 64:14-64:19 | | | |
| 65:13-65:17 | | 65:18-65:23 | |
| 67:6-68:11 | | | |
| 69:9-69:14 | | | |
| 69:16-69:16 | | | |
| 69:18-70:7 | | | |
| 70:15-70:17 | | | |
| 72:8-73:6 | | | |
| 73:8-73:10 | | 73:21-74:1 | |
| 73:12-73:17 | | | |
| 74:2-74:12 | | | |

Case 3:11-cv-00719-RBD-TEM   Document 370   Filed 09/27/13   Page 3 of 11 PageID 15867

| | | | |
|---|---|---|---|
| 74:22-76:25 | | | |
| 77:9-77:13 | | | |
| 77:19-78:4 | | | |
| 78:12-78:16 | | 78:17-79:6 | |
| 79:7-79:25 | | | |
| 80:11-80:19 | | | |
| 80:21-80:24 | | | |
| 81:1-81:4 | | | |
| 81:6-81:8 | | | |
| 81:10-81:14 | | | |
| 82:9-82:17 | | 82:18-82:20 | |
| 84:6-84:10 | | | |
| 84:20-85:22 | | | |
| 85:25-86:1 | | | |
| 86:8-88:8 | | | |
| 88:24-89:20 | | | |
| 90:4-90:9 | | | |
| 94:6-94:10 | | 94:11-94:17 | |
| 96:7-96:23 | | | |
| 100:13-100:25 | | | |
| 103:20-103:22 | | | |
| 103:25-103:25 | | | |
| 104:15-104:18 | | | |
| 104:20-105:3 | | | |
| 105:5-105:8 | | | |
| 105:17-105:20 | | | |

## II.     CHARLES WHEATLEY, III (NOVEMBER 7, 2012)

| ParkerVision's Designations | Qualcomm's Objections | Qualcomm's Counter-Designations | ParkerVision's Objections to Qualcomm's Counter-Designations |
|---|---|---|---|
| 12:21 - 12:23 | | | |
| 16:6-16:12 | | | |
| 18:21-19:7 | | | |
| 23:17-23:20 | | | |
| 23:24-24:16 | | | |
| 21:18-22:15 | | 22:16-22:24 | |
| 34:10-34:20 | | 32:6-32:8 | |
| 36:3-36:5 | | | |
| 36:9-36:12 | | | |
| 41:12-41:17 | | | |
| 47:9-47:25 | | | |
| 49:22-50:4 | | | |
| 51:4-53:9 | | | |
| 54:11-54:17 | | | |
| 54:19-55:4 | | | |
| 55:19-56:23 | | | |
| 62:17-63:8 | | 63:9-63:24 | |
| 64:1-64:6 | | | |
| 67:22-68:7 | F.R.E. 602 | 67:10-67:12 | |
| 69:21-70:2 | F.R.E. 602 | 70:3-70:10 | |
| 74:3-77:22 | | | |
| 78:23-80:17 | | | |
| 80:22-82:2 | | | |
| 83:20-84:2 | | | |
| 84:25-85:4 | | 85:5-86:12 | |
| 86:14-86:17 | | 85:5-86:12 | |

| | | | |
|---|---|---|---|
| 88:22-89:6 | | | |
| 91:15-92:11 | | | |
| 93:21-94:1 | | 92:19-93:9 | |
| 94:6-94:8 | | | |
| 95:14-97:25 | | 98:1-98:6 | |
| 98:8-98:19 | | | |
| 101:19-101:23 | | 101:7-101:18 | |
| 108:6-108:18 | F.R.E. 402<br>F.R.E. 403<br>F.R.E. 602<br>F.R.E. 701<br>F.R.E. 702 | | |
| 110:18-110:21 | F.R.E. 402<br>F.R.E. 403<br>F.R.E. 602<br>F.R.E. 701<br>F.R.E. 702 | | |
| 113:20-114:16 | F.R.E. 402<br>F.R.E. 403<br>F.R.E. 602<br>F.R.E. 701<br>F.R.E. 702 | | |
| 121:19-121:25 | F.R.E. 402<br>F.R.E. 403<br>F.R.E. 602<br>F.R.E. 701<br>F.R.E. 702 | | |
| 124:15-124:25 | F.R.E. 402<br>F.R.E. 403<br>F.R.E. 602<br>F.R.E. 701<br>F.R.E. 702 | | |
| 125:15-126:10 | | | |
| 128:12-131:13 | | | |
| 131:15:133:3 | F.R.E. 402<br>F.R.E. 403<br>F.R.E. 602<br>F.R.E. 701<br>F.R.E. 702 | | |

| | | | |
|---|---|---|---|
| 134:16-135:8 | | | |
| 135:10-136:24 | | | |
| 137:25-139:18 | | | |
| 141:13-141:16 | | | |
| 147:13-148:5 | | | |
| 152:12-152:15 | | | |
| 152:20-154:12 | | 154:25-155:16 | |
| 155:21-156:21 | | | |
| 159:1-159:24 | | | |
| 160:6-160:19 | | | |
| 164:15-165:9 | | | |
| 170:7-171:7 | F.R.E. 402<br>F.R.E. 403<br>F.R.E. 602 | | |
| 172:6-175:18 | | | |
| 178:17-179:5 | | | |
| 179:19-180:18 | | | |
| 182:14-184:14 | | 184:15-19 | |
| 200:19-201:16 | | | |
| 202:17-203:25 | | 202:8-202:13 | |
| 207:9-209:17 | | | |
| 210:6-211:13 | | | |
| 213:22-215:14 | | | |
| 216:10-216:12 | | | |
| 216:19-217:9 | | | |
| 218:6-219:11 | | 221:18-221:21,<br>222:2-222:8 | |
| 225:9-225:12 | | | |
| 227:19-227:23 | | | |
| 233:1-233:10,<br>233:13-233:16 | | | |
| 237:6-239:3 | | | |

| | | | |
|---|---|---|---|
| 240:1-240:17 | | | |
| 240:22-241:4 | | | |
| 241:25-242:3 | | | |
| 245:19-246:16 | | | |
| 247:2-247:10 | | | |
| 249:3-249:8 | F.R.E. 402<br>F.R.E. 403<br>F.R.E. 602 | | |
| 258:25-261:1 | F.R.E. 402<br>F.R.E. 403<br>F.R.E. 602<br>F.R.E. 701<br>F.R.E. 702 | | |
| 262:23-264:18 | F.R.E. 402<br>F.R.E. 403<br>F.R.E. 602<br>F.R.E. 701<br>F.R.E. 702 | | |
| 267:8-267:11 | | | |
| 267:19-267:22 | | | |
| 268:6-268:10 | | | |
| 268:20-268:23 | | | |
| 269:14-269:22 | | | |
| 270:5-270:20 | | | |
| 272:8-273:24 | F.R.E. 402<br>F.R.E. 403<br>F.R.E. 602<br>F.R.E. 701<br>F.R.E. 702 | | |
| 274:23-276:9 | F.R.E. 402<br>F.R.E. 403<br>F.R.E. 602<br>F.R.E. 701<br>F.R.E. 702 | | |
| 277:10-279:12 | F.R.E. 402<br>F.R.E. 403<br>F.R.E. 602 | | |

| | | | |
|---|---|---|---|
| 280:8-280:10 | F.R.E. 402<br>F.R.E. 403<br>F.R.E. 602<br>F.R.E. 701<br>F.R.E. 702 | | |
| 281:4-281:15 | F.R.E. 402<br>F.R.E. 403<br>F.R.E. 602<br>F.R.E. 701<br>F.R.E. 702 | | |
| 281:24-282:2 | F.R.E. 402<br>F.R.E. 403<br>F.R.E. 602<br>F.R.E. 701<br>F.R.E. 702 | | |
| 282:23-285:10 | F.R.E. 402<br>F.R.E. 403<br>F.R.E. 602<br>F.R.E. 701<br>F.R.E. 702 | 282:3-282:22 | |
| 286:12-286:18 | F.R.E. 402<br>F.R.E. 403<br>F.R.E. 602<br>F.R.E. 701<br>F.R.E. 702 | | |
| 288:15-288:19 | | | |
| 288:25-289:5 | | | |
| 290:18-291:11 | | | |

### III.  CHARLES PERSICO (OCTOBER 23, 2012)

| ParkerVision's Designations | Qualcomm's Objections | Qualcomm's Counter-Designations | ParkerVision's Objections to Qualcomm's Counter-Designations |
|---|---|---|---|
| 9:14-9:16 | | | |
| 35:14-35:18 | | | |
| 36:11-36:18 | | | |
| 37:23-38:1 | | | |
| 48:1-49:1 | | | |
| 49:16-49:20 | | | |
| 50:17-51:3 | | | |
| 51:16-54:16 | | | |
| 55:16-55:25 | | 211:15-217:25 | |
| 56:25-57:5 | | | |
| 67:1-68:7 | | | |
| 72:13-73:6 | | | |
| 73:22-74:19 | | | |
| 77:2-77:10 | | | |
| 77:24-78:13 | | | |
| 78:20-78:24 | | | |
| 90:18-91:3 | | | |
| 91:24-92:25 | | | |
| 95:18-96:10 | | | |
| 101:5-101:15 | | | |
| 104:16-105:18 | | | |
| 106:13-107:10 | | | |

| | | | |
|---|---|---|---|
| 108:3-108:7 | | | |
| 110:20-111:4 | | | |
| 113:25-114:18 | | | |
| 118:1-118:18 | | | |
| 119:20-120:7 | | | |
| 120:20-122:4 | | | |
| 122:21-123:5 | | | |
| 123:11-124:6 | | | |
| 124:10-124:15 | | | |
| 124:19-124:22 | | | |
| 125:7-125:19 | | | |
| 128:7-128:14 | | | |
| 128:24-129:7 | | | |
| 129:21-130:9 | | | |
| 132:18-134:2 | | | |
| 134:14-135:19 | | | |
| 164:24-166:13 | | | |
| 169:8-169:13 | | | |
| 169:18-169:21 | | | |
| 176:11-176:14 | | | |
| 178:9-179:1 | | | |
| 180:1-180:17 | | | |
| 181:22-182:15 | | | |
| 182:23-183:21 | | | |
| 185:11-186:17 | F.R.E. 602 | | |
| 191:3-191:11 | | | |
| 192:4-192:16 | | | |
| 196:15-196:23 | | | |
| 199:17-200:3 | | | |
| 200:21-201:16 | | | |

| | | | |
|---|---|---|---|
| 202:9-204:7 | | | |
| 204:24-206:12 | | | |
| 206:21-207:19 | | | |
| 219:8-219:13 | | | |
| 226:22-226:25 | | | |
| 228:5-228:13 | | | |
| 229:20-230:5 | | | |
| 230:12-230:23 | | | |
| 231:1-232:3 | | | |