UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PARKERVISION, INC., )
      Plaintiff, )
       )
v. )  Case No. 3:11-cv-719-J-37TEM
       )
QUALCOMM INCORPORATED, )
      Defendant. )
       )

# DEFENDANT'S DEPOSITION DESIGNATIONS

**I.   RICHARD HARLAN (NOV. 27, 2012)**

| Qualcomm's Designations | ParkerVision's Objections | ParkerVision's Counter-Designations | Qualcomm's Objections to ParkerVision's Counter-Designations |
|---|---|---|---|
| 10:11-12 | | | |
| 11:11-17 | | 11:18-13:17 | |
| 12:24-13:17 | | 11:18-13:17 | |
| | | 166:1-12 | |
| 14:17-14:19[1] | | | |
| 67:21-68:2 | | 16:81-17:1 | Improper counter-designation; 802: |
| | | 17:13-19:3 | Improper counter-designation; 802 |
| | | 19:13-25 | Improper counter-designation; 802 |
| | | 21:11-12 | Improper counter-designation; 802 |

---

[1] Qualcomm has limited this testimony subject to the motion *in limine*.

| Qualcomm's Designations | ParkerVision's Objections | ParkerVision's Counter-Designations | Qualcomm's Objections to ParkerVision's Counter-Designations |
|---|---|---|---|
| | | 21:14-23 | Improper counter-designation; 802 |
| | | 27:16-17 | Improper counter-designation; 802 |
| | | 27:19-25 | Improper counter-designation; 802 |
| | | 32:18-25 | Improper counter-designation; 802; 602 |
| 71:25-72:22 | F.R.E. 701 | 162:2-162:23 | |
| 75:1-75:16 | F.R.E. 701 | 162:2-162:23 | |
| 106:23-107:4 | F.R.E. 402 | | |
| 108:7-16 | | | |
| 109:12-110:1 | F.R.E. 701 | 110:2-17 | |
| | | 162:2-162:23 | |
| 141:17-142:16 | | 142:25-143:15 | |
| | | 166:1-12 | |
| 142:25-143:9 | | 143:10-15 | |
| 147:23-148:4 | F.R.E. 402 | | |

II.   **JEFFREY LEACH (NOV. 13, 2012)**

| Qualcomm's Designations | ParkerVision's Objections | ParkerVision's Counter-Designations | Qualcomm's Objections to ParkerVision's Counter-Designations |
|---|---|---|---|
| 9:5-20 | | | |
| 133:3-9 | | | |
| 133:15-19 | | | |
| 133:25-134:3 | | 134:4-23 | |
| 138:23-139:8 | | 138:15-22 | |
| 184:14-16 | | 184:6-13<br>184:17-21 | |
| 184:22-185:1 | | 184:17-21<br>185:2-6<br>192:8-19 | |
| 185:18-19 | F.R.E. 403; 702 | | |
| 201:17-202:11 | | | |
| 207:1-208:10 | | 206:19-25 | |
| 208:17-209:3 | | 209:4-5 | |
| 210:20-22 | | 210:14-19<br>210:23-211:2<br>213:10-12<br>213:15-21<br>213:23-214:4 | |
| 214:21-24 | | 213:23-214:4 | |
| 217:16-19 | | 217:10-15 | Improper counter-designation; 802; 602 |
| 217:25-218:3 | | 217:20-24 | Improper counter-designation; 802; 602 |
| 219:14-220:3 | | 219:6-13 | |

3

### III.     PETER WEISSKOPF (MAY 10, 2013)

| Qualcomm's Designations | ParkerVision's Objections | ParkerVision's Counter-Designations | Qualcomm's Objections to ParkerVision's Counter-Designations |
|---|---|---|---|
| 5:9-11 | | | |
| 44:5-20 | | 44:21-45:12 | Improper counter-designation; 802; 403 |
| 45:13-16 | | | |
| 46:9-12 | | | |
| 47:1-48:16 | | 150:25-151:12 | Improper counter-designation; 802 |
| 50:9-16 | | 150:25-151:12 | Improper counter-designation; 802 |
| 51:16-52:20 | | 150:25-151:12 | Improper counter-designation; 802 |
| 53:15-23 | | 53:4-14 | |
| | | 53:24-54:7 | |
| | | 55:5-56:6 | Improper counter-designation; 802 |
| | | 150:25-151:12 | Improper counter-designation; 802 |
| 54:14-19 | | 150:25-151:12 | Improper counter-designation; 802 |
| 59:9-13 | | 59:14-19 | |
| | | 150:25-151:12 | Improper counter-designation; 802 |
| 61:12-16 | | | |
| 62:5-21 | | | |
| 64:6-20 | | | |
| 65:7-16 | | 65:17-66:20 | Improper counter-designation; 802 |

5

| Qualcomm's Designations | ParkerVision's Objections | ParkerVision's Counter-Designations | Qualcomm's Objections to ParkerVision's Counter-Designations |
|---|---|---|---|
|  |  | 66:25-67:18 | Improper counter-designation; 802 |
| 68:15-18 |  | 68:6-14 |  |
|  |  | 68:19-22 |  |
| 73:24-74:10 |  | 69:15-20 | Improper counter-designation; 802 |
|  |  | 72:5-12 | Improper counter-designation; 802; 403 |
|  |  | 74:11-23 |  |
|  |  | 87:14-88:1 | Improper counter-designation; 802 |
|  |  | 150:25-151:12 | Improper counter-designation; 802 |