**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PARKERVISION, INC.,

        Plaintiff,

v.                                      Case No. 3:11-cv-719-RBD-TEM

QUALCOMM INCORPORATED,

        Defendant.

**ORDER**

This matter comes before the Court on the following matters:

1. The Motion to Phase Trial Proceedings filed by Defendant Qualcomm Incorporated (Doc. 322) filed August 29, 2013;

2. The Response to Defendant's Motion to Phase Trial Proceedings filed by Plaintiff Parkervision, Inc. (Doc. 347) filed September 16, 2013;

3. The Motions in Limine filed by Defendant Qualcomm Incorporated (Doc. 325) filed August 29, 2013;

4. The Response to Defendant's Motions in Limine filed by Plaintiff Parkervision, Inc. (Doc. 345) filed September. 16, 2013;

5. The Opposed Motion for Rule 37 Sanctions and Motions in Limine filed by Plaintiff Parkervision, Inc. (Doc. 323) filed August 29, 2013; and

6.    The Response to Plaintiff's Opposed Motion for Rule 37 Sanctions and Motions in Limine filed by Defendant Qualcomm Incorporated (Doc. 348) filed September. 16, 2013.

## INTRODUCTION

On September 19, 2013, the Court held a Pretrial Conference (the "PTC"). At the PTC, the parties withdrew certain Motions in Limine and offered argument concerning others. (Docs. 360, 365.) The parties also presented argument concerning Defendant's Motion to Phase Trial Proceedings. Based on the written submissions and the parties' arguments and representations at the PTC, the Court ruled on the pending motions as set forth below.

## THE MOTION TO PHASE TRIAL

The Court **Granted in Part and Denied in Part** the Motion to Phase Trial Proceedings filed by Defendant Qualcomm Incorporated (the "Motion to Phase")). (Doc. No. 365 pp. 15-16, 22.) The Motion to Phase is **denied** to the extent that Qualcomm requested that the issues of indirect infringement be tried separately from direct infringement. The Motion to Phase is **granted** to the extent that Qualcomm requested that the issues of willful infringement and damages be tried in a separate phase from the issues of validity and direct and indirect infringement.

One trial will be held in this matter before a single jury, but the trial will be divided into two phases. In the first phase, the parties will present the issues of validity and direct and indirect infringement to the jury. After the jury renders a verdict in the first phase, then, if necessary, the trial will proceed to the second phase. In the second phase, the parties will present the issues of damages and willfulness. The Court will instruct the jury that it may consider evidence presented in phase one to resolve the matters presented to them in phase two. Each side will be given a total of twenty hours for both phases to present their respective cases – not counting forty-five minutes per side for opening statements and forty-five minutes per side for closing statements.

2

## THE MOTIONS IN LIMINE ("MIL")

**1. Qualcomm's Motions in Limine**

**A. MIL 1**

The Court **Reserved Ruling** on Qualcomm's MIL 1 (Doc. 365, pp. 23-24 & 30-31).

**B. MIL 2**

The Court **Denied as Moot** Qualcomm's MIL 2 (*Id.* at p. 52).

**C. MIL 3**

The Court **Denied as Moot** Qualcomm's MIL 3 (*Id.* at pp.52-54).

**D. MIL 4**

The Court **Denied as Moot** Qualcomm's MIL 4 (*Id.* at pp. 57).

**E. MIL 5**

The Court **Denied as Moot** Qualcomm's MIL 5 (*Id.* at p. 81).

**F. MIL 6**

The Court **Reserved Ruling** on Qualcomm's MIL 6 (*Id.* at p. 82).

**G. MIL 7**

The Court **Denied** Qualcomm's MIL 7 (*Id.* at pp. 57-58).

**H. MIL 8**

The Court **Denied as Moot** Qualcomm's MIL 8 (*Id.* at p. 81).

**I. MIL 9**

The Court **Denied as Moot** Qualcomm's MIL 9 (*Id.* at p. 57).

**J. MIL 10**

The Court **Reserved Ruling** on Qualcomm's MIL 10 (*Id.*).

**K. MIL 11**

The Court **Denied as Moot** Qualcomm's MIL 11 (*Id.* at pp. 58).

**L. MIL Number Twelve**

      The Court **Denied as Moot** Qualcomm's MIL 12 (*Id.* at p. 82).

**2. Parkervision's Motions in Limine**

    **A. MIL A.1**

    The Court **Denied as Moot** Parkervision's MIL A.1 (*Id.* at p. 59).

    **B. MIL A.2**

    The Court **Reserved Ruling** on Parkervision's MIL A.2 (*Id.* at p. 59).

    **C. MIL A.3**

    The Court **Denied as Moot** Parkervision's MIL A.3 (*Id.* at pp. 60-61).

    **D. MIL A.4**

    The Court **Denied as Moot** Parkervision's MIL A.4 (*Id.* at p. 61).

    **E. MIL B.1**

    The Court **Denied as Moot** Parkervision's MIL B.1 (*Id.* at p. 83).

    **F. MIL C.1**

    The Court **Granted** Parkervision's MIL C.1 as it relates to the tutorial testimony from Mr. Sorrells and Mr. Fox (*Id.* at p. 63-64).

    **G. MIL D.1**

    The Court **Denied as Moot** Parkervision's MIL D.1 (*Id.*).

    **H. MIL D.2**

    The Court **Reserved Ruling** on Parkervision's MIL D.2 (*Id.* at pp. 65, 105-106).

    **I. MIL E.1**

    The Court **Reserved Ruling** on Parkervision's MIL E.1 (*Id.* at pp. 65-67, 71-72).

    **J. MIL F.1**

    The Court **Granted Without Prejudice** Parkervision's MIL F.1 (*Id.* at p. 72, 75).

    **K. MIL G.1**

    The Court **Reserved Ruling** on Parkervision's MIL G.1 (*Id.* at p. 76-77).

    **L. MIL H.1**

    The Court **Reserved Ruling** on Parkervision's MIL H.1 (*Id.* at pp. 79).

**M. MIL H.2**

The Court **Reserved Ruling** on Parkervision's MIL H.2 (*Id.* at p. 83-84).

**N. MIL I.1**

The Court **Reserved Ruling** on Parkervision's MIL I.1 (*Id.* at p.80).

**O. MIL J.1**

The Court **Reserved Ruling** on Parkervision's MIL J.1 (*Id.*).

**P. MIL K.1**

The Court **Denied in part as Moot** Parkervision's MIL K.1 as to all unproduced documents except the timely produced VIA documents (*Id.* at pp. 31-32). The Court otherwise **Granted** Parkervision's MIL K.1 with the caveat that documents that were timely produced and documents that were otherwise in Parkervision's possession will not be excluded pursuant to Rule 37 (*Id.* at pp. 43-44).

**Q. MIL K.2**

The Court **Granted** Parkervision's MIL K.2 with the caveat that Jong-Kwon Im may be produced and may be permitted to testify outside the presence of the jury in connection with the Court's consideration of evidence related to equitable issues (*Id.* at pp. 44, 51).

**R. MIL K.3**

The Court **Granted in Part** Parkervision's MIL K.3 to preclude Qualcomm's expert witness from particularly identifying vendors with whom he spoke in reaching his opinions in this matter (*Id.*).

**S. MIL K.4**

The Court **Denied Without Prejudice** Parkervision's MIL K.4 (*Id.* at pp. 80-81).

## CONCLUSION

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. The Motion to Phase Trial Proceedings filed by Defendant Qualcomm Incorporated (Doc. 322) is **DENIED IN PART AND GRANTED IN PART**;

2. The Motions in Limine filed by Defendant Qualcomm Incorporated (Doc. 325) are **DENIED IN PART, GRANTED IN PART, and RULING IS RESERVED IN PART**; and

3. The Opposed Motion for Rule 37 Sanctions and Motions in Limine filed by Plaintiff Parkervision, Inc. (Doc. 323) are **DENIED IN PART, GRANTED IN PART, and RULING IS RESERVED IN PART.**

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, on September 27, 2013.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record