UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| PARKER VISION, INC.<br>v.<br>QUALCOMM, INC. | | CASE NO. 3:11-cv-719-J-37TEM | |
|---|---|---|---|
| JUDGE | Roy B. Dalton, Jr.<br>U.S. District Judge | COUNSEL FOR PLAINTIFF | Douglas Cawley<br>Josh Budwin<br>Leah Baratti<br>Kevin Kneupper<br>Steve Busey |
| DEPUTY CLERK | Virginia Flick | COUNSEL FOR DEFENDANT | Stephen Neal<br>Keith Hummel<br>Timothy Teter<br>Ben Damstedt<br>Jeffrey Karr<br>Courtney Grimm |
| COURT REPORTER | Amie First | INTERPRETER | n/a |
| DATE AND TIME | 9/30/13 1:13 pm - 4:24 pm | TOTAL TIME | 3/11 |

PROCEEDINGS OF: DAUBERT MOTION HEARING (Doc 291 and 292)

Expert Witness; Paul Christopher Benoit

Argument heard

Expert Witness: Greogry Keith Leonard

Argument heard

Motions taken under advisement

Issues as to demonstrative exhibits

Discuss other miscellaneous trial items - Rule will be invoked; does not apply to corporate representatives or experts