# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| PARKERVISION, INC., *Plaintiff*, v. QUALCOMM INCORPORATED, *Defendant*. | Case No. 3:11-cv-719-J-37-TEM |

## UNOPPOSED MOTION TO WITHDRAW

Pursuant to Rule 2.03, Local Rules, United States District Court, Middle District of Florida, Defendant Qualcomm Incorporated requests an Order allowing Steven A. Moore, Kurt Kjelland, Nicole Cunningham, and Richard W. Thill, along with the firm Goodwin Procter, LLP to withdraw as counsel of record for Qualcomm in this action. In support of this motion, Qualcomm says:

1. This court granted a Motion to Appear Pro Hac Vice filed on behalf of Attorneys Steven A. Moore, Kurt Kjelland, Nicole Cunningham, and Richard W. Thill of the firm Goodwin Procter, LLP.

2.     Steven A. Moore, Kurt Kjelland, Nicole Cunningham, and Richard W. Thill are no longer with the Goodwin Procter firm and they will no longer be representing Qualcomm in this action, yet all other admitted counsel from the law firms Cravath, Swaine & Moore LLP, Cooley, LLP, and Bedell, Dittmar, DeVault, Pillans & Coxe, P.A. will continue to represent Qualcomm in this action.

3.     Attorneys Steven A. Moore, Kurt Kjelland, Nicole Cunningham, Richard W. Thill and Goodwin Procter request permission to withdraw as counsel of record for Qualcomm, and that they be removed from the CM/ECF service list of this action.

4.     Notice to Qualcomm and opposing counsel has been given in accordance with Rule 2.03, Local Rules, United States District Court, Middle District of Florida.

**WHEREFORE,** Defendant Qualcomm requests that the Court grant the motion allowing Steven A. Moore, Kurt Kjelland, Nicole Cunningham, and Richard W. Thill, along with Goodwin Procter to withdraw as counsel of record for Qualcomm.

## RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for ParkerVision, and counsel for ParkerVision has no objection to this motion.

## MEMORANDUM OF LAW

Qualcomm Incorporated's Motion for Steven A. Moore, Kurt Kjelland, Nicole Cunningham, Richard W. Thill and the firm of Goodwin Procter, LLP to Withdraw as Counsel should be granted pursuant to Rule 2.03, Local Rules, United States District Court, Middle District of Florida.

Respectfully submitted,

      BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
      Professional Association

By:   s/John A. DeVault, III
      John A. DeVault, III
      Florida Bar No. 103979
      E-mail: jad@bedellfirm.com
      Courtney K. Grimm
      Florida Bar No. 953740
      E-mail: cgrimm@bedellfirm.com
      The Bedell Building
      101 East Adams Street
      Jacksonville, Florida 32202
      Telephone:   (904) 353-0211
      Facsimile:    (904) 353-9307

      -and-

CRAVATH, SWAINE & MOORE LLP
      Keith R. Hummel (admitted pro hac vice)
      E-mail: khummel@cravath.com
      David Greenwald (admitted pro hac vice)
      E-mail: dgreenwald@cravath.com
      Worldwide Plaza
      825 Eighth Avenue
      New York, New York 10019
      Telephone:   (212) 474-1000
      Facsimile:    (212) 474-3700

      -and-

COOLEY LLP
Stephen C. Neal (admitted pro hac vice)
E-mail: nealsc@cooley.com
Timothy S. Teter (admitted pro hac vice)
E-mail: teterts@cooley.com
3000 El Camino Real
5 Palo Alto Square
Palo Alto, California  94306
Telephone: (650) 843-5182
Facsimile: (650) 849-7400

*Counsel for Defendant, Counterclaim Plaintiff Qualcomm Incorporated*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __1st__ day of October, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/John A. DeVault, III
John A. DeVault, III
Florida Bar No. 103979
E-mail: jad@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile:  (904) 353-9307

*Counsel for Defendant, Counterclaim Plaintiff Qualcomm Incorporated*