**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PARKERVISION, INC., )
    Plaintiff, )
 )
v. )  Case No. 3:11-cv-719-J-37TEM
 )
QUALCOMM INCORPORATED, )
 )
    Defendant. )
_____ )

**JOINT MOTION TO AMEND ORDER ALLOWING FOR ELECTRONIC EQUIPMENT FOR TRIAL BEGINNING OCTOBER 7, 2013**

Plaintiff ParkerVision and Defendant Qualcomm Incorporated move pursuant to Local Rule 4.11(b) for an amended Order adding individuals to the list of those authorized to bring the allowed electronic equipment to the trial beginning October 7, 2012 in Courtroom 4A in the United States District Courthouse, 401 West Central Boulevard, Orlando, Florida, and in support say:

    1.    On September 6, 2013, an Order was entered granting the parties' Joint Motion for Leave to Bring Electronic Equipment to the Trial (Doc. No. 327), which was amended on September 20, 2013 (Doc. No. 362). The Orders set forth the individuals authorized to bring the allowed electronic devices into the courthouse.

    2.    Qualcomm seeks authority to add Michael Bagdon, Scott Berk and Matthew Pierce to the list of Qualcomm individuals authorized to bring the allowed electronic equipment into the Courthouse for trial.

3.     ParkerVision seeks authority to add Paul Benoit to the list of ParkerVision individuals authorized to bring a cell phone into the Courthouse for trial.

**WHEREFORE,** Plaintiff ParkerVision and defendant Qualcomm request that the Court allow the requested additions to the list of individuals authorized to bring the allowed electronic equipment into the Courthouse for the trial beginning October 7, 2013.

10/2/2013

Respectfully submitted,

| **McKOOL SMITH, P.C.** | **SMITH HULSEY & BUSEY** |
|---|---|
| /s/ *Douglas A. Cawley* | /s/ *James A. Bolling* |
| Douglas A. Cawley, Lead Attorney | Stephen D. Busey |
| Texas State Bar No. 04035500 | James A. Bolling |
| E-mail: dcawley@mckoolsmith.com | Florida Bar Number 117790 |
| Richard A. Kamprath | Florida Bar Number 901253 |
| Texas State Bar No.: 24078767 | 225 Water Street, Suite 1800 |
| rkamprath@mckoolsmith.com | Jacksonville, Florida 32202 |
| Ivan Wang | (904) 359-7700 |
| Texas State Bar No.: 24042679 | (904) 359-7708 (facsimile) |
| E-mail: iwang@mckoolsmith.com | jbolling@smithhulsey.com |
| 300 Crescent Court, Suite 1500 | |
| Dallas, Texas 75201 | **ATTORNEYS FOR PLAINTIFF** |
| Telephone: (214) 978-4000 | **PARKERVISION, INC.** |
| Telecopier: (214) 978-4044 | |

Kevin L. Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Josh W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
Leah Buratti
Texas State Bar No. 24064897
lburatti@mckoolsmith.com
Mario A. Apreotesi
Texas State Bar No. 24080772
mapreotesi@mckoolsmith.com
Kevin Kneupper
Texas State Bar No. 24050885
kkneupper@mckoolsmith.com
James Quigley
Texas State Bar No. 24075810
jquigley@mckoolsmith.com
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

**COOLEY LLP**

   Stephen C. Neal (Trial Counsel)
   E-mail: nealsc@cooley.com
   Timothy S. Teter
   E-mail: teterts@cooley.com
   3000 El Camino Real
   5 Palo Alto Square
   Palo Alto, California  94306
   Telephone: (650) 843-5182
   Facsimile: (650) 849-7400

**CRAVATH, SWAINE & MOORE LLP**

   Keith R. Hummel(Trial Counsel)
   E-mail: khummel@cravath.com
   David Greenwald
   E-mail: dgreenwald@cravath.com
   Worldwide Plaza
   825 Eighth Avenue
   New York, New York  10019
   Telephone:  (212) 474-1000
   Facsimile:  (212) 474-3700

**ATTORNEYS FOR DEFENDANT
QUALCOMM INCORPORATED**

**BEDELL, DITTMAR, DEVAULT,
PILLANS & COXE, P.A.**

By  /s/ Courtney K. Grimm
John A. DeVault, III
Florida Bar Number 103979
E-mail: jad@bedellfirm.com
Courtney K. Grimm
Florida Bar Number 953740
E-mail: cgrimm@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida  32202
Telephone:  (904) 353-0211
Facsimile:  (904) 353-9307

## CERTIFICATE OF SERVICE

      I hereby certify that on October 2, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

                                                                  s/Courtney K. Grimm
Courtney K. Grimm
Florida Bar No. 953740
E-mail: cgrimm@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone:  (904) 353-0211
Facsimile:  (904) 353-9307