UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| PARKER VISION, INC.<br>v.<br>QUALCOMM, INC. | | CASE NO. 3:11-cv-719-J-37TEM | |
|---|---|---|---|
| JUDGE | Roy B. Dalton, Jr.<br>U.S. District Judge | COUNSEL FOR PLAINTIFF | Douglas Cawley / Don Nichols **/** Kevin Kneupper **/** Kevin Burgess **/** Steven Busey **/** Josh Budwin / Leah Buratti |
| DEPUTY CLERK | Virginia Flick | COUNSEL FOR DEFENDANT | Stephen Neal / Timothy Teter<br>John DeVault |
| COURT REPORTER | Amie First | DATE | October 8, 2013 |
| TIME | 8:57 am - 12:15pm<br>1:30 pm - 4:51 pm | TOTAL TIME | 6/39 |

CLERK'S MINUTES

**PROCEEDINGS OF:   JURY SELECTION and TRIAL**

Initial matters before the Court.

Plaintiff's Exhibits: admitted en mass - 1, 2, 3, 4, 33, 34, 36, 37, 39, 40, 45, 46, 47, 48, 49, 54, 55, 56, 57, 63, 64 ,68, 69, 70, 72, 73, 74, 76, 77, 80, 83, 85, 86, 87, 88, 89, 90, 91, 92, 96, 97, 98,99, 103, 104, 114, 115,123,129, 131, 137, 138, 139, 140, 144, 149, 151, 152, 154, 156, 160, 162, 163, 168, 177, 207, 211, 213, 215, 279, 307, 308, 309, 321, 322, 385, 459, 464, 465, 487, 494, 496, 499, 504, 505, 506, 511, 518,523, 542, 566, 571, 572, 584, 610, 612, 613, 617, 618, 621, 631, 652, 699, 700, 744, 846, 847, 848, 849, 850, 851, 852, 853, 889, 892, 893, 894, 895, 896, 897, 898, 899, 900, 901, 902, 903, 904, 906, 907, 909, 910, 911, 912, 913, 914, 915, 916, 917,918, 919, 920, 921, 922, 923, 924, 925, 926, 927, 928, 929, 930, 931, 932, 938, 959, 978, 999, 1000, 1003

Defendant's Exhibits: admitted en mass - 23, 24, 33, 37, 40, 43, 47, 49, 62, 84, 88, 91, 93, 94, 99, 118, 121, 124, 132, 136, 137, 145, 364, 369, 380, 393, 394, 395, 422, 437, 486, 487, 488, 489, 499, 505, 515, 517, 523, 527, 528, 530, 532, 533, 534, 541, 543, 544,546,549,599,604, 605, 607, 627, 628, 708, 709, 712, 722,723, 724, 726, 730, 733, 734,738, 740, 741, 756, 797, 805, 812, 817, 819, 833, 864, 877, 878, 894, 909, 920, 921, 925,927, 944, 945, 946, 949, 950, 951, 953, 954, 955, 985, 993, 1064,1065, 1102, 1113, 1114, 1157, 1163, 1198, 1204, 1227, 1235, 1236, 1268, 1277, 1282, 1316, 1615, 1636, 1638,1639,1640, 1642,1645, 1647,1649, 1650, 1651, 1653, 1654,1655, 1656, 1659 1664, 1667, 1671, 1672,1673, 1674, 1675, 1677, 1678, 1692, 1693, 1694, 1695, 1696, 1702, 1703, 1704, 1713, 1706, 1714, 1715,1716, 1717, 1718, 1719, 1729, 1746,

Parkervision v Qualcomm, Case No. 3:11-cv-719-J-37TEM continuation of minutes

---

Plaintiff's Witnesses:   David Sorrells (continuation), Dr. Charles Wheatly (via video deposition)

Defendant's Exhibits: 835, 421, 435

Plaintiff's Oral Motion to Strike Witness Mark Davis - GRANTED.  Mark Davis will not be permitted to testify nor shall the late produced VIA documents be used


Jury recessed.  Court will re-convene at 9:00 a.m. on Wednesday, October 9, 2013.