UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| PARKER VISION, INC.<br>v.<br>QUALCOMM, INC. | | CASE NO. 3:11-cv-719-J-37TEM | |
|---|---|---|---|
| JUDGE | Roy B. Dalton, Jr.<br>U.S. District Judge | COUNSEL FOR PLAINTIFF | Douglas Cawley / Don Nichols / Kevin Kneupper / Kevin Burgess / Steven Busey / Josh Budwin / Leah Buratti |
| DEPUTY CLERK | Virginia Flick | COUNSEL FOR DEFENDANT | Stephen Neal / Timothy Teter<br>John DeVault |
| COURT REPORTER | Amie First | DATE | October 10, 2013 |
| TIME | 9:02 am - 12:30 pm<br>1:45 pm - 5:20 pm | TOTAL TIME | 7/03 |

CLERK'S MINUTES

**PROCEEDINGS OF:   JURY TRIAL**

Initial matters before the Court.

Defendant's Exhibits: 85, 90, 113, 357, 428, 466, 713, 1106, 1109, 1276, 1701

Plaintiff's Witnesses:  Paul Prucnal (continued)

Joint Exhibits: 99 (joint stipulation)

Plaintiff rests.

Defendant's Motion for Judgment as a Matter of Law as to direct and indirect infringement as to all claims and all products in suit - under advisement

Plaintiff's Motion for Judgment as a Matter of Law to be submitted in writing

Jury recessed.  Court will re-convene at 9:00 a.m. on Friday, October 11, 2013.