| UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF FLORIDA<br>JACKSONVILLE DIVISION | |||
|---|---|---|---|
| PARKER VISION, INC.<br>v.<br>QUALCOMM, INC. | | CASE NO. 3:11-cv-719-J-37TEM | |
| JUDGE | Roy B. Dalton, Jr.<br>U.S. District Judge | COUNSEL FOR PLAINTIFF | Douglas Cawley / Don Nichols / Kevin Kneupper / Kevin Burgess / Steven Busey / Josh Budwin / Leah Buratti |
| DEPUTY CLERK | Virginia Flick | COUNSEL FOR DEFENDANT | Stephen Neal / Timothy Teter<br>John DeVault |
| COURT REPORTER | Amie First | DATE | October 11, 2013 |
| TIME | 9:06 am - 12:27 pm<br>1:45 pm - 5:07 pm | TOTAL TIME | 6/43 |

## CLERK'S MINUTES

**PROCEEDINGS OF:   JURY TRIAL**

Initial matters before the Court.

Defendant permitted to submit written submission on Motion for Judgment as a Matter of Law

Defendant's Exhibits: 139, 301, 615, 1163, 1710, 1752, 1150

Plaintiff's Exhibits: 304

Defendant's Witnesses: Behzad Razavi

Ruling on Daubert Motions (Doc 285 and 288) - written order to enter

Jury recessed.  Court will re-convene at 9:00 a.m. on Tuesday, October 14, 2013.