# EXHIBIT A

OUTSIDE ATTORNEYS' EYES ONLY

**EXPERT REPORT OF TIM A. WILLIAMS CONCERNING OBJECTIVE INDICIA OF NONOBVIOUSNESS**

PARKERVISION V. QUALCOMM

CASE NO. 3:11-CV-719-J-37-TEM

having nothing to do with downconversion, much less with the improvements in downconversion ParkerVision has claimed its technology offers.

167. Consider the RTR8600 chip, which has functionalities generally representative of Qualcomm's transceiver chips.[241] Here are examples of the many functionalities the RTR8600 possesses:

- Transmit and receive RF signals on multiple operating bands, including the CDMA, LTE, and GSM bands;[242]

- "RadioOne technology" to downconvert received RF signals directly to baseband and upconvert baseband signals directly to carrier frequencies;[243]

- Gain-stepped LNAs to extend dynamic range and separate downconverters for each receive path;[244]

- Simultaneous signal processing technology, including mobile receive diversity, simultaneous hybrid dual receiver (SHDR) operation during CDMA mode, and simultaneous global navigation satellite system (GNSS) operation.[245]

168. The RTR8600 also uses many innovative RF receive and transmit techniques that lead to substantial power reduction having nothing to do with the method of downconversion the chip uses.[246] For example:

---

[241] The following Accused Products are transceiver chips: FTR8700, MXC6369, MXU6219, QTR8615, QTR8615L, QTR9215, RTR6236, RTR6237, RTR6280, RTR6285, RTR6285A, RTR6500, RTR8600, RTR8601, RTR8605 and WTR1605. *See* Exhibit B to the Declaration of Jim Tran in support of Qualcomm's Opposition to ParkerVision's Motion to Compel Qualcomm's Responses to Interrogatory Nos. 4 and 9, and for Qualcomm to Produce Correspondence with Subpoenaed Third Parties, dated September 24, 2012.

[242] *See, e.g.*, QCPV000198963-9007 at QCPV000198970.

[243] *See, e.g., id.* at QCPV000198972-973.

[244] *See, e.g., id.* at QCPV000198982.

[245] *See, e.g., id.*

[246] *See, e.g., id.* at QCPV000198972-973, QCPV000198980, QCPV000198995.