# EXHIBIT B INTENTIONALLY OMITTED TO BE FILED UNDER SEAL