UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| PARKER VISION, INC.<br>v.<br>QUALCOMM, INC. | | CASE NO. 3:11-cv-719-J-37TEM | |
|---|---|---|---|
| JUDGE | Roy B. Dalton, Jr.<br>U.S. District Judge | COUNSEL FOR PLAINTIFF | Douglas Cawley / Don Nichols / Kevin Kneupper / Kevin Burgess / Steven Busey / Josh Budwin / Leah Buratti |
| DEPUTY CLERK | Virginia Flick | COUNSEL FOR DEFENDANT | Stephen Neal / Timothy Teter<br>John DeVault |
| COURT REPORTER | Amie First | DATE | October 15, 2013 |
| TIME | 8:59 am - 12:14 pm<br>1:38 pm - 5:08 pm | TOTAL TIME | 6/45 |

CLERK'S MINUTES

**PROCEEDINGS OF:   JURY TRIAL**

Initial matters before the Court.

    Discussion of timetable as to the remainder of the case

Defendant's Exhibits: 469, 491, 714, 718, 1652, 1736

Defendant's Stipulations read into record

Defendant rests

Plaintiff s Renewed Motion for Judgment as a Matter of Law

Plaintiff  - no rebuttal and rests

Defendant's Renewed Motion for Judgment as a Matter of Law

Charge conference.

Closing Arguments

Court's instructions to jury.

Jury began their deliberations at 4:10 p.m.

Jury recessed.  Court will re-convene at 9:00 a.m. on Wednesday, October 16, 2013.