UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| PARKER VISION, INC.<br>v.<br>QUALCOMM, INC. | | CASE NO. 3:11-cv-719-J-37TEM | |
|---|---|---|---|
| JUDGE | Roy B. Dalton, Jr.<br>U.S. District Judge | COUNSEL FOR PLAINTIFF | Douglas Cawley / Don Nichols / Kevin Kneupper / Kevin Burgess / Steven Busey / Josh Budwin / Leah Buratti |
| DEPUTY CLERK | Virginia Flick | COUNSEL FOR DEFENDANT | Stephen Neal / Timothy Teter<br>John DeVault |
| COURT REPORTER | Amie First | DATE | October 16, 2013 |
| TIME: 9:01-9:05 am / 9:39-9:46 am / 12:04-12:06 pm / 1;22-1:24 pm / 2:13-2:15 pm; 3:19 - 3:21 pm/ 4:55-4:59 pm | | TOTAL TIME | 0/24 |

## CLERK'S MINUTES

**PROCEEDINGS OF:   JURY TRIAL**

Initial matters before the Court.

Jury resumes deliberations at 9:10 am

Plaintiff's Exhibit 4072 withdrawn (entered in error); Plaintiff's Exhibit 4027 admitted

Note from Jury to Court - Court Exhibit 3

Jury recesses for lunch at 12:06

Jury resumes deliberations at 1:23 pm

Note from Jury to Court - Court Exhibit 4

Note from Jury to Court - Court Exhibit 5

Jury recessed.  Court will re-convene at 9:15 a.m. on Thursday, October 17, 2013.