## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| PARKER VISION, INC.<br>v.<br>QUALCOMM, INC. | | CASE NO. 3:11-cv-719-J-37TEM | |
|---|---|---|---|
| JUDGE | Roy B. Dalton, Jr.<br>U.S. District Judge | COUNSEL FOR PLAINTIFF | Douglas Cawley / Don Nichols **/** Kevin Kneupper **/** Kevin Burgess **/** Steven Busey **/** Josh Budwin / Leah Buratti |
| DEPUTY CLERK | Virginia Flick | COUNSEL FOR DEFENDANT | Stephen Neal / Timothy Teter<br>John DeVault |
| COURT REPORTER | Amie First | DATE | October 17, 2013 |
| TIME: 9:27-9:34 am / 11:22-12:13 pm; 1:51- 5:05 pm | | TOTAL TIME | 4/12 |

## CLERK'S MINUTES

**PROCEEDINGS OF:   JURY TRIAL**

Initial matters before the Court.

Jury resumes deliberations at 9:34 am

Jury returns with a verdict in phase one at 11:23 a.m.   Jury polled

Filed in Open Court - Jury Verdict

Commence damages phase

Argument on exclusion on Dr. Benoit testimony and the Nash bargaining solution - permit testimony, deny motion in limine

Defendant stated concerns that the symbol deal at page 23 not addressed in Daubert order - Court excludes as a comparator

Defendant Renew Judgment as a Matter of Law or in the alternative for a new trial- Court reserves ruing

Plaintiff's Exhibits: 483, 507, 533, 534, 629, 630, 642, 653, 656, 661, 662, 669, 673, 674, 675, 678, 680, 1043

Defendant's Exhibits: 99, 116

Court gave preliminary instructions on damages to the jury.

Parkervision v Qualcomm, Case No. 3:11-cv-719-J-37TEM continuation of minutes

Opening statements by counsel.

Plaintiff's Witnesses: Jeffrey Parker, Paul Benoit

Jury recessed.  Court will re-convene at 9:00 a.m. on Friday, October 18, 2013.