UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PARKERVISION, INC.,

    Plaintiff,

v.                                      Case No. 3:11-cv-719-J-37-RBD-TEM

QUALCOMM INCORPORATED,

    Defendant.

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's Charge. Do you, the jury, find the following:

### FINDINGS ON INFRINGEMENT

1.    Has ParkerVision proven by a preponderance of the evidence that any of Qualcomm's Accused Products infringe any of the following claims of the following patents?

Please answer "Yes" or "No" for each claim.

| U.S. Patent No. 6,061,551 | |
|---|---|
| Claim 23 | YES |
| Claim 25 | YES |
| Claim 161 | YES |
| Claim 193 | YES |
| Claim 202 | YES |
| U.S. Patent No. 6,266,518 | |

McKool 912678v4

1

| | |
|---|---|
| Claim 27 | YES |
| Claim 82 | YES |
| Claim 90 | YES |
| Claim 91 | YES |
| **U.S. Patent No. 6,370,371** | |
| Claim 2 | YES |
| **U.S. Patent No. 7,496,342** | |
| Claim 18 | YES |

2.   If you answered yes to any part of Question 1, please place a checkmark next to those Accused Products that you find to infringe.

| | |
|---|---|
| Astra | ✓ |
| Bahama | ✓ |
| Eagleray | ✓ |
| GZIF3 | ✓ |
| GZIF4 | ✓ |
| Halley | ✓ |
| Hercules | ✓ |
| Iceman | ✓ |
| Iris | ✓ |
| Libra/Gemini | ✓ |
| Magellan | ✓ |
| Marimba | ✓ |
| Merlin | ✓ |
| Napoleon | ✓ |
| Odyssey | ✓ |
| Ramsis | ✓ |

McKool 912678v4

| | |
|---|---|
| Solo | ✓ |
| Volans | ✓ |
| Voltron | ✓ |
| Ywing | ✓ |

## FINDINGS ON INVALIDITY

3. For each claim, has Qualcomm proven by clear and convincing evidence that the claim is anticipated?

Please answer "Yes" or "No" for each claim.

| U.S. Patent No. 6,061,551 | |
|---|---|
| Claim 23 | NO |
| Claim 25 | NO |
| Claim 161 | NO |
| Claim 193 | NO |
| Claim 202 | NO |
| **U.S. Patent No. 6,266,518** | |
| Claim 27 | NO |
| Claim 82 | NO |
| Claim 90 | NO |
| Claim 91 | NO |
| **U.S. Patent No. 6,370,371** | |
| Claim 2 | NO |
| **U.S. Patent No. 7,496,342** | |

3

McKool 912678v4

|  |  |
|---|---|
| Claim 18 | NO |

You are finished. The Jury Foreperson should sign on the space provided at the end of this charge and then alert the Court Security Officer that you have reached a verdict.

The foregoing is the unanimous verdict of the jury.

DATED: October 17, 2013.

_____
Signature of Jury Foreperson