### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| PARKER VISION, INC.<br>v.<br>QUALCOMM, INC. | | CASE NO. 3:11-cv-719-J-37TEM | |
|---|---|---|---|
| JUDGE | Roy B. Dalton, Jr.<br>U.S. District Judge | COUNSEL FOR PLAINTIFF | Douglas Cawley / Don Nichols / Kevin Kneupper / Kevin Burgess / Steven Busey / Josh Budwin / Leah Buratti |
| DEPUTY CLERK | Virginia Flick | COUNSEL FOR DEFENDANT | Stephen Neal / Timothy Teter<br>John DeVault |
| COURT REPORTER | Amie First | DATE | October 18, 2013 |
| TIME: | 8:57 - 12:07 pm | TOTAL TIME | 3/10 |

### CLERK'S MINUTES

**PROCEEDINGS OF:   JURY TRIAL**

Initial matters before the Court.

Correction to record - Plaintiff's Exhibit 431 is actually Joint Exhibit 44

Plaintiff's Exhibits: 376, 377, 387, 392, 408, 514, 598, 599, 655, 671, 724, 725, 991 - 997

Joint Exhibits: 100 - 108

Plaintiff's Witnesses: Paul Benoit (continued)

Initial discussion on jury instruction

Jury recessed.  Court will re-convene at 9:00 a.m. on Monday, October 21, 2013.