UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| PARKER VISION, INC.<br>v.<br>QUALCOMM, INC. | | CASE NO. 3:11-cv-719-J-37TEM | |
|---|---|---|---|
| JUDGE | Roy B. Dalton, Jr.<br>U.S. District Judge | COUNSEL FOR PLAINTIFF | Douglas Cawley / Don Nichols **/** Kevin Kneupper **/** Kevin Burgess **/** Steven Busey **/** Josh Budwin / Leah Buratti |
| DEPUTY CLERK | Virginia Flick | COUNSEL FOR DEFENDANT | Stephen Neal / Timothy Teter<br>John DeVault |
| COURT REPORTER | Amie First | DATE | October 21, 2013 |
| TIME | 8:55 am - 12:13 pm<br>1:26 pm - 5:06 pm | TOTAL TIME | 6/58 |

CLERK'S MINUTES

**PROCEEDINGS OF:   JURY TRIAL**

Initial matters before the Court.

Court reaffirms decision to exclude demonstrative

Doc 419 - Plaintiff's Motion to Seal - **GRANTED**
Doc 420 - Defendant's Motion to Seal PX 598 - **GRANTED**
Doc 421 - Motion to Seal Courtroom - **GRANTED**

Defendant's Exhibits: 418, 674, 685, 795, 1115, 1108, 1630, 1669, 795

Plaintiff's Witnesses: Paul Benoit (continued), portion of Dr. Robert Fox video deposition taken 5/3/2013

Plaintiff's Exhibits 336, 337, 590, 648, 657, 666, 676, 682

Plaintiff rests Phase Two

Defendant's Renewed Motion for Judgment as a Matter of Law (will submit in writing)

Plaintiff's Renewed Motion for Judgment as a Matter of Law (will submit in writing)

Defendant's Witnesses: Gregory Leonard, Tim Williams, Jim Jaffee

Jury recessed.  Court will re-convene at 9:00 a.m. on Tuesday, October 22, 2013.