UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| PARKER VISION, INC._v._QUALCOMM, INC. | | CASE NO. 3:11-cv-719-J-37TEM | |
|---|---|---|---|
| JUDGE | Roy B. Dalton, Jr. U.S. District Judge | COUNSEL FOR PLAINTIFF | Douglas Cawley / Don Nichols **/** Kevin Kneupper **/** Kevin Burgess **/** Steven Busey **/** Josh Budwin / Leah Buratti |
| DEPUTY CLERK | Virginia Flick | COUNSEL FOR DEFENDANT | Stephen Neal / Timothy Teter John DeVault |
| COURT REPORTER | Amie First | DATE | October 24, 2013 |
| TIME:   8:59 - 9:12 am / 1:39 - 1:48 pm | | TOTAL TIME | 0/22 |

## CLERK'S MINUTES

**PROCEEDINGS OF:   JURY TRIAL**

Jury resumes deliberations at 9:01 a.m.

Jury returns with a verdict in phase two 1:40 pm

Judgment to enter.

**FILED IN OPEN COURT:**

    Plaintiff's Witness List
    Defendant's Witness List
    Plaintiff's Exhibit List
    Defendant's Exhibit List
    Joint Exhibit List
    Court's Proposed Instructions to the Jury Phase One
    Index to Court's Instructions to the Jury Phase One
    Court's Final Instructions to the Jury Phase One
    Court's Proposed Instructions to the Jury Phase Two
    Index to Court's Instructions to the Jury Phase Two
    Court's Final Instructions to the Jury Phase Two
    Allen Charge
    Verdict Form on Phase Two (Court Exhibit 9)