Members of the Jury:

I am going to ask that you continue your deliberations in an effort to agree on a verdict and dispose of this case. I have a few additional comments I would like for you to consider as you do so.

A jury can certainly disagree on a verdict or disagree as to what the facts of a case may be. However, there should be no disagreement about the law. If you have any disagreements about the law, please inform me and I will give you additional instructions.

This is an important case. If you should fail to agree upon a verdict, the case will be left open and may have to be tried again.

When you enter the jury room, it is your duty to consult with one another, to consider each other's views, and to discuss the evidence with the objective of reaching a just verdict, if you can do so without violence to your individual judgment. Each of you must decide the case for yourself, but only after discussion and impartial consideration of the case with your fellow jurors.

You should not be advocates for one side or the other, but you should be willing to re-examine your own personal views in light of the views of those jurors who disagree with you. You should not hesitate to change your opinion if you are convinced you are wrong, but you should not surrender your honest belief as to the weight and effect of the evidence just because other jurors disagree with you or solely for the purpose of getting the case over with.

You may be as leisurely in your deliberations as the occasion may require and should take all the time which you may feel is necessary.

I now ask that you retire once again and continue your deliberations with these additional comments in mind, to be applied, of course, in conjunction with all of the other instructions I have previously given to you.