## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

PARKERVISION, INC.,

       Plaintiff,

v.

                                     Case No. 3:11-cv-719-J-37-RBD-TEM

QUALCOMM INCORPORATED,

       Defendant.

---

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's Charge. Do you, the jury, find the following:

    1.    What sum of money, if any, do you find from a preponderance of the evidence is adequate to compensate ParkerVision for Qualcomm's conduct that you found infringing? Provide the amount, if any, in dollars and cents in the appropriate categories below.

| 1. Direct Infringement | 2. Inducement | 3. Total = 1+2 |
|---|---|---|
| $795,874 | $171,908,726 | $172,704,600 |

    2.    Has ParkerVision proven by clear and convincing evidence that Qualcomm's infringement of the asserted claims was willful?

Please answer "Yes" or "No for Each Patent.

| U.S. Patent No. 6,061,551 | NO |
|---|---|
| U.S. Patent No. 6,266,518 | NO |

|  |  |
|---|---|
| U.S. Patent No. 6,370,371 | *NO* |
| U.S. Patent No. 7,496,342 | *NO* |

You are finished. The Jury Foreperson should sign on the space provided at the end of this charge and then alert the Court Security Officer that you have reached a verdict.

2

The following is the unanimous verdict of the jury.

DATED: __10/24__, 2013.          _____SIDMAN_____

                                 Signature of Jury Foreperson