# EXHIBIT 1

# INTENTIONALLY OMITTED TO BE FILED UNDER SEAL