# EXHIBIT 2

# INTENTIONALLY OMITTED TO BE FILED UNDER SEAL