# EXHIBIT 3

# INTENTIONALLY OMITTED TO BE FILED UNDER SEAL