# EXHIBIT 6

# INTENTIONALLY OMITTED TO BE FILED UNDER SEAL