# EXHIBIT 7

# INTENTIONALLY OMITTED TO BE FILED UNDER SEAL