United States District Court
Middle District of Florida
Jacksonville Division

**PARKERVISION, INC.,**

    *Plaintiff,*

v.                                                                No. 3:11-CV-719-J-37PDB

**QUALCOMM INCORPORATED,**

    *Defendant.*

## Order of Recusal

I recuse myself from proceedings in this case. The Clerk of Court is directed to reassign this case to another United States Magistrate Judge.

**Done and ordered** in Jacksonville, Florida, on November 19, 2013.

                                                      PATRICIA D. BARKSDALE
                                                      *United States Magistrate Judge*

c:     Counsel of Record