**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PARKERVISION, INC.,

      Plaintiff,

v.                                       Case No. 3:11-cv-719-J-37TEM

QUALCOMM INCORPORATED,

      Defendant.

**ORDER**

This matter comes before the Court on the following matters:

1. Parkervision, Inc.'s 50(a) Motion for Judgment as a Matter of Law on Infringement (Doc. 392), filed October 11, 2013;

2. Qualcomm's Motion for Judgment as a Matter of Law of Noninfringement and Opposition to Parkervision's Motion for Judgment as Matter of Law of Infringement (Doc. 398), filed October 14, 2013;

3. Qualcomm's Motion for Judgment as a Matter of Law of Invalidity and No Willfulness (Doc. 399) filed October 15, 2013;

4. Parkervision, Inc.'s Motion for Judgment as a Matter of Law of Infringement and Validity (Doc. 400) filed October 15, 2013;

5. Qualcomm Incorporated's Oral Renewed Motion for Judgment as Matter of Law or in the Alternative Motion for New Trial (Doc. 414) docketed October 17, 2013;

6. Qualcomm's Motion for Judgment as a Matter of Law on Damages and Motion to Strike the Opinions of Mr. Paul Benoit and Mr. Jeff Parker on

      Damages (Doc. 422) filed October 21, 2013;

7. Qualcomm's Motion for Judgment as a Matter of Law of No Willful Infringement (Doc. 423) filed October 21, 2013;

8. Parkervision, Inc.'s Motion for Judgment as a Matter of Law on Willfulness and Damages (Doc. 425) filed October 22, 2013;

9. Parkervision's Unopposed Motion for Leave to File Under Seal (Doc. 426) filed October 22, 2013;

10. Qualcomm's Redacted Motion for Judgment as a Matter of Law on Damages and Motion to Strike the Opinions of Mr. Paul Benoit and Mr. Jeff Parker on Damages (Doc. 466) filed October 25, 2013;

11. Parkervision's Unopposed Motion for Leave to File Under Seal (Doc. 476) filed October 31, 2013;

12. Parkervision's Unopposed Motion for Leave to File Under Seal (Doc. 483) filed November 7, 2013; and

13. Joint Post-Trial Status Report and Proposed Schedule (Doc. 481), filed November 7, 2013.

A jury trial was held in this patent case from October 7, 2013, through October 24, 2013. During and after trial, the parties filed and renewed motions for judgment as a matter of law, for new trial, and unopposed motions to file certain documents under seal. The Court previously granted the parties' motions to file documents under seal because they were narrowly tailored to protect legitimate interests in proprietary, confidential, and competitively sensitive information. (Doc. 309–10 , 333, 357–58, 427, 436, 474.) The parties' recent requests to file documents under seal also are due to be

granted. (Docs. 426, 476, 483.) Pursuant to the parties' request (Doc. 481), the Court will reserve ruling on the pending motions for judgment as a matter of law and for new trial (Docs. 392, 398, 399, 400, 414, 422, 423, 425, 466.) Further, the Court will approve the proposed briefing schedule submitted by the parties. (Doc. 481).

## CONCLUSION

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. Parkervision's Unopposed Motion for Leave to File Under Seal (Doc. 426) is **GRANTED**.

2. Parkervision's Unopposed Motion for Leave to File Under Seal (Doc. 476) is **GRANTED**.

3. Parkervision's Unopposed Motion for Leave to File Under Seal (Doc. 483) is **GRANTED**. The Clerk is **DIRECTED** to place Docs. 426, 476 & 483 under seal.

4. On or before **December 2, 2013**, Parkervision, Inc. shall file any motions for injunction or, in the alternative, ongoing royalties.

5. On or before **December 2, 2013**, Parkervision Inc. shall file any motions for pre- and post-judgment interest, post-verdict damages, and costs.

6. On or before **January 8, 2013**, Qualcomm, Inc. shall file its response to any motions filed by Parkervision, Inc. for injunction or, in the alternative, ongoing royalties

7. On or before **January 8, 2013**, Qualcomm, Inc. shall file its responses to any motions filed by Parkervision, Inc. for pre-judgment and post-judgment interest, post-verdict damages, and costs.

8. On or before **January 24, 2013**, the parties shall file their responses to all

pending motions for judgment as a matter of law and for new trial.

9. Pending completion of the briefing schedule set forth here, the Court will **RESERVE RULING** on Parkervision, Inc.'s 50(a) Motion for Judgment as a Matter of Law on Infringement (Doc. 392), Qualcomm's Motion for Judgment as a Matter of Law of Noninfringement and Opposition to Parkervision's Motion for Judgment as Matter of Law of Infringement (Doc. 398), Qualcomm's Motion for Judgment as a Matter of Law of Invalidity and No Willfulness (Doc. 399), Parkervision, Inc.'s Motion for Judgment as a Matter of Law of Infringement and Validity (Doc. 400), Qualcomm Incorporated's Oral Renewed Motion for Judgment as Matter of Law or in the Alternative Motion for New Trial (Doc. 414), Qualcomm's Motion for Judgment as a Matter of Law on Damages and Motion to Strike the Opinions of Mr. Paul Benoit and Mr. Jeff Parker on Damages (Doc. 422), Qualcomm's Motion for Judgment as a Matter of Law of No Willful Infringement (Doc. 423), Parkervision, Inc.'s Motion for Judgment as a Matter of Law on Willfulness and Damages (Doc. 425), and Qualcomm's Redacted Motion for Judgment as a Matter of Law on Damages and Motion to Strike the Opinions of Mr. Paul Benoit and Mr. Jeff Parker on Damages (Doc. 466).

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, on November 20, 2013.

ROY B. DALTON JR.
United States District Judge

4

Copies:

Counsel of Record