# EXHIBIT A INTENTIONALLY OMITTED TO BE FILED UNDER SEAL