# EXHIBIT B

| Circuit Design | Product | Mode(s) or Standard(s) | Source | Circuit Design | Product | Mode(s) or Standard(s) | Source |
|---|---|---|---|---|---|---|---|
| Astra | RGR6240 | GPS | PX505 | Magellan | QTR8600L | CDMA, UMTS, GSM, GNSS, LTE, BT, FM | PX499 |
| Bahama | WCN2243 | BT,[1] FM[2] | JX56 | | QTR8601 | CDMA, UMTS, GSM, GNSS, BT, FM | JX67 |
| Eagleray | FTR8700 | CDMA, UMTS[3] | JX75 | | QTR8615 | CDMA, UMTS, GSM, GNSS | JX66 |
| GZIF3 | RTR6275 | GSM, UMTS | DX867 | | QTR8615L | CDMA, UMTS, GSM, GNSS, LTE | JX66 |
| GZIF4 | RTR6237 | GSM, GPS | DX610 | | RTR8600 | CDMA, UMTS, GSM, GNSS, LTE | PX511 |
| | RTR6280 | GSM, UMTS | DX995 | | RTR8601 | CDMA, UMTS, GSM, GNSS, LTE | PX511 |
| | RTR6285 | GSM, UMTS, GPS | DX995 | | RTR8605 | CDMA, UMTS, GSM, GNSS | JX60 |
| | RTR6285A | GSM, UMTS, GPS | DX503 | Merlin | QSC1105 | CDMA[4] | JX76 |
| | MXU6219 | GSM, UMTS, GPS | DX643 | Napoleon | QSC1100 | CDMA | JX78 |
| Halley | QTR9215 | GSM, UMTS, GNSS[5] | DX612 | | QSC1110 | CDMA | JX78 |
| Hercules | RTR8700 | LTE, WiMax | DX876 | Odyssey | WTR1605 | CDMA, UMTS, GSM, GNSS | JX68 |
| Iceman | RTR9605 | CDMA, UMTS, GNSS | DX866 | | WTR1605L | CDMA, UMTS, GSM, LTE, GNSS | JX68 |
| Iris | WCN3660 | WLAN, BT, FM | DX592 | Ramsis | QSC6055 | CDMA, GPS | JX51 |
| Libra/Gemini | WCN1312 | WLAN | DX590 | | QSC6065 | CDMA, GPS | JX51 |
| Magellan | MDM6200 | UMTS, GSM, GNSS | DX661 | | QSC6075 | CDMA, GPS | JX51 |

---

[1] BT is an acronym for Bluetooth.
[2] FM is an acronym for FM radio.
[3] UMTS is often synonymous with WCDMA and is so treated here.
[4] A variant of QSC1105 also includes GSM mode compatibility.
[5] GNSS consists of both GPS and GLONASS.

| Circuit Design | Product | Mode(s) or Standard(s) | Source | Circuit Design | Product | Mode(s) or Standard(s) | Source |
|---|---|---|---|---|---|---|---|
| | MDM6600 | CDMA, UMTS, GSM, GNSS | DX661 | | QSC6085 | CDMA, GPS | JX51 |
| | QSC6155 | CDMA, GSM, GNSS, BT, FM | DX672 | | MDM6085 | CDMA, GPS | PX533 |
| | QSC6175 | CDMA, GSM, GNSS, BT, FM | DX672 | Solo | QSC6240 | UMTS, GSM | JX46 |
| | QSC6185 | CDMA, GSM, GNSS, BT, FM | DX672 | | MDM6270 | UMTS, GSM | PX523 |
| | QSC6295 | UMTS, GSM, GNSS, BT, FM | DX672 | | QSC6270 | UMTS, GSM | JX46 |
| | QSC6695 | CDMA, UMTS, GSM, GNSS, BT, FM | DX672 | Volans | WCN1314 | WLAN | JX58 |
| | QTR8200 | UMTS, GSM, GNSS, BT, FM | JX67 | Voltron | RTR6500 | CDMA, GPS | JX53 |
| | QTR8600 | CDMA, UMTS, GSM, GNSS, BT, FM | JX67 | Ywing | WCN1320 | WLAN | JX55 |