# EXHIBIT D

UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PARKERVISION, INC.,<br><br>    *Plaintiff,*<br><br>    v.<br><br>QUALCOMM INCORPORATED,<br><br>    *Defendant.*<br><br>QUALCOMM INCORPORATED,<br><br>    *Counterclaim Plaintiff,*<br><br>    v.<br><br>PARKERVISION, INC., and<br>STERNE, KESSLER, GOLDSTEIN & FOX PLLC<br><br>    *Counterclaim Defendants.* | Civil Action No. 3:11-cv-719-J-37-TEM<br><br>**OUTSIDE ATTORNEYS' EYES ONLY INFORMATION** |

**QUALCOMM'S OBJECTIONS AND RESPONSES TO PARKERVISION'S
FIRST SET OF INTERROGATORIES (NOS. 1-9)**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure and the Local Rules for the Middle District of Florida ("Local Rules"), Qualcomm Incorporated ("Qualcomm") submits the following objections and responses to ParkerVision, Inc.'s ("ParkerVision") First Set of Interrogatories.

**General Objections**

Qualcomm states the following general objections to ParkerVision's First Set of Interrogatories and incorporates them by reference into Qualcomm's specific objections and responses to ParkerVision's First Set of Interrogatories, where appropriate.

INTERROGATORY NO. 8:

Describe all business decisions made by you in response to your knowledge of the patents-in-suit, your investigation of the scope of the patents-in-suit, and/or the filing of this litigation.

Response to Interrogatory No. 8

Qualcomm objects to this interrogatory as calling for the disclosure of information that is within the scope of the attorney-client privilege.

Qualcomm also objects to this interrogatory as vague and ambiguous because it is unclear what ParkerVision means by "business decisions." In responding to this interrogatory, Qualcomm will interpret the term "business decisions" to mean a non-privileged decision to cease selling a product or to modify a product.

Subject to this and its general objections, Qualcomm states that, based upon its investigation to date, it is not currently aware of any business decisions in response to its knowledge of the patents-in-suit, any investigation it has conducted of the patents-in-suit and/or the filing of this litigation.

INTERROGATORY NO. 9:

Separately for each product identified in response to Interrogatory 1, disclose on a quarter-by-quarter basis to the present the following financial data: (a) revenues net of any returns, allowances, or credits for the product itself; (b) revenues for maintenance, upgrades, support, etc. associated with the product net of any returns, allowances, or credits; (c) costs; (d) all other expenses, with the data segregated by whatever classifications made in the normal course of business; (e) profits before taxes net of any returns, allowances, or credits; (f) the identify of documents sufficient to show financial data requested by (a) through (e); and (g) the