# EXHIBIT E

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PARKERVISION, INC.,

    Plaintiff,

v.                         Case No. 3:11-cv-719-J-37TEM

Qualcomm INCORPORATED,

    Defendant.

## JOINT STIPULATED FACTS

### Litigation

1. ParkerVision filed its Original Complaint on July 20, 2011.

2. Qualcomm filed its Answer, Defenses, and Counterclaims in response to ParkerVision's original Complaint on September 16, 2011.

3. ParkerVision filed its First Amended Complaint on February 28, 2012.

4. Qualcomm filed its Answer, Defenses, and Counterclaims in response to ParkerVision's First Amended Complaint on March 16, 2012.

5. ParkerVision filed its Second Amended Complaint on August 30, 2012.

6. ParkerVision filed its Third Amended Complaint on August 30, 2012.

7. Qualcomm filed its Answer, Defenses, and Counterclaims in response to ParkerVision's Third Amended Complaint on April 11, 2013.

8. ParkerVision filed its Answer to Qualcomm's Counterclaims on May 6, 2013.

### Corporate Information

9. ParkerVision is a Florida corporation with its principal place of business at 7915 Baymeadows Way, Jacksonville, Florida 32256.

10. ParkerVision was founded in 1989.

11. Qualcomm is a Delaware corporation with its principal place of business at 5775 Morehouse Drive, San Diego, California, 92121.

12. Qualcomm was founded in 1985.

**Accused Products**

13. Electromagnetic waves are characterized by frequency (or "period" or "cycle") and amplitude.

14. Electromagnetic waves are also characterized by phase.

15. The Accused Products fall into three categories: (a) receivers; (b) transceivers, which contain both a receiver and a transmitter; and (c) integrated transceivers/basebands, which combine a transceiver with a baseband processor on a single chip or package.

16. A transmitter is a device that converts a signal into a form that can be sent over the air, and then sends the converted signal over the air.

17. A receiver is a device that receives radio frequency signals from the air, and converts those signals into a form that can be used in later processing to convert back into the original signal.

18. A transceiver combines a receiver with a transmitter on a single chip or in a single package.

19. Each of the Accused Products is a single unitary product, meaning that it is an individual chip or package that is sold as an indivisible unit.

20. The Qualcomm dies at issue in this litigation are: Astra, Bahama, Eagleray, GZIF3, GZIF4, Halley, Hercules, Iceman, Iris, Libra/Gemini, Magellan, Merlin (QCT), Napoleon, Odyssey, Ramsis, Solo, Volans, Voltron, and Ywing. For purposes of infringement or noninfringement, the design, circuitry, and operation of the accused products created from a particular die is the same. A showing that an accused product created from a particular die infringes an asserted claim is also a showing that the other accused products created from that die also infringe the same claim. Likewise, a finding that a particular die does not infringe one or more asserted claims of the patents-in-suit also requires a finding that the accused products associated with that die do not infringe the same claims.

The table below categorizes the products accused of infringement by product name and die. These products are referred to as the "Accused Products":

| Die Name | Products |
|---|---|
| Astra | RGR6240 |
| Bahama | WC2243 |