# LEONARD DECLARATION
# AND EXHIBITS

## PLACEHOLDER - FILED UNDER SEAL