# EXHIBIT A

## UNITED STATES DISTRICT COURT
## THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| PARKERVISION, INC.,<br><br>_Plaintiff,_<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>_Defendant._ | Civil Action No. 3:11-cv-719-J-37-TEM |
| QUALCOMM INCORPORATED,<br><br>_Counterclaim Plaintiff,_<br><br>v.<br>PARKERVISION, INC., and<br>STERNE, KESSLER, GOLDSTEIN & FOX PLLC<br><br>_Counterclaim Defendants._ | |

### QUALCOMM'S FIRST REQUEST TO PARKERVISION
### FOR THE PRODUCTION OF DOCUMENTS, ESI AND THINGS

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and Local Rule 3.03(d) of the U.S. District Court for the Middle District of Florida, Qualcomm Incorporated ("Qualcomm") requests that ParkerVision, Inc. ("ParkerVision") produce for inspection and copying the documents, electronically stored information and things within its possession, custody or control that are described below.  ParkerVision shall serve a written response to this request and produce the requested documents, electronically stored information and things to the undersigned counsel for Qualcomm at the offices of Cravath, Swaine & Moore LLP, 825 Eighth Avenue, New York, New York 10019 within 30 days from the date of service of this request or at a time and place to which the parties otherwise agree.

Corporation, ITT Corporation, Via Telecom, HTC, LG Innotek, PrairieComm, Samsung, Sega, VTEL, Texas Instruments, Symbol Technologies or any governmental body.

45.     All documents and communications relating to commercialization or attempted commercialization of the technology found in the Patents-in-Suit or any ParkerVision patents or patent applications related to the Patents-in-Suit (whether domestic, foreign, international, provisional or nonprovisional).

46.     All documents and communications relating to all ParkerVision business decisions relating to any technology found in the Patents-in-Suit or any ParkerVision patents or patent applications related to the Patents-in-Suit (whether domestic, foreign, international, provisional or nonprovisional) including any decisions to pursue or not pursue claimed subject matter in any of ParkerVision's patents or the Patents-in-Suit.

47.     All documents relating to the presence or absence of non-infringing uses for any product, method or service that ParkerVision contends incorporates or embodies the alleged inventions claimed by the Patents-in-Suit.

48.     Documents sufficient to show the research and development, testing, experimentation, engineering or manufacture and design of any product, method or service that ParkerVision contends incorporates or embodies the alleged inventions claimed by the Patents-in-Suit, including specifications, blueprints, schematics, diagrams, manuals, release notes, object code, source code, functional specifications, high-level design documents, low-level design documents, hardware design documents and software design documents.

49.     All documents, communications or things related to the disclosure, use (including experimental and commercial use), demonstration, advertising, promotion, marketing, sale or offer for sale of any product or service that embodies any alleged inventions claimed by the Patents-in-Suit.

January 30, 2012

CRAVATH, SWAINE & MOORE LLP

By: _____

    Keith R. Hummel (admitted pro hac vice) (Trial Counsel)
    khummel@cravath.com
    David Greenwald (admitted pro hac vice)
    dgreenwald@cravath.com
    Worldwide Plaza
    825 Eighth Avenue
    New York, New York  10019
    Telephone:  (212) 474-1000
    Facsimile:  (212) 474-3700

-and-

BEDELL, DITTMAR, DEVAULT, PILLANS & COXE, P.A.
    John A. DeVault, III
    Florida Bar No. 103979
    jad@bedellfirm.com
    Courtney K. Grimm
    cgrimm@bedellfirm.com
    Florida Bar No. 953740
    The Bedell Building
    101 East Adams Street
    Jacksonville, Florida 32202
    Telephone:  (904) 353-0211
    Facsimile:  (904) 353-9307

-and-

CADWALADER, WICKERSHAM & TAFT LLP
    Christopher A. Hughes (admitted pro hac vice)
    Christopher.Hughes@cwt.com
    1 World Financial Center
    New York, New York 10281
    Telephone:  (212) 504-6000
    Facsimile:  (212) 504-6666

*Counsel for Defendant, Counterclaim Plaintiff Qualcomm Incorporated*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of January, 2012, I served the foregoing by electronic mail, as per written agreement among the parties, to the following:

Douglas Aaron Cawley
dcawley@mckoolsmith.com

James Arthur Bolling
jbolling@smithhulsey.com

John Austin Curry
acurry@mckoolsmith.com

Stephen D. Busey
busey@smithhulsey.com

Travis Gordon White
gwhite@mckoolsmith.com

David R. Atkinson
datkinson@gunster.com

David M. Wells
dwells@gunster.com

Katherine H. Underwood
KUnderwood@gunster.com

Joseph E. Lasher (admitted pro hac vice)
jlasher@cravath.com
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
*Attorney for Defendant, Counterclaim Plaintiff*
*Qualcomm Incorporated*