**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PARKERVISION, INC.,

    *Plaintiff*,

v.

QUALCOMM INCORPORATED,

    *Defendant*.

Case No. 3:11-cv-719-J-37-JRK

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 3.01(j), Qualcomm hereby requests the opportunity for oral argument on the following post-trial motions:

- PARKERVISION INC.'S PROPOSED FORM OF PERMANENT INJUNCTION (DKT. 488);

- PARKERVISION INC.'S ALTERNATIVE MOTION FOR ONGOING ROYALTY (DKT. 489); and

- PARKERVISION, INC'S MOTION FOR POST-VERDICT ROYALTIES TO THE TIME OF JUDGMENT, PREJUDGMENT INTEREST, POST-JUDGMENT INTEREST, AND COSTS (DKT. 490).

Qualcomm respectfully requests that the Court deny ParkerVision's motions and adopt Qualcomm's proposals, as detailed in Qualcomm's respective opposition briefs filed on January 8, 2014. Due to the overreaching equitable relief and remarkably overstated amounts of money ParkerVision seeks by its motions, and ParkerVision's extreme approaches to post-trial relief in a patent matter, Qualcomm respectfully requests oral

1

argument pursuant to Local Rule 3.01(j). Qualcomm submits that a morning argument (1.5 hours per side) would suffice for ParkerVision's three post-trial motions, and that oral argument would assist the Court in ruling on these motions.

Qualcomm notes that it previously requested oral argument for its three post-trial motions. (Dkt. Nos. 499-501.)

January 8, 2014

                            Respectfully submitted,

                            COOLEY LLP

                            By:     /s/ Timothy S. Teter
                                  Stephen C. Neal (admitted pro hac vice)
                                  nealsc@cooley.com
                                  Timothy S. Teter (admitted pro hac vice)
                                  teterts@cooley.com
                                  Jeffrey S. Karr (admitted pro hac vice)
                                  Ben Damstedt (admitted pro hac vice)
                                  Five Palo Alto Square
                                  3000 El Camino Real
                                  Palo Alto, CA 94306-2155
                                  Telephone:  (650) 843-5182
                                  Facsimile:  (650) 849-7400

                            CRAVATH, SWAINE & MOORE LLP
                                  Keith R. Hummel (admitted pro hac vice)
                                  khummel@cravath.com
                                  David Greenwald (admitted pro hac vice)
                                  dgreenwald@cravath.com
                                  Worldwide Plaza
                                  825 Eighth Avenue
                                  New York, New York 10019
                                  Telephone:  (212) 474-1000
                                  Facsimile:  (212) 474-3700


                            BEDELL, DITTMAR, DEVAULT, PILLANS & COXE, P.A.
                                  John A. DeVault, III
                                  Florida Bar No. 103979
                                  jad@bedellfirm.com
                                  Courtney K. Grimm
                                  Florida Bar No. 953740
                                  cgrimm@bedellfirm.com
                                  The Bedell Building
                                  101 East Adams Street
                                  Jacksonville, Florida 32202
                                  Telephone:  (904) 353-0211
                                  Facsimile:  (904) 353-9307

*Counsel for Defendant Qualcomm Incorporated*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 8th day of January, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

      /s/ Timothy S. Teter
Timothy S. Teter (admitted pro hac vice)
teterts@cooley.com
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:  (650) 843-5182
Facsimile:  (650) 849-7400

*Attorney for Defendant Qualcomm Incorporated*