**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PARKERVISION, INC., a Florida
corporation,

                Plaintiff,

vs.                                             Case No. 3:11-cv-719-J-37JRK

QUALCOMM INCORPORATED, a
Delaware corporation,

                Defendant.
_____/

## O R D E R

This cause is before the Court on Qualcomm's Unopposed Motion to File Under Seal (Doc. No. 507; "Motion"), filed January 8, 2014. In the Motion, Defendant Qualcomm Incorporated ("Defendant") seeks to file under seal the following documents: "(i) the unredacted copy of Qualcomm's Opposition to ParkerVision's Motion for Post-Verdict Royalties to the Time of Judgment, Prejudgment Interest, Post-Judgment Interest, and Costs; (ii) the unredacted copy of Qualcomm's Opposition to ParkerVision's Alternative Motion for Ongoing Royalty; (iii) the unredacted copy of Qualcomm's Opposition to ParkerVision's Motion for Permanent Injunction[]; and (iv) the Declaration of Dr. Gregory K. Leonard Concerning Prejudgment Interest and attached exhibits[]." Motion at 1. Defendant makes this request because these documents contain "proprietary and highly confidential" information. Id. at 2. Plaintiff does not oppose the relief requested. Id. at 1.

Local Rule 1.09(a), United States District Court, Middle District of Florida ("Local Rule(s)"), provides as follows:

Unless filing under seal is authorized by statute, rule, or order, a party seeking to file under seal any paper or other matter in any civil case shall file and serve a motion, the title of which includes the words "Motion to Seal" and which includes (i) an identification and description of each item proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal; (v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal. . . . Every order sealing any item pursuant [to] this section shall state the particular reason the seal is required.

The Court finding that the requirements of Local Rule 1.09(a) are met, and for the reasons stated in the Motion, it is

**ORDERED**:

1. Qualcomm's Unopposed Motion to File Under Seal (Doc. No. 507) is **GRANTED**.

2. No later than **January 24, 2014**, Defendant shall provide to the Clerk of Court copies of the above-listed documents. The Clerk is thereafter **DIRECTED** to file those documents **under seal** pursuant to this Order. The documents shall remain under seal until this case is resolved, including any appeal, and shall thereafter be returned to the filing party, unless otherwise ordered by the Court.

**DONE AND ORDERED** at Jacksonville, Florida on January 16, 2014.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

jlk
Copies to:
Counsel of Record