Case 3:11-cv-00719-RBD-JRK   Document 515-2   Filed 01/24/14   Page 1 of 3 PageID 21680

# EXHIBIT B

**Case Clip(s) Detailed Report**
**Friday, January 24, 2014, 2:34:20 PM**

## ParkerVision vs Qualcomm

 **Fox, Robert M. (Vol. 01) - 05/03/2013**                                             **1 CLIP  (RUNNING 00:03:17.242)**

 Can you describe some of those things ...

    ff                    **1 SEGMENT  (RUNNING 00:03:17.242)**                         

**1. PAGE 25:14 TO 28:05  (RUNNING 00:03:17.242)**

```
         14     Q.   Can you describe some of those things
         15  that stood in the way or slowed down the move
         16  from the superheterodyne architectures to the
         17  direct-conversion architectures?
         18     A.   Yes.  There are a number of problems
         19  that have to be -- have to be overcome in order
         20  to -- in order to make a successful direct
         21  down-conversion receiver.  For example, one of
         22  the things that happens when you mix or
         23  combine -- in order, just as background, you
         24  know, in order to do down-conversion, the mixer
         25  combines two frequencies, one from a local
00026:01                     R. FOX
         02  oscillator and one from the -- and that's
         03  combined in the mixer or similar circuit with
         04  the input signal.
         05          And in a Gilbert-Cell-based design,
         06  typically the key frequencies -- there are a
         07  number of frequencies, as we've talked about
         08  that are generated, but the ones that we're
         09  looking for are the sum and difference
         10  frequencies of the local oscillator frequency
         11  and the input carrier signal.
         12          And one of the things that happen if
         13  you mix with the -- in order to do direct
         14  down-conversion, the strategy is to mix -- to
         15  set the local oscillator frequency generally
         16  equal to the -- to the input frequency.  That's
         17  the typical way that this would be done, and as
         18  a result, a number of things can happen, one of
         19  which is that -- that energy from the original
         20  carrier signal or output information that --
         21  just to simplify this, so one of the things that
         22  can happen is that we can end up with DC, which
         23  means zero frequency, components which may be
         24  varying with things that are hard to control.
         25          So one of the things that happens, for
00027:01                     R. FOX
         02  example, is that the signal at the local
         03  oscillator can actually go backwards through the
         04  mixer, up through the antenna and actually
         05  radiate it out into the environment, and then
         06  basically then bounce off something, can be
         07  received, come back in and be indistinguishable
         08  because it's the same frequency from the
         09  original carrier signal.  When that happens,
         10  that will be converted into a DC offset of the
         11  DC voltage and that voltage is very difficult to
         12  control.
         13          And so that was an example of one of
         14  several I think somewhat related things, several
         15  related problems that were difficult to solve
         16  in -- in these -- in the products.  And I
         17  believe that the real reason, the fundamental
         18  reason why, you know, progress was slow was
```

**Case Clip(s) Detailed Report**
**Friday, January 24, 2014, 2:34:20 PM**

## ParkerVision vs Qualcomm

```
        19   because the solutions to those sorts of problems
        20   ultimately comes from clever signal processing.
        21           We have more and more power available
        22   to us now.  Digital baseband processing is very
        23   close to becoming almost free.  It's very -- you
        24   know, we have tremendous amount of power,
        25   computational power available to us.  And so a
00028:01                    R. FOX
        02   lot of that -- a lot of that is I think really
        03   the ultimate answer to your question as to why
        04   it's taken time for -- for direct
        05   down-conversion to become more practical.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:03:17.242)**