# EXHIBIT C

**Case Clip(s) Detailed Report**
**Sunday, October 13, 2013, 12:47:28 PM**

## ParkerVision vs Qualcomm

 **Kantak, Prashant (Vol. 01) - 10/19/2012**                            1 CLIP  (RUNNING 00:27:52.622)

 Can you state your full name, please. ...

Kan                   **55 SEGMENTS  (RUNNING 00:27:52.622)**                  

**1. PAGE 6:23 TO 6:25  (RUNNING 00:00:08.051)**

```
         23             Can you state your full name, please.
         24       A.    Full name is Prashant, first name, middle
         25   initial is A, last name Kantak.
```

**2. PAGE 11:19 TO 11:23  (RUNNING 00:00:10.254)**

```
         19       Q.    And when did you leave Qualcomm?
         20       A.    I left Qualcomm in late 2005.
         21       Q.    And since 2005 have you been
         22   self-employed?
         23       A.    Yes.
```

**3. PAGE 21:21 TO 22:06  (RUNNING 00:00:24.578)**

```
         21             Did you attend college?
         22       A.    Yes.
         23       Q.    What college did you attend?
         24       A.    I tended three colleges.
         25       Q.    Okay.  Can you identify those?
    00022:01       A.    Yes.  So National Institute of Technology
         02   in India for my bachelor's in electrical
         03   engineering; University of Kentucky for my master's
         04   in electrical engineering; and Cornell University
         05   for my master's in -- master's of business
         06   administration.
```

**4. PAGE 22:10 TO 23:05  (RUNNING 00:00:55.057)**

```
         10       Q.    Just so I understand, you have a master's
         11   degree in electrical engineering from the University
         12   of Kentucky, correct?
         13       A.    That's right.
         14       Q.    And you have a master's of business
         15   administration from Cornell?
         16       A.    Yep.
         17       Q.    Now, beyond the education that you had at
         18   the institutions that you just listed, have you
         19   attended any other types of training courses related
         20   to electrical engineering?
         21       A.    I may have, yeah, while I was at Qualcomm.
         22       Q.    Like an in-house training session of some
         23   type?
         24       A.    Yes.
         25       Q.    Now, Mr. Kantak, have you ever designed an
    00023:01   RF circuit?
         02       A.    Yes.
         03       Q.    And when I use the term "RF circuit," what
         04   do you understand that to refer to?
         05       A.    It refers to a radio.
```

**5. PAGE 23:07 TO 24:08  (RUNNING 00:01:11.962)**

```
         07             Did you ever design an RF circuit during
         08   the time you were employed by Qualcomm?
         09       A.    No.
         10       Q.    Did you design an RF circuit during the
         11   scope of your education?
```

## ParkerVision vs Qualcomm

**29. PAGE 43:05 TO 43:09 (RUNNING 00:00:10.619)**

```
05        Q.   Do you recall if Charles Persico was
06   involved in internal discussions within Qualcomm in
07   the '98 to '99 -- 1999 timeframe related to
08   ParkerVision?
09        A.   It's likely, yes.
```

**30. PAGE 46:08 TO 46:16 (RUNNING 00:00:20.941)**

```
08             One of the persons that you mentioned
09   being involved in the discussions with ParkerVision
10   in the August 1998 through mid-1999 timeframe was
11   Charles Wheatley; is that correct?
12        A.   That's right.
13        Q.   What was your understanding of
14   Mr. Wheatley's role at Qualcomm during the 1998 to
15   1999 timeframe when they were having the discussions
16   with ParkerVision?
```

**31. PAGE 46:18 TO 46:20 (RUNNING 00:00:21.152)**

```
18             THE WITNESS:  Well, he -- to the extent I
19   can recall he was in corporate R&D and he was
20   responsible for RF engineering.
```

**32. PAGE 48:20 TO 49:08 (RUNNING 00:00:32.870)**

```
20        Q.   Do you recall if Mr. Younis was involved
21   with internally to Qualcomm in evaluating some of
22   ParkerVision's technology in the 1998 to 1999
23   timeframe?
24        A.   Yes.
25        Q.   And so it was your understanding that
00049:01  Mr. Younis's role as it related to ParkerVision in
02   August of 1998 to mid-1999 was to evaluate some of
03   ParkerVision's direct conversion receiver
04   technology; is that correct?
05        A.   That's correct.
06        Q.   And it's your understanding that
07   Mr. Younis was an RF engineer; is that right?
08        A.   Yes.
```

**33. PAGE 50:14 TO 50:22 (RUNNING 00:00:22.682)**

```
14             So you would agree with me that in the
15   August of 1998 through mid-1999 timeframe that Seyfi
16   Bazarjani was involved in evaluating ParkerVision's
17   direct conversion receiver technology?
18        A.   That's correct.
19        Q.   And it's your understanding that
20   Mr. Bazarjani - I apologize for pronouncing his name
21   - was an RF engineer at Qualcomm?
22        A.   That's right.
```

**34. PAGE 52:01 TO 52:01 (RUNNING 00:00:01.283)**

```
00052:01       A.   Yes.
```

**35. PAGE 53:18 TO 54:01 (RUNNING 00:00:36.248)**

```
18        Q.   Why is power consumption important in RF
19   design?
20        A.   Power consumption is important not just in
21   RF design but also in other kinds of design because
22   it has a big impact on the battery life,
23   particularly in cell phone space, which is -- which
24   has very critical requirements to conserve power.
25        Q.   Why is the layout area important with
00054:01  respect to RF design?
```

## ParkerVision vs Qualcomm

**36. PAGE 54:02 TO 54:03 (RUNNING 00:00:12.337)**

```
02        A.   Per my understanding layout area for RF
03   design is important because it has an impact on the
```

**37. PAGE 54:04 TO 54:13 (RUNNING 00:00:42.706)**

```
04   space or the area of the device being designed, the
05   size of the device being designed.  In the case of
06   cell phones, the smaller the RF area, the -- the
07   potentially smaller device one can have.
08        Q.   Why is the cost of the components used in
09   an RF receiver important?
10        A.   The lower the cost of not just RF but an
11   overall component cost in a device will lower the
12   cost of the device, so it has an impact on the price
13   of the device.
```

**38. PAGE 54:16 TO 54:17 (RUNNING 00:00:04.904)**

```
16             Can a cell phone that any consumer would
17   want to buy be built without a receiver?
```

**39. PAGE 54:18 TO 54:23 (RUNNING 00:00:11.598)**

```
18        A.   It could be built but it will have limited
19   functionality.
20        Q.   You need to have a receiver in a cell
21   phone so that you can receive cellular
22   communications?
23        A.   That's right.
```

**40. PAGE 64:14 TO 64:19 (RUNNING 00:00:16.353)**

```
14        Q.   You recall ParkerVision providing Qualcomm
15   with a demonstration board, correct?
16        A.   Yes.
17        Q.   And that demonstration board included at
18   least one RF receiver chip; is that correct?
19        A.   It included one RF chip component.
```

**41. PAGE 74:08 TO 74:12 (RUNNING 00:00:13.726)**

```
08        Q.   And you recall that you signed an NDA with
09    ParkerVision related to the discussions with
10   ParkerVision?
11        A.   When I got on board there was already an
12   NDA in place at ParkerVision.
```

**42. PAGE 74:22 TO 76:10 (RUNNING 00:01:55.424)**

```
22        Q.   You understood that the NDA between
23   Qualcomm and ParkerVision applied to you when you
24   became involved in the discussions with ParkerVision
25   in August of 1998?
00075:01        A.   That's right.
02        Q.   And you understood that the NDA between
03   Qualcomm and ParkerVision applied to you during the
04   entire time that you were having discussions with
05   ParkerVision related to its direct conversion
06   technology?
07        A.   That NDA that was already signed before I
08   got on board, yes.
09        Q.   Now, do you recall making offers to
10   ParkerVision to license its direct conversion
11   receiver technology?
12        A.   When you say -- I don't -- I don't know
13   exactly what you mean by "offers" but there were
14   discuss -- licensing discussions.
15        Q.   Do you recall having licensing discussions
```