# EXHIBIT D
# INTENTIONALLY
# OMITTED TO BE
# FILED UNDER SEAL