UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PARKERVISION, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> QUALCOMM INCORPORATED, <br><br> *Defendant.* | Case No. 3:11-cv-719-J-37-TEM |
| QUALCOMM INCORPORATED, <br><br> *Counterclaim Plaintiff,* <br><br> v. <br><br> PARKERVISION, INC., and <br> STERNE, KESSLER, GOLDSTEIN & FOX PLLC <br><br> *Counterclaim Defendants.* | |

**NOTICE OF DISMISSAL OF COUNTERCLAIMS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), (c), Qualcomm hereby dismisses the counterclaims set forth in Counts 9-12 of its March 16, 2012 Answer (Doc. 91), the prosecution of which was abated pursuant to the Orders of November 21, 2012 (Doc. 197) and January 22, 2013 (Doc. 238).

February 25, 2014

CRAVATH, SWAINE & MOORE LLP

By:   s/ Keith R. Hummel
     Keith R. Hummel (admitted pro hac vice) (Trial Counsel)
     khummel@cravath.com
     David Greenwald (admitted pro hac vice)
     dgreenwald@cravath.com
     Worldwide Plaza
     825 Eighth Avenue
     New York, New York 10019
     Telephone: (212) 474-1000
     Facsimile: (212) 474-3700

COOLEY, LLP

     Stephen C. Neal (admitted pro hac vice) (Trial Counsel)
     nealsc@cooley.com
     Timothy S. Teter (admitted pro hac vice)
     teterts@cooley.com
     Five Palo Alto Square
     3000 El Camino Real
     Palo Alto, CA 94306-2155
     Telephone: (650) 843-5182
     Facsimile: (650) 849-7400

-and-

BEDELL, DITTMAR, DEVAULT, PILLANS & COXE, P.A.
     John A. DeVault, III
     Florida Bar No. 103979
     jad@bedellfirm.com
     Courtney K. Grimm
     Florida Bar No. 953740
     cgrimm@bedellfirm.com
     The Bedell Building
     101 East Adams Street
     Jacksonville, Florida 32202
     Telephone: (904) 353-0211
     Facsimile: (904) 353-9307

*Counsel for Defendant Qualcomm Incorporated*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 25th day of February, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                              s/ David Greenwald
                              David Greenwald (admitted pro hac vice)
                              dgreenwald@cravath.com
                              Worldwide Plaza
                              825 Eighth Avenue
                              New York, New York 10019
                              Telephone: (212) 474-1000
                              Facsimile: (212) 474-3700
                              *Attorney for Defendant Qualcomm Incorporated*