# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| **PARKERVISION, INC.,**<br>          **Plaintiff,**<br><br>vs.<br><br>**QUALCOMM INCORPORATED,**<br>          **Defendant.** | Civil Action No. 3:11-cv-719-J-37RBD-JRK |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff ParkerVision, Inc. appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment of this Court entered on June 23, 2014 (Dkt. 546), and from any and all other judgments, orders, opinions, rulings, and findings pertinent or ancillary to the foregoing, including without limitation the Order of June 20, 2014 (Dkt. 545); the Court's rulings from the bench on October 22, 2013 (Dkt. 433 and Trial Tr. 10/22 at 7-16, 37-39, 66-67); the Court's rulings from the bench on October 21, 2013 (Trial Tr. 10/21 at 172-175); the Order of October 11, 2013 (Dkt. 395) and its corresponding rulings from the bench on October 17 and 11, 2013 (Trial Tr. 10/17 at 44, Trial Tr. 10/11 at 274, and Dkt. 418); the Order of September 28, 2013 (Dkt. 373); the Order of August 26, 2013 (Dkt. 318); and the Claim Construction Order of February 20, 2013 (Dkt. 243).

Payment of the required fee of $505, representing the $500 fee for docketing a case on appeal specified in 28 U.S.C. § 1913, and the $5 fee for filing a notice of appeal specified in 28 U.S.C. § 1917, is provided with this Notice of Appeal.

1

June 25, 2014

Respectfully submitted,

| **McKOOL SMITH, P.C.** | **SMITH HULSEY & BUSEY** |
|---|---|
| /s/ *Douglas A. Cawley* | /s/ *James A. Bolling* |
| Douglas A. Cawley, Lead Attorney | Stephen D. Busey |
| Texas State Bar No. 04035500 | James A. Bolling |
| dcawley@mckoolsmith.com | jbolling@smithhulsey.com |
| Richard A. Kamprath | Florida Bar Number 117790 |
| Texas State Bar No.: 24078767 | Florida Bar Number 901253 |
| rkamprath@mckoolsmith.com | 225 Water Street, Suite 1800 |
| Ivan Wang | Jacksonville, Florida 32202 |
| Texas State Bar No.: 24042679 | (904) 359-7700 |
| E-mail: iwang@mckoolsmith.com | (904) 359-7708 (facsimile) |
| McKool Smith P.C. | |
| 300 Crescent Court, Suite 1500 | **ATTORNEYS FOR PLAINTIFF** |
| Dallas, Texas 75201 | **PARKERVISION, INC.** |
| Telephone: (214) 978-4000 | |
| Telecopier: (214) 978-4044 | |
| | **FINNEGAN, HENDERSON,** |
| Kevin L. Burgess | **FARABOW, GARRETT & DUNNER** |
| Texas State Bar No. 24006927 | |
| kburgess@mckoolsmith.com | Donald R. Dunner |
| Josh W. Budwin | District of Columbia Bar Number 38273 |
| Texas State Bar No. 24050347 | don.dunner@finnegan.com |
| jbudwin@mckoolsmith.com | 901 New York Avenue, NW |
| Leah Buratti | Washington, DC 20001-4413 |
| Texas State Bar No. 24064897 | (202) 408-4000 |
| lburatti@mckoolsmith.com | (202) 408-4400 (facsimile) |
| Mario A. Apreotesi | |
| Texas State Bar No. 24080772 | Erik R. Puknys |
| mapreotesi@mckoolsmith.com | California Bar Number 190926 |
| Kevin Kneupper | erik.puknys@finnegan.com |
| Texas State Bar No. 24050885 | Jacob A. Schroeder |
| kkneupper@mckoolsmith.com | California Bar Number 264717 |
| James Quigley | jacob.schroeder@finnegan.com |
| Texas State Bar No. 24075810 | Stanford Research Park |
| jquigley@mckoolsmith.com | 3300 Hillview Avenue |
| McKool Smith P.C. | Palo Alto, CA 94304-1203 |
| 300 West Sixth Street, Suite 1700 | (650) 849-6600 |
| Austin, Texas 78701 | (650) 849-6666 (facsimile) |
| Telephone: (512) 692-8700 | |
| Telecopier: (512) 692-8744 | **OF COUNSEL FOR PLAINTIFF** |
| | **PARKERVISION, INC.** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on June 25, 2014.

*/s/ Josh Budwin*
Josh Budwin
