# UNITED STATES DISTRICT COURT
# THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| PARKERVISION, INC., *Plaintiff*, v. QUALCOMM INCORPORATED, *Defendant*. | Case No. 3:11-cv-719-J-37-RBD-JRK |

## QUALCOMM'S NOTICE OF APPEAL

Notice is hereby given that Defendant Qualcomm Incorporated hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment of this Court entered on June 23, 2014 (Dkt. No. 546), and from any and all other judgments, orders, opinions, rulings, and findings pertinent or ancillary to the foregoing, including (but not limited to), and to the extent applicable as an appeal and not solely as an alternative grounds for affirmance, the Order of June 20, 2014 (Dkt. No. 545) including related trial rulings and testimony on October 22, 21, 18, 15, 11, 9, and 7, 2013; the Order of October 11, 2013 (Dkt. No. 395) and related rulings from the bench on October 17 and 11, 2013; the Order of September 28, 2013 (Dkt. No. 373) and related rulings from the bench on September 19, 2013; the Order of August 27, 2013 (Dkt. No. 320); and the Order of February 20, 2013 (Dkt. No. 243).

Dated: July 15, 2014   Respectfully submitted

*/s/ Timothy S. Teter*

Stephen C. Neal (admitted pro hac vice)
nealsc@cooley.com
Timothy S. Teter (admitted pro hac vice)
teterts@cooley.com
Jeffrey S. Karr (admitted pro hac vice)
jkarr@cooley.com
Ben Damstedt (admited pro hac vice)
bdamstedt@cooley.com
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:  (650) 843-5182
Facsimile:  (650) 849-7400

Keith R. Hummel (admitted pro hac vice)
khummel@cravath.com
David Greenwald (admitted pro hac vice)
dgreenwald@cravath.com
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

Jeffrey A. Lamken (admitted pro hac vice)
jlamken@mololamken.com
MoloLamken LLP
Suite 660
600 New Hampshire Ave., NW
Washington, DC 20037
Telephone: (202) 556-2010

John A. DeVault, III (Florida Bar No. 103979)
jad@bedellfirm.com
Courtney K. Grimm (Florida Bar No. 953740)
cgrimm@bedellfirm.com
BEDELL, DITTMAR, DEVAULT, PILLANS & COXE, P.A.
The Bedell Building

2

101 East Adams Street
Jacksonville, Florida 32202
Telephone:  (904) 353-0211
Facsimile:  (904) 353-9307

*Attorneys for Defendant Qualcomm Incorporated*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 15th day of July, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

      */s/ Timothy S. Teter*
Timothy S. Teter (admitted pro hac vice)
teterts@cooley.com
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5182
Facsimile: (650) 849-7400

*Attorneys for Defendant Qualcomm Incorporated*

108817235 v2